ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
NOV 5 2003
U.S. COURT OF FEDERAL CLAIMS

03-2624C

SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No.: ______________

Judge: ______________

**SYSTEM FUELS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, System Fuels, Inc. ("SFI"), through its undersigned counsel, respectfully submits this corporate disclosure statement. SFI is directly owned by the following four parent corporations: (1) Entergy Arkansas, Inc.; (2) Entergy Louisiana, Inc.; (3) Entergy Mississippi, Inc.; and (4) Entergy New Orleans, Inc. SFI's four direct parent corporations are not publicly held corporations, but they are wholly owned subsidiaries of Entergy Corporation, which is a publicly held corporation. Thus, through its subsidiaries, Entergy Corporation owns more than 10% of SFI.

SFI has brought this case on behalf of itself and as agent for System Energy Resources, Inc. ("System Energy") and South Mississippi Electric Power Association ("SMEPA"). System Energy is a wholly owned subsidiary of the publicly held Entergy Corporation. Because Entergy Corporation wholly owns System Energy, Entergy Corporation thereby owns all of System Energy's stock (i.e. more than 10% of System Energy's stock). SMEPA is a non-profit wholesale electric power cooperative that has no parent corporations and, therefore, there are no publicly held corporations that own more than 10% of SMEPA's stock.

Dated: November 5, 2003

Respectfully submitted,

Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940 – telephone
(703) 770-7901 – facsimile

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf
and as agent for System Energy Resources, Inc.
and South Mississippi Electric Power Association

*Of Counsel*:
Jay E. Silberg
Devon E. Hewitt
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000

Joseph L. Blount
Entergy Services, Inc.
Legal and External Affairs
P.O. Box 31995
Jackson, MS 39286-1995