ORIGINAL

# In the United States Court of Federal Claims

No. 03-2624C
Filed February 11, 2004

FILED
FEB 11 2004
U.S. COURT OF FEDERAL CLAIMS

************************************

SYSTEMS FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC., and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

************************************

## ORDER

The court will conduct a telephone status conference in this matter **on February 23, 2004 at 11:00 a.m. est.**

**SUSAN G. BRADEN**
**Judge**