ORIGINAL

# In the United States Court of Federal Claims

No. 03-2624C
Filed ~~March 1, 2004~~

FILED
MAR - 2 2004
U.S. COURT OF FEDERAL CLAIMS

***********************************
SYSTEMS FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC., and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

## ORDER

The Government's motion to stay, filed on January 5, 2004, is, in the interest of justice, **DENIED.**

**SUSAN G. BRADEN**
**Judge**