IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYSTEMS FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | ) | |
| Plaintiff, | ) | No. 03-2624C |
| | ) | (Judge Braden) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR LEAVE TO FILE DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, the United States, respectfully requests leave to file its answer to the plaintiff's complaint in this case. Defendant's answer is being submitted to the Court concurrently with this motion. Counsel for plaintiff, Systems Fuels, Inc. ("SFI"), has represented that SFI does not oppose this motion.

As the Court is aware, defendant previously filed an unopposed motion on January 5, 2004, seeking to stay proceedings in this case in accordance with the Chief Judge's order, dated April 16, 2003, that applied to the various cases involving alleged breaches of the "Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste" ("Standard Contract") published at 10 C.F.R. § 961.11. In that order, the Chief Judge had stayed various Standard Contract cases pending the resolution of six "lead" or "accelerated" cases. In footnote 2 of our January 5, 2004 motion, we requested that, in the event the Court denied our request for a stay of proceedings, the Court "grant us 21 days from the date of any order denying the motion

within which to file our response to plaintiff's complaint" and informed the Court that SFI's counsel did not oppose that request for an enlargement.

After we filed our January 5, 2004 motion, the Chief Judge lifted the stay of proceedings that his April 16, 2003 order had previously imposed in various Standard Contract cases. Subsequently, by order filed March 2, 2004, the Court denied our motion to stay in this case. Because we had sought to stay proceedings in this case, we have not yet filed our answer to SFI's complaint. Consistent with the unopposed request in footnote 2 of our January 5, 2004 motion that we be allowed 21 days from the date of any order denying our motion to stay within which to file our answer to SFI's complaint, and to allow us to file our response to SFI's complaint and continue proceedings in this case, we respectfully request that the Court grant us leave to file the attached answer to SFI's complaint. In accordance with the request identified in our unopposed January 5, 2004 motion, we are filing our answer well within 21 days after the Court's March 2, 2004 denial of our request for a stay of proceedings in this case.

For the foregoing reasons, we respectfully request that the Court grant us leave to file our answer to SFI's complaint in this case.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

OF COUNSEL:

JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

March 15, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 15th day of March 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.