# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**SYSTEM FUELS, INC.,** on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

No. 03-2624C
(Judge Braden)

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT

Pursuant to RCFC 6 & 6.1, the parties hereby request an enlargement of time of four days - - from May 3, 2004 through May 7, 2004 - - to file their joint preliminary status report ("JPSR") in this case. This is the parties' first request for an enlargement of time to file their JPSR. Counsel for both parties have spoken and both consent to this motion.

Lead counsel for the Government contacted Plaintiff's counsel this date to advise that he was ill and out of the office. Given these circumstances, an extension of a few days' time is necessary to allow counsel for the parties to confer and finalize the JPSR, currently due on May 3, 2004. An extension of time through May 7, 2004 to allow the parties to finalize the JPSR will not prejudice either party and will serve the interests of justice.

For the foregoing reasons, the parties respectfully request an enlargement of time of four days from May 3, 2004 through May 7, 2004 to file their JPSR in this case.

Dated: May 3, 2004

Respectfully submitted,

s/Alex D. Tomaszczuk
Alex D. Tomaszczuk
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf
and as agent for System Energy Resources, Inc.
and South Mississippi Electric Power Association

Of Counsel:

Jay E. Silberg
Devon E. Hewitt
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Joseph L. Blount
Entergy Services, Inc.
Legal and External Affairs
P.O. Box 31995
Jackson, MS 39286-1995

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen by s/ Alex D. Tomaszczuk
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr. by s/ Alex D. Tomaszczuk
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585