IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **SYSTEM FUELS, INC.,** on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 03-2624C<br>(Judge Braden) |

**PLAINTIFF'S MOTION FOR ENTRY OF**
**PROTECTIVE ORDER AND E-MAIL PRESERVATION ORDER**

Plaintiff System Fuels, Inc., on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association, hereby respectfully submits, pursuant to RCFC 7(b), its motion for entry of a protective order and e-mail preservation order. A copy of the proposed protective order is attached as Exhibit 1 and a copy of the proposed e-mail preservation order is attached as Exhibit 2. These proposed orders are substantially similar to those entered by Judge Sypolt in the coordinated discovery proceedings in 2001-02.

As contemplated during the June 3, 2004 status conference before this Court, over the past several months, counsel for the parties have exchanged correspondence and voice mail messages concerning the terms of a suitable protective order and e-mail preservation order for use in this case and other "newly-filed" spent nuclear fuel cases. During the June 3, 2004 status conference in this case, the parties and the Court discussed entering the protective order as a priority. June 3, 2004 Status Conference Transcript at 15, Sys. Fuels, Inc. v. United States. At the time, the parties were attempting to come to a resolution regarding the proper language of the

protective and e-mail preservation orders in all the spent nuclear fuel cases and the parties represented to this Court that they had been asked by Judge Williams to come to some resolution of an agreeable protective order and e-mail preservation order. See id. at 3, 17.

On July 8, 2004, the Government and the nuclear utility plaintiffs in the three cases assigned to Judge Williams – Detroit Edison Co. v. United States, No. 02-926C; Sys. Fuels, Inc. v. United States, No. 03-2621C; and Entergy Gulf States, Inc. v. United States, No. 03-2625C - filed Joint Status Reports addressing the protective and e-mail preservation orders. The parties in each of those cases requested, in pertinent part, that the Court "enter protective and e-mail preservation orders captioned in this case imposing identical substantive requirements as those entered by Judge Sypolt in the coordinated discovery proceedings," with two enumerated exceptions. See, e.g., July 8, 2004 Joint Status Report at 1, Detroit Edison (Exhibit 3). Those two exceptions concerned relatively minor changes to paragraphs 1 and 4 of the protective order previously entered by Judge Sypolt. In the proposed order attached hereto as Exhibit 1, the two changes agreed-to by the Government in the July 8 joint status reports have been adopted; no other changes to the protective order utilized in the coordinated discovery proceedings are being proposed. Since the Defendant has previously indicated its acceptance of a protective order with these identical terms in the three cases before Judge Williams, Plaintiff respectfully requests that the attached protective order be entered forthwith.

Insofar as an appropriate e-mail preservation order is concerned, here again the proposed order is, for all intents and purposes, substantively identical to the requirements of the e-mail preservation order entered by Judge Sypolt on November 8, 2001 in the coordinated discovery proceedings. As this Court may be aware, when Judge Sypolt entered her e-mail preservation order on November 8, 2001 she did not create separate language specifying the parties'

obligations, but instead simply granted "defendant's plan for the production of e-mail." See Order in coordinated discovery proceedings dated November 8, 2001 at 2.

The operative provisions of "defendant's plan for the production of e-mail" are contained at pages 9-10 of Defendant's Motion for the Court to Adopt Defendant's E-Mail Plan dated October 26, 2001. In the proposed order attached hereto as Exhibit 2, Plaintiff has simply replicated what it believes are the operative provisions of the Defendant's October 26, 2001 motion, as adopted by Judge Sypolt on November 8, 2001. Accordingly, the e-mail preservation order attached hereto as Exhibit 2 should be entered forthwith.

The undersigned counsel for the Plaintiff has attempted on several occasions to confirm the agreement of counsel for the Defendant to the terms of both orders presented herein, but counsel for the Defendant has been unavailable (apparently due to the on-going trial of another spent nuclear fuel case). While Plaintiff is sympathetic to the busy schedule of Defendant's counsel, in light of Plaintiff's desire to resolve preliminary issues such as the Government's liability for breach of contract and the Court's call for a status conference in this case on August 31, 2004, it is now appropriate to have suitable protective and e-mail preservation orders entered. For the foregoing reasons, and for good cause shown, Plaintiff respectfully requests that the protective order and e-mail preservation orders attached hereto be entered.

Dated: August 17, 2004

Respectfully submitted,

s/Alex D. Tomaszczuk by s/Daniel S. Herzfeld
Alex D. Tomaszczuk
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association

Of Counsel:

Jay E. Silberg
Devon E. Hewitt
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)