**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **THE DETROIT EDISON COMPANY,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | No. 02-926C<br>(Judge Williams) |

**JOINT STATUS REPORT**

Plaintiff and Defendant jointly file this status report pursuant to the Court's June 16, 2004 Order providing the parties with additional time to negotiate a protective order and an order on e-mail issues. Although the parties have in good faith discussed proposed changes to the protective order, those discussions have not resulted in agreement. Accordingly, the parties request the Court to enter protective and e-mail preservation orders captioned in this case imposing identical substantive requirements as those entered by Judge Sypolt in the coordinated discovery proceedings, with two exceptions: (1) the parties request that, in the first sentence of paragraph 1 of the protective order, the Court add a serial comma after the words "competitively-sensitive information" in defining "Confidential Material;" and (2) the parties request that, in the first sentence of paragraph 4 of the protective order, the Court delete the phrase "solely for the purpose of conducting the above-entitled litigation" and replace it with the phrase "solely for the purpose of conducting litigation in the spent nuclear fuel cases pending in the United States Court of Federal Claims."

Dated: July 8, 2004

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
The Detroit Edison Company

Of Counsel:

Jay E. Silberg
Devon E. Hewitt
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen by s/ Daniel S. Herzfeld
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585