# In the United States Court of Federal Claims

No. 03-2624C
Filed October 4, 2004

***********************************
*
SYSTEMS FUELS, INC., on its own *
behalf and as agent for SYSTEM *
ENERGY RESOURCES, INC., and *
SOUTH MISSISSIPPI ELECTRIC *
POWER ASSOCIATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

For good cause shown, the Court hereby orders the adoption of the salient provisions of the Email Plan utilized in the coordinated discovery proceedings as follows:

1. Except as noted in paragraph 2 below, the parties agree that no preservation or retention requirements with respect to email and electronic evidence apply to any of the parties.

2. The parties agree to preserve any email backup tapes that exist from the 1988-96 time frame which may potentially contain relevant information. DOE will only have to preserve such tapes to the extent they are from the Office of Civilian Radioactive Waste Management ("OCRWM").

3. The parties agree to share evenly the costs of any searches of any of the backup tapes preserved pursuant to paragraph 2, which costs should not exceed $15,000 for each tape.

It is so **ORDERED**.

s/Susan G. Braden
Judge