# In the United States Court of Federal Claims

No. 03-2624C
Filed October 6, 2004

***********************************
SYSTEMS FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC., and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

DECLARATION OF ______________________________________.

1. My name is _____________________________________________________.

2. My business address is ____________________________________________
_______________________________________________________________.

3. My present employer is ____________________________________________
_______________________________________________________________.

4. My present occupation or job description is __________________________
_______________________________________________________________.

5. I have received a copy of the Agreement and Protective Order entered by the Court in the above-captioned matter.

6. I have carefully read and understand the provisions of the Agreement and Protective Order.

7. I certify that I am eligible to have access to the Confidential Material under paragraph 4 of the Agreement and Protective Order.

8. I will comply with all of the provisions of the Agreement and Protective Order.

9. I will hold all Confidential Material and all duplicates, notes, abstracts, and summaries therof in confidence, will not disclose such information to anyone not specifically entitled to access under the Agreement and Protective Order, and will use the information solely for purposes of this litigation, except as provided by the Agreement and Protective Order.

10. At the conclusion of this litigation, I will return all originals of all Confidential Materials and any duplicates, notes abstracts, or summaries thereof, whether prepared by me or anyone else, to counsel for the party by whom I am employed or retained.

Further declarant sayeth naught.

__________________________
(signature)

__________________________
DATED