# In the United States Court of Federal Claims

No. 03-2624C
Filed October 21, 2004

***********************************
SYSTEMS FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC., and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

**SCHEDULING ORDER**

Consistent with the parties' agreement submitted in the October 13, 2004 joint status report, the Court enters the following scheduling order:

1. Plaintiff's motion for summary judgment on liability for its partial breach of contract claim is due **October 29, 2004.**

2. Defendant's response (and any cross-motion) to plaintiff's motion for summary judgment on liability is due **November 30, 2004.**

3. Plaintiff's reply in support of its motion for summary judgment on liability and its response to any cross-motion for summary judgment on liability is due **December 15, 2004.**

4. Defendant's reply to any cross-motion for summary judgment on liability is due **January 11, 2005**.

5. The Court will entertain oral argument on the liability issue on **February 15, 2005, in Washington, D.C.**

6. In the event of a favorable ruling for plaintiff on the liability issue, damages discovery will

commence in **March 2005** at a date to be determined by the Court. In the event the Court has not yet reached a decision on liability by March 2005, discovery shall commence upon submission of a damages claim by plaintiff, within 15 days of the Court's ruling upon liability.

7. Trial will begin 12 months after the commencement of damages discovery, on a date convenient to the Court's schedule.

**IT IS SO ORDERED**.

s/ Susan G. Braden
SUSAN G. BRADEN
Judge