IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **SYSTEM FUELS, INC.,** on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 03-2624C<br>(Judge Braden) |

**MOTION FOR LEAVE TO FILE APPENDIX**
**USING ELECTRONIC FILES EXCEEDING 1 MEGABYTE**

Pursuant to RCFC 7 and RCFC General Order No. 42 ¶ 4, Plaintiff System Fuels, Inc., on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association, respectfully requests leave to file its "Appendix To Plaintiff's Memorandum In Support Of Its Motion For Summary Judgment On Liability" dated October 29, 2004, which appendix is broken into three electronic files and each of which is larger than 1 megabyte. The appendix files are being filed as attachments to this motion for leave to file.

General Order No. 42 ¶ 4 states that "[f]or files that will exceed this limitation [of 1 megabyte], the Filing User shall seek appropriate relief from the presiding judge . . . ." Each of the three electronic files that make up Plaintiff's appendix exceeds 1 megabyte. Plaintiff concluded that it might be preferable to file fewer (but larger) files with the court rather than filing 10-15 electronic files that are smaller in size but more time-consuming to download.

Additionally, because the appendix is more than 50 pages, Plaintiff intends to deliver a courtesy copy to the presiding Judge's chambers on November 1, 2004. RCFC General Order No. 42 ¶ 5.

For the foregoing reasons, Plaintiff respectfully requests leave to file its appendix using electronic files that exceed 1 megabyte.

Dated: October 29, 2004

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu

Alex D. Tomaszczuk
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf
and as agent for System Energy Resources, Inc.
and South Mississippi Electric Power Association

Of Counsel:

Jay E. Silberg
Devon E. Hewitt
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)