# In the United States Court of Federal Claims

No. 03-2624C
Filed November 4, 2004

| | |
|---|---|
| *********************************** | |
| | * |
| SYSTEMS FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC., and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

Plaintiff's October 29, 2004 memorandum in support of its motion for summary judgment on liability, filed separately from plaintiff's October 29, 2004 motion for summary judgment on liability, is hereby filed by leave of the Court.

**IT IS SO ORDERED**.

s/ Susan G. Braden
SUSAN G. BRADEN
Judge