IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYSTEMS FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | ) | |
| Plaintiff, | ) | No. 03-2624C |
| | ) | (Judge Braden) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO AMEND
THE COURT'S OCTOBER 21, 2004 SCHEDULING ORDER

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests that the Court amend the scheduling order that it issued on October 21, 2004, to provide defendant with an additional six days, to and including December 6, 2004, to file its response to the motion for summary judgment on liability filed by plaintiff, System Fuels, Inc. ("SFI"), and to provide corresponding extensions of time for the submission of additional responsive briefing. Currently, defendant's response brief is due to be filed today, November 30, 2004. Counsel for SFI has indicated that SFI does not oppose this proposed amendment to the Court's October 21, 2004, scheduling order. The Government specifically proposes the modification of the Court's scheduling order as follows:

December 6, 2004: Defendant's response (and any cross-motion) to plaintiff's motion for summary judgment on liability is due

December 21, 2004: Plaintiff's reply in support of its motion for summary judgment on liability and its response to any cross-motion for summary judgment on liability is due

January 18, 2005: Defendant's reply to any cross-motion for summary judgment on liability is due

The requested enlargement is necessary because other case commitments of Government counsel have made it impossible for counsel to complete the Government's response to plaintiff's motion, obtain review of it, and file it with the Court by the current deadline. Government counsel has been working to finish the initial phase of post-trial briefing in Yankee Atomic Electric Co. v. United States, No. 98-126C, which was filed on November 18, 2004. In addition, Government counsel was out of town for the better part of a week in connection with the recent Federal holiday. We had anticipated being able to meet the current schedule, but are now unable to do so because the completion of post-trial briefing for Yankee Atomic (which totaled well over 200 pages) was more complex and time-consuming than originally expected.

For the foregoing reasons, defendant respectfully requests that the Court grant the request for an enlargement of time of six days to and including December 6, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Heide L. Herrmann
HEIDE L. HERRMANN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 514-4325
Fax: (202) 307-2503

November 30, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 30th day of November 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION TO AMEND THE COURT'S OCTOBER 21, 2004 SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Heide L. Herrmann