# In the United States Court of Federal Claims

No. 03-2624C
Filed December 2, 2004

| | |
|---|---|
| *********************************** | |
| | * |
| SYSTEMS FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC., and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

Defendant's unopposed motion to amend the October 21, 2004 Scheduling Order, filed November 30, 2004, is hereby **GRANTED**. The October 21, 2004 Scheduling Order is hereby modified as follows:

1. Defendant's response (and any cross-motion) to plaintiff's motion for summary judgment on liability is due **December 6, 2004**.

2. Plaintiff's reply in support of its motion for summary judgment on liability and its response to any-cross motion for summary judgment on liability is due **December 21, 2004**.

3. Defendant's reply to any cross-motion for summary judgment on liability is due **January 18, 2005**.

**IT IS SO ORDERED**.

s/ Susan G. Braden
SUSAN G. BRADEN
Judge