No. 03-2624C
(Judge Braden)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SYSTEMS FUELS, INC., on its own behalf and as agent for
SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI
ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

APPENDIX TO
DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY, AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UPON COUNTS I AND II OF PLAINTIFF'S COMPLAINT

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

HEIDE L. HERRMANN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, NW, 8th Floor
Washington, D.C. 20530
Telephone: (202) 514-4325
Facsimile: (202) 514-7969
Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., SW
Washington, D.C. 20585

December 6, 2004

# INDEX TO APPENDIX

DOCUMENT PAGE

Portions of the Administrative Record of the DOE Standard Contract Rulemaking for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste . . . . . . . . . . . . . . . . . . 1

Edison Electric Institute Comments, March 7, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Statement of M.C. Cook, Vice President, Florida Power & Light Company, March 1, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

Northern States Power Comments, March 3, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

Cincinnati Gas & Electric Comments, March 4, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . 43

Consumers Power Company Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

Public Service Company of Colorado Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

Cleveland Electric Illuminating Company Comments . . . . . . . . . . . . . . . . . . . . . . . . . . 52

Gulf States Utilities Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

Wisconsin Public Service Corporation Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62

Yankee Atomic Electric Company Comments, March 4, 1983 . . . . . . . . . . . . . . . . . . . 64

Public Service Electric and Gas Company Comments . . . . . . . . . . . . . . . . . . . . . . . . . . 66

Long Island Lighting Company Comments, March 3, 1983 . . . . . . . . . . . . . . . . . . . . . . 70

Northeast Utilities Comments, March 3, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72

Alabama Power Company Comments, March 4, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . 74

Kansas Gas and Electric Company Comments, March 1, 1983 . . . . . . . . . . . . . . . . . . . 78

Iowa Electric Light and Power Company Comments, March 3, 1983 . . . . . . . . . . . . . . . 81

Mississippi Power & Light Company Comments, March 4, 1983 . . . . . . . . . . . . . . . . . 84

Portland General Electric Company Comments, March 4, 1983 . . . . . . . . . . . . . . . . . . . 89

INDEX TO THE APPENDIX (cont'd)


DOCUMENT PAGE

Detroit Edison Comments, March 3, 1983 . . . . . 92

Florida Power & Light Company Comments, March 7, 1983 . . . . . 94

Duquesne Light Company Comments, March 4, 1983 . . . . . 96

Pacific Gas and Electric Company Comments, March 4, 1983 . . . . . 99

TVA Comments . . . . . 104

Houston Lighting and Power Company Comments . . . . . 106

Middle South Services, Inc. Comments, March 7, 1983 . . . . . 107

Vermont Yankee Nuclear Power Corp. Comments, March 7, 1983 . . . . . 110

Consolidated Edison Company of New York Comments, March 7, 1983 . . . . . 113

Dairyland Power Cooperative Comments, March 7, 1983 . . . . . 115

Georgia Power Comments, March 4, 1983 . . . . . 118

Letter from Secretary Hodel to Senator Johnston, September 7, 1984 . . . . . 122

Letter from J. Michael Farrell to Honorable Philip R. Sharp, April 1, 1987 . . . . . 126

Memo from Ronald A. Milner, December 20, 1991 . . . . . 141

Letter from M. Detmer to J.M. Buchheit, March 4, 1992 . . . . . 143

Letter from M. Detmer to Michael E. Thomas, March 4, 1992 . . . . . 153

Letter from M. Detmer to J.E. McKissick, March 4, 1992 . . . . . 163

Portions of Mission Plan for the Civilian Radioactive Waste Management Program, June 1985 . . . . . 188

Portions of OCRWM Mission Plan Amendment, June 1987 . . . . . 205

INDEX TO THE APPENDIX (cont'd)


| DOCUMENT | PAGE |
|---|---|
| Portions of Annual Capacity Report, June 1987 | 208 |
| Portions of Annual Capacity Report, June 1988 | 211 |
| Portions of Annual Capacity Report, December 1990 | 214 |
| Portions of Annual Capacity Report, December 1991 | 219 |
| Portions of 1992 Acceptance Priority Ranking, Revision 1, May 1993 | 257 |
| Portions of Acceptance Priority Ranking and Annual Capacity Report, March 1995 | 289 |
| System Fuels, Inc.'s Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste | 358 |
| Portions of Annual Capacity Report, December 1991 | 420 |
| Portions of 1992 Annual Capacity Report, Revision 1, May 1993 | 482 |
| Declaration of Heide L. Herrmann, Esq. | 521 |