# In the United States Court of Federal Claims

No. 03-2624C
Filed December 16, 2004

************************************
*
SYSTEMS FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC., and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************

**ORDER**

Defendant's response to plaintiff's motion for summary judgment on liability, and defendant's motion for summary judgment upon Counts I and II of plaintiff's complaint, filed December 6, 2004, are hereby stricken. Defendant is ordered to re-file its motion and accompanying exhibits as a cross-motion for summary judgment upon Counts I and II of plaintiff's complaint, and response to plaintiff's motion for summary judgment on liability.

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge