This Page Intentionally Left Blank

This Page Intentionally Left Blank

This Page Intentionally Left Blank

This Page Intentionally Left Blank

This Page Intentionally Left Blank

DOE/RW-0005
Volume 1 of 3 Volumes

# Mission Plan for the Civilian Radioactive Waste Management Program

## Volume I

Part I Overview and Current Program Plans
Part II Information Required by the Nuclear Waste Policy Act of 1982

June 1985

*U.S. Department of Energy*
*Office of Civilian Radioactive Waste Management*
*Washington, D.C. 20585*

**Department of Energy**
Washington, DC 20585

TO: Members of Congress and Other Recipients

SUBJECT: Submittal of the Mission Plan as Required by the Nuclear Waste Policy Act of 1982

I am pleased to submit the Mission Plan for the Civilian Radioactive Waste Management Program as required by the Nuclear Waste Policy Act of 1982. I consider that this Plan meets the directive to "provide an informational basis sufficient to permit informed decisions to be made in carrying out the repository program and the research, development, and demonstration programs required under this Act." This document presents our best estimate at the present time of the objectives and the strategy of the Civilian Radioactive Waste Management Program and of the facilities, institutional activities, management approach and information needed to implement the program.

In accordance with the requirements of the Act, the Department of Energy (DOE) submitted a draft of this Mission Plan for comment to the States, affected Indian tribes, the Nuclear Regulatory Commission, other Government agencies, and the public. Approximately 2500 individual comments were received from 102 respondents. In addition to expanding the discussions of various topics in the Mission Plan as suggested in the comments and making changes where appropriate, detailed responses were prepared to address all of the issues raised in the comments. These responses are presented in Volume II of this set of three volumes. Volume III reproduces all of the comments received on the draft Mission Plan.

I believe we have addressed fairly and responsibly all of the comments. We appreciate everyone's interest and involvement as we continue to implement this important national program.

During the conduct of this program, I pledge the best efforts of DOE's Office of Civilian Radioactive Waste Management to observe the following operating principles: to safeguard the public trust; to be open and responsive; to cooperate and act in an evenhanded manner; and to strive for technical excellence, management excellence, and cost effectiveness. With these principles in mind and with the cooperation of all interested parties, I am confident the program will succeed.

Ben C. Rusche

Ben C. Rusche, Director
Office of Civilian Radioactive
Waste Management

# Chapter 1

# INTRODUCTION

The United States has no facilities for the permanent disposal of the highly radioactive waste generated during the production of electricity in nuclear power plants and during the production of nuclear materials for national defense. As more commercial nuclear power plants have come on line in recent years, the rate at which the resulting highly radioactive wastes have been accumulating has been increasing.

Although nuclear activities produce small volumes of wastes in comparison with other activities that generate hazardous wastes, nuclear wastes have the unique characteristic of being radioactive, and therefore they require special handling and storage. While such wastes have been safely stored for decades with no discernible adverse effects on the health and safety of the public, they will remain radioactive for thousands of years. The Federal Government has established the principle that the management of these wastes is the responsibility of the present generation and should not be left for future generations. Recognizing that a national problem has been created by the accumulation of radioactive wastes and that a safe and environmentally acceptable method of permanent disposal is needed, the Congress enacted the Nuclear Waste Policy Act of 1982, which, among other provisions, established the Office of Civilian Radioactive Waste Management in the U.S. Department of Energy (DOE). This document describes the plan the DOE is pursuing to comply with the mandate of the Congress to achieve a solution to this problem.

The DOE recognizes the difficult technical and institutional challenges that must be overcome during the course of this program. The technical challenge is great because the isolation of these wastes involves long time periods not often considered in other human endeavors. The institutional challenge is complex because a small number of States (and possibly affected Indian tribes) will be asked to host, for the good of the Nation, permanent waste-disposal facilities. And radioactive-waste shipments will traverse many States whether or not the wastes originated in those States.

The DOE pledges to work diligently in full compliance with the law, and with the full involvement and participation of affected parties, to achieve a solution to this national problem. Those involved in the program are dedicated to making technically sound decisions and to working with affected parties to identify potential negative impacts and to avoid, mitigate, or compensate for such impacts.

## 1.1 BACKGROUND

In 1984, domestic nuclear power plants generated more than 13 percent of the electricity produced in the United States. Nuclear power has surpassed hydroelectric power to become the second leading energy source for electricity generation in the United States after coal.

tors of high-level waste and spent fuel) and, accordingly, creating in the Treasury of the United States a special Nuclear Waste Fund to be composed of the payments made by those using the services (Section 302).

2. Committing the Federal Government to study monitored retrievable storage in parallel with geologic repositories (Section 141).

3. Providing for a federally owned and operated system of interim-storage facilities for no more than 1900 MTU of spent fuel from civilian reactors whose owners cannot reasonably provide adequate storage capacity at the reactor site (Section 131) and creating an Interim Storage Fund to make certain that those using the services will pay the full costs (Section 136).

4. Setting out an extensive system of checks and balances through public involvement, along with written consultation-and-cooperation (C&C) agreements, to ensure Federal accountability to, and communication with, States and affected Indian tribes (Section 117).

## 1.3 POLICY GOALS AND PROGRAM OBJECTIVES

Unprecedented technical and institutional challenges require resolution before the intent and the letter of the Act are achieved. First, the public must be convinced that the interests of the Nation are best served by consolidating the radioactive waste dispersed throughout the country in a limited number of geologic repositories designed for permanent disposal. The national interest must take precedence over parochial concerns. Next, the DOE must be able to achieve the tasks set forth in an unusually precise and complex schedule and to persuade the citizens of the country that the waste disposal program will be safe, efficient, and on schedule. Furthermore, the conflicting and competing interests that are mirrored by the tension between program schedule and technical certitude must be resolved. Finally, the DOE must grapple with the contentious issues that often accompany a task as complex and enduring as its waste-management program while never wavering from its commitment to build and operate the required disposal facilities.

The following policy goals guide the formulation and the implementation of the DOE's program:

1. The protection of public health and safety and environmental acceptability are of paramount importance.

2. The program must be credible to the public by virtue of its integrity and technical excellence.

3. The program must neither subsidize nor penalize nuclear power as an energy source.

4. The program must be conducted in a cost-effective manner, with full cost recovery.

2. The acceptance of waste for disposal beginning not later than January 31, 1998.

3. Safe transportation of wastes to the repository.

4. Protection of the health and safety of the public and environmental acceptability.

5. The provision of limited interim storage for utilities determined by the Nuclear Regulatory Commission to require such storage.

6. Encouragement to waste generators to effectively use existing storage facilities for the safe storage of the waste at the reactor site until the waste is accepted for disposal.

7. Full and open public participation.

8. Full cost recovery, with the costs borne equitably by the waste generators.

## 2.3 THE IMPROVED-PERFORMANCE PLAN

The improved-performance plan (see Figure 2-2) reflects the opportunities built into the Act to evaluate options for enhancing the authorized plan in meeting the requirements of the Act. Careful analyses of the provisions of the Act and of programmatic options have shown that increased confidence and improved performance can be achieved by emphasizing systems integration--that is, by considering all of the elements of the program as part of a single system, optimized as a unit to best meet the program requirements.

