**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on December 20, 2004)

| | |
|---|---|
| **SYSTEM FUELS, INC.,** on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 03-2624C<br>(Judge Braden) |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE COURT'S DECEMBER 2, 2004 SCHEDULING ORDER**

Plaintiff System Fuels, Inc. ("SFI"), on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association, through the undersigned counsel, respectfully requests that the Court amend its December 2, 2004 Order ("Scheduling Order") establishing a revised briefing schedule in this case on the issue of Defendant's (the "Government") liability for breach of contract. Counsel for SFI has conferred with counsel for the Government, who does not oppose this motion.

On December 16, 2004, this Court entered an Order striking the Government's recently-filed "Defendant's Response To Plaintiff's Motion For Summary Judgment On Liability, And Defendant's Motion For Summary Judgment Upon Counts I And II Of Plaintiff's Complaint." In its Scheduling Order, this Court initially set a date of December 21, 2004 for SFI's "reply in support of its motion for summary judgment on liability and its response to any cross-motion for summary judgment on liability." However, since the

underlying pleading submitted by the Government was stricken, SFI respectfully requests that the Scheduling Order be revised to reflect that SFI's reply is not due until January 5, 2005. Additionally, the Scheduling Order should be revised to reflect that the Government's reply in support of its cross-motion is not due until February 3, 2005.

For the foregoing reasons, SFI respectfully requests that the Court amend its December 2, 2004 Scheduling Order by modifying the due date for SFI's reply from December 21, 2004 to January 5, 2005 and modifying the due date for the Government's reply from January 18, 2005 to February 3, 2005.

Dated: December 20, 2004

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf
and as agent for System Energy Resources, Inc.
and South Mississippi Electric Power Association

Of Counsel:

Jay E. Silberg
Devon E. Hewitt
Michael G. Lepre
Walter F. Zenner
Daniel S. Herzfeld
Jack Y. Chu
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)