# In the United States Court of Federal Claims

No. 03-2624C
Filed December 23, 2004

| | |
|---|---|
| ************************************ | |
| | * |
| SYSTEMS FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC., and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| ************************************ | |

**ORDER**

Plaintiff's unopposed motion to amend the December 2, 2004 scheduling order, filed December 20, 2004, is hereby **GRANTED**. Plaintiff's reply to the Government's response to plaintiff's motion for summary judgment on liability and response to the Government's cross-motion for summary judgment on liability is due **January 5, 2005.** The Government's reply to plaintiff's response to the Government's cross-motion for summary judgment on liability is due **February 3, 2005**.

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge