NFIE-2004-0246

**Department of Energy**
Washington, DC 20585

QA:NA

Mr. Frank B. Rives
Director, Nuclear Fuels
Entergy Operations Inc.
PO Box 31995
Jackson, MS 39286-1995

DEC 01 2004

Dear Mr. Rives:

In a letter dated July 28, 2004, the U.S. Department of Energy informed you that the Department was resuming the Delivery Commitment Schedule (DCS) process. The Department received responses as requested. However, recent developments relating to the FY 2005 budget along with other issues have led the Department to conclude that the resumption of the DCS process was premature.

The Department thanks you for your response to its initial request for DCS planning information. Enclosed with this letter are any original DCS forms that you may have submitted with your response. After the Department has determined a revised date for the initial operation of the Yucca Mountain repository, it will resume the DCS process in accordance with the provisions of the Standard Contract.

If you have any questions on this matter please contact me at (202) 586-9198.

Sincerely,

Dave Zabransky
Contracting Officer
Office of Systems Analysis
And Strategy Development

Refs. 19, 20, 21, 22, 23, 53, 134, 151

Printed with soy ink on recycled paper