IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SYSTEMS FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2624C<br>(Judge Braden) |

DEFENDANT'S UNOPPOSED MOTION TO AMEND
THE COURT'S DECEMBER 23, 2004 SCHEDULING ORDER

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests that the Court amend the scheduling order that it issued on December 23, 2004, to provide defendant with two additional business days, to and including February 7, 2005, to file its reply to plaintiff's response to the Government's cross-motion for summary judgment on liability. Currently, defendant's reply brief is due to be filed on Thursday, February 3, 2005. Counsel for plaintiff, Systems Fuels, Inc. ("SFI"), has indicated that SFI does not oppose this proposed amendment to the Court's December 23, 2004 scheduling order.

The requested enlargement is necessary because other case commitments of Government counsel have made it impossible for counsel to complete the Government's reply brief, obtain review of it, and file it with the Court by the current deadline. Government counsel has been working to finish the final phase of post-trial briefing in Yankee Atomic Electric Co. v. United States, No. 98-126C, which is currently due on February 4, 2005. In addition, counsel is currently in Birmingham, Alabama, taking a deposition in Southern Nuclear Operating Co. v.

United States, No. 98-614C. Counsel has been engaged in depositions and other discovery in that case throughout the month of January.

For the foregoing reasons, defendant respectfully requests that the Court grant the request for an enlargement of time of two business days to and including February 7, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Heide L. Herrmann
HEIDE L. HERRMANN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 514-4325
Fax: (202) 307-2503

February 2, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of February 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION TO AMEND THE COURT'S DECEMBER 23, 2005 SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stephen Finn