IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYSTEMS FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | ) | |
| Plaintiff, | ) | No. 03-2624C |
| | ) | (Judge Braden) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO AMEND
THE COURT'S DECEMBER 23, 2004 SCHEDULING ORDER

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests that the Court amend the scheduling order that it issued on December 23, 2004, to provide defendant with three additional business days, to and including February 10, 2005, to file its reply to plaintiff's response to the Government's cross-motion for summary judgment on liability. Pursuant to the Court's December 23, 2004 scheduling order, defendant's reply brief was due to be filed on Thursday, February 3, 2005. By unopposed motion filed on Tuesday, February 1, 2005, defendant sought an enlargement of time up to and including Monday, February 7, 2005. Counsel for plaintiff, Systems Fuels, Inc. ("SFI"), has indicated that SFI does not oppose this proposed amendment to the Court's December 23, 2004 scheduling order.

The requested enlargement is necessary because other case commitments of Government counsel have made it impossible for counsel to complete the Government's reply brief, obtain review of it, and file it with the Court by the current deadline. The completion of the Government's reply brief has been delayed, in part, because the attorney supervising the attorney

assigned to this case has been out of the office and unable to work for several days because of an illness. In addition, Government counsel's time has been devoted to depositions and other discovery matters in Southern Nuclear Operating Co. v. United States, No. 98-614C. While we had anticipated being able to meet the modified schedule, unexpected issues have arisen which have required the attention of Government counsel, and the review of supervisors, prior to the submission of the defendant's reply brief.

The Government is mindful of the fact that oral argument in this matter is scheduled to take place on Tuesday, February 15, 2005. We do not believe that the submission of the Government's reply on February 10, 2005, which we anticipate will not be extremely lengthy, will in any way affect the Court's ability to hear argument on that date.

For the foregoing reasons, defendant respectfully requests that the Court grant the request for an enlargement of time of three days, to and including February 10, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Heide L. Herrmann
HEIDE L. HERRMANN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 514-4325
Fax: (202) 307-2503

February 7, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 7th day of February 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION TO AMEND THE COURT'S DECEMBER 23, 2005 SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Heide L. Herrmann