# In the United States Court of Federal Claims

No. 03-2624C
Filed February 6, 2005

| | |
|---|---|
| SYSTEMS FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC., and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

Defendant's February 7, 2005 unopposed motion to amend the scheduling order to allow an extension of three business days, through February 10, 2005, within which to file a reply to plaintiff's response to the Government's cross-motion for summary judgment on the liability, is hereby **GRANTED.**

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge