# In the United States Court of Federal Claims

No. 03-2624C
Filed February 15, 2005

***********************************
SYSTEMS FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC., and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

**ORDER**

The court hereby enters the following scheduling order:

1. Plaintiff will submit an affidavit summarizing storage costs incurred to date on **March 4, 2005**.
2. The Government will file a response to the affidavit on **March 21, 2005**.
3. A status conference will be conducted, by telephone, on **March 17, 2005, at 2:00 p.m., e.s.t.**

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge