**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on March 4, 2005)

| | |
|---|---|
| **SYSTEM FUELS, INC.,** on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 03-2624C<br>(Judge Braden) |

**NOTICE OF FILING OF AFFIDAVIT OF CHARLES B. ("BEN") FRANKLIN**

Per the Court's direction, Plaintiff System Fuels, Inc., on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association, respectfully requests leave to file the affidavit of Charles B. ("Ben") Franklin in support of its October 29, 2004 motion for summary judgment on liability. The affidavit has been filed as an attachment to this motion for leave.

At the February 15, 2005 oral argument in this case, the Court requested that Plaintiff submit an affidavit verifying the costs that it has incurred as a result of Defendant's (the "Government") breach of contract in this case. See Transcript of Oral Argument (Feb. 15, 2005) at 52-53. Hence, the affidavit of Mr. Franklin specifies the costs Plaintiff has incurred, through the end of 2004, on engineering studies for the spent fuel disposal options at its Grand Gulf plant and on the design and initial construction of the dry storage facility at the plant. The affidavit also describes the types of spent nuclear fuel storage costs that Plaintiff will likely incur in 2005 and beyond, which costs Plaintiff contends are directly attributable to the Government's breach.

For the foregoing reasons, Plaintiff respectfully requests leave to file the attached affidavit of Charles B. ("Ben") Franklin.

Dated: March 4, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf
and as agent for System Energy Resources, Inc.
and South Mississippi Electric Power Association

Of Counsel:

Jay E. Silberg
Walter F. Zenner
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)