IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **SYSTEM FUELS, INC.**, on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 03-2624C<br>(Judge Braden) |

**AFFIDAVIT OF CHARLES B. ("BEN") FRANKLIN**

The undersigned, Charles B. ("Ben") Franklin, being first duly sworn on oath, states as follows:

1. My name is Charles B. ("Ben") Franklin. I am over the age of twenty-one years, am of sound mind, and have personal knowledge of the statements made herein and that the facts are true and correct. I am competent to make this Affidavit.

2. I have been employed by the Entergy system in various positions since 1981. My business address is 1340 Echelon Parkway, Jackson, Mississippi 39213.

3. I am currently Manager, Project Management, Fleet Dry Fuel Storage, for Entergy Services, Inc. My responsibilities include the development and implementation of the Entergy's dry fuel storage strategy, and the financial analysis and planning involving dry fuel storage. I am responsible for overall direction of the dry fuel storage program for Entergy's nuclear plants.

Accordingly, I am responsible for the dry fuel storage program for the Grand Gulf Nuclear Station ("Grand Gulf"), a 90 percent share of which is owned or leased by System Energy Resources Inc. ("SERI") (a wholly-owned Entergy Corporation subsidiary) and a 10 percent share of which is owned by Southern Mississippi Electric Power Association ("SMEPA").

4. This Affidavit is filed in support of the Motion for Summary Judgment on Liability filed by System Fuels, Inc. ("SFI") on its own behalf and as agent for SERI and SMEPA in Docket No. 03-2624C. Specifically, this Affidavit attests that costs have been and continue to be incurred at Grand Gulf to provide for additional storage of spent nuclear fuel.

5. On June 30, 1983, SFI executed a contract on its own behalf and as agent for Middle South Energy, Inc. and SMEPA (collectively, the "Plaintiffs"), with the U.S. Department of Energy ("DOE") providing that DOE would dispose of the spent nuclear fuel generated at Plaintiff's nuclear plant. (In 1986, the name of Middle South Energy, Inc. was changed to System Energy Resources, Inc.)

6. Grand Gulf has a spent fuel wet storage facility, called a "spent fuel pool" where it currently stores spent nuclear fuel removed from the Grand Gulf reactor. Spent fuel is removed from the Grand Gulf reactor (and replaced with new fuel) at the end of each approximately 18-month operating cycle. Because the amount of spent fuel in the pool would exceed the current capacity of the spent fuel pool with the refueling outage scheduled for April 2007, Plaintiffs will begin loading fuel into dry storage containers at Grand Gulf in 2006. Because DOE has so far failed to comply with its contractual obligations, and because it appears DOE will not do so prior to Grand Gulf needing additional storage, Plaintiffs have designed and are currently constructing

an Independent Spent Fuel Storage Installation ("ISFSI") at Grand Gulf to accommodate dry storage containers by 2006.

7. If DOE had timely commenced accepting spent nuclear fuel in accordance with its contractual requirements, and at a reasonable pickup rate, dry storage of spent fuel would not have been necessary at Grand Gulf, and the plant should have been able to avoid construction and operation of an ISFSI.

8. Plaintiffs began evaluating spent fuel storage options for Grand Gulf in 1998. In 2002, Plaintiffs began plant modifications to facilitate dry fuel storage, and in 2003, began the design of an ISFSI. Plant modifications have included items such as changes to the main door in the Auxiliary Building (housing the spent fuel pool) to accommodate spent fuel cask transfer. Construction of the ISFSI is scheduled to be complete in 2006, with loading of the first dry storage containers (or "casks") with spent fuel that year.

9. Through December 31, 2004, Plaintiffs have spent over $1,000,000 on engineering studies of spent fuel disposal options for Grand Gulf and modifications at the plant to allow for dry fuel storage.

10. Through December 31, 2004, Plaintiffs have spent over $3.5 million on the engineering design of an ISFSI for Grand Gulf, and over $250,000 on the first phases of ISFSI construction.

11. Additionally, Plaintiffs have incurred costs to increase the capacity in Grand Gulf's spent fuel pool.

12. Grand Gulf will obtain casks and certain cask transfer equipment through a contract entered into by Entergy Operations, Inc as agent for SERI. Costs for these items are not

included in the figures I mentioned above, but will be incurred by Grand Gulf prior to cask loading in 2006.

13. Major construction activities for the Grand Gulf ISFSI will be ongoing in 2005 and 2006. After 2006, Plaintiffs expect to continue to have to expend costs at Grand Gulf for dry fuel storage, including but not limited to the purchase and loading of casks to accommodate the spent fuel that will continue to be periodically discharged from the reactor during ongoing plant operations.

FURTHER AFFIANT SAITH NOT.

Charles B. "Ben" Franklin

Charles B. "Ben" Franklin

SUBSCRIBED AND SWORN TO before me on this 3rd day of March 2005.

Renee H. Middleton

Notary Public
State of Mississippi
County of Hinds

Commission Expires: Notary Public State of Mississippi At Large
My Commission Expires: November 2, 2005
Bonded Thru Heiden, Brooks & Garland, Inc