# In The United States Court of Federal Claims

No. 03-2624C
Filed: August 2, 2005

****************************************

SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

****************************************

**ERRATUM**

Please take not of the following change to the opinion, *System Fuels, Inc.* v. *United States*, No. 03-2624C (Fed. Cl. July 29, 2005), that was filed on July 29, 2005: at page 1, replace “No. 03-2642C” in the title caption with “No. 03-2624C.”

s/ Susan G. Braden
Susan G. Braden
Judge