**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on October 27, 2005)

| | | |
|---|---|---|
| **SYSTEM FUELS, INC.,** on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | ) | |
| Plaintiff, | ) | No. 03-2624C<br>(Judge Braden) |
| v. | ) | |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO AMEND THE COURT'S SCHEDULING ORDER**

Pursuant to RCFC 6 & 6.1, Plaintiff System Fuels, Inc., on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association, by and through its undersigned counsel, respectfully requests that the Court revise the deadline for Plaintiff's submission of its expert reports to Defendant (the "Government") in this case. Under the Court's April 5, 2005 Scheduling Order, the submission of Plaintiff's expert reports is currently due on November 4, 2005. Plaintiff seeks to extend this deadline by fourteen days, through November 18, 2005. This is the first enlargement sought by Plaintiff for the submission of its expert reports. Counsel for Plaintiff has spoken with counsel for the Government, who has represented the Government does not oppose this motion for enlargement.

An enlargement of time is necessary for the submission of expert reports in this case due to the effects of Hurricanes Katrina and Rita on Plaintiff and the entire Gulf Coast region. Although Plaintiff had been working diligently to prepare its expert reports in this case, the hurricanes forced Plaintiff to address more urgent matters at its various sites in the Gulf Coast region. As a result of the widespread and significant damage caused by the hurricanes, Plaintiff

reassigned many of its employees to emergency duties and away from providing information required for its expert reports. The hurricanes have also impaired Plaintiff's search for and review of the source documents necessary to support its expert reports.

Hence, for the foregoing reasons and for good cause shown, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff's submission of its expert reports in this case by fourteen days, through November 18, 2005.

Dated: October 27, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf
and as agent for System Energy Resources, Inc.
and South Mississippi Electric Power Association

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)