# In The United States Court of Federal Claims

No. 03-2624C
Filed: November 7, 2005

******************************************
*
SYSTEM FUELS, INC., on its own behalf and *
as agent for SYSTEM ENERGY RESOURCES, *
INC. and SOUTH MISSISSIPPI ELECTRIC *
POWER ASSOCIATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
******************************************

**ORDER**

Plaintiff's Unopposed Motion to Amend the Court's Scheduling Order is **GRANTED**. Plaintiff's submission of its expert reports to the Government is now due on or before November 18, 2005.

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge