**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed November 10, 2005)

| | | |
|---|---|---|
| **SYSTEM FUELS, INC.,** on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | ) | |
| Plaintiff, | ) | No. 03-2624C<br>(Judge Braden) |
| v. | ) | |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE EXPERT REPORTS UNDER SEAL**

Pursuant to RCFC 7, General Order No. 42a, ¶¶ 4 and 7, the Court's April 5, 2005 and November 7, 2005 Orders, and the May 9, 2002 Coordinated Discovery Protective Order ¶¶ 6-7 ("Protective Order"), Plaintiff System Fuels, Inc. ("SFI"), on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association, respectfully requests leave to file under seal the following three expert reports: (1) Assessment of Damages, System Fuels, Inc.'s, System Energy Resources, Inc.'s, and South Mississippi Electric Power Association's Spent Nuclear Fuel Claim; (2) Expert Report Regarding Determination of the U.S. Department of Energy's Overall Spent Nuclear Fuel Acceptance Rate; and (3) Expert Report Regarding Spent Nuclear Fuel Acceptance Rights For Grand Gulf Nuclear Power Station.

The Protective Order governing this case allows a party to request an order placing documents under seal and limiting access to confidential material to only the Court, the Court's employees, and counsel for the parties (and their agents). Protective Order ¶¶ 6-7. SFI requests

this protection and requests that its three expert reports be placed under seal, because they include descriptions of and references to SFI's proprietary and confidential business information.

Furthermore, General Order No. 42a, ¶ 7, notes that "documents to be placed under seal shall not be filed electronically unless and until authorized by the assigned judge." General Order No. 42a also states that "[a] motion to file documents under seal may be filed electronically, unless prohibited by law. The documents to be filed under seal shall not be attached to the motion, but shall be filed after the motion is granted." Id.

Consistent with General Order No. 42a's language, SFI submits this motion for leave to file its three expert reports under seal and will await a Court order to file these three expert reports with the Court (although SFI will serve the Government with a copy of the reports prior to the deadline for their submission). These three expert reports constitute SFI's response to the Court's April 5, 2005 Order, in which the Court directed that SFI "submit any expert reports on or before November 4, 2005."[1] To the extent that this Court prefers SFI to file these documents under seal electronically (as opposed to physically over-the-counter in the Clerk's office), SFI also requests leave to file electronic files exceeding 2 megabytes in size. See General Order 42a, ¶ 4.

[1] The Court's November 7, 2005 Order extended the deadline for SFI's submission of expert reports through November 18, 2005.

## CONCLUSION

For the foregoing reasons, SFI respectfully requests leave from the Court to file its expert reports under seal, either electronically or physically over-the-counter in the Clerk's office.

Dated: November 10, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf
and as agent for System Energy Resources, Inc.
and South Mississippi Electric Power Association

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)