# In The United States Court of Federal Claims

No. 03-2624C
Filed: November 17, 2005

****************************************
SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
****************************************

## ORDER

Plaintiff's Motion for Leave to File Expert Reports Under Seal is **GRANTED**. In accordance with the court's May 9, 2002 Coordinated Discovery Protective Order, Plaintiff shall physically file its expert reports. The Clerk of the Court is directed to place the Plaintiff's expert reports under seal and shall not make them available to persons other than the court, authorized employees of the Court, and the attorneys of record for the parties.

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge