**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on December 19, 2005)

| | |
|---|---|
| **SYSTEM FUELS, INC.,** on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 03-2624C<br>(Judge Braden) |

**MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6, 6.1, 33, & 34 Plaintiff System Fuels, Inc., on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association (together "SFI"), by and through its undersigned counsel, respectfully requests that the Court grant SFI an enlargement of time of 32 days from December 19, 2005 through January 20, 2006 to respond to the Defendant United States' ("the Government") "First Set of Interrogatories" and the Government's "First Request for Production of Documents." This is the first enlargement sought by SFI to respond to the Government's discovery requests. Counsel for SFI has spoken with counsel for the Government, Harold D. Lester, Jr., who has represented that the Government cannot ascertain at this time whether the Government will oppose this request for enlargement of time.

This request for an enlargement of time to respond to the Government's discovery requests does not seek to alter any of the dates in the Court's April 4, 2005 scheduling order, although counsel for SFI has informed counsel for the Government that SFI would not oppose moving certain dates, such as the due date for the completion of discovery, so long as the trial

date remains the same. In this regard, fact discovery is currently scheduled to end on June 2, 2006. Without any change in the schedule, the Government will have nearly five months to conduct further discovery based on SFI's responses to the Government's first set of interrogatories and first set of requests for production of documents. Moreover, the Government already has SFI's three expert reports on damages, the back-up documents supporting those expert reports, and SFI's RCFC 26 disclosures (including its list of knowledgeable witnesses). Also, as noted in its RCFC 26 disclosures, in an exchange of letters dated December 5 and December 8, 2005, counsel for the parties have agreed that SFI will limit its damages claim in the September 2006 trial of this action to those incurred through August 31, 2005, a sum of approximately $12 million.[1] This will significantly simplify the necessary discovery for and trial of this case. Furthermore, counsel for the parties have agreed to a conference call on January 10, 2006, during which counsel for the parties plan to discuss further SFI's list of knowledgeable witnesses, with the goal of securing some understanding as to which witnesses will likely be deposed. In short, substantial progress on both discovery and narrowing of the issues for trial is being made.

An enlargement of time is necessary to respond to the Government's written discovery due to Hurricanes Katrina and Rita and their continuing effect on SFI, the Entergy Corporation, and the operating utilities and residents of the Gulf Coast region. Although SFI has been working diligently to prepare its discovery responses in this case, the hurricanes forced SFI to address more urgent matters at their various sites in the Gulf Coast region. As a result of the widespread and significant damage caused by the hurricanes, Plaintiffs reassigned many of their employees to emergency duties and away from providing information required for their

[1] SFI reserves its right to promptly file another suit to capture costs incurred after September 1, 2005, consistent with *Indiana Michigan Power Co. v. United States*, 422 F.3d 1369 (Fed. Cir. 2005).

discovery responses. The hurricanes have also impaired SFI's search for and review of the source documents necessary to respond to the Government's document requests. SFI intends to and will produce documents in response to the Government's discovery requests. However, not all documents have been located, reviewed, and catalogued. SFI simply requires additional time to complete these tasks.

For the foregoing reasons and for good cause shown, SFI requests that the Court grant SFI an enlargement of time of 32 days from December 19, 2005 through January 20, 2006 to respond to the Government's "First Set of Interrogatories" and the Government's "First Request for Production of Documents."

Dated: December 19, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf
and as agent for System Energy Resources, Inc.
and South Mississippi Electric Power Association

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)