# In The United States Court of Federal Claims

No. 03-2624C
Filed: January 3, 2006

| | |
|---|---|
| SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER**

Plaintiff's December 19, 2005, Motion for an Enlargement of Time is **GRANTED**. Plaintiff's responses to the Government's First Set of Interrogatories and the Government's First Request for Production of Documents are now due January 20, 2005.

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge