IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, Plaintiff, | |
| v. | No. 03-2624C (Judge Braden) |
| UNITED STATES OF AMERICA, Defendant. | |

**DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Rule 7 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that this Court amend its April 5, 2005 Scheduling Order. Because the Court has granted the two enlargements requested by plaintiff, System Fuels, Inc. ("SFI"), one for its expert reports and the other for production of documents, the Government will not have enough time under the current schedule to complete discovery and proceed to trial. A slight three-month adjustment to the schedule will not prejudice SFI.

Defendant requests that the entire schedule, including the trial date, be adjusted and includes a proposed new schedule. This new schedule provides additional time so that SFI can complete its discovery to defendant, and provides adequate time for defendant to review and catalog documents, depose plaintiff's witnesses identified on its Rule 26(a) Initial Disclosures, and complete expert reports. SFI opposes this request for amending the schedule.[1]

[1] Counsel for SFI proposed that the schedule be adjusted by one month without changing the trial date. The Government rejected that proposal because it will not give us enough time under the circumstances fully explained herein.

DISCUSSION

On April 5, 2005, this Court issued its Scheduling Order in this case, setting the trial date to begin September 11, 2006. On October 27, 2005, SFI filed a motion to amend the Court's Scheduling Order. In that motion, SFI requested an additional 14 days within which to provide its expert reports to defendant, citing "the effects of Hurricanes Katrina and Rita on Plaintiff and the entire Gulf Coast region." Defendant did not oppose that motion, and the Court granted it in an order dated November 7, 2005. On December 19, 2005, SFI filed its motion for an enlargement of time, requesting 32 additional days within which to respond to defendant's interrogatories and document requests. The responses and documents were due on December 19, 2005. In its motion for enlargement, SFI again cited "Hurricanes Katrina and Rita and their continuing effect on SFI, Entergy Corporation, and the operating utilities and residents of the Gulf Coast Region . . . The hurricanes have also impaired SFI's search for and review of the source documents necessary to respond to the Government's document requests." Pl. Br. at 2. SFI explained further that it had been necessary "to reassign employees to emergency duties and away from providing information required for their discovery responses." Id. at 2-3. The Court granted SFI's motion in an order dated January 3, 2006, so that plaintiff's responses to defendant's interrogatories and document requests are now due January 20, 2006.

In response to a request by the Government, SFI served its Rule 26(a) Initial Disclosures on December 15, 2005. In those disclosures, SFI identified 42 individuals "likely to have discoverable information that [p]laintiff may use to support [its] claims." See Plaintiff's RCFC 26(a)(1) Disclosures, attached hereto as Exhibit A. In addition, counsel for another spent nuclear

fuel case, involving two plaintiffs System Fuels, Inc., and Entergy Arkansas ("SFI(AR)"),[2] recently disclosed to the Government a list of over 60 individuals likely to have discoverable information in *System Fuels, Inc., v. United States*, No. 03-2623C (Fed. Cl.). Many of the disclosed witnesses appear on the lists of potential witnesses in both this case and SFI(AR).[3] SFI(AR) is scheduled for trial in February 2007.

An adjustment to the schedule is necessary because the Government's expert reports are now due less than 60 days after plaintiff's responses to the Government's discovery requests are due. Even if plaintiff initially produces documents in late January 2006, which given the continuing effects of the Gulf Coast hurricanes on SFI is by no means certain, the Government needs several weeks to review and organize documents to prepare to depose the more than 40 witnesses that plaintiff has disclosed in this case. The Government must then begin a significant deposition schedule to develop the facts of the case and to respond to plaintiff's expert reports, depose plaintiff's experts, manage the preparation and submission of the Government's expert reports, seek any necessary additional discovery, and attempt to coordinate, to whatever degree possible, discovery in the SFI(AR) case. This schedule also assumes that all relevant documents will be produced on January 20, 2006, and that there will be no discovery disputes to resolve. Further, with the time remaining in discovery after submission of its expert reports, the Government will then have to analyze and conduct discovery on any rebuttal expert reports that plaintiff may submit and complete the fact discovery that it was unable to obtain in the rush to submit its expert reports. Such an adjustment to the schedule provides breathing room to SFI,

---

[2] Pillsbury Winthrop Shaw Pittman, LLP, represents both SFI in this litigation and SFI(AR), which is pending before Judge Lettow.

[3] There are 32 witnesses in common on the SFI(MS) and SFI(AR) Initial Disclosures.

which has clearly been set back because of the hurricanes and is understandably diverting its resources to the clean-up of the devastation that occurred all along the Gulf Coast.[4] The adjustment also provides the necessary time for the Government to review documents, after they are produced, depose the 42 witnesses identified by SFI, and prepare its expert reports. A three-month delay in the schedule is minimal in light of the continuing problems experienced by SFI and the resulting prejudice to the development of the Government's case.

Therefore, the Government respectfully requests that the Court amend its April 5, 2005 scheduling order and move the trial date three months to early December 2006. This is a brief extension of the current trial date that will return flexibility to the schedule is needed given the current environmental and operational constraints on SFI, will allow coordinated discovery with SFI(AR), and will minimize the prejudice to the Government in its preparations for trial.

The Government proposes amending the trial schedule as follows:

| | Current Schedule | Revised Schedule |
|---|---|---|
| Defendant's Expert Reports: | March 17, 2006 | June 16, 2006 |
| Plaintiff's Expert Rebuttal Reports: | April 7, 2006 | July 3, 2006 |
| Close of Fact Discovery: | June 2, 2006 | September 8, 2006 |
| Meeting of Counsel: | June 27, 2006 | September 26, 2006 |

[4] While SFI claims in its motion for an enlargement that it will only require 32 days to respond to the Government's discovery, SFI has given no guarantees that Hurricanes Katrina and Rita will not have continuing effects on its ability to provide discovery to the Government. Further, even if SFI provides responses to the interrogatories and document requests, as this Court is aware, actual document production more often than not can extend for weeks, and sometimes months, after written responses to discovery are produced. It is also not certain that SFI(MS) deponents will be readily available given their continuing involvement in the hurricane relief efforts. Thus, to obviate yet another request for an enlargement from one or the other of the parties here, it is sensible to move the entire schedule to accommodate the continuing delays because of the hurricanes.

| | | |
|---|---|---|
| Plaintiff's Contentions of Fact and Law/Motions: | July 7, 2006 | October 6, 2006 |
| Defendants Contentions of Fact and Law/Motions: | August 4, 2006 | November 3, 2006 |
| Plaintiff's Responses to Defendant's Motions: | August 18, 2006 | November 22, 2006 |
| Trial | September 11, 2006 | December 4, 2006 |

CONCLUSION

For the foregoing reasons, the Government respectfully requests that the Court grant its motion to amend this Court's April 5, 2005 Scheduling Order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, JR.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

STEPHEN FINN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

January 12, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 12th day of January, 2006, a copy of foregoing "DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sharon A. Snyder