IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **SYSTEM FUELS, INC.**, on its own behalf and as agent for **SYSTEM ENERGY RESOURCES, INC.** and **SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,** Plaintiff, v. **THE UNITED STATES,** Defendant. | No. 03-2624C (Judge Braden) |

**PLAINTIFF'S RCFC 26(a)(1) DISCLOSURES**

Pursuant to RCFC 26(a)(1), and subject to discovery and supplementation, Plaintiff System Fuels, Inc., on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association (collectively "SFI"), hereby makes the following disclosures:

**RCFC 26(a)(1)(A):** The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**RESPONSE:** Based on information presently available to Plaintiff and subject to Plaintiff's continuing investigation, and without waiving any applicable privilege, the individuals identified on Exhibit A are likely to have discoverable information that Plaintiff may use to support Plaintiff's claims. In addition to the individuals listed on Exhibit A, certain current and former Government employees and contractors listed on Exhibit B may have discoverable information that Plaintiff may use to support Plaintiff's

claims or otherwise introduce in this action. Plaintiff will not know whether the testimony of the individuals identified on Exhibit B will be relevant, however, until Plaintiff has a better understanding of the defenses that Defendant (the "Government") intends to assert in this case. Plaintiff reserves the right to supplement or amend this statement pursuant to RCFC 26(e) upon further investigation in this case.

**RCFC 26(a)(1)(B):** A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE:** Plaintiff will make available for inspection or copying the following categories of documents, data compilations and tangible things located at the Grand Gulf nuclear power plant or Plaintiff's corporate offices that Plaintiff may use to support its claims or defenses:

1. Documents relating to the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (the "Standard Contract").

2. Documents relating to Grand Gulf spent nuclear fuel ("SNF") storage capacity.

3. Documents relating to the damages Plaintiff has incurred as a result of the Government's breach of the Standard Contract, including the costs associated with the siting and construction of a dry cask independent spent fuel storage installation ("ISFSI") and related facility modifications at Grand Gulf. These documents will include the invoices and related accounting documentation for the costs Plaintiff has incurred to date at Grand Gulf as a result of the Government's breach of contract.

**RCFC 26(a)(1)(C):** A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under RCFC 34 the documents or otherwise evidentiary material, not privileged from disclosure, on which such computation is based, including materials bearing on the nature and extent of the injuries suffered.



400213809v1

**RESPONSE:** Plaintiff's damages for the Government's breach of its obligation to begin removing SNF under the Standard Contract to date include costs incurred in connection with the siting and construction of a facility to store SNF in concrete dry casks, known as an ISFSI, which facility is scheduled to commence operating in 2006.[1] The cost of designing and constructing the ISFSI through August 31, 2005 has been approximately $8.4 million. Additionally, Plaintiff has incurred costs for spent fuel storage studies; constructing a cask fabrication facility and dry fuel equipment storage building; purchasing new electrical and security systems for the ISFSI; and modifying the auxiliary building door at Grand Gulf. This disclosure is preliminary and is based on the information currently known to Plaintiff. The amount of damages suffered by Plaintiff increases with time, and Plaintiff's investigation of its damages is continuing. Moreover, changes in applicable NRC regulations and other regulatory requirements also may affect Plaintiff's damage claims. Plaintiff expressly reserves the right under

[1] In an exchange of letters dated December 5 and December 8, 2005, counsel for the parties have agreed that SFI will limit its damages claim in the September 2006 trial of this action to those incurred through August 31, 2005, a sum of approximately $12 million.

Rule 26(e) to update this disclosure in light of additional information obtained as Plaintiff continues its investigation and evaluation of its damages.

