# In The United States Court of Federal Claims

No. 03-2624C
Filed: January 30, 2006

*****************************************

SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

*****************************************

**ORDER**

On January 12, 2006, Defendant filed a Motion to Amend Scheduling Order. Pursuant to a telephonic status conference, conducted on January 24, 2006, Defendant's Motion to Amend Scheduling Order is **DENIED**, in part.

The trial schedule is amended as follows: Plaintiff will present its case **September 18, 2006 through September 22, 2006**, and Defendant will present its case **December 11, 2006 through December 15, 2006**.

The parties will submit a proposed schedule containing all remaining deadlines on or before **February 13, 2006.**

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**