**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2624C (Judge Braden) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant, the United States, respectfully requests an enlargement of time of one week, to and including June 2, 2006, within which to exchange its experts reports with plaintiff, System Fuels, Inc. ("SFI/MS"). Defendant's reports are currently due to be produced to SFI/MS on May 26, 2006. This is defendant's second request for an enlargement of time for this purpose. Co-counsel for plaintiff, L. Jager Smith, Jr., has represented that plaintiff does not oppose this one-week enlargement of time. The time for SFI/MS to produce its rebuttal reports to the Government would also be enlarged by one-week to June 23, 2006. No other changes will be made to the Court's February 27, 2006 scheduling order. The additional time is necessary because experts for the Government have had a large amount of data, documents and deposition testimony to review, consider, and analyze in order to prepare for their reports in a short period of time. An additional week will provide our experts with the time needed to complete their reports.

For these reasons, defendant respectfully requests that the Court grant the motion for an enlargement of time to file the Government's response, to and including June 2, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

SCOTT DAMELIN
STEPHEN FINN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

May 25, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 25, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder