# In the United States Court of Federal Claims

No. 03-2624C
Filed June 29, 2006

***********************************
SYSTEMS FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC., and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

## ORDER

Defendant's May 25, 2005 Unopposed Motion for Enlargement of Time is, hereby, **GRANTED**.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**