**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on July 28, 2006)

| | |
|---|---|
| **SYSTEM FUELS, INC.,** on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | |
| Plaintiff, | No. 03-2624C (Judge Braden) |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to the parties' discussions and the Court's direction at the telephonic status conference held on July 25, 2006, the parties hereby respectfully propose the following schedule that would replace the Court's February 27, 2006 Scheduling Order (for the Court's convenience, the revised dates are indicated in bold):

| | |
|---|---|
| August 11, 2006: | Meeting of counsel (via telephone); due date for the exchange of witness and exhibit lists |
| August 18, 2006: | Due date for SFI's contentions of law (25-page limit) |
| **August 31, 2006**: | Close of fact and expert discovery |
| September 1, 2006: | Due date for the Government's contentions of law (25-page limit) |
| September 6, 2006: | Due date for filing/serving objections to the parties' witness and exhibit lists and for filing any other pretrial motions |
| September 8, 2006: | Due date for SFI's reply to the Government's contentions of law (10-page limit) |
| September 12, 2006: | Pre-trial conference at 2:00 pm in the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005 |

Additionally, SFI expects to present its case-in-chief from September 18, 2006 through September 22, 2006 and the Government expects to present its case-in-chief from **January 16, 2007** through **January 22, 2007**.

Dated: July 28, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf
and as agent for System Energy Resources, Inc.
and South Mississippi Electric Power Association

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
601-368-5572
601-368-5816 (fax)

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503
Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585