# In The United States Court of Federal Claims

No. 03-2624C
Filed: August 16, 2006

| | |
|---|---|
| SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

The parties' July 19, 2006 Joint Motion For an Order Regarding Discovery of Draft Expert Reports is hereby **GRANTED.**

No party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**