# In The United States Court of Federal Claims

No. 03-2624C
Filed: August 16, 2006

*****************************************
SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*****************************************

**ORDER**

The parties' July 28, 2006 Joint Motion to Amend the Scheduling Order is hereby **GRANTED.**

The following schedule is ordered:

| | |
|---|---|
| August 11, 2006: | Exchange of witness and exhibit lists |
| August 18, 2006: | Plaintiff's contentions of law |
| August 31, 2006: | Close of fact and expert discovery |
| September 1, 2006: | Defendant's contentions of law |
| September 6, 2006: | Objections to witness and exhibit lists and all remaining pretrial motions |
| September 8, 2006: | Plaintiff's reply to Defendant's contentions of law |
| September 12, 2006: | Pre-trial conference at 2:00 pm in the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005 |

Plaintiff shall present its case-in-chief from September 18, 2006 through September 22, 2006 and Defendant shall present its case-in-chief from January 16, 2007 through January 22, 2007.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**