**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on August 18, 2006)

| | |
|---|---|
| **SYSTEM FUELS, INC.,** on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | |
| Plaintiff, | No. 03-2624C<br>(Judge Braden) |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

# PLAINTIFF'S WITNESS LIST

Pursuant to the Court's February 27, 2006 Scheduling Order and Appendix A ¶ 15(a) of the Rules of the Court of Federal Claims, Plaintiff System Fuels, Inc. ("SFI"), on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association,[1] hereby submits its list of witnesses for the damages trial scheduled to commence on September 18, 2006. Consistent with RCFC Appendix A ¶ 15(a), this list does not contain witnesses that SFI may choose to use for impeachment. SFI reserves the right to amend this list as described in the RCFC or as may otherwise be permitted by the Court. SFI also reserves the right to call any and all witnesses on Defendant's witness list.

[1] For purposes of this witness list, the term "Entergy" will be used as shorthand for companies such as Entergy Services, Inc. and Entergy Operations, Inc. that, like SFI, are affiliate subsidiaries of Entergy Corporation.

**A. <u>Fact Witnesses SFI Expects to Call</u>**

1. William A. Eaton
Vice President of Engineering
Entergy Operations, Inc.
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5390

Time Needed for Direct Examination: 3 hours

Mr. Eaton will testify regarding the effects of DOE's breach of the Standard Contract on Entergy generally, the effect of the dry fuel storage project on Entergy personnel resources, the location, purpose and operations of the nuclear reactor and spent fuel pool at the Grand Gulf Nuclear Station ("Grand Gulf"), and the need for a dry fuel storage facility at Grand Gulf.

2. Charles B. Franklin
Manager of Project Management
Entergy Services, Inc.
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5430

Time Needed for Direct Examination: 5 hours

Mr. Franklin will testify regarding various aspects of the plant operations at Grand Gulf including, *inter alia*, spent nuclear fuel discharges at Grand Gulf, the capacity of the Grand Gulf spent fuel pool, Entergy's plans to build a dry fuel storage facility at Grand Gulf in light of DOE's breach of the Standard Contract, options considered in the decision to build a dry fuel storage facility, and DOE's obligations to accept spent nuclear fuel from Grand Gulf. Mr. Franklin will also testify regarding Entergy's planning and coordination related to the expansion of on-site storage of spent nuclear fuel facilities among its various nuclear plants, as well as Entergy's spent fuel acceptance rate models.

3. John McGaha
President
Entergy Operations, Inc.
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5690

Time Needed for Direct Examination: 2 hours

Mr. McGaha will testify regarding the general management of Entergy's nuclear facilities, including the location, purpose, and operations of the nuclear reactor and spent fuel pool at Grand Gulf, and the effects of DOE's breach of the Standard Contract on Entergy generally and in particular on the utilization of personnel and other resources at Grand Gulf as a result of DOE's breach.

4. Frank B. Rives
Director of Nuclear Fuels
Entergy Services, Inc.
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5750

Time Needed for Direct Examination: 5 hours

Mr. Rives will testify regarding the administration of the Standard Contract for Grand Gulf that SFI executed with DOE, and Entergy's understanding of DOE's obligations and performance under the Standard Contract. Mr. Rives will also testify regarding Entergy's overall planning efforts with respect to additional on-site storage of spent nuclear fuel at Entergy's fleet of nuclear plants as a result of DOE's breach, including procurement of a dry cask system for use at Grand Gulf and other Entergy plants.

5. Edwin E. Rogers
Superintendent of Maintenance Support
Entergy Operations, Inc.
Grand Gulf Nuclear Station
P.O. Box 756
Port Gibson, MS 39150
(601) 437-7311

Time Needed for Direct Examination: 2 hours

Mr. Rogers will testify regarding Entergy's management of the work by contractors (in particular, but not limited to, the performance, quality, and cost-effectiveness) on the dry fuel storage facility and related projects at Grand Gulf.

