**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 03-2624C
(Judge Braden)

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant, the United States, respectfully requests an enlargement of time of four days (or one additional business day), to and including September 5, 2006, within which to file Defendant's Memorandum of Contentions. Defendant's Memorandum of Contentions of Law is currently due on September 1, 2006. This is defendant's first request for an enlargement of time for this purpose. Plaintiff, System Fuels, Inc. ("SFI/MS") has represented that plaintiff does not oppose this four day enlargement of time. If the Court grants this enlargement to file the Memorandum of Contentions of Law, plaintiff requests that we seek, on its behalf, an enlargement of three days for plaintiff to file its reply, from September 8, 2006, to September 11, 2006. No other changes will be made to the Court's February 27, 2006 scheduling order.

As we have attempted to finalize our contentions, we have been required to seek review by several individuals. That process is taking more time than we had anticipated, and we have been asked to seek an enlargement of an additional business day to allow individuals to complete

the review. The additional time will provide us with the time needed thoroughly to review and evaluate the arguments made by plaintiff in its submission.

For these reasons, defendant respectfully requests that the Court grant the motion for an enlargement of time to file the Government's Memorandum of Contentions of Law, to and including September 5, 2006, and plaintiff's reply to and including September 11, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

SCOTT DAMELIN
JOHN EKMAN
STEPHEN FINN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

September 1, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 1, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder