**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 03-2624C<br>(Judge Braden) |

**<u>DEFENDANT'S FINAL WITNESS LIST</u>**

Pursuant to the Court's pretrial scheduling order entered February 27, 2006, and paragraph 13(b) of Appendix A to the Rules of the Court of Federal Claims, defendant, the United States, provides the following list of trial witnesses. This list does not contain witnesses that the defendant may choose to use for impeachment. Defendant reserves the right to identify additional witnesses for authentication of documents based upon the objections ultimately asserted by plaintiff, System Fuels, Inc., on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association ("SFI Mississippi"), in response to the exhibit lists served in this case. Defendant also reserves the right to amend this list as described in the Court's rules or based upon the Court's rulings upon motions *in limine* filed by SFI Mississippi. Defendant reserves the right to call all witnesses listed on the witness list provided by SFI Mississippi.

**Witnesses That Defendant Expects to Present:**

## Government Employees

**1. Thomas Pollog**

Mr. Pollog is expected to testify regarding the performance of the Standard Contract between TVA and DOE regarding the acceptance and disposal of spent nuclear fuel ("Standard Contract"); the DOE Spent Fuel Discharge Projections Model and the SNF acceptance allocations and schedule produced by that model; and other related matters.

Estimated Time For Direct: 1 hour

**2. David Zabransky**

Mr. Zabransky is expected to testify regarding the performance of the Standard Contract, fuel acceptance issues, and Yucca Mountain design and capabilities; his knowledge of issues concerning the Standard Contract discussed by the utility industry and DOE based upon his experience in the nuclear utility industry prior to his employment with DOE; and other related matters.

Estimated Time For Direct: 1-2 hours

**3. Christopher Kouts**

Mr. Kouts is expected to testify regarding DOE's plans to accept spent nuclear waste in a repository and a Monitored Retrievable Storage facility; plans for the anticipated Yucca Mountain design and capabilities; the reasons for delays in the Yucca Mountain project and the

Department's ability to accept utility spent nuclear fuel; budgetary issues; and other related matters.

Estimated Time For Direct: 1-2 hours

**4. Ronald Milner**

Mr. Milner, former Chief Operating Officer for DOE's Office of Civilian Radioactive Waste Management ("OCRWM"), is expected to testify concerning the implementation of the Standard Contract, including acceptance rates, the Annual Capacity Report ("ACR") issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the Acceptance Priority Ranking ("APR"), delivery commitment schedules, schedule negotiations, and other relevant matters.

Estimated Time for Direct: 1-2 hours

**5. Robert L. Morgan**

Mr. Morgan, former Director of the Nuclear Waste Policy Act Project Office, may testify regarding the formation and implementation of the NWPA, the Standard Contract, and fuel acceptance issues. He may also provide testimony necessary to authenticate certain documents.

Estimated Time For Direct: 1-2 hours

**Plaintiff's Personnel (Present and Former)**

**1. Diane Bryars**

Ms. Bryars is expected to testify concerning Entergy Corporation, its affiliates' and/or subsidiaries' ("Entergy's") accounting systems, material loaders, and other relevant matters.

Estimated Time For Direct: 1 hour

**2. Lee Canova**

Ms. Canova is expected to testify concerning Entergy's accounting systems, payroll loaders, and other relevant matters.

Estimated Time For Direct: 1 hour

**3. Charles Ben Franklin**

Mr. Franklin is expected to testify concerning spent nuclear fuel management for Entergy and the Grand Gulf Nuclear Station ("Grand Gulf"), the Grand Gulf dry fuel storage project, spent nuclear fuel acceptance rate and schedule, activities and costs claimed as damages by plaintiff, and other relevant matters.

Estimated Time For Direct: 1 hour

**4. Frank Rives**

Mr. Rives is expected to testify concerning the administration of the Standard Contract, the management of Entergy nuclear facilities, and other relevant matters.

