# In The United States Court of Federal Claims

No. 03-2624C
Filed: September 6, 2006

****************************************
*
SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
****************************************

**ORDER**

The Defendant's September 1, 2006 Unopposed Motion for Enlargement of Time is hereby GRANTED. Defendant shall have an enlargement of time of four days, through September 5, 2006, within which to file Defendant's Memorandum of Contentions of Law. Plaintiff shall have an enlargement of time of three days, through September 11, 2006, to file its reply.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**