**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on September 6, 2006)

**SYSTEM FUELS, INC.,** on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

No. 03-2624C
(Judge Braden)

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff System Fuels, Inc., on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association, respectfully requests an enlargement of time of 5 days – through September 11, 2006 – within which to file its objections to Defendant's (the "Government") exhibit list in this case. This is the first enlargement sought by Plaintiff for the filing of its objections to the Government's exhibit list, which filing is currently due on September 6, 2006 per the Court's August 16, 2006 Amended Scheduling Order. Counsel for Plaintiff has spoken with counsel for the Government, who has represented that the Government does not object to this motion for enlargement.

An enlargement of time is necessary and appropriate for two reasons. First, Plaintiff received the Government's pre-trial memorandum of law on September 5, 2006, one day before the September 6, 2006 due date for the parties' filing of objections to exhibit lists.[1] Plaintiff

[1] RCFC Appendix A ¶ 16 contemplates that each party will file with its memorandum of law "a list of exhibits it expects to offer at trial. . . ." Although counsel for the Government has noted that its exhibit list was timely filed on September 1, 2006, Plaintiff submits that the exhibit list, by itself, carries limited substantive value without the Government's pre-trial memorandum of law (which appears to set forth the Government's theory of the case).

needs more time to review the Government's memorandum of law, assess the Government's theory of the case, and determine if any objections to the Government's proposed exhibits are appropriate. Second, a five-day enlargement of time will cause little (if any) disruption to the "bifurcated" trial schedule in this case. Per the Court's August 16, 2006 Scheduling Order, the Government is scheduled to present its case-in-chief beginning on January 16, 2007. Thus, an extension of the deadline for Plaintiff's submission of its objections to the Government's exhibit list will not be prejudicial to the Government.

Hence, for the foregoing reasons and for good cause shown, Plaintiff respectfully requests an enlargement of time of 5 days from September 6, 2006 through September 11, 2006 within which to file its objections to the Government's exhibit list.

Dated: September 6, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf
and as agent for System Energy Resources, Inc.
and South Mississippi Electric Power Association

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
601-368-5572
601-368-5816 (fax)