IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | ) | |
| Plaintiff, | ) | No. 03-2624C |
| | ) | (Judge Braden) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ANY APPROPRIATE MOTIONS RELATING TO, OR TO RESPOND TO, PLAINTIFF'S NOTICE OF DEPOSITION AND TRIAL TESTIMONY DESIGNATIONS

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of two days, to and including September 8, 2006, within which either to file an appropriate motion regarding the "Notice of Deposition & Trial Testimony Designations" that plaintiff, System Fuels, Inc. ("SFI"), filed on August 18, 2006, or to respond and object to those designations. Under the Court's February 27, 2006 scheduling order, all "[o]bjections to witness and exhibit lists and all remaining pretrial motions" are due to be filed by today, September 6, 2006. Counsel for SFI, Alex D. Tomaszczuk, has represented that SFI does not oppose this motion.

We have been working to prepare several motions objecting to proposed testimony and evidence in this case, which are being filed today, as well as our objections to SFI's proposed exhibits for the trial of this matter, which also were filed earlier today. In addition to these objections and motions, we have been required to review all of the deposition designations from this and other spent nuclear fuel cases that SFI has identified in its filing with the Court and the

trial testimony designations that SFI has identified from trials in other spent nuclear fuel cases. That process, in conjunction with the other necessary work in this and other spent nuclear fuel cases, is not yet complete. We anticipate that, with an enlargement of two days, we will be able to respond fully, with an appropriate filing, to the notice of deposition and trial testimony designations that SFI has proposed.

For the foregoing reasons, defendant respectfully requests that the Court grant the request for an enlargement of time of two days, to and including September 8, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

September 6, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of September 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ANY APPROPRIATE MOTIONS RELATING TO, OR TO RESPOND TO, PLAINTIFF'S NOTICE OF DEPOSITION AND TRIAL TESTIMONY DESIGNATIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.