**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on September 6, 2006)

| | | |
|---|---|---|
| **SYSTEM FUELS, INC.,** on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | ) | No. 03-2624C<br>(Judge Braden) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DIRECT EXPERT TESTIMONY**

Plaintiff System Fuels, Inc., on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association, respectfully requests leave to file the attached written testimony of its proffered expert witnesses in this case, Kenneth P. Metcalfe and Eileen M. Supko. As the Court previously instructed, in lieu of live direct testimony by their proffered experts in this case, the parties are to submit written direct testimony instead.

Mr. Metcalfe's testimony (attached hereto as Exhibits A and B) relates to, *inter alia*, Plaintiff's overall damages theory, the models underlying Plaintiff's damages claim, and the individual components of Plaintiff's claim. This testimony will provide a framework for the Court's adjudication of damages in this case. Additionally, to the extent that any findings of fact are necessary regarding the rate of spent nuclear fuel acceptance in this case, Ms. Supko's testimony (attached hereto as Exhibit C) includes, *inter alia*, a discussion of how DOE would have accepted spent nuclear fuel from the Grand Gulf Nuclear Station, had DOE begun acceptance of spent nuclear fuel in accordance with the Nuclear Waste Policy Act and Standard

Contract. Ms. Supko's testimony also covers the rate at which DOE is expected to accept spent nuclear fuel from Grand Gulf, if and when DOE begins receipt of spent nuclear fuel at the Yucca Mountain repository.

Hence, for the foregoing reasons and for good cause shown, Plaintiff respectfully requests leave from the Court to file the attached written direct testimony of Kenneth P. Metcalfe and Eileen M. Supko.

Dated: September 6, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf
and as agent for System Energy Resources, Inc.
and South Mississippi Electric Power Association

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
601-368-5572
601-368-5816 (fax)