Protected and Confidential Material to be Disclosed only in Accordance with
U.S. Court of Federal Claims Protective Order

# APPENDIX A

## Resume Of Mr. Kenneth P. Metcalfe

# APPENDIX A

## KENNETH P. METCALFE

### CURRENT POSITION

**THE KENRICH GROUP LLC – CO-FOUNDER AND PRESIDENT**

Manages the firm's main office in Washington, DC

Provides expert analysis, consulting and testimony services regarding claims for economic damages and increased direct and indirect costs in a variety of business disputes in numerous industries, as well as services in fraud investigations, valuations and general business consulting.

### EDUCATION AND CERTIFICATION

Graduated Cum Laude from Georgetown University with a Bachelor of Science in Business Administration Degree and Major in Accounting.

Studies included accounting, auditing, economics and finance.

Certified Public Accountant, licensed in Virginia.

Certified Valuation Analyst

### PROFESSIONAL AND BUSINESS HISTORY

**TUCKER ALAN INC.** – Managing Vice President in Washington, D. C.

**Peterson Consulting Limited Partnership** in Washington, D.C. - Vice President

At both Tucker Alan Inc. and Peterson Consulting Limited Partnership, performed a broad range of accounting, financial and economic analyses on commercial, regulated industry, construction, telecommunication, intellectual property, financial institution and government contract matters. Specialized in claims analysis, preparation and evaluation, particularly on disputes involving lost profits and increased costs, breach of contract issues, construction project delays and disruptions, intellectual property and utility operating and fuel cost and prudence reviews, as well as valuations and fraud investigations. Performed work on numerous matters for defendants and plaintiffs.

Provided expert testimony in various forums, as well as assisted clients, counsel and other experts in deposition and trial testimony and in alternative dispute resolution proceedings. Has also participated in extensive settlement negotiations on various matters.

Provided other consulting and accounting services, including analysis of cost allowability and allocability, as well as business decisions, such as least cost option and life cycle cost analyses.

## CLIENT RESPONSIBILITIES

Responsible for numerous client assignments in a variety of areas, including commercial contract disputes, regulated industry cost analysis, fuels-related cost analysis, fraud investigations, construction claims, intellectual property disputes, valuations, supplier claims, business interruptions, wrongful deaths and terminations. His clients have included electric utilities, construction companies, biotechnology companies, financial institutions, architect engineers, project owners, government contractors, aerospace companies, computer software and hardware developers, manufacturers, telecommunications companies, an accounting oversight organization and various government entities.

## SELECTED EXPERIENCE

### Economic, Operational And Damage Analysis And General Business Consulting

Performed analyses of claims, financial statements and projections, accounting and auditing standards, contracts, policies and procedures and project cost and scheduling issues. Work has included planning, implementing and supervising the analyses and other tasks to be performed on matters, leading teams from several to over 50 people. Assignments have included performing detailed work for numerous in-house and outside counsel, company management and other personnel, accounting and auditing firm personnel, as well as other consultants and fact and expert witnesses.

Analyzed the financial condition of corporations, partnerships and sole proprietors and performed damage studies under a variety of circumstances, including intellectual property disputes, regulatory matters, commercial breach of contract, contract termination, business interruption, fraud investigations, personal injury, discrimination and wrongful death.

Prepared and analyzed claims for increased direct and allocated indirect costs due to numerous factors, including changed work, differing site conditions, delay and disruption, defective specifications and acceleration.

Performed valuations of various assets and businesses, including securities, receivables, real estate, partnership interests, service businesses, franchises, oil and gas properties and electric utilities.

Analyzed financial transactions and performed extensive funds tracing work on a variety of assignments, including commercial damage matters and investigations of alleged fraud.

Performed various analyses which have involved developing economic models reconstructing and analyzing financial data and operating information.

Assisted clients and counsel in general direct and indirect cost determination studies, the preparation and evaluation of least-cost project comparison models, including life cycle cost analysis, incorporating the impacts of long-term and spot market fuel prices as well as the selection, development and operation of information management systems and a variety of document and other information databases.

**Regulated Industries**

Consulted on numerous utility matters in the electric and telecommunications industries. Work has included direct and indirect cost and accounting studies, disputes involving nuclear, fossil fueled, geothermal and hydroelectric power plants, relating to such issues as prudence investigations, construction management, replacement power costs and the impacts of alternative fuel assumptions, cost allocations and the rate making process. Work has involved preparation and analysis of claims for more than 30 utilities throughout the U.S. and internationally and has included increased costs and lost sales claims related to over two-dozen nuclear plants.

Consulted on the proper costs to be included by the U.S. Department of Energy regarding its charges to public utilities for nuclear fuel enrichment, as well as cost claims for various nuclear utilities regarding the disposal of spent nuclear fuel. Prepared first utility claim against the Department of Energy for increased costs related to spent nuclear fuel, ultimately leading to settlement with the government.

Provided consultation related to utility operation and maintenance costs, as well as the examination of utility missions, objectives, organization, policies, procedures and controls.

Consulted on prudence investigations of nuclear power plants, including the underlying causes of and amounts for direct and indirect cost increases and schedule delays, replacement power costs and the proper methods for assessing and supporting the cost of particular impacting events and activities, including specific identification of direct costs and indirect cost allocation methodologies.

Consulted on the preparation and evaluation of damage claims related to increased costs, as well as defective equipment and plant operating procedures, including direct and consequential impacts.

Developed models and consulted to utilities and government agencies regarding decisions related to electric generation resources, such as the cost evaluation of alternative power plants, incorporating life cycle cost analysis with particular concentration on alternative fuels and their related costs under different short- and long-term delivery structures.

**Securities-Related, Forensic Accounting, Fraud And Other Investigations**

Reconstructed historical financial information for forensic analyses of alleged money laundering transactions, including those related to companies and individual executive management personnel. These engagements have included those involving the detailed analysis of tens of thousands of account transactions over multi-year periods and through multiple entities and accounts to determine the structure and propriety of funds inflows and outflows.

Assisted in investigating various allegations regarding company management, including the misappropriation of company assets and willful fraudulent transactions committed against the government.

Performed detailed transaction reviews related to alleged embezzlement, check kiting and other illegal accounting schemes, fraudulent invoicing schemes and alter ego analyses.

Investigated the compliance with detailed contractual terms related to the recording of transactions, recognition of revenue and costs. Related analyses have included forensic investigations of thousands of transactions to assess allegations of intentional circumvention of contractual requirements and other obligations. Investigations have included the use of complex computer databases and models, as well as hard copy records.

Assisted counsel in understanding and applying Generally Accepted Accounting Principles and Generally Accepted Auditing Standards in the context of business disputes, fraud investigations, accounting reconstructions and other forensic analyses. Examples include the

application of various standards, including materiality, risk assessment, accumulating and evaluating sufficient documentary evidence, adequate disclosures, and adequate training and professional care, as well as actual and perceived independence.

Analyzed financial transactions and performed funds tracing work on a variety of assignments, including commercial damage matters, analyses of regulated industries and investigations of alleged fraud.

Prepared and implemented detailed work programs for tracing transactions to detailed supporting documents, "auditing" costs allegedly incurred, as well as testing compliance with the financial requirements of agreements.

Performed numerous interviews of company executives and employees, accounting firm personnel, company customers and competitors and others to obtain information in the context of fraud investigations and other litigations.

Assisted national accounting oversight organization to assist in reviewing and evaluating several public accounting firms' systems, procedures and internal controls relating to independence. Helped perform research on certain accounting and SEC issues in their relationship to independence regulatory requirements. Acted as an advisor to counsel regarding independence related issues to assist in communications among counsel, the accounting oversight organization, the accounting firms and the SEC. Assisted in developing and drafting detailed work programs for use during the independence reviews.

**Intellectual Property**

Calculated lost profits and other damages resulting from potential infringement of patent, trade secret and proprietary agreement rights. Example matters in this area have included those involving software licensing and royalty issues, nuclear technology and steam reforming high temperature waste destruction and processing.

Analyzed direct and indirect labor and other operating cost structures and considered mitigation efforts during alleged infringement periods.

Analyzed the impact on damages of various interpretations of what products and/or processes were protected as intellectual property.

Analyzed the economic damages resulting from the loss of particular clients and customers due to alleged patent and trade secret infringement and misappropriation, based on analyses of similar clients and customers, as well as other previous company experience.

Analyzed financial, technical and production capacity and the feasibility and cost of potential add-on capacity in connection with the calculation of lost profits.

Performed reasonable royalty analysis considering potential licensor and licensee projections and expectations regarding the level and profitability of future work and required investment, as well as applicable *Georgia Pacific, Honeywell* and other factors. Analyzed the projected incremental benefit from intellectual property by comparing expected licensee profit margins on products using intellectual property to profit margins on products that did not utilize intellectual property.

### Construction And Government Contracting

Performed analyses of financial statements and projections, contracts, auditing standards, policies and procedures and project cost and scheduling information for a variety of construction-related entities and projects.

Experience has encompassed numerous types of major construction projects, including nuclear, fossil fueled power plants, multi-unit housing projects, wastewater treatment plants, commercial and office buildings, liquid natural gas tankers, as well as ship, aircraft and simulator construction.

Analyzed and prepared claims relating to contracts, including assessment of formal and constructive change orders and the impact of delays, disruptions, defective specifications, differing site conditions, inefficiencies and accelerations.

Reviewed and analyzed various cost and schedule issues, as well as contract administration matters, including avoidance of disputes, appropriateness of contractual terms and conditions, and improvement of management procedures and controls.

Analyzed original scope project costs, contract additions, changes and associated payments.

## TESTIMONY AND ALTERNATIVE DISPUTE RESOLUTION EXPERIENCE

Testified as an expert witness in various forums, including bench and jury trials in federal and state courts, as well as the Court of Federal Claims. Testimony has also been provided in alternative dispute forums, including arbitration and mediation.

Testimony has covered accounting, economics, finance and damage issues including breach of contract and business interruption, lost profits, reasonable royalties, direct and indirect increased cost claims, regulated industry issues, property damage, construction matters, contract claims and business management and operations.

Actively participated in numerous settlement negotiations presenting accounting, economic and business operations analyses and assisting in developing alternative methods for dispute resolution. Those services have been provided on a variety of matters, including for example, an international matter assessing the impact of alternative fuels and operating and maintenance costs for the potential repowering of a nuclear powered electric generating plant.

Addressed ability to pay issues, including those in the context of settlement discussions, by analyzing financial statements, cash flows and other business and accounting records.

Prepared numerous other expert witnesses for testimony, as well as for participation in various alternative dispute resolution and negotiation forums.

## PROFESSIONAL ASSOCIATIONS

American Institute of Certified Public Accountants

Greater Washington Society of Certified Public Accountants

Virginia Society of Certified Public Accountants

National Association of Certified Valuation Analysts

Association of Certified Fraud Examiners

## SELECTED LECTURES AND SEMINARS

Provided instruction on the preparation and analysis of claims and accounting practices to graduate students, construction executives and attorneys. For example, Mr. Metcalfe has lectured on various damages-related issues to graduate students at Stanford University's Construction, Engineering and Management Program. Additionally, he has had extensive involvement related to cost issues in the Trial Advocacy Program sponsored by the Public Contracts Section of the American Bar Association. He has also presented to various attorney forums, as well as to project owners, contractors and financiers at the annual Forbes Conference in New York.

Protected and Confidential Material to be Disclosed only in Accordance with
U.S. Court of Federal Claims Protective Order

# APPENDIX B

## Mr. Metcalfe's
## Testimony And Expert Reports

# Appendix B
# KENNETH P. METCALFE
# Testimony And Expert Reports

| Case Name | Venue |
|---|---|
| System Fuels, Inc. and Entergy Arkansas, Inc. v. The United States<br>Case No. 03-2623C | U.S. Court Of Federal Claims<br>Washington, D.C. |
| System Fuels, Inc., et al v. The United States<br>Case No. 03-2624C | U.S. Court Of Federal Claims<br>Washington, D.C. |
| Duke Energy Corporation v. The United States<br>Case No. 98-485C | U.S. Court Of Federal Claims<br>Washington, D.C. |
| Omaha Public Power District v. The United States<br>Case No. 01-115C | U.S. Court Of Federal Claims<br>Washington, D.C. |
| Northern States Power Company v. The United States<br>Case No. 98-484C | U.S. Court Of Federal Claims<br>Washington, D.C. |
| Wisconsin Electric Power Company v. The United States<br>Case No. 00-697C | U.S. Court Of Federal Claims<br>Washington, D.C. |
| Southern Nuclear Operating Company, Alabama Power Company, and Georgia Power Company v. The United States<br>Case No. 98-614C | U.S. Court Of Federal Claims<br>Washington, D.C. |
| American Legacy Foundation v. Lorillard Tobacco Co.<br>Case No. 19406-NC | Court Of Chancery Of The State Of Delaware |
| Computer Associates International, Inc. v. Digex, Incorporated<br>Case No. CAL03-02253 | Circuit Court, Prince George's County, Maryland |
| Marketing And Management Information, Inc.<br>v. The United States Of America<br>(Defense Commissary Agency)<br>Case No. 99-194C | U.S. Court Of Federal Claims<br>Washington, D.C. |

# Appendix B
# KENNETH P. METCALFE
# Testimony And Expert Reports

| Case Name | Venue |
| --- | --- |
| Melito Construction Corp., v. Home Depot U.S.A., Inc. v. S.B.L.M. Architects, PC<br>Case No. 1:02-CV-1714-RLV | U.S. District Court; Northern District of Georgia |
| Ortho Pharmaceutical Corp. v. Amgen, Inc. | Arbitration; Illinois |
| PEAT, Inc. v. Vanguard Research, Inc.<br>Case No. CV-99-BE-2553-NE | U.S. District Court; Northern District of Alabama |
| Blue Grass, et al. v. Enron, et al.<br>Case No. 00-605097 | Supreme Court Of The State Of New York, County of New York |
| Charise Charles Ltd., Inc. v. Amgen, Inc.<br>Case No. 91-2956-CA15-L | Circuit Court, Seminole County, Florida |
| Kroncke v. Okuma, et al.<br>Case No. 97L319 | Circuit Court, Dupage County, Illinois |
| Uno Of Falls Church, Inc. v. Saul Holdings Limited Partnership<br>Case No. 189997 | Circuit Court, Montgomery County, Maryland |
| Dacotah Marketing & Research, L.L.C. v. Versatility, Inc.<br>Case No. 98-142-A | U.S. District Court; Eastern District Of Virginia |
| Kwong v. Lockheed Missiles And Space Company<br>Case No. C96-0294WHO | U.S. District Court; Northern District Of California |
| S&MC$^2$, Inc. v. Versatility, Inc.<br>AAA 16 181 00322 96P | American Arbitration Association; Virginia |
| MPR Associates, Inc. v. General Electric Company<br>Case No. 95-439-A | U.S. District Court; Eastern District Of Virginia |
| Welding, Inc. v. Board Of Commissioners, Meigs County, Ohio<br>Case No. C2-95-1143 | U.S. District Court; Southern District Of Ohio |

# Appendix B
# KENNETH P. METCALFE
# Testimony And Expert Reports

| Case Name | Venue |
| --- | --- |
| B. F. Saul Real Estate Investment Trust v. Chesapeake Bay Seafood House Associates, L. P.<br>Case No. 124604 | Circuit Court; Fairfax County, Virginia |
| Shah v. Shah<br>Case No. HCA91-313 | Maryland Health Claims Arbitration Office |
| Habib, et al. v. Prince Georges County<br>Case No. WN-90-1336 | U.S. District Court; District Of Maryland |

Protected and Confidential Material to be Disclosed only in Accordance with
U.S. Court of Federal Claims Protective Order

# APPENDIX C1

## Damages By Work Order
## Costs Through August 31, 2005
## (Dollars Rounded To Nearest Thousand)

**Appendix C1**
**Damages By Work Order**
**Costs Through August 31, 2005**
**(Dollars Rounded To Nearest Thousand)**

| Dry Fuel Storage Projects | Work Order | Nominal Dollars | 2006 Dollars |
|---|---|---|---|
| Long Term Spent Fuel Storage Options | N31937 | $341,000 | $506,000 |
| Dry Fuel Storage – Study / Design / Construction | N32172 | 8,367,000 | 9,458,000 |
| Dry Fuel Storage - Cask Construction Pad | N32271 | 465,000 | 527,000 |
| Turbine-Generator Rotor / Dry Fuel Storage Building | N32302 | 798,000 | 877,000 |
| Install ISFSI Pad Electrical & Security | N32350 | 31,000 | 34,000 |
| Dry Fuel Storage - Site Improvement | N32136 | 589,000 | 776,000 |
| **Total Damages** | | $10,591,000 | $12,178,000 |

Protected and Confidential Material to be Disclosed only in Accordance with
U.S. Court of Federal Claims Protective Order

# APPENDIX C2

## Spent Fuel Pool Inventory
## Non-Breach Scenario

# Appendix C2
# Spent Fuel Pool Inventory
# Non-Breach Scenario
# (Assemblies)

| Year | Discharges | DOE Acceptance Rights | Pool Balance | One Full Core Reserve Capacity | Reserve In Excess Of One Full Core |
|---|---|---|---|---|---|
| 1986 | 264 | - | 264 | 3,681 | 3,417 |
| 1987 | 288 | - | 552 | 3,681 | 3,129 |
| 1988 | - | - | 552 | 3,681 | 3,129 |
| 1989 | 276 | - | 828 | 3,681 | 2,853 |
| 1990 | 284 | - | 1,112 | 3,616 | 2,504 |
| 1991 | - | - | 1,112 | 3,616 | 2,504 |
| 1992 | 272 | - | 1,384 | 3,636 | 2,252 |
| 1993 | 276 | - | 1,660 | 3,635 | 1,975 |
| 1994 | - | - | 1,660 | 3,635 | 1,975 |
| 1995 | 288 | - | 1,948 | 3,635 | 1,687 |
| 1996 | 264 | - | 2,212 | 3,635 | 1,423 |
| 1997 | - | - | 2,212 | 3,635 | 1,423 |
| 1998 | 276 | - | 2,488 | 3,582 | 1,094 |
| 1999 | 228 | - | 2,716 | 3,582 | 866 |
| 2000 | - | - | 2,716 | 3,582 | 866 |
| 2001 | 204 | - | 2,920 | 3,531 | 611 |
| 2002 | 240 | - | 3,160 | 3,531 | 371 |
| 2003 | - | - | 3,160 | 3,531 | 371 |
| 2004 | 244 | - | 3,404 | 3,531 | 127 |
| 2005 | 232 | (573) | 3,063 | 3,531 | 468 |
| 2006 | - | (285) | 2,778 | 3,531 | 753 |
| **Totals** | **3,636** | **(858)** | | | |

Protected and Confidential Material to be Disclosed only in Accordance with
U.S. Court of Federal Claims Protective Order

# APPENDIX C3

## Spent Fuel Pool Inventory
## Breach Scenario

# Appendix C3
# Spent Fuel Pool Inventory
# Breach Scenario
# (Assemblies)

| Year | Discharges | DOE Acceptance Rights | Pool Balance | One Full Core Reserve Capacity | Reserve In Excess Of One Full Core |
|---|---|---|---|---|---|
| 1986 | 264 | - | 264 | 3,681 | 3,417 |
| 1987 | 288 | - | 552 | 3,681 | 3,129 |
| 1988 | - | - | 552 | 3,681 | 3,129 |
| 1989 | 276 | - | 828 | 3,681 | 2,853 |
| 1990 | 284 | - | 1,112 | 3,616 | 2,504 |
| 1991 | - | - | 1,112 | 3,616 | 2,504 |
| 1992 | 272 | - | 1,384 | 3,636 | 2,252 |
| 1993 | 276 | - | 1,660 | 3,635 | 1,975 |
| 1994 | - | - | 1,660 | 3,635 | 1,975 |
| 1995 | 288 | - | 1,948 | 3,635 | 1,687 |
| 1996 | 264 | - | 2,212 | 3,635 | 1,423 |
| 1997 | - | - | 2,212 | 3,635 | 1,423 |
| 1998 | 276 | - | 2,488 | 3,582 | 1,094 |
| 1999 | 228 | - | 2,716 | 3,582 | 866 |
| 2000 | - | - | 2,716 | 3,582 | 866 |
| 2001 | 204 | - | 2,920 | 3,531 | 611 |
| 2002 | 240 | - | 3,160 | 3,531 | 371 |
| 2003 | - | - | 3,160 | 3,531 | 371 |
| 2004 | 244 | - | 3,404 | 3,531 | 127 |
| 2005 | 232 | - | 3,636 | 3,711 | 75 |
| 2006 | - | - | 3,636 | 3,711 | 75 |
| **Totals** | **3,636** | - | | | |