This concept of optimizing the system by integrating all the facilities and components applies not only to the authorized plan but also to any other waste-management system that could be developed to meet the requirements of the Act. In particular, the Act requires the DOE to complete a detailed study of the need for, and the feasibility of, monitored retrievable storage (MRS) and submit a proposal to Congress for the construction of one or more MRS facilities. Analyses to date continue to reinforce the tentative conclusion that an MRS facility fully integrated into the overall waste-management system can significantly enhance several important program objectives. The improvements include the following:

1. Improved transportation efficiency because spent-fuel consolidation and packaging at the MRS facility would reduce the number of shipments to the repository with concomitant reductions in potential environmental impacts and risks to the public.

2. Increased reliability and flexibility in operating the system in an integrated cost-effective manner by incorporating an additional facility that can regulate the flow of waste to the repository.




Figure 2-2. Improved-performance system with integral MRS facility.

3. Improved confidence in the DOE's ability to meet schedules, particularly in beginning to accept quantities of waste no later than January 31, 1998. The integral MRS facility would be scheduled for initial operation as early as 1996.

4. Ability to accept significantly larger quantities of waste in the early years of operation, substantially reducing the added cost of providing increased at-reactor storage capabilities.

5. Ability to focus repository licensing efforts on demonstrating the long-term isolation capability of the site because many of the operational functions (i.e., waste preparation) would be handled at the MRS facility.

The studies and analyses necessary to fully describe the MRS facility and to define its potential costs and benefits are being prepared. The final results will be presented in a proposal to be submitted for Congressional consideration, as required by the Act. Should the Congress authorize the construction of an integrated MRS facility, the improved-performance plan will become the reference program plan, and the integrated system described in this document will be the reference waste-management system.

## 2.4 CONTINGENCY PLANS

The preceding sections outline the strategy of the DOE's waste-management program. However, all those involved in, and concerned about, these activities recognize that this program is highly controversial; involved in it are a number of important constituencies with widely varying views of how, when, and whether elements of the program should be carried out. The Act is a remarkable piece of legislation in that there is general agreement on its key provisions: the timely development of a geologic repository for the permanent disposal of spent fuel and high-level waste is in the national interest, and the Act provides sufficient authority to get the job done. The Act further anticipated potential conflicts between the various constituencies and provided a means for resolving ultimate disputes, such as the one that could arise between a chosen host State and the Federal Government. Nevertheless, a program intended to span more than a century, with some choices by Congress, States, affected Indian tribes, and the nuclear power industry yet to be made, requires that contingency plans be considered.

The number and the detail of the options that could be considered are potentially great. But the Act and the accomplishments of the program to date provide increasing confidence in the DOE's ability to follow its strategy. Therefore, the contingencies identified below and shown in Figure 2-3 are limited to major areas of uncertainty and will be more fully defined as the evolving situation requires.

The Act specifies a schedule and a process for the siting of repositories. It gives the affected State and any affected Indian tribe on whose reservation a repository would be located the right to file a notice of disapproval after a repository site has been recommended to Congress, and this notice can be overridden only by a joint resolution of Congress. Should a notice of disapproval be made and not overturned, the President is required to recommend another site for the first repository within one year, with the same approval provisions to apply. Thus, the first repository could become operational on time, it could be substantially delayed, or successive notices of disapproval not overridden by Congress could prevent its construction.

The baseline program assumption, of course, is that the repository is built on schedule. Should the repository be substantially delayed, one of two contingency approaches would be pursued. If the MRS facility is authorized by Congress and constructed, it can begin to accept spent fuel in a timely manner and package and store it (up to the authorized storage-capacity limit) until a repository becomes operational. If the MRS facility is not authorized, or if it is significantly delayed, increasing quantities of spent fuel will have to be stored at reactor sites. In that event, the pools for storing the fuel will continue to be filled, and additional onsite storage capacity through the use of dry storage in casks or similar technologies will have to be employed.

If site characterization shows that none of the candidate sites for the first repository are suitable or should successive notices of disapproval be made and upheld, the DOE has two main contingency plans. If an MRS facility has been authorized and constructed, it can accept spent fuel on or ahead of schedule, packaging and storing it (up to the authorized storage-capacity limit) until the "second" repository is authorized (which, of course, would




Figure 2-3. Contingency plans.

then become the first repository) and becomes operational. If an MRS facility has not been authorized, spent fuel will continue to be stored at reactor sites in spent-fuel pools and possibly in dry storage.

Should no repository be constructed and an MRS facility not be authorized, utilities would continue to be responsible for storing the spent fuel at reactor sites. In this event, the Nation would return to the situation where it had no viable, assured method for the permanent disposal of spent fuel and high-level waste. It should be added that a number of other methods of disposal have been proposed and evaluated in the past. In accordance with the Act, research and development continues on some techniques (e.g., subseabed disposal), and, should future progress demonstrate their practicality, they would be considered in program decisionmaking.

Contingency plans are being further developed for each of the program areas below the level of detail discussed in this chapter. More information on these contingency plans is provided in the subsequent chapters of this Mission Plan and in various program documents listed in the bibliography.

Contingency plans will continue to be pursued as necessary until a satisfactory solution has been demonstrated. Failure to solve this national problem would prolong the potential risks resulting from the dispersed accumulation of radioactive waste--risks that Congress appropriately recognized and responded to by passing the Nuclear Waste Policy Act.

In summary, the DOE plans to conduct those authorized activities that will lead to a capability to permanently dispose of spent fuel and high-level waste. The DOE will evaluate, propose, and, where appropriate, add features that will enhance the credibility, reliability, and performance of the program. The DOE will continue to prepare contingency plans that could become operational as needed in the future.

## 2.5 ADDITIONAL CONSIDERATIONS

A number of additional factors must be considered in understanding and carrying out the strategy of the program. Some of the principal factors are briefly discussed below.

### 2.5.1 DEFENSE WASTE

The President recently accepted the DOE's confirmation of the Act's presumption that high-level waste generated in defense programs should be emplaced in one or more of the civilian geologic repositories. This conclusion emerged from an evaluation of the use of the civilian repositories for the disposal of such defense waste. Since the evaluation concluded that there are no compelling reasons related to health and safety, national security, regulations, transportation, or public acceptability to develop, build, and operate a repository for defense waste only, the DOE is planning to emplace defense waste in the civilian repositories. Negotiations are under way with other DOE offices to both establish an equitable cost-sharing method and to develop a waste-acceptance schedule that integrates the two major waste streams.

### 2.5.2 OTHER HIGH-LEVEL WASTES

The Act includes in the definition of high-level radioactive waste "other highly radioactive material that the [Nuclear Regulatory] Commission, consistent with existing law, determines by rule requires permanent isolation." There are a number of additional wastes that may be designated high-level wastes by virtue of a future NRC rulemaking. The program is maintaining the flexibility to be able to accept wastes, including other DOE-generated defense wastes, that may require permanent disposal. The full costs would be borne by

the owners and generators. and a cost formula and waste-acceptance schedule would be established after such a designation.

### 2.5.3 SECOND REPOSITORY

The Act authorizes the DOE to conduct siting activities for a second repository and to submit to Congress a proposal for the authorization of a second repository. Furthermore, the Act stipulates that the first repository is to have a limited capacity until the second repository is in operation. The specified limits are spent fuel containing no more than 70,000 metric tons of uranium (MTU) or the high-level waste resulting from the reprocessing of such a quantity of spent fuel. Since current projections indicate that approximately 130,000 MTU of civilian spent fuel will require disposal through the year 2020, a second repository is required to accommodate the expected inventory. In the discussion of Section 2.6, the operating assumption, consistent with the intent of the Act, is that there will be at least two repositories.

## 2.6 PROGRAM ASSUMPTIONS FOR WASTE-SYSTEM COMPONENTS

Table 2-1 presents a select set of reference assumptions currently used in program planning and development. These assumptions cover the types and quantities of waste to be disposed of in a repository, the modes by which the waste will be transported and the expected distances, and the capacities and schedules for the two repositories and the MRS facility. The assumptions and their interrelationships are subject to change on the basis of future Congressional actions, DOE recommendations, future rates of spent-fuel generation, actual program progress, technological advancements, and a host of other variables. The values or ranges specified in Table 2-1 are intended to provide a representative magnitude of system-component capability. The various components can be adjusted as future conditions warrant.

Table 2-1. Program Assumptions About the Waste and the Components of the Waste-Management System

I. ASSUMPTIONS ABOUT THE WASTE

A. <u>Waste Types</u>

1. Spent fuel from commercial nuclear reactors is the dominant waste form. The spent-fuel assemblies are assumed to be consolidated and packaged before emplacement in a geologic repository.

2. Existing commercial high-level waste (from the West Valley Demonstration Project) is assumed to be accepted for disposal. No new commercial high-level waste is assumed to require disposal.

Table 2-1. Program Assumptions About the Waste and the Components of the Waste-Management System (Continued)

I. ASSUMPTIONS ABOUT THE WASTE (Continued)

A. <u>Waste Types</u> (Continued)

3. Defense high-level waste requiring disposal in a geologic repository will be accepted by the civilian waste-management system.

4. Other wastes determined by the Nuclear Regulatory Commission to require permanent geologic disposal will be accepted.

B. <u>Waste Quantities</u>

1. The Energy Information Administration (EIA) "middle-case" forecast of 130,000 metric tons of uranium (MTU) for the cumulative spent-fuel generation through the year 2020 is assumed. The EIA forecast assumes a constant level of fuel burnup in the reactor for the entire projection period: the design implications of extended fuel burnup are being examined. Other projections are being monitored.

2. Approximately 650 MTU equivalent of commercial high-level waste from West Valley will be accepted at the repository. No additional commercial reprocessing of spent fuel is assumed, although system designs will include the capability to handle solidified high-level waste from commercial reprocessing.

3. Defense waste will be accepted at approximately the rate of its generation from the atomic energy defense facilities. It is assumed that approximately 20,000 canisters of solidified high-level defense waste will be available for geologic disposal by the year 2020. The actual quantities and the acceptance rate have not yet been determined; they are the subject of current analyses by the DOE.

C. <u>Waste Age</u>

The spent fuel received for disposal is assumed to have a minimum cooling age of 5 years, although certain system-component designs are based on receiving fuel that has a maximum decay-heat rate of 1 kilowatt per metric ton of uranium, which is equivalent to current pressurized-water-reactor spent fuel that has been discharged from the reactor for approximately 10 years. This assumption will be reviewed to determine the effects of age on system performance and cost effectiveness.

Table 2-1. Program Assumptions About the Waste and the Components of the Waste-Management System (Continued)

## II. ASSUMPTIONS ABOUT TRANSPORTATION

A. Shipment Mode

From reactors to the repository or to the MRS facility (if authorized by Congress): 70 percent by rail, 30 percent by truck.

From the MRS facility to the repository: 100 percent by rail.

B. Distance Traveled

Average distances for potential routes from reactors to a repository in the indicated host rock or to the MRS facility are presented below in the first two columns. For waste shipped first to the MRS facility, the last column shows distances from the MRS facility to the repository.

| | Distance (miles) | | |
|---|---|---|---|
| | Reactors to facility | | MRS to repository |
| Facility | Truck | Rail | Rail |
| Basalt repository | 2190 | 2360 | 2590 |
| Salt repository | 1330 | 1450 | 1250 |
| Tuff repository | 2040 | 2270 | 2380 |
| Crystalline-rock repository | 760 | 900 | 610 |
| MRS facility | 790 | 920 | -- |

## III. ASSUMPTIONS ABOUT AN MRS FACILITY

A. Proposed Capacity

The initial authorized capacity will be proposed to be 15,000 MTU. If necessary, the DOE will request Congressional approval to modify this capacity.

B. Waste Receipt Rate

The waste-acceptance rate will be approximately 3000 MTU per year of spent fuel or equivalent high-level waste.

C. MRS Startup Dates

The MRS facility will begin operations as early as 1996. In 1998, after a 2-year ramp-up period, the MRS facility will achieve the design acceptance rate.

Table 2-1. Program Assumptions About the Waste and the Components of the Waste-Management System (Continued)

IV. ASSUMPTIONS ABOUT GEOLOGIC REPOSITORIES

A. Number of Repositories

Two

B. Design Capacity for Each Repository

The design capacity for each of the two repositories is assumed to be 70,000 MTU. The capacity for both repositories can be expanded if the geologic conditions permit, but the capacity of the first repository cannot exceed 70,000 MTU until the second repository begins operation.

C. Repository-Startup Dates for the Authorized System

The operation of the first repository will be conducted in two phases, with phase 1 starting operation in 1998 and phase 2 starting operation in 2001. The second repository will start receiving spent fuel in 2006.

D. Host-Rock Options

Basalt, salt, and tuff for the first repository; two of the first-repository host rocks and crystalline rock (granite) for the second repository.

E. Other Design Assumptions

Designs include provision to maintain capability to begin waste retrieval for up to 50 years from the date on which the first waste package is emplaced.

## 2.7 WASTE-ACCEPTANCE SCHEDULES

The DOE is committed to accept waste from the signatories of the standard disposal contracts on a firm schedule that begins no later than January 31, 1998. Table 2-2 shows a schedule that is based on the current estimated emplacement capacities of the two planned geologic repositories, one of which is currently authorized. This schedule accords with the repository schedules and attendant operating characteristics presented in this document.

On the basis of the integrated system approach described in the improved-performance plan (Section 2.3), the DOE has identified many possible waste-acceptance schedules, depending on the size and the operating characteristics of the system facilities. One such waste-acceptance schedule that illustrates

Table 2-2. Waste-Acceptance Schedule--Authorized System
(Metric tons of uranium (MTU) per year)

| Year | Spent-Fuel Generation[A] | | First Repository | | | | Second Repository | | Cumulative Spent-Fuel Acceptance | Spent-Fuel Backlog |
|---|---|---|---|---|---|---|---|---|---|---|
| | Annual | Cumulative | Spent Fuel | High-Level Waste[B,C] | Total | Cumulative | Spent Fuel | Cumulative | | |
| Pre 1998 | | 40,100 | | | | | | | | 40,100 |
| 1998 | 2900 | 43,000 | 400 | | 400 | 400 | | | 400 | 42,600 |
| 1999 | 3000 | 46,000 | 400 | | 400 | 800 | | | 800 | 45,200 |
| 2000 | 3000 | 49,000 | 400 | | 400 | 1,200 | | | 1,200 | 47,800 |
| 2001 | 3000 | 52,000 | 900 | | 900 | 2,100 | | | 2,100 | 49,900 |
| 2002 | 3000 | 55,000 | 1800 | | 1800 | 3,900 | | | 3,900 | 51,100 |
| 2003 | 3100 | 58,100 | 3000 | 400 | 3400 | 7,300 | | | 6,900 | 51,200 |
| 2004 | 3300 | 61,400 | 3000 | 400 | 3400 | 10,700 | | | 9,900 | 51,500 |
| 2005 | 3400 | 64,800 | 3000 | 400 | 3400 | 14,100 | | | 12,900 | 51,900 |
| 2006 | 3800 | 68,600 | 3000 | 400 | 3400 | 17,500 | 900 | 900 | 16,800 | 51,800 |
| 2007 | 4100 | 72,700 | 3000 | 400 | 3400 | 20,900 | 1800 | 2,700 | 21,600 | 51,100 |
| 2008 | 4700 | 77,400 | 3000 | 400 | 3400 | 24,300 | 1800 | 4,500 | 26,400 | 51,000 |
| 2009 | 4600 | 81,900 | 3000 | 400 | 3400 | 27,700 | 1800 | 6,300 | 31,200 | 50,700 |
| 2010 | 4500 | 86,400 | 3000 | 400 | 3400 | 31,100 | 1800 | 8,100 | 36,000 | 50,400 |
| 2011 | 4000 | 90,400 | 3000 | 400 | 3400 | 34,500 | 2400 | 10,500 | 41,400 | 49,000 |
| 2012 | 4100 | 94,500 | 3000 | 400 | 3400 | 37,900 | 3000 | 13,500 | 47,400 | 47,100 |
| 2013 | 4200 | 98,700 | 3000 | 400 | 3400 | 41,300 | 3000 | 16,500 | 53,400 | 45,300 |
| 2014 | 4200 | 102,900 | 3000 | 400 | 3400 | 44,700 | 3000 | 19,500 | 59,400 | 43,500 |
| 2015 | 4300 | 107,200 | 3000 | 400 | 3400 | 48,100 | 3000 | 22,500 | 65,400 | 41,800 |
| 2016 | 4300 | 111,500 | 3000 | 400 | 3400 | 51,500 | 3000 | 25,500 | 71,400 | 40,100 |
| 2017 | 4500 | 116,000 | 3000 | 400 | 3400 | 54,900 | 3000 | 28,500 | 77,400 | 38,600 |
| 2018 | 4700 | 120,700 | 3000 | 400 | 3400 | 58,300 | 3000 | 31,500 | 83,400 | 37,300 |
| 2019 | 4700 | 125,400 | 3000 | 400 | 3400 | 61,700 | 3000 | 34,500 | 89,400 | 36,000 |
| 2020 | 4900 | 130,300 | 3000 | 400 | 3400 | 65,100 | 3000 | 37,500 | 95,400 | 34,900 |
| 2021[D] | | | 3000 | 400 | 3400 | 68,500 | 3000 | 40,500 | 101,400 | 28,900 |
| 2022 | | | 1100 | 400 | 1800 | 70,000 | 3000 | 43,500 | 105,500 | 24,800 |
| 2023 | | | | | | | 3000 | 46,500 | 108,500 | 21,800 |
| 2024 | | | | | | | 3000 | 49,500 | 111,500 | 18,800 |
| 2025 | | | | | | | 3000 | 52,500 | 114,500 | 15,800 |
| 2026 | | | | 8000[E] | | | 3000 | 55,500 | 117,500 | 12,800 |
| 2027 | | | | | | | 3000 | 58,500 | 120,500 | 9,800 |
| 2028 | | | | | | | 3000 | 61,500 | 123,500 | 6,800 |
| 2029 | | | | | | | 3000 | 64,500 | 126,500 | 3,800 |
| 2030 | | | | | | | 3000 | 67,500 | 129,500 | 800 |
| 2031 | | | | | | | 800 | 68,300 | 130,300 | |

[A]Data from Commercial Nuclear Power 1984: Prospects for the United States and the World. DOE/EIA 0438(84), November 1984. Includes discharge from decommissioned reactors.

[B]Approximate waste-acceptance rates for high-level waste from atomic energy defense activities and commercial high-level waste from the West Valley Demonstration Project. Quantities have been "normalized" to metric tons of uranium (MTUs) on a curie-equivalent basis. Direct comparison with spent fuel is not equivalent, because defense high-level waste (DHLW) and commercial high-level waste (CHLW) resulted from the reprocessing of spent fuel. In the example, 400 MTU of defense waste equals 800 canisters. Actual acceptance rates are to be negotiated between Defense Programs and the Office of Civilian Radioactive Waste Management in the DOE.

[C]The first repository currently is designed to begin operation in two phases. This example shows the acceptance of DHLW and CHLW in the first phase when the second phase reaches its maximum receipt rate.

[D]The Energy Information Administration projects spent-fuel generation only through the year 2020. For waste created after 2020, either the capacity of the first two repositories could be increased or additional repositories could be built.

[E]The example shows a total of 8000 MTU of DHLW and CHLW emplaced by the year 2022. Additional DHLW can be accommodated by extending the operation of the first repository, emplacing DHLW in the second repository, or constructing additional repositories, as indicated in footnote D.



0201

HQ0005306

Table 2-3. Waste-Acceptance Schedule--Improved-Performance System
(Metric tons of uranium (MTU) per year)

| Year | Spent-Fuel Generation[a] | | HRS | HRS | First Repository | | | | Second Repository | | Cumulative Spent-Fuel | Spent-Fuel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Annual | Cumulative | Acceptance | Inventory[b] | SF from HRS | High-Level Waste[c] | Total | Cumulative Total Waste | Spent Fuel | Cumulative | Acceptance | Backlog |
| Pre 1998 | | 40,100 | 2200 | 2,200 | | | | | | | 2,200 | 37,900 |
| 1998 | 2900 | 43,000 | 3000 | 4,800 | 400 | | 400 | 400 | | | 5,200 | 37,800 |
| 1999 | 3000 | 46,000 | 3000 | 7,400 | 400 | | 400 | 800 | | | 8,200 | 37,800 |
| 2000 | 3000 | 49,000 | 3000 | 10,000 | 400 | | 400 | 1,200 | | | 11,200 | 37,800 |
| 2001 | 3000 | 52,000 | 3000 | 12,100 | 900 | | 900 | 2,100 | | | 14,200 | 37,800 |
| 2002 | 3000 | 55,000 | 3000 | 13,300 | 1800 | | 1800 | 3,900 | | | 17,200 | 37,800 |
| 2003 | 3100 | 58,100 | 3000 | 13,300 | 3000 | 400 | 3400 | 7,300 | | | 20,200 | 37,900 |
| 2004 | 3300 | 61,400 | 3000 | 13,300 | 3000 | 400 | 3400 | 10,700 | | | 23,200 | 38,200 |
| 2005 | 3400 | 64,800 | 3000 | 13,300 | 3000 | 400 | 3400 | 14,100 | | | 26,200 | 38,600 |
| 2006 | 3800 | 68,600 | 3000 | 13,300 | 3000 | 400 | 3400 | 17,500 | 900 | 900 | 30,100 | 38,500 |
| 2007 | 4100 | 72,700 | 3000 | 13,300 | 3000 | 400 | 3400 | 20,900 | 1800 | 2,700 | 34,900 | 37,800 |
| 2008 | 4700 | 77,400 | 3000 | 13,300 | 3000 | 400 | 3400 | 24,300 | 1800 | 4,500 | 39,700 | 37,700 |
| 2009 | 4500 | 81,900 | 3000 | 13,300 | 3000 | 400 | 3400 | 27,700 | 1800 | 6,300 | 44,500 | 37,400 |
| 2010 | 4500 | 86,400 | 3000 | 13,300 | 3000 | 400 | 3400 | 31,100 | 1800 | 8,100 | 49,300 | 37,100 |
| 2011 | 4000 | 90,400 | 3000 | 13,300 | 3000 | 400 | 3400 | 34,500 | 2400 | 10,500 | 54,700 | 35,700 |
| 2012 | 4100 | 94,500 | 3000 | 13,300 | 3000 | 400 | 3400 | 37,900 | 3000 | 13,500 | 60,700 | 33,800 |
| 2013 | 4200 | 98,700 | 3000 | 13,300 | 3000 | 400 | 3400 | 41,300 | 3000 | 16,500 | 66,700 | 32,000 |
| 2014 | 4200 | 102,900 | 3000 | 13,300 | 3000 | 400 | 3400 | 44,700 | 3000 | 19,500 | 72,700 | 30,200 |
| 2015 | 4300 | 107,200 | 3000 | 13,300 | 3000 | 400 | 3400 | 48,100 | 3000 | 22,500 | 78,700 | 28,500 |
| 2016 | 4300 | 111,500 | 3000 | 13,300 | 3000 | 400 | 3400 | 51,500 | 3000 | 25,500 | 84,700 | 26,800 |
| 2017 | 4500 | 116,000 | 2800 | 13,100 | 3000 | 400 | 3400 | 54,900 | 3000 | 28,500 | 90,500 | 25,500 |
| 2018 | 4700 | 120,700 | | 10,100 | 3000 | 400 | 3400 | 58,300 | 3000 | 31,500 | 93,500 | 27,200 |
| 2019 | 4700 | 125,400 | | 7,100 | 3000 | 400 | 3400 | 61,700 | 3000 | 34,500 | 96,500 | 28,900 |
| 2020 | 4900 | 130,300 | | 4,100 | 3000 | 400 | 3400 | 65,100 | 3000 | 37,500 | 99,500 | 30,800 |
| 2021 | | | | 1,100 | 3000 | 400 | 3400 | 68,500 | 3000 | 40,500 | 102,500 | 27,800 |
| 2022 | | | | | 1100 | 400 | 1500 | 70,000 | 3000 | 43,500 | 105,500 | 24,800 |
| 2023 | | | | | | | | | 3000 | 46,500 | 108,500 | 21,800 |
| 2024 | | | | | | | | | 3000 | 49,500 | 111,500 | 18,800 |
| 2025 | | | | | | | | | 3000 | 52,500 | 114,500 | 15,800 |
| 2026 | | | | | | 8000 | | | 3000 | 55,500 | 117,500 | 12,800 |
| 2027 | | | | | | | | | 3000 | 58,500 | 120,500 | 9,800 |
| 2028 | | | | | | | | | 3000 | 61,500 | 123,500 | 6,800 |
| 2029 | | | | | | | | | 3000 | 64,500 | 126,500 | 3,800 |
| 2030 | | | | | | | | | 3000 | 67,500 | 129,500 | 800 |
| 2031 | | | | | | | | | 800 | 68,300 | 130,300 | |

[a]Data from Commercial Nuclear Power 1984: Prospects for the United States and the World, DOE/EIA 0438(84), November 1984. Includes discharge from decommissioned reactors.

[b]The MRS facility is assumed to reach a constant acceptance rate and discharge to the first repository as fast as the first repository can accept spent fuel. The MRS facility will stop accepting spent fuel when its inventory will fill the first repository.

[c]See footnotes b and c in Table 2-2.



0202

HQ0005307

the quantities of waste the DOE could accept beginning in 1996 with the completion of an integral MRS facility is presented in Table 2-3. This schedule assumes that one MRS facility services the first repository. Other scenarios are possible, such as a larger MRS facility servicing part or all of both repositories, or two MRS facilities servicing two repositories.

Included in Tables 2-2 and 2-3 are possible acceptance schedules for defense high-level waste (DHLW) produced in national defense programs and commercial high-level waste (CHLW) from the West Valley Demonstration Project. These schedules are based on the assumption that the DHLW and CHLW would be emplaced in phase 1 of the first repository after phase 2 begins operating and reaches its design capacity (see Section 3.1 for a discussion of the first-repository phases). These schedules are for illustrative purposes only at this time. The amount of defense waste to be disposed of in the repository, and the actual acceptance rates, have not yet been determined by the DOE.

A comparison of the two acceptance schedules shows the following advantages of the improved-performance plan over the authorized plan for the acceptance of civilian spent fuel:

1. Spent-fuel acceptance can begin as soon as the integral MRS facility begins operation, possibly 1 to 2 years ahead of the repository.

2. System waste-acceptance rates with the integral MRS facility ramp up and reach the design level sooner, thus easing the problem of spent-fuel storage during the critical years around 1998.

3. In the particular example depicted in Table 2-3, the spent-fuel backlog after 1998 never exceeds the cumulative spent-fuel inventory in 1998. In other words, with the exception of a few years just before the startup of the second repository, the acceptance rate matches or exceeds the rate of spent-fuel generation after 1998.

The choice of the receipt rate for the integral MRS facility establishes the bounds by which the integrated waste-management system would accept and package spent fuel during the critical years from 1998 to the startup of the second repository in 2006. The rate at which the integral MRS facility would accept spent fuel is based on two major considerations:

1. The need to relieve the utilities of onsite-fuel-storage pressures that could result in the disruption of orderly nuclear reactor operations after January 31, 1998.

2. The need to operate the overall system in an orderly, cost-effective manner, which implies the handling of suitably aged nuclear fuel and the maintenance of fairly constant receipt and packaging rates over extended periods of time.

The representative waste-acceptance schedule for the improved-performance system described in this chapter is designed to achieve the following DOE objectives:

1. Accept civilian spent fuel at an annual rate that will allow the utilities to maintain orderly operations of their nuclear power plants, recognizing that the oldest spent fuel will have the highest priority for acceptance consistent with the DOE's current contracts with the waste generators.

2. Accept the current planning-base spent-fuel inventory of 130,000 MTU consistent with the objective of cost-effective operations while providing tangible evidence that the DOE fully intends to dispose of spent fuel in a timely manner.

3. Ensure that the rate of defense-waste acceptance does not disrupt the orderly and timely acceptance of spent fuel and civilian high-level waste.

4. Emplace the inventory of defense waste in a repository in a timely manner after the waste has been solidified and encapsulated. This objective accords with the President's decision to dispose of defense waste in a civilian geologic repository in a cost-effective manner.

It should be emphasized that this schedule is only an approximation of how the system may operate and is subject to considerable variation. The DOE will further define and specify the system acceptance parameters as the program progresses.

Should the Congress decide not to authorize an integrated MRS facility, the waste-acceptance schedule shown in Table 2-2 is an example of a plan the DOE is likely to follow.

The DOE will continue to use the Energy Information Administration's "middle-case" forecasts of gross electricity generation by nuclear power plants and the attendant spent-fuel discharges as the principal planning basis for the overall waste-management program. The DOE will consider other forecasts of nuclear power growth as conditions warrant. The waste-acceptance schedule will serve as a planning base that will be updated annually in response to the latest forecasts of nuclear power growth. Under the terms of the contracts for disposal services that have been signed between the DOE and the utilities, an annual capacity report with projected annual receiving capacities and rankings will be issued by the DOE beginning in 1987. In 1991, the DOE will begin to publish firm waste-acceptance schedules for individual reactors, including shipment allocations.

DOE/RW-0128

# OCRWM Mission Plan Amendment

## *With Comments on the Draft Amendment and Responses to the Comments*

*June 1987*

U.S. Department of Energy
Office of Civilian Radioactive Waste Management
Washington, DC 20585

at both sites as the DOE receives evidence that quality-assurance requirements are satisfied.

EXTENSION OF THE SCHEDULE FOR THE FIRST REPOSITORY

Beginning with the comments on the proposed DOE siting guidelines,[26] which were issued on February 7, 1983, shortly after the Act was signed by the President, and continuing through the comments on the 1984 draft Mission Plan[27] and the Project Decision Schedule,[28] many parties have insisted that, given the controversial nature of the program, the schedule specified by the Act was not realistic and not achievable.* They pointed out that the schedule was not reconcilable with the siting process mandated by the Act—to achieve one it was necessary to sacrifice the other—and suggested that the DOE ask the Congress for schedule relief.

The DOE attempted to meet both objectives and developed an aggressive schedule that would allow the first repository to start accepting waste in January 1998. This schedule, first reported in the 1984 draft of the Mission Plan[27] and later revised in the 1985 Mission Plan,[1] resulted from a careful evaluation of the feasible options for each phase of the program and was based on innovative approaches to the development of the repository, such as the integration into the construction of the repository of the exploratory shafts used for site characterization and the construction of the repository in two phases. At the same time, the DOE insisted that the schedule would not be allowed to prevail over the need for technical excellence and public participation.

As already mentioned, several important milestones have been achieved. However, the experience gained in achieving those milestones and advances in the technical planning of the program, coupled with a decrease in the budget for fiscal year 1987** and uncertainty about fiscal year 1988, have led the DOE to reassess and rebaseline the program for the first repository and to revise its schedule (see Table 1). The new schedule shows a 5-year extension of the date for waste acceptance at the first repository, from 1998 to 2003. (As explained later, the DOE could nonetheless start accepting waste in 1998 at an MRS facility.)

The schedule remains aggressive and success oriented. As explained more fully in Appendix B, most of the extension occurs in the near term, during the site-characterization and site-selection phases. The activities scheduled for these phases include the preparation and public review of the site characterization plans, the construction of the exploratory shafts, the underground

*Summaries of these comments and the DOE's responses can be found in Volume II of the 1985 Mission Plan.[1]

**In the budget appropriation for fiscal year 1987, the Congress provided $499 million of the $710 million requested by the DOE and withheld $79 million of the $499 million pending the certification of good-faith efforts in consultation and cooperation with States and affected Indian Tribes.

# Appendix F

## WASTE-ACCEPTANCE SCHEDULE

### F.1 INTRODUCTION

The 1985 Mission Plan presented representative waste-acceptance schedules for the authorized system and the improved-performance system.[1] Because of the intent to postpone indefinitely site-specific activities for the second repository, the rebaselined schedule for the first repository, and the revised estimate of when an MRS facility could begin receiving waste, it was necessary to develop a revised waste-acceptance schedule as a reference for planning purposes and for fee-adequacy assessments.

Like the schedule in the 1985 Mission Plan, the schedule presented here is only an approximation of how the system may operate and is subject to considerable variation. The DOE will further define and specify the system operating and waste-acceptance parameters as the program progresses. The DOE will use the forecasts made by the DOE's Energy Information Administration (EIA) of gross electricity generation by nuclear power plants and the attendant spent-fuel discharges as the planning basis for the overall waste-management program. The DOE will consider other forecasts of nuclear power growth as conditions warrant. The waste-acceptance schedule will serve as a planning base that will be updated annually in response to the latest forecasts of nuclear power growth.

Under the terms of the contract[2] that has been signed between the DOE and the owners and generators of spent fuel and high-level waste, an annual capacity report with projected annual receiving capacities and rankings will be issued by the DOE for planning purposes beginning in 1987. In 1991, the DOE is required to begin publishing annual acceptance priority rankings for spent-fuel receipt by the DOE. Beginning January 1, 1992, the utilities are to submit to the DOE for approval delivery commitment schedules based on these rankings. These schedules will form the basis for final delivery schedules to be submitted by the utilities not less than 12 months before the actual delivery dates.

The above-mentioned contract provides for the DOE's acquisition of title to spent nuclear fuel and high-level waste, transportation, and subsequent disposal. Under the contract, these services are to be provided "after commencement of facility operations, not later than January 31, 1998." Table F-1 shows an illustrative schedule that is consistent with that requirement and reflects the DOE's current plans for the development of the improved-performance waste-management system.

### F.2 KEY CHANGES IN THE WASTE-ACCEPTANCE SCHEDULE

The key changes in Table F-1 from the corresponding table in the 1985 Mission Plan (Table 2-3) are as follows:

Office of Civilian Radioactive Waste Management

# Annual Capacity Report

1

June 1987

U.S. Department of Energy
Office of Civilian Radioactive Waste Management
Washington, DC 20585

7 0 1 4 6 4 3 1 2

DB0001245

0208

EDB-001-1246

**Department of Energy**
Washington, DC 20585

This Annual Capacity Report is the first in a series to be published by the Department of Energy. The report, required by the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste, provides, for planning purposes, the projected annual receiving capacity and annual acceptance rankings for the first 10 years of waste management system operations.

The projections in this initial report are based on current plans and best available information; they are not contractually binding. Nevertheless, this first report represents a significant milestone -- it starts the essential process of communicating to owners and generators of spent nuclear fuel and high-level radioactive waste how the Department intends to discharge its responsibilities under the Contract. Even more importantly, it activates a mechanism through which Contract holders can express their views on how the waste management system can achieve maximum efficiency, while assuring equity among the parties. In a full-cost recovery program such as that mandated by the Nuclear Waste Policy Act of 1982, this represents no small challenge.

As the waste management system evolves, we will need to cooperate closely to ensure that the decisions that are made serve us well in the years ahead. I am confident that, together, we will succeed.

Ben C. Rusche

Ben C. Rusche, Director
Office of Civilian Radioactive
Waste Management

7 0 1 4 6 4 3 1 3

*Celebrating the U.S. Constitution Bicentennial — 1787-1987*

the annual acceptance ranking relating to DOE contracts for the disposal of SNF and/or HLW including, to the extent available, capacity information for ten (10) years following the projected commencement of operation of the initial DOE facility." As specified in the Contract, the ACR is for planning purposes only and, thus, is not contractually binding on either DOE or the Purchasers. The ACR will be published each year through 1990.

Beginning in 1991, the ACR acceptance ranking will be converted into an Annual Priority Ranking for receipt of SNF/HLW. In 1992, based on this priority ranking, the Purchasers will submit to DOE for approval, Delivery Commitment Schedules identifying the SNF/HLW that Purchasers propose to deliver to the DOE waste management system (WMS). Once approved, these schedules will become the basis for Final Delivery Schedules to be submitted by the Purchasers not less than 12 months before the date of DOE's anticipated acceptance of title to the SNF/HLW and subsequent transport to a DOE facility.

## 1.2 THE ROLE OF THE ANNUAL CAPACITY REPORT

DOE recognizes that the Standard Disposal Contract may not provide sufficient detail and guidance to enable DOE and the Purchasers to carry out all of their contractual responsibilities and/or for the Purchasers to make certain spent fuel management decisions. Additional information, beyond that required by the Contract, could facilitate long-range waste management planning. Consequently, future ACRs will be expanded to include documentation of the resolution of Contract-related issues and WMS decisions which might affect the Purchasers' planning and operational decisions.

### 1.2.1 Expanded Scope of The Annual Capacity Report

This report identifies several topics that go beyond the scope [illegible]f the ACR reporting requirements. Additional Contract guidance [illegible]ay be needed to fully address such issues as the criteria and [illegible]ocedures for acceptance of consolidated SNF, fuel storage [illegible]ntainers, nonfuel-bearing components, or dual-purpose casks. [illegible] also expects to develop and report on procedures for [illegible]mittal and criteria for approval of Delivery Commitment

BEST AVAILABLE COPY

7 0 1 4 5 4 3 1 8

DB0001251

DOE/RW-0191

DAW

Office of Civilian Radioactive
Waste Management

# Annual Capacity Report

June 1988

U.S. Department of Energy
Office of Civilian Radioactive Waste Management
Washington, DC 20585

## 1.0 INTRODUCTION

The Nuclear Waste Policy Act of 1982 (NWPA)[1] assigns the Federal Government responsibility to provide for the permanent disposal of spent nuclear fuel (SNF) and high-level radioactive waste (HLW). The Director of the Department of Energy's (DOE) Office of Civilian Radioactive Waste Management (OCRWM) is responsible for carrying out the functions of the Secretary under the NWPA. Section 302(a) of the NWPA authorizes the Secretary to enter into contracts* with owners or generators** of commercial SNF and/or HLW. The Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste[2] represents the sole contractual mechanism for DOE acceptance and disposal of SNF or HLW. It establishes the requirements and operational responsibilities of the parties to the Contract in the areas of administrative matters, fees, terms of payment for disposal services, waste acceptance criteria, and waste acceptance procedures. The Standard Disposal Contract provides for the acquisition of title to the SNF and/or HLW by DOE, its transportation to DOE facilities, and its subsequent disposal.

### 1.1 STANDARD DISPOSAL CONTRACT REQUIREMENT FOR AN ANNUAL CAPACITY REPORT

Under the terms of the Standard Disposal Contract (Article IV), the Annual Capacity Report (ACR) is to project the DOE's annual receiving capacity and present the annual acceptance ranking of SNF and/or HLW for disposal for 10 years following the projected commencement of operations of the DOE receiving facilities. As specified in the Contract, the ACR is for planning purposes only and thus is not contractually binding on either DOE or the Purchasers. The ACR will be published each year through 1990.

---

*Individual contracts are based upon the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961) which will be referred to as the "Standard Disposal Contract" or "Contract" for subsequent discussion in this report.

**Owners and generators of SNF and HLW who have entered into agreements with DOE and/or have paid fees for purchase of disposal services are referred to as "Purchasers".

According to the Contract, beginning in 1991, the ACR acceptance ranking will be converted into the Annual Acceptance Priority Ranking for receipt of SNF/HLW. The Contract specifies that, based on this priority ranking, the Purchasers shall, in 1992, submit to DOE for approval, Delivery Commitment Schedules identifying the SNF/HLW that Purchasers propose to deliver to the DOE waste management system (WMS). The Contract provides that, once approved, these schedules will become the bases for Final Delivery Schedules to be submitted by the Purchasers not less than 12 months before the actual date of DOE's anticipated acceptance of title to the SNF and subsequent transport to a DOE facility.

1.2 EXPANDED SCOPE OF THE ANNUAL CAPACITY REPORT

DOE recognizes that there is a need for DOE and the Purchasers to coordinate in the implementation of the Standard Disposal Contract to enable DOE and the Purchasers to carry out all of their responsibilities and/or for the Purchasers to make certain spent fuel management decisions. DOE acknowledges that the configuration and operating details of the WMS are still at the conceptual design stage and subject to uncertainty.

DOE also recognizes that the identification and resolution of Contract-related issues and the development of procedures for effective and equitable implementation of the WMS are elements of an iterative process that requires the cooperative efforts of both DOE and the Purchasers. DOE has identified a number of issues and system considerations which could affect the annual capacity available for allocation, as well as instances when overall WMS efficiency considerations may affect delivery quantities. DOE has expressed its intention to work with the Purchasers' representatives to address these issues and provide guidance, as appropriate, to the Purchasers for their use in planning for at-reactor storage and ultimate delivery of SNF/HLW to the WMS.

DOE/RW-0294P

Office of Civilian Radioactive Waste Management

# Annual Capacity Report

1

December 1990

U.S. Department of Energy
Office of Civilian Radioactive Waste Management
Washington, DC 20585

HQ0002488

0214

HQR-001-2489

## SUMMARY

The Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR 961) requires the Department of Energy (DOE) to issue an Annual Capacity Report (ACR) for planning purposes. This report is currently scheduled to be the last in the series of ACRs to be published by DOE. The Standard Disposal Contract states that beginning in April 1991, DOE will publish the first annual Acceptance Priority Ranking report which will formally set forth the acceptance queue in which Purchasers will receive priority for allocation of the Waste Management System (WMS) acceptance capacity.

This 1990 issue of the ACR utilizes two projected WMS waste acceptance schedules as the bases for allocation of acceptance capacity to the Purchasers for a 10-year period following the projected commencement of facility operations. The acceptance schedules were selected to be representative of upper and lower boundaries for a WMS which includes a Monitored Retrievable Storage (MRS) facility capable of receiving and storing SNF starting in 1998. Use of an MRS in 1998 would require early MRS siting and modifications to the licensing conditions of the Amendments Act. The projected annual acceptance capacity allocations to Purchasers presented in Appendix A and summarized in Tables 3.1 and 3.2, are based on the oldest-fuel-first (OFF) priority ranking of spent nuclear fuel (SNF) and the two bounding case WMS acceptance schedules.

During 1989, the Secretary of Energy directed an extensive review of the Civilian Radioactive Waste Management Program to include a thorough and comprehensive assessment of the repository-related activities and to develop a schedule based on a realistic assessment of activity durations and past experience. On November 29, 1989, the results of that review were published in a report to Congress. In April 1990, DOE informed all Purchasers by letter that the 1989 ACR would not be published prior to development of revised waste acceptance schedules based on the Secretary's assessment of the program since such an effort would not be useful for planning purposes. As indicated in the Secretary's report to Congress, the reference development schedule for the MRS

years following the projected commencement of DOE facility operations. As specified in the Contract, the ACR is for planning purposes only and thus is not contractually binding on either DOE or the Purchasers. The Standard Disposal Contract states that beginning in April 1991, the ACR is scheduled to be replaced by the annual Acceptance Priority Ranking report for receipt of SNF/HLW. The Contract further specifies that, beginning in January 1992, and based on the Acceptance Priority Ranking, the Purchasers shall submit Delivery Commitment Schedules (DCS) to DOE identifying the range of discharge dates of the SNF/HLW that the Purchasers propose to deliver to the Waste Management System (WMS). The Contract provides that the approved DCSs will become the bases for Final Delivery Schedules, which are to be submitted by the Purchasers not less than 12 months before the designated year of DOE's anticipated acceptance of title to the SNF/HLW and subsequent transport to a DOE facility.

## 1.2 EXPANDED SCOPE OF THE ANNUAL CAPACITY REPORT

DOE recognizes that there is a need for DOE and the Purchasers to coordinate the implementation of the provisions of the Standard Disposal Contract to enable both parties to carry out all of their responsibilities and/or for the Purchasers to make certain spent fuel management decisions. DOE acknowledges that the configuration and operating details of the WMS are still at the conceptual design stage and subject to some uncertainty.

DOE also recognizes that the identification and resolution of Contract-related issues and the development of procedures for the effective and equitable implementation of the WMS are elements of an iterative process that requires the cooperative efforts of both DOE and the Purchasers. DOE has identified a number of issues and system considerations that could affect the waste acceptance process, including the capacity available for allocation, as well as instances where overall WMS efficiency considerations may affect delivery quantities. DOE has expressed its intention to work with the Purchasers' representatives to address these issues and provide appropriate guidance to the Purchasers for their use in planning for at-reactor storage and ultimate delivery of SNF/HLW to the WMS.

## 2.0 WASTE ACCEPTANCE PROJECTIONS

The two waste acceptance schedule projections used in this ACR are representative of bounding cases for a WMS configuration authorized by the Nuclear Waste Policy Amendments Act of 1987 (Amendments Act),[4] which includes an MRS facility. The upper bounding case is representative of the receipt rate of a WMS that is not restricted by MRS storage capacity limits of 10,000 MTU before repository operations and a maximum of 15,000 MTU at any time as imposed by the Amendments Act. This case is also not restricted by the MRS site selection and construction schedule linkages with the repository as imposed by the Amendments Act. The lower bounding case represents a receipt rate that would be in compliance with the Amendments Act restrictions on storage limits at an MRS before a repository starts operation. However, this case assumes removal of the schedule linkages with the repository imposed by the Amendments Act. Article II of the Contract indicates that "The services to be provided by DOE under this Contract [acceptance of title, subsequent transportation, and disposal of SNF/HLW] shall begin, after the commencement of facility operations, not later than January 31, 1998...." DOE recognizes that, under current conditions, waste acceptance at a DOE facility can begin in 1998 only if the Federal Government is able to consummate a timely agreement with a host State or Indian Tribe for the siting of an MRS facility which has been approved by Congress.

On November 29, 1989, the Secretary submitted a Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program[5] which reported the results of a comprehensive review of the schedule for the waste management system. This schedule, based on a realistic assessment of activity durations and past experience, shows a significant slip for the start of repository operations--from the year 2003 to approximately 2010. The current restrictions in the Amendments Act linking the repository and MRS make it impossible for DOE to accept waste at an MRS facility on a schedule that is independent from that of the repository. DOE has indicated its preference that the MRS be sited through the efforts of the Office of the Nuclear Waste Negotiator[5], which was established by the Amendments Act. The Negotiator is a representative of the Federal Government, appointed by the President, and is

authorized to seek a State or Indian Tribe willing to host an MRS or a geological repository. Assuming that the site for the MRS will be obtained through the efforts of the Negotiator and approved by Congress, this may provide an opportunity to modify existing linkages with the repository to enable the MRS to begin receiving SNF significantly earlier than the repository and increase the amount of SNF that can be stored at the MRS. If the current linkages to the repository are maintained, it is estimated that commencement of facility operations and initial acceptance of SNF/HLW by DOE would not start until 2007.

The projected waste acceptance rates, presented in Tables 2.1 and 2.2, represent potential bounding cases for the Transportation System and an MRS facility receiving waste starting in 1998 as detailed in the Secretary's report to Congress. The waste acceptance rates for the first 10 years of WMS operation project a total acceptance of 24,100 MTU for the upper bounding case and 7,375 MTU for the lower bounding case. The upper bounding case is taken from the 1988 Draft Mission Plan Amendment and was used in the last ACR[6]. The lower bounding case requires early MRS siting but complies with the current 10,000 MTU storage limit prior to repository operation. These tables provide only an approximation of the system throughput rates and are subject to changes depending on the conditions for the siting of an MRS and the system design and configuration. DOE will further define and specify the system operating and waste acceptance parameters as the program progresses and inform the Purchasers at the earliest feasible time.

Under current conditions, the owners and generators of SNF/HLW will continue to be responsible for storing their spent fuel until acceptance by DOE. DOE will continue working with the Purchasers through cooperative efforts on developing technologies to expedite the effective use of available storage and the development of additional storage at reactor sites.

The number of Purchasers whose Final Delivery Schedules may be accommodated in any given year will be constrained by the acceptance capacity of the WMS. As in the last ACR[6], acceptance capacity available for allocation to the Purchasers equals the system operating capacity as shown in Tables 2.1 and