Dated: December 15, 2005

Respectfully submitted,

Alex D. Tomaszczuk / by

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

# EXHIBIT A[2]

| | First Name | Last Name | Title | Phone | Address | Subject Matter |
|---|---|---|---|---|---|---|
| 1 | Joe | Adams | Lead Accountant | 504-576-6315 | 639 Loyola Avenue, New Orleans, LA 70113 | Cost Accounting |
| 2 | Donna | Doucet | Vice President / CFO Operations | 504-576-6839 | 639 Loyola Avenue, New Orleans, LA 70113 | Cost Accounting |
| 3 | Kimberly | Fontan | Domestic Utility Accounting Manager | 504-576-4853 | 639 Loyola Avenue, New Orleans, LA 70113 | Cost Accounting |
| 4 | Linda | Harris | Sr. Lead Procurement Specialist | 601-368-5317 | 1340 Echelon Parkway, Jackson MS 39213 | Procurement |
| 5 | Tom | Hoffman | Not at Entergy | *[3] | | Procurement |
| 6 | Vee | Dunn | Not at Entergy | * | | Procurement |
| 7 | Jody | Furr | Not at Entergy | * | | Procurement |
| 8 | Richard | Redmond | Not at Entergy | * | | Procurement |
| 9 | John | Hamilton | Not at Entergy | 601-824-0778 | 129 Easthaven Drive, Brandon MS 39042 | SNF Project Design |
| 10 | Fred | Titus | Not at Entergy | 601-856-3588 | 134 Hart Place, Madison MS 39110 | SNF Project Design |
| 11 | Frank | Rives | Director, Nuclear Fuel | 601-368-5750 | 1340 Echelon Parkway Jackson MS 39213 | SNF Management |
| 12 | Ben | Franklin | Project Management, Manager | 601-368-5430 | 1340 Echelon Parkway Jackson MS 39213 | SNF Management |
| 13 | Bob | Wilkins | Not at Entergy | 601-825-2522 | 62 Terrapin Hill Rd., Brandon MS 39042 | SNF Management |
| 14 | Dan | Pace | Not at Entergy | * | | SNF Project Design |
| 15 | Dan | Ropson | Director, Engineering | 914-272-3452 | 440 Hamilton Avenue White Plains, NY 10601 | SNF Project Design |

[2] Plaintiff hereby states that the testimony of individuals identified on this chart may include matters involving scientific, technical or other highly specialized knowledge in the areas that are identified in this chart for each individual. While the testimony of these individuals may involve areas requiring scientific, technical, and other highly specialized knowledge, Plaintiff does not believe that this potential testimony is properly covered by Federal Rule of Evidence 702, because these individuals, if offered as witnesses, will be offering fact and occurrence testimony, not expert testimony. However, out of an abundance of caution to obviate an unfounded objection that Plaintiff seeks to provide testimony from an "undisclosed expert," Plaintiff hereby also discloses these individuals under RCFC 26(a)(2)(A).

*[3] Individuals with titles designated as "Not at Entergy" are no longer Entergy employees, although they may be employed somewhere. Plaintiff has included the contact information for some of these persons where known. Contact information for others may be available from Plaintiff's corporate offices in New Orleans, but because of hurricane damage to those offices, this information is not presently readily available. Plaintiff will endeavor to provide contact information for these persons if desired upon request.



400213809v1

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | Bill | Eaton | V.P., Engineering | 601-368-5390 | 1340 Echelon Parkway<br>Jackson MS 39213 | SNF Project Design |
| 17 | Dan | Love | Not at Entergy | * | | Procurement |
| 18 | Bill | Campbell | Chief Operating Officer | 601-368-5307 | 1448 SR 333, Russellville AR 72802 | SNF Project Design |
| 19 | George | Williams | VP, Operations | 601-437-6409 | Waterloo Road, Port Gibson MS 39150 | SNF Project Management |
| 20 | Randy | Hutchinson | Sr. VP, Development | 601-368-5294 | 1340 Echelon Parkway<br>Jackson MS 39213 | SNF Project Management |
| 21 | Jerry | Yelverton | Not at Entergy | * | | SNF Project Management |
| 22 | John | McGaha | President, EOI | 601-368-5690 | 1340 Echelon Parkway<br>Jackson MS 39213 | Operations |
| 23 | Jennifer | Bourgeouis | Student Intern | 504-576-5858 | 639 Loyola Avenue<br>New Orleans LA 70113 | Accounting – Wire Payments |
| 24 | Theo | Bunting | VP, CFO Nuclear Operations | 601-368-5290 | 1340 Echelon Parkway<br>Jackson MS 39213 | Accounting |
| 25 | Ray | Burke | General Manager, Decommissioning | 860-355-2300 | 148 New Milford Rd. E<br>Bridgewater CT 06752 | Decommissioning |
| 26 | Angela | Gallagher | Manager, Site Support | 601-437-6252 | Waterloo Road, Port Gibson MS 39150 | Cost Accounting |
| 27 | Johnnie | Rockingham | Sr. Financial Analyst | 601-437-6445 | Waterloo Road, Port Gibson MS 39150 | |
| 28 | David | Haslauer | Senior Lead Accountant | 504-576-4849 | 639 Loyola Avenue<br>New Orleans LA 70113 | Project Costing/Fixed Assets |
| 29 | Barbara | Heard | Manager, Reporting and General Ledger | 504-576-4862 | 639 Loyola Avenue<br>New Orleans LA 70113 | General Ledger and Reporting |
| 30 | Kristen | Hingle | Accountant I | 504-576-3030 | 639 Loyola Avenue<br>New Orleans LA 70113 | Accounts Payable/Accruals |
| 31 | Gary | Taylor | CEO, Entergy Operations | 601-368-5692 | 1340 Echelon Parkway<br>Jackson MS 39213 | Operations |
| 32 | Carolyn | Thompson | Manager, Regulatory Reporting | 601-368-5577 | 1340 Echelon Parkway<br>Jackson MS 39213 | Incurred Costs |
| 33 | Lisa | Dabello | Manager, Project Costing | 504-576-6752 | 639 Loyola Avenue<br>New Orleans LA 70113 | Cost Accounting |
| 34 | Bryan | Warren | Sr. Staff Engineer | 601-437-6245 | Waterloo Road, Port Gibson MS 39150 | SNF Project Management |
| 35 | Ken | Walker | Reactor Engineering Superintendant | 601-437-2119 | Waterloo Road, Port Gibson MS 39150 | SNF Project Management |
| 36 | Mike | Withrow | Manager, Safety and | 601-437-6247 | Waterloo Road, Port Gibson MS 39150 | SNF Project Management |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Engineering Analysis | | | |
| 37 | Stephen | Corley | Nuclear Engineer | 601-437-6441 | Waterloo Road, Port Gibson MS 39150 | SNF Project Management |
| 38 | Mark | Locke | Sr. Project Manager | 601-437-6271 | Waterloo Road, Port Gibson MS 39150 | SNF Project Management |
| 39 | Mohsen | Miri | Supervisor, Minor Modifications | 601-437-2492 | Waterloo Road, Port Gibson MS 39150 | SNF Project Management |
| 40 | Patricia | Galbraith | Director, State and Local Taxes | 504-576-4407 | 639 Loyola Avenue New Orleans LA 70113 | Taxes |
| 41 | Cindy | Layne | Senior Staff Accountant | 501-377-5734 | 425 W. Capitol Little Rock AR 72201 | Regulatory Accounting |
| 42 | Charles | Turk | Manager, Design Engineering | 601-368-5462 | 1340 Echelon Parkway Jackson MS 39213 | SNF Project Management |

**EXHIBIT B**

Proposed "Subject Matter" Matrix:

1. The overall acceptance rate at which DOE will accept SNF discharged by Purchasers pursuant to the Standard Contract and the Nuclear Waste Policy Act.

2. The date on which DOE will begin acceptance of SNF and DOE's current plans and steps to be undertaken prior to acceptance of SNF from Purchasers including, but not limited to, DOE's plans for licensing and constructing Yucca Mountain and the system for transportation of SNF to Yucca Mountain.

3. DOE's plans, projections, and/or objectives as of June 1983 regarding acceptance rates at DOE facilities to which SNF would be removed pursuant to the Standard Contract.

4. The basis for the acceptance rate contained in DOE program documents including, but not limited to, the Mission Plan (including drafts) and all amendments (including draft amendments), Annual Capacity Reports, Total System Life Cycle Cost Studies, Fee Adequacy Studies, Program Plans, Viability Assessment, Environmental Impact Statements, and System Requirements Documents.

5. The creation of, or amendments to, DOE's plans, projections, and/or objectives with respect to the rate of acceptance of SNF at DOE facility/ies to which plaintiff's spent fuel would be removed pursuant to the spent fuel contracts.

6. Utility acceptance allocations in Annual Capacity Reports and Acceptance Priority Rankings.

7. The role and purpose of Delivery Commitment Schedules ("DCS") including, but not limited to, the submission, review, and acceptance of DCSs and DOE's rights/obligations with respect to approval and disapproval of DCSs.

8. DOE's decision to suspend the DCS process in the 1990s and in 2004.

9. The role and purpose of the provision on exchanges of DCSs in the performance of the Standard Contract (<u>i.e.</u>, Article V).



400213809v1

10. The drafting and implementation of the Standard Contract.

11. Classification of SNF under Appendix E of the Standard Contract including all classifications of other than standard fuel, any special handling requirements for such fuel, the scheduling of acceptance of such fuel.

12. Plaintiff's damages as a result of DOE's breach of the Standard Contract.

13. DOE's announcement of delays in waste acceptance including, but not limited to, announcements regarding the schedule for commencement of waste acceptance at a Repository or a Monitored Retrievable Storage facility.

14. DOE's past, present, and future consideration of implementation of multi-purpose or dual-purpose canisters.

| First Name | Last Name | Title | Address | Subject Matters |
|---|---|---|---|---|
| John | Arthur | | | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14 |
| Lake | Barrett | | | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14 |
| Edward | Benz | | | 1, 2, 4, 5, 6, 8, 9, 11, 12, 13, 14 |
| Alan | Brownstein | | | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14 |
| James | Carlson | | | 1, 3, 4, 5, 6, 7, 8, 9, 11, 13, 14 |
| Billy | Cole | | | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14 |
| Ted | Garrish | | | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14 |
| Susan | Klein | | | 2, 5, 6, 8 |
| Christopher | Kouts | | | 1, 2, 11, 14 |

| | | | | |
|---|---|---|---|---|
| Michael | Lawrence | | | 1, 3, 4, 5, 9, 10, 11, 13, 3 |
| Ronald | Milner | | | 1, 2, 4, 5, 6, 7, 8, 9, 11, 13, 14 |
| Robert | Morgan | | | 1, 3, 4, 5, 9, 10, 11 |
| Thomas | Pollog | | | 1, 2, 3, 3, 4, 5, 6, 8, 9, 11, 12, 13, 14 |
| Robert | Roselli | | | 1, 3, 4, 5 |
| Benjamin | Rusche | | | 1, 3, 4, 5 |
| Nancy | Slater-Thompson | | | 1, 4, 5, 6, 7, 8, 11, 13 |
| Beth | Tomasoni | | | 6, 7, 8 |
| Victor | Trebules | | | 1, 3, 4, 5, 6 |
| Jeffrey | Williams | | | 4, 5, 11, 13, 14 |
| David | Zabransky | | | 1, 2, 4, 5, 6, 8, 9, 11, 13, 14 |



400213809v1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing PLAINTIFF'S RCFC 26(a)(1) DISCLOSURES was served by U.S. Mail (first class, postage pre-paid) and by facsimile this 15th day of December, 2005, upon:

Sharon A. Snyder
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.

Counsel for Defendant