6. Bryan E. Warren
Project Manager, Dry Fuel Storage Project
Entergy Operations, Inc.
Grand Gulf Nuclear Station
P.O. Box 756
Port Gibson, MS 39150
(601) 437-6245

Time Needed for Direct Examination: 5 hours

Mr. Warren will testify regarding various aspects of the Grand Gulf dry fuel storage project including, *inter alia*, the decision to build a dry fuel storage facility, the tasks comprising the project, the design and construction of the dry fuel storage facility, costs incurred on the dry fuel storage project, and the necessary modifications to the Grand Gulf facility to accommodate the dry fuel storage project.

**B. Fact Witnesses SFI May Call If the Need Arises[2]**

1. Diane M. Bryars
Manager of Source Systems Accounting
Entergy Services, Inc.
639 Loyola Avenue
New Orleans, LA 70113
(985) 340-2668

Ms. Bryars will testify, as may be required, regarding the accounting documents and records that Entergy compiled in support of SFI damages incurred as a result of the Department of Energy's ("DOE") breach of the Standard Contract. Her testimony may also address how Entergy accounts for various costs, including but not limited to capital projects and overheads.

2. Theodore Bunting
Vice President and Chief Financial Officer
System Energy Resources, Inc.
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5290

Mr. Bunting will testify, as may be required, regarding how Entergy accounts for various costs, including but not limited to cost of capital and Entergy's capital project financing practices.

3. Lee Ann Canova
Manager of Intrasystem Billings
Entergy Services, Inc.
639 Loyola Avenue
New Orleans, LA 70113
(504) 576-2289

Ms. Canova will testify, as may be required, regarding the accounting documents and records that Entergy compiled in support of SFI damages incurred as a result of DOE's breach of

[2] If SFI calls any of the witnesses in this category (B), SFI expects the time needed for direct examination of any such witness to be one hour or less.

the Standard Contract. Her testimony may also address how Entergy accounts for various costs, including but not limited to capital projects and overheads.

4. Linda K. Harris
Senior Lead Procurement Specialist
Entergy Services, Inc.
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5317

Ms. Harris will testify, as may be required, regarding procurement matters at Entergy related to the dry fuel storage project at Grand Gulf.

5. C. Randy Hutchinson
Senior Vice President, Nuclear Business Development
Entergy Nuclear
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5294

Mr. Hutchinson will testify, as may be required, regarding the resource utilization at Grand Gulf as a result of DOE's breach of the Standard Contract and Entergy's management of the Grand Gulf dry fuel storage project.

6. Johnnie M. Rockingham
Senior Financial Analyst
Entergy Operations, Inc.
Grand Gulf Nuclear Station
P.O. Box 756
Port Gibson, MS 39150
(601) 437-6445

Ms. Rockingham will testify, as may be required, regarding Entergy's processing of invoices and work orders, and creation of budget and cost reports for the dry fuel storage project at Grand Gulf.

7. Lisa Dabello Saragusa
Manager of Property Accounting
Entergy Services, Inc.
639 Loyola Avenue
New Orleans, LA 70113
(504) 576-6752

Ms. Saragusa will testify, as may be required, regarding the accounting documents and records that Entergy compiled in support of SFI damages incurred as a result of DOE's breach of the Standard Contract. Her testimony may also address how Entergy accounts for various costs, including but not limited to capital projects, overheads, and cost of capital.

8. Joe S. Simpson, Jr.
Materials Project Coordinator
Entergy Operations, Inc.
Grand Gulf Nuclear Station
P.O. Box 756
Port Gibson, MS 39150
(601) 437-2461

Mr. Simpson will testify, as may be required, regarding the procurement of materials for the dry fuel storage project using Entergy's Passport system.

9. Kenneth L. Walker
Reactor Engineering Superintendent
Entergy Operations, Inc.
Grand Gulf Nuclear Station
P.O. Box 756
Port Gibson, MS 39150
(601) 437-2119

Mr. Walker will testify, as may be required, regarding the technical aspects of operating the Grand Gulf spent fuel pool, nuclear fuel management and characterization activities, as well as Entergy's cell recovery efforts for the Grand Gulf spent fuel pool.

10. Dennis P. Wiles
Director of Engineering
Entergy Operations, Inc.
Grand Gulf Nuclear Station
P.O. Box 756
Port Gibson, MS 39150
(601) 437-6169

Mr. Wiles will testify, as may be required, regarding the resource requirements and utilization at Grand Gulf and Entergy's decision to build a dry fuel storage facility at Grand Gulf as a result of DOE's breach of the Standard Contract.

11. Michael D. Withrow
Manager of Nuclear Engineering
Entergy Operations, Inc.
Grand Gulf Nuclear Station
P.O. Box 756
Port Gibson, MS 39150
(601) 437-6247

Mr. Withrow will testify, as may be required, regarding the plant operations at Grand Gulf, including Entergy's spent fuel pool expansion efforts and its decision to build a dry fuel storage facility at Grand Gulf in light of DOE's breach of the Standard Contract. Mr. Withrow will also testify regarding the necessary modifications to the Grand Gulf facility to accommodate the dry fuel storage project.

12. David Zabransky
Contracting Officer
Office of Civilian Radioactive Waste Management
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, DC 20585

Mr. Zabransky will provide testimony regarding DOE's administration and operation of the Civilian Radioactive Waste Management Program, including, *inter alia*, DOE's suspension of the Delivery Commitment Schedule process.

**C. Expert Witnesses SFI Expects to Call**

1. Kenneth P. Metcalfe
President
The Kenrich Group, LLC
1200 New Hampshire Avenue, NW, Suite 410
Washington, DC 20036
(202) 420-7681

Time Needed for Direct Examination: 4 hours[3]

Mr. Metcalfe will testify as an expert regarding SFI's overall damages theory and approach, the Kenrich fuel management and damages models underlying SFI's claim, the accounting and economic variables/assumptions (e.g., past financing, inflation) underlying the claim, and the propriety of the cost elements incorporated in the Kenrich model (including Entergy's accounting system). Mr. Metcalfe will also testify regarding the individual components of SFI's damages claim, and in particular the determination and support for Entergy's costs in the actual and non-breach worlds that relate to, *inter alia*, spent fuel pool modifications at Grand Gulf and dry fuel storage-related costs at Grand Gulf. Mr. Metcalfe's opinions and the grounds for these opinions are set forth in his expert report, co-authored with Richard J. Sieracki.

2. Eileen M. Supko
Senior Consultant
Energy Resources International, Inc.
1015 18th Street, NW, Suite 650
Washington, DC 20036
(202) 785-8833

Time Needed for Direct Examination: 2 hours

[3] Based on previous instructions from the Court, Plaintiff is preparing to submit the direct testimony of its expert witnesses in written, narrative format. To the extent no time is needed for the direct examination of its expert witnesses, Plaintiff reserves the right to allocate that time to its fact witnesses, as may be required.

Ms. Supko will testify as an expert regarding the rate at which DOE would have accepted spent nuclear fuel from Grand Gulf, had DOE begun acceptance of spent nuclear fuel in accordance with the Nuclear Waste Policy Act and Standard Contract, and the rate at which DOE is expected to accept spent nuclear fuel from Grand Gulf, once DOE begins receipt of spent fuel at the Yucca Mountain repository. Ms. Supko will also provide testimony regarding general spent fuel storage practices and related technical issues in the nuclear industry. Ms. Supko's opinions and the grounds for these opinions are set forth in her expert reports.

Dated: August 18, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf
and as agent for System Energy Resources, Inc.
and South Mississippi Electric Power Association

OF COUNSEL:
Jay E. Silberg
Walter F. Zenner
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
601-368-5572
601-368-5816 (fax)