Estimated Time For Direct: 2 hours

**5. Lisa DaBello Saragusa**

Ms. Dabello Saragusa is expected to testify concerning Entergy's accounting systems, capital suspense loaders, and other relevant matters.

Estimated Time For Direct: 1 hour

**6. Joe Simpson**

Mr. Simpson is expected to testify concerning the use and cost of materials for the Grand Gulf dry storage project, and other related matters.

Estimated Time For Direct: 30 minutes

**7. Bryan Warren**

Mr. Warren is expected to testify concerning the Grand Gulf dry fuel storage project, spent nuclear fuel management at Grand Gulf, activities and costs claimed as damages by plaintiff, and other relevant matters.

Estimated Time For Direct: 1 hour

**8. J. David Wright**

Mr. Wright is expected to testify concerning AFUDC and cost of capital, and other relevant matters.

Estimated Time For Direct: 30 minutes

**<u>Third Party Witnesses</u>**

**1. Loring E. Mills**

Mr. Mills, formerly with the Edison Electric Institute, a utility trade association, from 1976 to 1993, may testify concerning the development of the Standard Contract, the utilities' alleged understanding regarding the rate and schedule of spent nuclear fuel acceptance by DOE, and other relevant matters.

Estimated Time For Direct: 2 hours

**2. John W. Bartlett**

Mr. Bartlett, a former Director of DOE's Office of Civilian Radioactive Waste Management, may testify concerning the alleged objectives, planning and operation of DOE's civilian radioactive waste management program, and other relevant matters.

Estimated Time For Direct: 1 hour

**<u>Expert Witnesses</u>**

**1. Warren Brewer**

Mr. Brewer is expected to testify concerning technical issues and matters relevant to plaintiff's damages claim, as well as activities that would have occurred at Grand Gulf regardless of DOE's partial breach of the Standard Contract. Mr. Brewer's opinions and the bases for those opinions are set out in his expert witness report. The information specified in Federal Rule of Civil Procedure ("FRCP") 26(a)(2)(B) is attached to Mr. Brewer's expert witness report.

Estimated Time For Direct: 2 hours

**2. Robert Peterson**

Mr. Peterson is expected to testify concerning the calculation of plaintiff's claimed damages, adjustments to plaintiff's damages because certain claimed costs were non-incremental to the partial breach, and the monetization of expert opinions offered by Mr. Brewer. Mr. Peterson's opinions and the bases for those opinions are set out in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Mr. Peterson's expert witness report.

Estimated Time For Direct: 2 hours

**3. Ray Hartman**

Dr. Hartman is expected to testify concerning an economic analysis of plaintiff's damages claim. Dr. Hartman's opinions and the bases for those opinions are set out in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Dr. Hartman's expert witness report.

Estimated Time For Direct: 2 hours

**Witnesses That Defendant May Call If The Need Arises:**

**Plaintiff's Personnel**

**1. Edwin Rogers**

Mr. Rogers may testify concerning Grand Gulf maintenance and construction activities, the Grand Gulf dry fuel storage project, including plant modifications and the use of Stone & Webster labor, and other relevant matters.

**2. William Eaton**

Mr. Eaton may testify regarding the Grand Gulf engineering department, including engineering activities and labor related to the Grand Gulf dry fuel storage project, and other relevant matters.

**3. Kenneth Walker**

Mr. Walker may testify concerning spent nuclear fuel management at Grand Gulf, including spent fuel pool operations, recovery of pool cells, and full core reserve, and other relevant matters.

**4. Dennis Wiles**

Mr. Wiles may testify regarding the Grand Gulf engineering department, including engineering activities and labor related to the Grand Gulf dry fuel storage project, and other relevant matters.

**5. Michael Withrow**

Mr. Withrow may testify concerning spent nuclear fuel management at Grand Gulf, including spent fuel pool operations, recovery of pool cells, and full core reserve, and other relevant matters.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
JOHN C. EKMAN
STEPHEN FINN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

September 1, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2006, a copy of foregoing "DEFENDANT'S FINAL WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder