IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC * POWER ASSOCIATION, | ) | |
| Plaintiff, | ) | No. 03-2624 C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**WRITTEN DIRECT TESTIMONY OF EILEEN M. SUPKO**

1. My name is Eileen M. Supko, and I am a Senior Consultant and an owner of Energy Resources International, Inc. ("ERI"). My business address is 1015 18th Street, NW, Suite 650, Washington, DC 20036. Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury Winthrop"), Counsel for System Fuels, Inc., System Energy Resources, Inc., and South Mississippi Electric Power Association (collectively "SFI"), has asked me to prepare expert opinions and provide expert testimony on the following issues:

(1) Counsel requested that I assume the start of DOE accepance of spent nuclear fuel (SNF) by January 31, 1998, the date called for in the Standard Contract. Given that assumption, Counsel for SFI asked me to provide an opinion regarding the impact of DOE's rate of acceptance of SNF assemblies from the nuclear industry as a whole on two key issues identified by both DOE and nuclear utilities: (a) the aggregate amount of additional at-reactor storage capacity nuclear utilities would be required to provide in order to continue operations after January 31, 1998, and (b) the utilities' ability to timely

decommission their plants, i.e., the length of delay in decommissioning caused by the continued presence of SNF; and,

(2) Counsel requested that I calculate the rates at which the DOE would accept SNF assemblies from the Grand Gulf Nuclear Station (Grand Gulf), for a 1998 "non-breach" SNF acceptance scenario which assumes that DOE began acceptance in 1998 at an overall steady-state spent fuel acceptance rate of 3,000 MTU per year, with a five-year ramp up.

2. To facilitate the Court's review of my testimony, I have prepared a Table of Contents that appears on the following page.

# TABLE OF CONTENTS

Page

I. Background and Qualifications ..... 5

II. Summary of Opinions ..... 7

A. Overall DOE Spent Fuel Acceptance Rate ..... 7

B. Spent Fuel Acceptance Rate for Grand Gulf ..... 8

III. Methodology used and materials considered ..... 9

A. Overall DOE Spent Fuel Acceptance Rate ..... 9

B. Spent Fuel Acceptance Rights for Grand Gulf ..... 9

IV. Opinions ..... 10

A. Determination of Steady-State Annual Spent Fuel Acceptance Rate ..... 10

1. SPNTFUEL Description ..... 11

2. Acceptance Rate Scenarios Analyzed ..... 14

3. Evaluation Criteria ..... 16

4. Results of Acceptance Rate Analysis ..... 17

5. Sensitivity Analysis Regarding Intra-Company Use of Acceptance Rights ..... 23

6. Sensitivity Analysis Regarding Ramp Up Rate to 3,000 MTU ..... 26

B. DOE Acceptance Rate Planning Since Program Inception ..... 30

1. DOE Documents that Support Opinion Regarding 3,000 MTU Acceptance Rate ..... 30

2. DOE Documents that Support Opinion Regarding Ramp Up Rate ..... 33

C. Grand Gulf Spent Fuel Acceptance Rights ..... 34

V. Conclusions ..... 38

A. Overall DOE Spent Fuel Acceptance Rate ..... 38

B. Grand Gulf Spent Fuel Acceptance Rights ........................................................38

Appendix A Projection of Spent Fuel Discharge Information Using SPNTFUEL

Appendix B Detailed Resume of Eileen M. Supko

Appendix C Publications List of Eileen M. Supko

Appendix D Written Materials Reviewed and Considered by Eileen Supko in Preparing this Testimony

## I. BACKGROUND AND QUALIFICATIONS

3. I hold a bachelor of science degree in Nuclear Engineering from Pennsylvania State University. From 1985 to 1990, I was employed by Carolina Power and Light Company (now Progress Energy), a nuclear operating company, as a Nuclear Fuel Projects Engineer and then a Nuclear Services Department Incore Analysis Engineer. At Carolina Power and Light Company, my responsibilities included nuclear fuel procurement and nuclear reactor core design and analysis. As a function of the nuclear reactor core design and analysis work that I performed, I was responsible for ensuring that the nuclear fuel and nuclear reactor core operated within the regulatory limits approved by the U.S. Nuclear Regulatory Commission (NRC) in the plant license. I joined ERI in 1990, and I am currently a senior consultant and an owner of the company. I have extensive experience in providing advice to clients in the areas of spent nuclear fuel, nuclear waste management and radioactive materials transport, and I analyze the technical, economic, regulatory, legislative, and policy issues associated with the storage, acceptance, transport, and disposal of SNF and high-level radioactive waste. My clients include nuclear power plant operating companies, a foreign government, industry organizations, private companies, and a private spent fuel management organization.

4. ERI has developed a computer model, SPNTFUEL, that has the capability to model SNF acceptance rates, determine acceptance rights for individual nuclear power plants, and determine the effect of these acceptance rates on utility requirements for additional SNF storage capacity, including the amount of time that SNF must remain at nuclear power plant sites following plant shutdown for decommissioning. SPNTFUEL also has the capability to project nuclear power plant discharge data, including the

number of fuel assemblies discharged, fuel weight (metric tons uranium or MTU) discharged, and fuel burnup. In Indiana Michigan Power Company v. United States, the parties stipulated that the ERI and DOE computer models used to project SNF discharges and acceptance rates rely on similar assumptions and similar input data. Further, the parties stipulated that "*the annual acceptance allocations calculated by either the ERI or DOE models should not result in any material differences for the purposes of assessing damages*."[1] Additional details regarding the SPNTFUEL program can be found in Appendix A to this report.

5. On behalf of clients, using the SPNTFUEL model, I have analyzed possible overall DOE acceptance rates and the effect that DOE acceptance rates would have on utility SNF storage requirements and the period of time that SNF must remain at nuclear power plant sites following reactor shutdown for decommissioning. These analyses have been performed to determine the effect of DOE acceptance rates on the commercial nuclear power plants' SNF storage requirements, for the overall U.S. nuclear industry, and for individual nuclear power plants as requested by individual clients. Acceptance rate analyses that I have performed include analysis for nuclear industry organizations of postulated DOE acceptance rates; analysis to support nuclear industry legislative efforts regarding changes to the DOE waste program in the 1990s; analysis on behalf of the nuclear industry of DOE proposals to "take title" to SNF; development of SNF acceptance scenarios to support individual client decommissioning analyses; and development of SNF acceptance scenarios to support individual client spent nuclear fuel damages claims, such as the analyses supporting this case.

[1] Joint Stipulations Regarding Testimony of Spent Fuel Discharges and Cask Loading Costs, Indiana Michigan Power Company v. United States, No. 98-486C, March 2, 2004.

6. From 1990 to 2004, I was a direct participant in technical exchanges between the nuclear industry and DOE regarding such topics as DOE plans for accepting commercial SNF, industry positions on outstanding Standard Contract issues, and DOE's conceptual designs for surface facilities for acceptance of commercial SNF. I have assisted in the preparation of nuclear industry comments and feedback on various DOE program documents, including but not limited to Mission Plans, Annual Capacity Reports, Acceptance Priority Ranking reports, Environmental Impact Statement documents, and transportation plans. My detailed resume is attached as Appendix B, providing additional details on my background and qualifications as an expert in this matter.

7. In addition to numerous client-specific analyses, evaluations, and reports, over the past fourteen years I have authored over 35 reports, presentations, and publications in leading nuclear energy journals and have been an invited speaker at over a dozen conferences sponsored by leaders in the nuclear industry. A detailed list of my publications and presentations is attached as Appendix C.

## II. SUMMARY OF OPINIONS

### A. Overall DOE Spent Fuel Acceptance Rate

8. As described more fully in Section IV, I have determined that, if DOE had begun acceptance of SNF by January 31, 1998, an overall steady-state spent fuel acceptance rate of 3,000 MTU per year, reached after a five-year ramp up period, would have limited the amount of additional SNF capacity needed at nuclear power plants after that date, kept up with the annual discharge rate of 2,000 MTU of SNF, and worked off the 37,000 MTU backlog of SNF in storage at nuclear power plants to allow timely

decommissioning.[2] In addition, a 3,000 MTU acceptance rate would have been fully utilized for almost 30 years of the waste acceptance program, ensuring that the waste management system capacity has not been overbuilt and underutilized. Furthermore, the overall 3,000 MTU rate, with a five year ramp up, is consistent with the overall acceptance rate contained in more than a dozen DOE program documents and with statements and testimony made by DOE officials and witnesses.

9. It is also my conclusion that the 3,000 MTU Base Case ramp up rate currently employed by DOE is a reasonable rate of acceptance and a rate that would have been practicable for the start of waste acceptance in a non-breach scenario, particularly in the early years of waste acceptance.

**B. Spent Fuel Acceptance Rate for Grand Gulf**

10. I have also determined that if DOE had begun acceptance of spent nuclear fuel by January 31, 1998, at an overall spent fuel acceptance rate of 3,000 MTU per year, the first SNF would have been accepted from the Grand Gulf station in 2005. Grand Gulf would not have required additional spent fuel storage capacity after 1998 to support continued plant operation.

11. ERI's fees for this engagement range from $170 to $255 per hour and are not contingent in any way upon my findings.

[2] U.S. commercial nuclear power plants annually generate approximately 2,000 MTU of SNF. By January 31, 1998, the date that DOE was to have started SNF acceptance, the inventory of SNF that had been permanently discharged from commercial nuclear power plants was approximately 37,000 MTU.

## III. METHODOLOGY USED AND MATERIALS CONSIDERED

### A. Overall DOE Spent Fuel Acceptance Rate

12. In developing my expert opinions regarding the overall DOE SNF acceptance rate, I have analyzed a range of overall acceptance rates using the SPNTFUEL program, including the overall steady-state acceptance rate used most frequently by DOE since the program inception (3,000 MTU), to determine the effect of these acceptance rates on commercial nuclear power plant SNF storage requirements. I have incorporated into my SPNTFUEL database the historical and projected spent fuel discharge information provided to the DOE by nuclear operating companies through DOE form RW-859 data for spent fuel discharged from commercial nuclear power plants through December 31, 2002 (2002 RW-859). I analyzed the results from the SPNTFUEL program using a spreadsheet that I developed to calculate additional SNF storage requirements under the scenarios described in Section IV. I have also reviewed and analyzed DOE and DOE contractor reports regarding DOE plans for accepting SNF. These include, but are not limited to: DOE Mission Plans, Total System Life Cycle Cost Analyses, Fee Adequacy Assessments, and Waste Acceptance System Requirements Documents. I have reviewed deposition and trial testimony of knowledgeable DOE staff.

### B. Spent Fuel Acceptance Rights for Grand Gulf

13. In developing my expert opinions regarding spent fuel acceptance rights for Grand Gulf, I have reviewed DOE and DOE contractor methodologies for the projection of spent nuclear fuel discharges[3,4] as well as DOE's model for projecting spent

---

[3] Bechtel SAIC Company, LLC, "Calculation Method for the Projection of Future Spent Nuclear Fuel Discharges," TDR-WAT-NU-000002 Rev 1, February 2002.

[4] McLeod, Barrie, JAI Corporation, and Pollog, Thomas, U.S. DOE, "Methodology for the Projection of Spent Nuclear Fuel Discharges," conference paper, date unknown.

nuclear fuel discharges. I also have reviewed DOE's recently published Acceptance Priority Ranking and Annual Capacity Report.[5] I have reviewed the Standard Contract and associated documents such as Annual Capacity Reports and Acceptance Priority Rankings. I have incorporated the 2002 RW-859 data into my SPNTFUEL database and benchmarked the SPNTFUEL database against DOE's most recently published Acceptance Priority Ranking. Assuming similar input assumptions, both the DOE model and ERI's SPNTFUEL model will result in similar projected spent nuclear fuel acceptance rights for individual nuclear power plants.[6]

14. As requested by counsel for SFI, I have calculated the rate at which the DOE would accept spent nuclear fuel from the Grand Gulf station for a 1998, "non-breach" SNF acceptance scenario had DOE begun acceptance of spent fuel in 1998. This scenario assumes an overall acceptance rate of 3,000 MTU per year after a five-year ramp up period. SNF acceptance rights for the Grand Gulf station are presented on an annual MTU basis through 2006. The acceptance rights calculated by ERI's SPNTFUEL model are based on a plant-by-plant, oldest-fuel-first (OFF) acceptance priority ranking.

15. A list of all the materials that I have reviewed and considered in forming my expert opinions is attached to this testimony as Appendix D.

## IV. OPINIONS

### A. Determination of Steady-State Annual Spent Fuel Acceptance Rate

16. As discussed previously, U.S. commercial nuclear power plants generate approximately 2,000 MTU contained in SNF assemblies on an annual basis. By January

[5] U.S. DOE, OCRWM, *Acceptance Priority Ranking and Annual Capacity Report,* DOE/RW-0567, July 2004.

[6] Joint Stipulations Regarding Testimony of Spent Fuel Discharges and Cask Loading Costs, Indiana Michigan Power Company v. United States, No. 98-486C, March 2, 2004.

31, 1998, the date that DOE was to have started SNF acceptance, there were approximately 37,000 MTU of SNF that had been permanently discharged from commercial nuclear power plants.[7]

17. Based on my analysis of the effect that various SNF acceptance rates would have on utility requirements for additional SNF storage capacity as well as the effect on the timely decommissioning of nuclear power plants, I have determined that an overall steady-state SNF acceptance rate of 3,000 MTU per year, with a five-year ramp up rate to the steady-state capacity based on the design of DOE's waste management system, would have limited the amount of additional SNF storage capacity needed at nuclear power plants after 1998, kept up with the annual discharge rate of 2,000 MTU of SNF, and worked off the 37,000 MTU backlog of SNF in storage at nuclear power plants to allow timely decommissioning. In addition, a steady-state SNF acceptance rate of 3,000 MTU per year would have been fully utilized by DOE for almost 30 years of a 40-year program, ensuring that the waste management system capacity has not been overbuilt and underutilized. The overall 3,000 MTU rate is consistent with DOE's planning bases from the outset of the waste management system as well as with DOE's current plans for waste acceptance operations.

**1. SPNTFUEL Description**

18. In forming my opinion, I have analyzed a range of overall DOE SNF acceptance rate scenarios using the SPNTFUEL program – a SNF acceptance simulation model developed by ERI, described further in Appendix A. According to Article IV of the Standard Contract, contract holders are required to provide DOE with information on

[7] DOE RW-859 Data, December 31, 1998.

actual discharges and projected discharges on a periodic basis. This data is submitted to DOE's Energy Information Administration (EIA) by nuclear operating companies via DOE Nuclear Fuel Data Form, RW-859. DOE requested submittal of RW-859 data for SNF discharged from commercial nuclear power plants through December 31, 2002 (2002 RW-859).

19. The analyses described below rely on industry-wide historical SNF discharges from U.S. commercial nuclear power plants as provided to DOE via the 2002 RW-859. Since many nuclear operating companies have added dry storage since December 31, 1998, using the storage locations identified in the 2002 RW-859 data base would not reflect SNF inventories that were in wet storage in 1998 but in dry storage by 2002. For the purposes of calculating utilities' additional storage requirements, I used the 2002 RW-859 data but assumed that SNF placed in dry storage after December 31, 1998 remained in SNF storage pools. This ensures that the analysis does not underestimate the additional storage requirements.

20. Since the RW-859 data only includes five cycles of projected SNF discharges for nuclear power plants, ERI must project additional SNF discharges for each plant through the end of its 40-year operating license. SPNTFUEL is capable of projecting future SNF discharges for each operating nuclear power plant. The projected SNF discharge data calculated with SPNTFUEL are used in combination with historical and projected SNF discharge data to determine SNF acceptance rates, industry wide SNF storage requirements, as well as the timing associated with the removal of SNF from plants following shutdown for decommissioning.

21. Since DOE's acceptance capacity will be finite in any given year (e.g., up to an overall rate of 3,000 MTU), DOE will allocate the annual SNF acceptance capacity to contract holders [8] using a priority ranking process. According to the Standard Contract, the priority ranking for assigning SNF acceptance rights to the contract holders is based, with limited exceptions, on the age of the SNF as determined from the date that the SNF was permanently discharged from the contract holders' nuclear power plant(s).[9] This priority ranking methodology is typically referred to as "Oldest Fuel First" or "OFF."[10] The age of each fuel assembly discharged determines the relative position of this fuel in the SNF acceptance "queue" (i.e., the chronological list of all SNF permanently discharged from all commercial nuclear power plants). SNF acceptance "rights" are expressed in MTU of allocated acceptance capacity.

22. It should be noted that while the Standard Contract priority ranking is based on an OFF methodology, the Standard Contract contains additional provisions that might affect the acceptance of SNF, providing additional flexibility to contract holders. For example, the Standard Contract, Article V.E, "Exchanges," allows Standard Contract holders the right to exchange delivery commitment schedules with other Standard Contract holders. The contract provision allows DOE to approve or disapprove any such exchanges within thirty days after receipts. The Standard Contract also allows Contract holders to "*adjust the quantities of SNF and/or HLW plus or minus (±) twenty percent*

[8] The term "contract holders" refers to companies who have signed the Standard Contract with DOE.

[9] Standard Contract, Article IV.B.5 and Article VI.B.1(a).

[10] DOE, *Annual Capacity Report*, DOE/RW-0294P, December 1990, p. 8-9.

*(20%), and the delivery schedule up to two (2) months, until submission of the final delivery schedule.*"[11, 12]

### 2. Acceptance Rate Scenarios Analyzed

23. I performed an analysis to demonstrate the effect that different acceptance rates would have on commercial nuclear power plant SNF storage requirements and on the time that SNF would remain on site following plant shutdown for decommissioning.

24. Scenario 1, the 3,000 MTU per year steady-state acceptance rate scenario that assumes acceptance of 400 MTU in 1998, 600 MTU in 1999, 1,200 MTU in 2000, 2,000 MTU in 2001, and 3,000 MTU thereafter (3,000 MTU scenario), was analyzed because this rate is consistent with the overall SNF acceptance rates assumed throughout the majority of the program's history since its inception in 1983.

25. In addition to the 3,000 MTU scenario, three other scenarios were analyzed:

- Scenario 2, with a 900 MTU steady-state acceptance rate that assumes acceptance of 400 MTU in 1998, 600 MTU in 1999, and 900 MTU thereafter (900 MTU scenario);[13]
- Scenario 3, with a 3,000 MTU steady state capacity and a ramp up period of 18 years that assumes acceptance of 400 MTU in 1998, 600 MTU in 1999,

[11] Standard Contract, Article V.B.2

[12] Zabransky, David, U.S. DOE OCRWM, Yankee Atomic et al, v. United States of America, Case Nos. 98-126C, 98-154C, 98-474C, Trail Transcript 2004/08/05, August 5, 2004, pp. 4162-4165.

[13] This is the same as "But-For.1" in the Expert Report of Raymond S. Hartman, (Hartman Report), @11, p. 8.

900 MTU in 2000 through 2009, 1,800 MTU in 2010 through 2014, and 3,000 MTU thereafter (1992 ACR scenario) [14]

- Scenario 4, with a 6,000 MTU steady-state acceptance rate that assumes acceptance of 400 MTU in 1998, 600 MTU in 1999, 1,200 MTU in 2000, 2,000 MTU in 2001, 3,000 MTU in 2002, 4,000 MTU in 2003, 5,000 MTU in 2004, and 6,000 MTU thereafter (6,000 MTU scenario).

26. It should be noted that Scenario 2 is based on an acceptance rate scenario used by DOE in the early to mid 1990s in conjunction with its efforts to develop a monitored retrievable storage facility, a facility that DOE never built and has no plans to pursue.[15] This acceptance scenario is based on the acceptance rates found in DOE's 1991 Annual Capacity Report (1991 ACR)[16] and the 1995 ACR,[17] which assumed a 900 MTU SNF acceptance rate for the first ten years of waste acceptance by DOE. Table 1 provides a summary of the ramp up rates and overall steady-state acceptance rates assumed in the four acceptance rate scenarios.

---

[14] This is the same acceptance scenario as "But-For.2" in Hartman Report @11 p. 8.

[15] In addition, DOE was prohibited by the 1987 Nuclear Waste Policy Amendments Act from operating an MRS facility in the manner assumed by DOE. DOE recognized this fact in its 1991 ACR when it stated that "If the current linkages between MRS facility construction and repository construction authorization are maintained, it is estimated that commencement of facility operations and initial acceptance of SNF by DOE could not start until at least 2007." U.S. DOE, OCRWM, "Annual Capacity Report," DOE/RW-0331P, December 1991, p. 4 (PX 231).

[16] Ibid

[17] U.S. DOE, OCRWM, "Acceptance Priority Ranking and Annual Capacity Report, DOE/RW-0457, March 1995 (PX 396).

**Table 1: Spent Fuel Acceptance Rate Scenarios**

| Year | Scenario 1<br>3,000 MTU | Scenario 2<br>900 MTU | Scenario 3<br>1992 ACR, 3000 MTU | Scenario 4<br>6,000 MTU |
|---|---|---|---|---|
| 1998 | 400 | 400 | 400 | 400 |
| 1999 | 600 | 600 | 600 | 600 |
| 2000 | 1,200 | 900 | 900 | 1,200 |
| 2001 | 2,000 | 900 | 900 | 2,000 |
| 2002 | 3,000 | 900 | 900 | 3,000 |
| 2003 | 3,000 | 900 | 900 | 4,000 |
| 2004 | 3,000 | 900 | 900 | 5,000 |
| 2005 | 3,000 | 900 | 900 | 6,000 |
| 2006 | 3,000 | 900 | 900 | 6,000 |
| 2007 | 3,000 | 900 | 900 | 6,000 |
| 2008 | … | … | 900 | … |
| 2009 | … | … | 900 | … |
| 2010 | … | … | 1,800 | … |
| 2011 | … | … | 1,800 | … |
| 2012 | … | … | 1,800 | … |
| 2013 | … | … | 1,800 | … |
| 2014 | … | … | 1,800 | … |
| 2015 | … | … | 3,000 | … |
| | 3,000 Max Capacity | 900 Max Capacity | 3,000 Max Capacity | 6,000 Max Capacity |

### 3. Evaluation Criteria

27. I evaluated the acceptance rates described above to determine how they would impact the following two criteria:

(1) The amount of additional SNF storage that utilities would have had to add had DOE begun acceptance of SNF in 1998; and

(2) The number of years that SNF remains on site after each plant is shut down for decommissioning.

28. In addition, I also considered a third criterion that has been referenced by DOE witnesses:

(3) The number of years that the maximum annual steady-state acceptance capacity is fully utilized over the life of the waste acceptance program.[18] [19]

---

[18] Pollog, Thomas, DOE, OCRWM, Rule 30(b)(6) Deposition, April 11, 2002, p. 96-97.

[19] Barrett, Lake, DOE, OCRWM, Deposition, May 10, 2002, p. 1332-34.

**4. Results of Acceptance Rate Analysis**

29. I used the above three factors to evaluate the four non-breach-world acceptance rate scenarios that are summarized in Table 1. The results for each of the four scenarios are explained below and summarized in Table 2.

30. Scenario 1: Under the 3,000 MTU scenario, DOE would have started waste acceptance by January 31, 1998, ramping up to the steady-state acceptance rate of 3,000 MTU over a five year period. Assuming an OFF acceptance priority ranking, nuclear operating companies would have needed to add approximately 1,030 MTU of additional SNF storage capacity after SNF acceptance began. The average number of years that SNF would have to be stored at reactor sites after plant shutdown for decommissioning is approximately nine years. In addition, the steady-state acceptance capacity of 3,000 MTU per year would be fully utilized by DOE for approximately 28 years.

31. Scenario 2: Under the 900 MTU scenario, DOE would have started waste acceptance by January 31, 1998, and would reach the steady-state acceptance rate of 900 MTU by the third year of waste acceptance. Assuming an OFF priority ranking, nuclear operating companies would have needed to add approximately 13,130 MTU of additional SNF storage capacity after SNF acceptance began. The average number of years that SNF would have to be stored at reactor sites after plant shutdown for decommissioning is approximately 65 years. In addition, at a steady-state acceptance capacity of 900 MTU per year, DOE would not complete SNF acceptance until over a century after the program began, the year 2101.

32. Scenario 3: Under the 1992 ACR scenario, DOE would have started waste acceptance by January 31, 1998, but would not reach the steady-state acceptance rate of 3,000 MTU per year until eighteen years after the start of waste acceptance. Assuming an OFF acceptance priority ranking, nuclear operating companies would have needed to add approximately 6,200 MTU of additional SNF storage capacity after SNF acceptance began. The average number of years that SNF would have to be stored at reactor sites after plant shutdown for decommissioning is approximately 16.5 years. In addition, the steady-state acceptance capacity of 3,000 MTU per year would be fully utilized by DOE for approximately 24 years.

33. Scenario 4: Under the 6,000 MTU scenario, DOE would have started waste acceptance by January 31, 1998, and would ramp up to the steady-state acceptance rate of 6,000 MTU over an eight year period. Assuming an OFF acceptance priority ranking, nuclear operating companies would have needed to add approximately 740 MTU of additional SNF storage capacity after SNF acceptance began. The average number of years that SNF would have to be stored at reactor sites after plant shutdown for decommissioning is approximately six years. In addition, the steady-state acceptance capacity of 6,000 MTU per year would be fully utilized by DOE for approximately six years.

**Table 2 Comparison of Factors Important to Spent Fuel Acceptance**

| **Spent Fuel Acceptance Evaluation Factors** | **Spent Fuel Acceptance Rate Scenario** | | | |
|---|---|---|---|---|
| | **Scenario 1 3,000 MTU** | **Scenario 2 900 MTU** | **Scenario 3 1992 ACR** | **Scenario 4 6,000 MTU** |
| Additional Storage Requirements (MTU) | 1,030 | 13,130 | 6,200 | 740 |
| Average Post Shutdown Storage Time (Years) | 9 | 65 | 16.5 | 6 |
| Years Maximum Acceptance Capacity Utilized | 28 | 101 | 24 | 6 |

34. Figure 1 below presents the projected SNF acceptance rates that could be sustained by the available inventories of SNF that have been cooled for a minimum of five years for each of the SNF acceptance scenarios evaluated. The maximum annual SNF acceptance rate of 3,000 MTU can be sustained for 28 years. While the 3,000 MTU rate can be sustained for 24 years in the 1992 ACR scenario, the average number of years that SNF must be stored on site following plant shutdown for decommissioning is 16.5 years compared to the 3,000 MTU scenario in which the average is only nine years. In addition, the 3,000 MTU scenario only requires 1,030 MTU of additional storage capacity, while the 1992 ACR scenario requires approximately 6,200 MTU of additional storage capacity, approximately three times the annual rate of SNF discharges.

35. The 900 MTU scenario results in a SNF acceptance program that lasts for more than 100 years, requires approximately 13,130 MTU of additional storage capacity and results in SNF remaining at nuclear power plant sites for an average of 65 years following plant shutdown for decommissioning.

36. For the 6,000 MTU scenario, the maximum annual SNF acceptance rate of 6,000 MTU can be sustained by utility SNF inventories for only six years and then the amount of SNF that has cooled for a minimum of five years drops off dramatically. Under this last scenario, the amount of SNF shipped from approximately 2014 forward is equal to the amount of SNF discharged five years previously. Thus, while the 6,000 MTU scenario results in the need for a somewhat smaller amount of additional storage capacity than the 3,000 MTU scenario (740 MTU vs. 1,030 MTU), a maximum capacity of 6,000 MTU cannot be sustained by the amount of SNF that is in inventory and is expected to be generated. For SNF acceptance beginning in 1998, a system built to

accommodate an acceptance rate of 6,000 MTU per year would not have been an efficient system that fully utilized system capacity, as more than two-thirds of the maximum system capacity would go unused for more than 30 years of a 40 year waste acceptance program.




**Figure 1** **Comparison of Maximum Steady-State Spent Fuel Acceptance Rates, Assuming A Minimum Spent Fuel Cooling Time of Five Years**

37. It should be noted that these calculations are based on available data from nuclear utilities. Each individual nuclear utility is likely to have the most complete, up to date information regarding its individual storage needs. In addition, this analysis has calculated industry-wide SNF storage requirements and the time that SNF remains on site following plant shutdown for decommissioning for each SNF storage pool or reactor site assuming an OFF priority ranking. That is, the analysis has calculated the amount of

additional storage needed at each reactor site for a given SNF acceptance rate scenario. Nuclear operating companies that have multiple nuclear power plant sites may apply their acceptance rights to any nuclear power plant that they operate. Thus, a particular nuclear operating company may apply its SNF acceptance rights to a different nuclear power plant site than the plant site assumed by this analysis. While this analysis may calculate additional storage requirements for a nuclear power plant, an individual company may use acceptance rights from one site to prevent the need to add additional storage capacity at another site. In much the same way, a nuclear operating company with multiple plant sites may also apply acceptance rights from one nuclear power plant to a second plant in order to facilitate the decommissioning of the second plant. The scenarios I have analyzed conservatively assume that, in the non-breach world, acceptance rights are applied to the individual nuclear power plants that generated those rights.

38. The results presented in Table 2 estimate the maximum amount of additional storage required and the maximum average time that SNF remains at nuclear power plants following shutdown for decommissioning. These two parameters likely would be lower in each of the scenarios evaluated if nuclear operating companies with multiple sites ultimately choose to allocate their acceptance from one plant to another plant in their systems. In the next section of this report, I have conducted a sensitivity analysis to confirm my understanding regarding this issue.

39. It should be noted that this analysis of the overall SNF acceptance rate does not reflect all SNF storage alternatives that may have been considered by nuclear operating companies had these companies had confidence that DOE was going to begin waste acceptance in 1998 under a non-breach scenario. For example, nuclear operating

companies may have been able to add additional storage capacity in SNF storage pools to avoid having to construct dry storage facilities in a non-breach scenario.

40. It should also be noted that, if a nuclear operating company exercised provisions under the Standard Contract that allow exchanges of delivery commitments between contract holders, this could further decrease the amount of additional storage capacity required. The use of the exchange provision in the non-breach world could also decrease the amount of time that SNF is stored on site following plant shutdown for decommissioning.

41. If nuclear operating companies exercised the provision under the Standard Contract that allows twenty percent (20%) flexibility in the amount of SNF to be delivered to DOE, it is possible that the additional storage requirements summarized in Table 2 would be as much as twenty percent lower or 820 MTU for the 3,000 MTU case; 10,500 MTU for the 900 MTU case; 4,960 MTU for the 1992 ACR case, and 590 MTU for the 6,000 MTU case.

42. Based on the comparison of the three factors presented in Table 2, it is clear that use of a 3,000 MTU steady state acceptance rate, with a reasonable ramp up period (in this case five years), would result in minimizing the amount of additional SNF storage capacity needed at reactor sites, would work off the backlog of SNF inventories at reactor sites, and would remove SNF from reactor sites in a reasonable period of time following reactor shutdown for decommissioning. This rate would also ensure that the waste management system capacity has not been overbuilt and underutilized.

### 5. Sensitivity Analysis Regarding Intra-Company Use of Acceptance Rights

43. As discussed in Section 4, I calculated the amount of additional on-site storage capacity needed under various SNF acceptance rate scenarios based on OFF acceptance priority ranking. Nuclear operating companies that operate plants at multiple nuclear power plant sites may apply their acceptance rights to any nuclear power plant that they operate. Thus, a particular nuclear operating company may apply its SNF acceptance rights to a different nuclear power plant site than the plant site assumed by the analysis described in Section 4. The amount of additional storage required would be somewhat lower in each of the scenarios evaluated if nuclear operating companies with multiple sites ultimately choose to allocate their acceptance rights from one plant to another plant in their systems.

44. I performed a sensitivity analysis to determine the effect on overall additional SNF storage requirements if companies that own multiple nuclear power plants utilized their acceptance rights to alleviate the need to add additional storage capacity at their power plants. This analysis is summarized in Table 3 and described below.

**Table 3 Sensitivity Analysis Regarding Intra-Company Use of Acceptance Rights, Comparison of Factors Important to Spent Fuel Acceptance**

| Spent Fuel Acceptance Evaluation Factors | Spent Fuel Acceptance Rate Scenario | | | |
|---|---|---|---|---|
| | Sensitivity1 3,000 MTU | Sensitivity 2 900 MTU | Sensitivity 3 1992 ACR | Sensitivity 4 6,000 MTU |
| Additional Storage Requirements (MTU) | 690 | 9,500 | 4,980 | 540 |
| Average Post Shutdown Storage Time (Years) | 9 | 65 | 16.5 | 6 |
| Years Maximum Acceptance Capacity Utilized | 28 | 101 | 24 | 6 |

45. Sensitivity 1: 3,000 MTU. Under Sensitivity 1, 3,000 MTU with intra-company exchanges, the same acceptance rate is analyzed as in the 3,000 MTU Base Case. However, nuclear operating companies with multiple nuclear power plant sites are assumed to use the acceptance rights from one reactor to alleviate adding additional storage capacity at another reactor if needed. Analyzing this sensitivity scenario, nuclear operating companies would have needed to add approximately 690 MTU of additional SNF storage capacity after SNF acceptance began. The average number of years that SNF would have to be stored at reactor sites after plant shutdown for decommissioning is approximately nine years. In addition, the steady-state acceptance capacity of 3,000 MTU per year would be fully utilized by DOE for approximately 28 years.

46. Sensitivity 2: 900 MTU. Under Sensitivity 2, the 900 MTU scenario with intra-company exchanges, nuclear operating companies would have needed to add approximately 9,500 MTU of additional SNF storage capacity after SNF acceptance began. The average number of years that SNF would have to be stored at reactor sites after plant shutdown for decommissioning is approximately 65 years. In addition, at steady-state acceptance capacity of 900 MTU per year, DOE would not complete SNF acceptance until over a century after the program began, the year 2101.

47. Sensitivity 3: 1992 ACR. Under Sensitivity 3, the 1992 ACR scenario with intra-company exchanges, nuclear operating companies would have needed to add approximately 4,980 MTU of additional SNF storage capacity after SNF acceptance began. The average number of years that SNF would have to be stored at reactor sites after plant shutdown for decommissioning is approximately 16.5 years. In addition, the steady-state acceptance capacity of 3,000 MTU per year would be fully utilized by DOE for approximately 24 years.

48. Sensitivity 4: 6,000 MTU. Under Sensitivity 4, the 6,000 MTU scenario with intra-company exchanges, nuclear operating companies would have needed to add approximately 540 MTU of additional SNF storage capacity after SNF acceptance began. The average number of years that SNF would have to be stored at reactor sites after plant shutdown for decommissioning is approximately six years. In addition, the steady-state acceptance capacity of 6,000 MTU per year would be fully utilized by DOE for approximately six years.

49. It should also be noted that, if nuclear operating companies exercised the provision under the Standard Contract that allows twenty percent (20%) flexibility in the amount of SNF to be delivered to DOE, it is possible that, in the non-breach world, the additional storage requirements summarized in Table 3 would be as much as twenty percent lower, or 550 MTU for the 3,000 MTU case; 7,600 MTU for the 900 MTU case; 3,980 MTU for the 1992 ACR case, and 430 MTU for the 6,000 MTU case.

50. This analysis confirms my conclusion in Section 4, that the results presented in Table 2 for the amount of additional storage required in the non-breach world would be somewhat lower in each of the scenarios evaluated if nuclear operating

companies with multiple sites ultimately chose to allocate their acceptance rights from one plant to another plant in their systems. It should be noted that the relative differences between the various acceptance scenarios in this sensitivity analysis are similar to the results presented in Table 2. That is, the additional storage requirements and average post shutdown storage time are similar for the 3,000 MTU and 6,000 MTU scenarios. The 1992 ACR scenario has higher additional storage requirements and longer average post shutdown storage times than the 3,000 MTU or 6,000 MTU scenario. The 900 MTU scenario has the highest additional storage requirements and the longest average post shutdown storage times.

51. This sensitivity analysis further confirms my opinion that a steady state acceptance rate of 3,000 MTU per year, with a five-year ramp up period, would have limited the amount of additional storage capacity needed at nuclear power plants after that date, kept up with the annual discharge rate of 2,000 MTU of SNF, and worked off the 37,000 MTU backlog of SNF in storage at nuclear power plants to allow timely decommissioning.

**6. Sensitivity Analysis Regarding Ramp Up Rate to 3,000 MTU**

52. Scenario 1, the 3,000 MTU scenario, assumes that DOE would have started waste acceptance by January 31, 1998, ramping up to the steady-state acceptance rate of 3,000 MTU over a five year period. The ramp up rate used assumes acceptance of 400 MTU in 1998, 600 MTU in 1999, 1,200 MTU in 2000, 2,000 MTU in 2001, and 3,000 MTU thereafter. It is my opinion that this ramp up rate represents a reasonable ramp up period and annual acceptance rate for the start of waste acceptance by DOE. The five-year ramp up period assumed in my analysis is consistent with most recently published DOE Total System Life Cycle Cost Analysis (TSLCC), which DOE has used

as the basis for determining the overall cost of the disposal program to ensure that the fees collected from nuclear power plant operators are adequate to cover the life cycle costs of the program. This rate was also used by DOE in its recently published Annual Capacity Report (ACR) provided to Standard Contract holders in July 2004.

53. It should be noted that DOE previously used other ramp-up rates with an overall 3,000 MTU steady-state acceptance capacity. These other ramp-up rates can be found in various program documents DOE has published since the program's inception. Based on my examination of DOE program documents, DOE principally has used four ramp up rates to the overall 3,000 MTU steady-state acceptance rate, as described in Table 4.

**Table 4: DOE Ramp Up Rates to 3,000 MTU**

| Year | 1983 Draft Mission Plan | 1985 Mission Plan | 1990 ACR | 1998 TSLCC (3000 MTU Base Case) |
|---|---|---|---|---|
| 1998 | 1,800 | 400 | 1,200 | 400 |
| 1999 | 1,800 | 400 | 1,200 | 600 |
| 2000 | 1,800 | 400 | 2,000 | 1,200 |
| 2001 | 1,800 | 900 | 2,000 | 2,000 |
| 2002 | 1,800 | 1,800 | 2,700 | 3,000 |
| Thereafter | 3,000 | 3,000 | 3,000 | 3,000 |

54. I evaluated each of the factors described in Section 4 for the four ramp up rates that are summarized in Table 4, including three sensitivity cases and the Base Case.[20] The results for each of the four scenarios are explained below and summarized in Table 5.

[20] This sensitivity analysis assumes Oldest Fuel First acceptance priority ranking.

**Table 5 Sensitivity Analysis Regarding Ramp Up Rates to Steady State Rate Comparison of Factors Important to Spent Fuel Acceptance**

| **Spent Fuel Acceptance Evaluation Factors** | **Spent Fuel Acceptance Rate Scenario** | | | |
|---|---|---|---|---|
| | **1983 DMP** | **1985 Mission Plan** | **1990 ACR** | **3,000 MTU Base Case** |
| Additional Storage Requirements (MTU) | 660 | 1,650 | 720 | 1,030 |
| Average Post-Shutdown Storage Time (Years) | 8.5 | 10 | 8.5 | 9 |
| Years Maximum Acceptance Capacity Utilized | 26 | 28 | 26 | 28 |

55. 1983 Draft Mission Plan: DOE's 1983 Draft Mission Plan (1983 DMP) contained a ramp up rate of 1,800 MTU per year for the first five years of waste acceptance, reaching the overall 3,000 MTU acceptance rate by year six and maintaining this overall rate thereafter. Evaluating this sensitivity case using the three factors identified above, nuclear operating companies would have needed to add approximately 660 MTU of additional SNF storage capacity after SNF acceptance began. The average number of years that SNF would have to be stored at reactor sites after plant shutdown for decommissioning is approximately 8.5 years. In addition, the steady-state acceptance capacity of 3,000 MTU per year would be fully utilized by DOE for approximately 26 years.

56. 1985 Mission Plan: DOE's 1985 Mission Plan (1983 MP) contained a ramp up rate of 400 MTU for the first three years of waste acceptance, 900 MTU per year in year four, 1,800 MTU in year five, reaching the overall 3,000 MTU acceptance rate by year six and maintaining this overall rate thereafter. Evaluating this sensitivity case, nuclear operating companies would have needed to add approximately 1,650 MTU of additional SNF storage capacity after SNF acceptance began. The average number of years that SNF would have to be stored at reactor sites after plant shutdown for decommissioning is approximately ten years. In addition, the steady-state acceptance

capacity of 3,000 MTU per year would be fully utilized by DOE for approximately 28 years.

57. 1990 Annual Capacity Report: DOE's 1990 Annual Capacity Report (1990 ACR) contained two acceptance rates. The upper bounding acceptance rate assumed a ramp up rate of 1,200 MTU in 1998 and 1999, 2,000 MTU in 2000 and 2001, 2,700 MTU in 2002, reaching the overall 3,000 MTU acceptance rate by year six and maintaining this overall rate thereafter. Evaluating this sensitivity case, nuclear operating companies would have needed to add approximately 720 MTU of additional SNF storage capacity after SNF acceptance began. The average number of years that SNF would have to be stored at reactor sites after plant shutdown for decommissioning is approximately 8.5 years. In addition, the steady-state acceptance capacity of 3,000 MTU per year would be fully utilized by DOE for approximately 26 years.

58. 3,000 MTU Base Case. As discussed earlier, under the base case scenario, the ramp up rate assumed that 400 MTU would be accepted in 1998, 600 MTU in 1999, 1,200 MTU in year 2000, 2,000 MTU in year 2001, reaching the overall steady state rate of 3,000 MTU by 2002 and maintaining that rate thereafter. Under the Base Case, nuclear operating companies would have needed to add approximately 1,030 MTU of additional SNF storage capacity after SNF acceptance began. The average number of years that SNF would have to be stored at reactor sites after plant shutdown for decommissioning is approximately nine years. In addition, the steady-state acceptance capacity of 3,000 MTU per year would be fully utilized by DOE for approximately 28 years.

59. Both the 1983 DMP and the 1990 ACR use somewhat higher ramp up rates during the first four years of waste acceptance than those used in the 3,000 MTU Base Case. As a result, the calculated additional storage requirements are somewhat lower for these two scenarios, approximately 660 MTU for the 1983 DMP case and 720 MTU for the 1990 ACR case compared to 1,030 MTU for the 3,000 MTU Base Case. The 1985 MP ramp up rates are lower than the rates used in the 3,000 MTU Base Case, as well as those used in the 1983 DMP and 1990 ACR. Thus the calculated additional storage capacity is higher for the 1985 MP case – approximately 1,650 MTU. All four scenarios produce similar results for the average post shutdown storage time ranging from 8.5 years for the 1983 DMP and the 1990 ACR, 9 years for the 3,000 MTU Base Case, and 10 years for the 1985 MP. Based on this analysis, the ramp up rates assumed in either the 1983 DMP, the 1990 ACR or the 3,000 MTU Base Case would limit the amount of additional storage required at nuclear power plants sites after the start of waste acceptance, would work off the backlog of SNF inventories to allow timely decommissioning, and would ensure that the waste management system capacity has not been overbuilt and underutilized.

60. I have concluded that it is reasonable to use the 3,000 MTU base case with a five year ramp up period because it is both conservative and consistent with DOE's current planning basis for waste acceptance.

## B. DOE Acceptance Rate Planning Since Program Inception

### 1. DOE Documents that Support Opinion Regarding 3,000 MTU Acceptance Rate

61. The numerous DOE documents that have used the 3,000 MTU steady-state annual acceptance rate or a similar rate include the following:

- December 1983 Draft Mission Plan. The 1983 draft Mission Plan, dated December 20, 1983, assumes a 3,000 MTU annual acceptance rate. The document described the 3,000 MTU annual rate as the rate "set to prevent, in the aggregate, the need for utilities to provide additional storage on-site after 1998."[21]
- April 1984 Draft Mission Plan.[22]
- 1984 Total System Life Cycle Cost Analysis. The 1984 Total System Life Cycle Cost Analysis (1984 TSLCC) provided an analysis of the total system costs for the OCRWM program.[23]
- June 1985 Mission Plan. The final Mission Plan issued by OCRWM in June 1985 assumed a 3,000 MTU annual steady-state acceptance rate. [24]
- 1985 Total System Life Cycle Cost Analysis.[25]
- 1986 Total System Life Cycle Cost Analysis.[26]
- 1988 Draft Mission Plan Amendment.[27]
- 1988 Annual Capacity Report.[28]
- 1995 Total System Life Cycle Cost Analysis.[29]

---

[21] DOE 1983 Draft Mission Plan, p. 2-2 to 2-3.

[22] DOE, OCRWM, Draft Mission Plan,DOE/RW-0005 DRAFT, April 1984, p. 2-2.

[23] DOE, OCRWM, "Preliminary Analysis of Total System Life Cycle Cost of the Civilian High-Level Radioactive Waste Disposal Program," April 27, 1984, p. 2-4.

[24] DOE, OCRWM, "Mission Plan for the Civilian Radioactive Waste Management Program," DOE/RW-0005, June 1985, p. 26.

[25] DOE, OCRWM, "Analysis of Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program," DOE/RW-0024, April 1985, p. 2-3.

[26] DOE, OCRWM, "Analysis of Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program," April 1986, DOE/RW-0047, p 14, p. 22.

[27] DOE, OCRWM, Draft 1988 Mission Plan Amendment,DOE/RW-0187, 1988, p. 19.

[28] DOE, OCRWM, Annual Capacity Report,DOE/RW-0191, 1988, p 5.

- 1998 Total System Life Cycle Cost Analysis.[30]
- 1998 Viability Assessment.[31]
- 1998 Acquisition of Waste Acceptance and Transportation Services for the Office of Civilian Radioactive Waste Management.[32]
- 2001 Total System Life Cycle Cost Analysis.[33]
- 2002 Waste Acceptance System Requirements Document.[34]
- 2004 Acceptance Priority Ranking and Annual Capacity Report.[35]
- 2004 Civilian Radioactive Waste Management System Requirements Document.[36]

62. In his deposition taken by the utilities in coordinated discovery, Lake Barrett, the former acting director of the DOE waste program, testified that the 3,000 MTU annual steady-state rate is the "*proper balance for total life-cycle costs as well as near-term cash flow requirements and performance. If you make the number too high,*

---

[29] DOE, OCRWM, "Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program," DOE/RW-0479, September 1995, p. 8.

[30] DOE, OCRWM, "Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program," DOE/RW-0510, December 1998, p. 15.

[31] DOE, OCRWM, "Viability Assessment of a Repository at Yucca Mountain, Preliminary Design Concept for the Repository and Waste Package," DOE/RW-0508, Volume 2, p. 3-2.

[32] DOE, OCRWM, Acquisition of Waste Acceptance and Transportation Services for the Office of Civilian Radioactive Waste Management, Draft RFP, DE-RP01-98RW00320, September 1998, Table 1-2, C App.1-2.

[33] DOE, OCRWM, "Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program," DOE/RW-0533, May 2001, p. 4-2.

[34] DOE, OCRWM, Waste Acceptance System Requirements Document, Revision 4, DOE/RW-0351, January 2002, Table 7-1, p. 46.

[35] DOE, OCRWM, Acceptance Priority Ranking and Annual Capacity Report, DOE/RW-0567, July 2004, Table 1, p. 2.

[36] DOE, OCRWM, Civilian Radioactive Waste Management System Requirements Document, Revision 6, DOE/RW-0406, September 2004, Table 1, p. 8.

*then you have—you would quickly work off the backlog, and then you would have a lot of idle capacity. If it was too low, you would have reactors needing to put in dry storage, and 3,000, based on* [studies performed in the] *early 1980s, seemed like a reasonable number to use*."[37]

**2. DOE Documents that Support Opinion Regarding Ramp Up Rate**

63. Recent DOE planning documents for acceptance of SNF at a Yucca Mountain repository project a 3,000 MTU steady-state annual acceptance rate with a five year ramp up period. These documents include the following:

- 1995 Total System Life Cycle Cost Analysis.[38]
- 1998 Total System Life Cycle Cost Analysis.[39]
- 1998 Viability Assessment.[40]
- 1998 Acquisition of Waste Acceptance and Transportation Services for the Office of Civilian Radioactive Waste Management.[41]
- 2001 Total System Life Cycle Cost Analysis.[42]
- 2002 Waste Acceptance System Requirements Document.[43]

---

[37] Barrett, Lake, DOE, OCRWM, Deposition, May 10, 2002, p. 1332-34.

[38] DOE, OCRWM, "Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program," DOE/RW-0479, September 1995, p. 8.

[39] DOE, OCRWM, "Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program," DOE/RW-0510, December 1998, p. 15.

[40] DOE, OCRWM, "Viability Assessment of a Repository at Yucca Mountain, Preliminary Design Concept for the Repository and Waste Package," DOE/RW-0508, Volume 2, p. 3-2.

[41] DOE, OCRWM, Acquisition of Waste Acceptance and Transportation Services for the Office of Civilian Radioactive Waste Management, Draft RFP, DE-RP01-98RW00320, September 1998, Table 1-2, C App.1-2.

[42] DOE, OCRWM, "Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program," DOE/RW-0533, May 2001, p. 4-2.

[43] DOE, OCRWM, Waste Acceptance System Requirements Document, Revision 4, DOE/RW-0351, January 2002, Table 7-1, p. 46.

- 2004 Acceptance Priority Ranking and Annual Capacity Report.[44]
- 2004 Civilian Radioactive Waste Management System Requirements Document.[45]
- 2006 Civilian Radioactive Waste Management System Requirements Document.[46]

64. The 1983 DMP and the 1990 ACR contain six-year ramp up rates that have higher rates for the early years of operation than the rates in the 3,000 MTU Base Case. The rates contained in the 3,000 MTU Base Case assume a steady increase in the acceptance rate from 400 MTU in 1998; to 600 MTU in 1999; 1,200 MTU in 2000; 2,000 MTU in 2001, and achieving the overall acceptance rate of 3,000 MTU by 2002. This steady increase in the acceptance rate could be compared to low-power testing at a nuclear power plant – the system begins to build up to its steady-state capacity over a period of time to ensure that all of the system elements are working properly.

## C. Grand Gulf Spent Fuel Acceptance Rights

65. In order to calculate the SNF acceptance rights for Grand Gulf under a 1998 Non-Breach SNF acceptance scenario, I have assumed an overall steady-state acceptance rate of 3,000 MTU with a five-year ramp up period. It is my opinion that this overall acceptance rate represents a reasonable ramp up period and annual steady-state acceptance rate for the start of repository operations. A summary of the system-wide

---

[44] DOE, OCRWM, Acceptance Priority Ranking and Annual Capacity Report, DOE/RW-0567, July 2004., Table 1, p. 2.

[45] DOE, OCRWM, Civilian Radioactive Waste Management System Requirements Document, Revision 6, DOE/RW-0406, September 2004, Table 1, p. 8.

[46] 36. DOE OCRWM, Civilian Radioactive Waste Management System Requirements Document, DOE/RW-0406, Revision 7, May 2006, p.7-8.

SNF acceptance rates used to calculated Grand Gulf SNF acceptance rights for a 1998 Non-breach SNF acceptance scenario is provided in Table 6.

**Table 6 System-Wide DOE Spent Fuel Acceptance Rates**

| Year | 3000 MTU Base Case Acceptance Rates 1998 Non-Breach Scenario (MTU/Year) |
|---|---|
| 1998 | 400 |
| 1999 | 600 |
| 2000 | 1,200 |
| 2001 | 2,000 |
| 2002 | 3,000 |
| Thereafter… | 3,000 |

66. I have projected SNF acceptance rights for SNF discharged from the Grand Gulf station using the SPNTFUEL model. In addition to updating ERI's SPNTFUEL database to reflect the historical and projected SNF discharge data contained in DOE's 2002 RW-859 database, I have reviewed historical and projected SNF discharge information provided by Entergy Operations, Inc. for Grand Gulf station for 2003 through 2010 and have included this information in my SPNTFUEL model used to calculate Grand Gulf SNF acceptance rights.

67. The acceptance rights that I have projected for the Grand Gulf station are based on the following information.

- Overall DOE SNF acceptance rates presented in Table 6.
- Historical discharges as provided to DOE by contract holders via the 2002 RW-859 data collection.
- Grand Gulf historical and projected SNF discharge data for 2003 through 2010.
- Projected industry-wide discharges, assuming that all plants operate for 60-year license terms, as calculated by ERI's SPNTFUEL program.

- An Oldest Fuel First acceptance priority.

68. The historical and projected SNF discharge data for the Grand Gulf station through 2006 are provided in Table 7.

69. Projected SNF fuel acceptance rights for the Grand Gulf station through 2006, on a MTU and fuel assembly basis for the 1998 Non-Breach acceptance scenario, are provided in Table 8. Under the 1998 Non-Breach acceptance scenario, the first SNF would have been accepted from the Grand Gulf station beginning in 2005.

70. Had DOE begun acceptance of SNF fuel in 1998 at the SNF acceptance rate presented in Table 6, Grand Gulf station would not have required additional SNF storage capacity after 1998 to support continued plant operation. [47]

[47] This is based on the results from the SPNTFUEL model that support the calculation of Grand Gulf SNF acceptance requirements in this report as well as additional analyses performed by ERI to support this case.

**Table 7: Spent Nuclear Fuel Historical and Projected Discharges, Grand Gulf Station, Through 2006**[48]

| Year | Grand Gulf Discharges | |
|---|---|---|
| | Assemblies | MTU |
| 1986 | 264 | 48.56 |
| 1987 | 288 | 52.90 |
| 1988 | | |
| 1989 | 276 | 50.43 |
| 1990 | 284 | 50.17 |
| 1991 | | |
| 1992 | 272 | 47.87 |
| 1993 | 276 | 48.60 |
| 1994 | | |
| 1995 | 288 | 50.88 |
| 1996 | 264 | 46.46 |
| 1997 | | |
| 1998 | 276 | 48.57 |
| 1999 | 228 | 40.07 |
| 2000 | | |
| 2001 | 204 | 34.91 |
| 2002 | 240 | 40.73 |
| 2003 | | |
| 2004 | 244 | 43.00 |
| 2005 | 232 | 41.29 |
| 2006 | | |

**Table 8: Projected Grand Gulf Spent Fuel Acceptance Rights Through 2006, 1998 Would-Have-Been Spent Fuel Acceptance Scenario**[49]

| Year | Overall SNF Acceptance Rate | Grand Gulf Acceptance Rights | |
|---|---|---|---|
| | | Assemblies | MTU |
| 1998 | 400 | | |
| 1999 | 600 | | |
| 2000 | 1,200 | | |
| 2001 | 2,000 | | |
| 2002 | 3,000 | | |
| 2003 | 3,000 | | |
| 2004 | 3,000 | | |
| 2005 | 3,000 | 552 | 101.46 |
| 2006 | 3,000 | 276 | 50.43 |

[48] Spent nuclear fuel discharge data through 2006 are a subset of actual and projected discharges through Grand Gulf license expiration in 2044.

[49] SNF acceptance rights through 2006 are a subset of projected acceptance rights for all SNF discharged through Grand Gulf license expiration.

## V. CONCLUSIONS

### A. Overall DOE Spent Fuel Acceptance Rate

71. Based on my work in analyzing the effect that various SNF acceptance rates would have on utility requirements for additional SNF storage capacity as well as the effect on the timely decommissioning of nuclear power plants, I have determined that an overall steady-state SNF acceptance rate of 3,000 MTU per year, with a five-year ramp up rate to the steady-state capacity, would have limited the amount of additional storage capacity needed at nuclear power plants after 1998, kept up with the annual discharge rate of 2,000 MTU of SNF, and would have worked off the 37,000 MTU backlog of SNF in storage at nuclear power plants to allow timely decommissioning. In addition, a 3,000 MTU acceptance rate would have been fully utilized for almost 30 years of a 40-year program, ensuring that the waste management system capacity has not been overbuilt and underutilized.

72. The overall 3,000 MTU rate is consistent with DOE's planning bases from the outset of the waste management system as well as with DOE's current plans for the waste acceptance operations.

73. It is also my conclusion that the 3,000 MTU Base Case ramp up rate currently employed by DOE is a reasonable rate of acceptance and a rate that would have been practicable for the start of waste acceptance in a non-breach scenario, particularly in the early years of waste acceptance.

### B. Grand Gulf Spent Fuel Acceptance Rights

74. Based on an overall steady-state SNF acceptance rate of 3,000 MTU per year by DOE, with a five-year ramp up rate to the steady state capacity, I have calculated the specific acceptance rights for Grand Gulf's SNF fuel. Had DOE begun acceptance of

SNF fuel by January 31, 1998, in accordance with the NWPA and the Standard Contract, the first SNF fuel acceptance rights for Grand Gulf would have occurred in 2005.

75. Had DOE begun acceptance of SNF fuel in 1998 at the SNF acceptance rate presented in Table 6, Grand Gulf station would not have required additional SNF storage capacity after 1998 to support continued plant operation.

# APPENDIX A
# PROJECTION OF SPENT FUEL DISCHARGE INFORMATION USING SPNTFUEL

## A.1 Projection of Cycle Discharge Data

The SPNTFUEL program has the capability to project nuclear power plant discharge data including the number of fuel assemblies discharged, fuel weight (MTU) discharged, and fuel burnup. Projected SNF discharge information supplied to ERI by nuclear operating companies can also be used as input to the model.

The SPNTFUEL program reads in the historical and projected SNF discharge data provided in the DOE's 2002 RW859 database along with projected SNF discharge data from the 2002 RW-859 database or from nuclear operating companies and calculates the remaining cycle-by-cycle discharge data through the end of each plant's assumed operating license expiration date – either for 40 year licenses or 60 year extended licenses. SPNTFUEL cycle discharge data is calculated as described below.

- Projected discharge dates are calculated by adding a plant's cycle length (the period of time between plant refueling outages) to the last historical/utility discharge date (e.g., last utility projected date of 9/2005 plus 18 month cycle length to produce projected discharge dates of 3/2007, 9/2008, etc.).

- Projected discharge burnups for the industry are based on last historical/projected discharge burnup, using this burnup as the starting point in the calculation. ERI specifies future maximum burnups for PWR and BWR fuel as well as an annual rate of increase in burnup for PWR and BWR fuel. For example, if the last projected discharge burnup for a PWR is 46,800 MWD/MTU and the PWR burnup rate of increase is 1.7% per year, a discharge in the next year is projected at 47,596 MWD/MTU (46,800 x 1.017), 48,405 MWD/MTU two years out, etc. The projected burnup is increased in whole year increments. The projected burnup will increase each year until a maximum projected for that reactor type is reached (e.g., PWR maximum burnup is 58,000 MWD/MTU).

- Projected capacity factors (CF) are based on the historical CF for each nuclear power plant or on plant-specific values supplied by nuclear operating companies to ERI. ERI specifies a future minimum CF (e.g., 90%) that it believes all plants can achieve in future operations. This future minimum CF is based on the industry-wide average CF, currently 90%. If the historical CF for an individual plant is below the ERI-specified future minimum CF, the individual plant CF is gradually increased from the study start year (e.g., 1998) to the specified future minimum CF over an ERI-specified number of years. For example, if a plant's current CF is 80%, and ERI specifies a future minimum CF of 90% is to be reached over a period of 10 years, the projected CF will increase 1.0% [ (90%-80%) / 10 years] each year until the future minimum CF is reached in the year 2010. CFs for plants that have current CFs that are greater than the future minimum CF (90%) are not adjusted by the SPNTFUEL program but instead that higher CF is assumed through the end of the plant's license.

- The projected amount of SNF discharged in MTU is based on a plant's licensed thermal rating (MWT), discharge burnup (BUP in MWD/MTU), capacity factor (CF in %), cycle length (CYL in years) as shown below:

  *MTU = (MWT) x (CYL) x (CF/100) x (365 days/year) / (BUP)*

  For example, 3000 MWT x 1.5 years x 90/100 x 365 / 45,000 MWD/MTU = 32.85 MTU

- The projected number of discharged assemblies (ASSY) is calculated by dividing the MTU discharge size by the assembly unit weight. The assembly unit weight is calculated by dividing an individual plant's core weight by the number of assemblies in the core. Since fuel assembly discharges are in whole assembly increments, the adjusted assembly discharge (ASSY*) is calculated by rounding ASSY and the adjusted discharge weight (MTU*) recalculated based on the assembly unit weight. The adjusted discharge burnup (BUP*) is then recalculated based on the adjusted discharge size MTU* as shown below:

  *BUP* = (MWT) x (CYL) x (CF/100) x (365 days/year) / (MTU*)*

## A.2. DESCRIPTION OF DATA INPUT

The SPNTFUEL Program utilizes several data input files:

Historical discharge data is consistent with the DOE's RW-859 database for SNF discharges through December 31, 2002. Data input into SPNTFUEL includes: plant name, storage location, storage location identification number, SNF discharge date, number of assemblies permanently discharged, weight (MTU) of assemblies discharged, and fuel assemblies burnup (MWD/MTU).

Projected discharge data for five future cycles was also included in the RW-859 data submittal. The SPTNFUEL program utilizes this projected discharge information or projected SNF discharge information supplied to ERI by nuclear operating companies. Data input to the SPNTFUEL code includes: plant name, storage location, storage location identification number, SNF discharge date, number of assemblies permanently discharged, weight (MTU) of assemblies discharged, and fuel assemblies burnup (MWD/MTU).

Each nuclear power plant has specific plant operating parameters that must be taken into account in order for the SPNTFUEL code to project future SNF discharges. Parameters in ERI's plant data base file that are used to calculate future SNF discharges include: the plant name, nuclear operating company, reactor type (PWR or BWR), rated thermal power (MWT), capacity factor, start of operating license, cycle length, number of assemblies per core, core weight (MTU). These parameters are used to calculate future cycle discharges as described in Section A.1.

Because nuclear power plant operators can change the plant operating parameters either through a change in operating practice (such as implementing longer cycle lengths) or through changes to

the facility license (such as an increase in rated thermal power), it is necessary to modify the plant data parameters in response to such changes.

ERI relies on the U.S. Nuclear Regulatory Commission (NRC) Information Digest to determine a plant's thermal power (MWT),[50] as modified by license amendments to an individual plant's operating license. Numerous nuclear power plants have uprated their plant thermal power to higher levels. ERI's SPNTFUEL database reflects power uprates that were approved by the U.S. NRC through the end of 2004.

Nuclear plant operators decide upon the cycle length for their nuclear power plants. Cycle lengths range from 18 months to 24 months for most U.S. nuclear power plants. ERI maintains its data base of nuclear power plant cycle lengths by monitoring dates for plant refueling outages and through discussions with its contacts at the various nuclear operating companies. ERI has used the best available information for plant cycle lengths in its analysis.

Plant capacity factors have risen steadily over the past ten years, from 71% industry-wide annual average capacity factor in 1991 to a 90% industry-wide annual average capacity factor in 2003.[51] ERI uses plant-specific capacity factors calculated based on a multi-year average of the plant's capacity factor (e.g., 2001 to 2003). As described in A.1, for cases in which a plant's historical capacity factor is below a specified level (90%), the SPNTFUEL program will increase that capacity factor over a specified period of time until it reaches the specified capacity factor (90%).

[50] U.S. Nuclear Regulatory Commission, *Information Digest,* 2002 Edition, NUREG-1350, Volume 16, June 2204, Revised February 2005, Appendix A.

[51] U.S. Nuclear Regulatory Commission, *Information Digest,* 2002 Edition, NUREG-1350, Volume 16, June 2004, Revised February 2005, Table 7.

## APPENDIX B - DETAILED RESUME OF EILEEN M. SUPKO

### Summary of Experience:

**1990 - Present** **Energy Resources International, Inc.**
**Senior Consultant**

Consultant in the area of nuclear waste management and radioactive materials transport. Provides analysis of the technical, economic, regulatory and policy issues associated with the storage, acceptance, transport and disposal of spent nuclear fuel and high-level radioactive waste to nuclear power plant operating companies, foreign governments, industry organizations, private companies and private spent fuel management programs.

Dry Spent Fuel Storage. Provides analysis and consultation regarding the technical, regulatory, and economic evaluation of dry spent fuel storage and transportation technologies; technical and economic analyses in support of dry storage facility licensing efforts for nuclear operating companies including projections of dry storage life cycle costs and schedules and issues associated with dry storage licensing; technical and economic analyses in support of private spent fuel management program licensing efforts; analysis in support of industry efforts to increase the allowable burnup of spent fuel contained in dry storage systems and presentation of results to U.S. Nuclear Regulatory Commission (NRC) staff; and analyses of changes to NRC regulatory requirements for storage and transport. Authored an industry *Spent Fuel Storage Handbook*, on behalf of the Nuclear Energy Institute, to assist nuclear operating companies in decision-making, planning and licensing activities related to the dry storage of spent nuclear fuel. Served as a U.S. representative for an International Atomic Energy Agency (IAEA) Consultancy on International Spent Fuel Storage Experience resulting in preparation of an IAEA technical report on this subject.

Spent Nuclear Fuel and Radioactive Materials Transport. Provides analysis and consultation regarding spent nuclear fuel and radioactive materials transport including analysis of U.S. Department of Energy (DOE) plans for transporting spent nuclear fuel to a repository; preparation of comments on NRC proposals for spent fuel transportation cask testing; analysis of proposed changes to NRC and U.S. Department of Transportation, and International Atomic Energy Agency regulations for the transport of radioactive materials. Principal Investigator and author of *Spent Nuclear Fuel Transportation – An Overview* on behalf of the Electric Power Research Institute, to summarize the technical, regulatory and policy framework for transporting spent nuclear fuel.

Analysis of DOE Civilian Waste Management Program. Provided consultation and analysis to support nuclear waste legislative initiatives and developments including analyses of technical, economic and regulatory issues associated with proposed legislation and evaluation of legislative proposals on nuclear power plant spent fuel storage requirements and on Nuclear Waste Fund adequacy. Analyzed DOE proposals for acceptance and transportation of spent nuclear fuel including review of regulatory, technical, logistical issues as well as schedule milestones. Analyzed possible overall DOE acceptance rates and the effect that DOE acceptance rates would have on utility spent fuel storage requirements and the period of time that spent fuel must remain

at nuclear power plant sites following reactor shutdown for decommissioning. Provided technical support to industry organizations during industry-DOE staff-to-staff technical exchanges regarding outstanding issues and possible changes to the Standard Contract, DOE plans and conceptual designs for fuel receipt facilities at Yucca Mountain, and DOE-utility interface requirements for the acceptance of spent nuclear fuel. Reviewed and analyzed Congressional appropriations to DOE for the Yucca Mountain program, including monitoring and analysis of the adequacy of the Nuclear Waste Fund.

International Waste Management Activities. Provides technical and policy consultation and analysis to a foreign government regarding programs for the long-term management of spent nuclear fuel including review of projected spent fuel disposal system costs and schedules; review of technical proposals and conceptual designs; and review of long-term planning efforts.

Nuclear Fuel Cycle. Provides technical, economic and policy support to utilities in the areas of fuel cycle management, economics, and procurement. Assists utility clients with procurement planning activities, commercial bid evaluation related activities, preparation of responses to public utility commission (PUC) nuclear fuel-related audits, and performs reviews and audits of utility nuclear fuel procurement practices.

Public Outreach. Provides third party expertise for the Nuclear Energy Institute and other nuclear industry clients, communicating on nuclear waste storage, transport and disposal issues; radioactive materials transport; fuel cycle issues; and nuclear energy benefits. In addition to interviews with the news media, these activities have included briefing members of the U.S. Congress, Congressional staff, and state and local officials on nuclear waste transportation and disposal issues and nuclear energy benefits; and participating in moderated debates with members of U.S. anti-nuclear organizations for Public Broadcast System and National Public Radio programs. In addition to numerous client-specific analyses, evaluations, and reports, author of over 35 reports, presentations, and publications in leading nuclear energy journals and an invited speaker at over a dozen conferences sponsored by leaders in the nuclear industry.

Testimony.

- Indiana Michigan Power Company v. United States, Docket 98-486C, U.S. Court of Federal Claims (Deposition and Trial Testimony);
- Commonwealth Edison Company v. United States, Docket 98-621C, U.S. Court of Federal Claims (Deposition);
- Sacramento Municipal Utility District v. United States, Docket 98-488, US. Court of Federal Claims (Deposition and Trial Testimony);
- Southern Nuclear Operating Company, Alabama Power Company and Georgia Power Company v. United States, Docket 98-614C, U.S. Court of Federal Claims (Deposition and Trial Testimony);
- South Carolina Electric and Gas Company and South Carolina Public Service Authority v. United States, Docket 04-101C (Deposition).
- System Fuels, Inc., System Energy Resources, Inc., and South Mississippi Electric Power Association (collectively "SFI") v. United States, Docket 03-2624C, (Deposition)
- System Fuels, Inc. and Entergy Arkansas, Inc. v. United States, Docket No. 03-2623C (Deposition)

- Wisconsin Electric Power Company v. United States, Docket No. 00-697 C (Deposition)
- Northern States Power Company v. United States, Docket No. 98-484C (Deposition)

**1988 - 1990** **Carolina Power and Light Company**
**Nuclear Services Department**
**Incore Analysis Engineer**

Responsibilities included nuclear power plant reload core design, analysis and design review; nuclear fuel cycle management activities including preparation of nuclear power plant fuel cycle management reports, rod pattern improvements, and core operating recommendations to ensure that the nuclear fuel and nuclear reactor core operated within the regulatory limits approved by the NRC in the plant license. Provided control blade management support and technical review of control blade bid proposals. Performed detailed technical and economic analysis of control blade management alternatives.

**1985 - 1988** **Carolina Power and Light Company**
**Nuclear Fuel Projects Engineer**

Responsibilities included participation in nuclear fuel procurement activities including preparation of bid specifications, co-ordination of bid evaluations, and evaluation of economic and commercial contract terms. Prepared annual long-range nuclear fuel cycle cost projections; administered BWR channel contract and DOE enrichment contract; assisted in administration of BWR fuel fabrication contracts, uranium management activities, and fuel cycle analyses.

**1984 - 1985** **GPU Nuclear Company**
**TMI Environmental Controls Department**

Responsibilities included computerization and data analysis for the TMI Radiological Environmental Monitoring Program; routine maintenance and data analysis for a real-time gamma monitoring system; participation in NRC emergency drills performing off-site dose calculations. Served on environmental monitoring team for TMI-2 headlift operation.

## Education:

B.S., Nuclear Engineering, Pennsylvania State University, 1985

## Memberships, Licenses and Honors:

Member and past chairman, Mechanical and Nuclear Engineering Division, Industrial and Professional Advisory Council to the Pennsylvania State University's College of Engineering, 1998 to 2004

Founding Member, Board of Directors (2003–2005), Pennsylvania State University, Nuclear Engineering Society

Member, American Nuclear Society

**APPENDIX C**
**PUBLICATIONS LIST OF**
**EILEEN M. SUPKO**

In addition to numerous client specific analyses, evaluations, and reports, Ms. Supko has authored the following representative reports, presentations, and publications.

Supko, E.M., and John H. Kessler, *Calculation of Incident-Free Spent Fuel Transportation Risk,* presented on behalf of EPRI, <u>2006 International High-Level Radioactive Waste Management Conference</u>, May 3, 2006, Las Vegas, Nevada.

Supko, E.M., and John H. Kessler, *Risk Insights Associated with Incident-Free Transportation of Spent Nuclear Fuel To Yucca Mountain Using RADTRAN 5.5*, presented on behalf of EPRI, <u>Waste Management Symposium '06</u>, February 26-March 2, 2006, Tucson, Arizona.

Supko, E.M., and Robert Jones, *Options for Pursuing Moderator Exclusion for Application to Spent-Fuel Transportation Packages,* EPRI Technical Report 1011815, Final Report, December 2005.

Supko, E.M., *Assessment of Incident-Free Transport Risk for Transport of Spent Nuclear Fuel to Yucca Mountain Using RADTRAN 5.5*, EPRI Technical Report 1011821, Technical Update 1, September 2005.

Supko, E.M., and Robert Jones, *Options for Pursuing Moderator Exclusion for Application to Spent-Fuel Transportation Packages,* EPRI Technical Report 1009692, Final Report, December 2004.

Supko, E.M., and Robert Jones, *Spent Nuclear Fuel Transportation, An Overview*, EPRI Technical Report 1009226, Final Report, February 2004.

Supko, E.M., *User Friendly Instruments for Enhancing Communications,* Presented on behalf of the World Nuclear Transport Institute, <u>International Conference on the Safety of Transport of Radioactive Materials</u>, International Atomic Energy Agency, July 7-11, 2003, Vienna, Austria.

Supko, E.M., *Utility – DOE Dry Storage Interface*, INMM Spent Fuel Management Seminar XX, January 15-17, 2003, Washington, D.C.

Supko, E.M., *Nuclear Transport – The Impact of International Regulations*, Presented on behalf of the World Nuclear Transport Institute, INMM Spent Fuel Management Seminar XX, January 15-17, 2003, Washington, D.C.

Supko, E.M, and J.A. Vincent, *High Burnup Spent Nuclear Fuel Storage Analysis,* Presented to the U.S. Nuclear Regulatory Commission on behalf of the Nuclear Energy Institute, Spent Fuel Project Office, March 5, 2002.

Supko, E.M, *Countering the Fear Campaign -- Transportation Specifics,* Presented at the NEI Yucca Mountain Strategic Briefing, Washington, DC, January 15, 2002.

Supko, E.M., *Used Nuclear Fuel Transportation Safety*, Presented at the Utah Association of Realtors Convention, Tucson, Arizona, September 6, 2001.

Supko, E.M, *High Burnup Fuel Considerations For Storage & Transport*, Presented at the Nuclear Energy Institute Fuel Cycle 2001, San Francisco, California, April 1-4, 2001.

Schwartz, M.H., and E.M. Supko, *And Then There Were Three…"*, Nuclear Engineering International, September 2000.

Supko, E.M., *Spent Nuclear Fuel Transportation – An Update of Current Issues,* Presented at the Nuclear Energy Institute Fuel Cycle 2000, Memphis, Tennessee, April 2 - 5, 2000.

Supko, E.M., *Industry Perspective on the Update of the "Modal Study"*, Presented at the Waste Management Symposium 2000, Tucson, Arizona, February 27 – March 2, 2000.

Supko, E.M., *Nuclear Fuel Waste – How Long Must We Wait And What Are We Going To Do?,* Presented at: Center For Business Intelligence Conference, Profit with Nuclear Power – Business Opportunities, Regulatory Reform and Restructuring Options, Chicago, Illinois, November 8-9, 1999.

Supko, E.M., *Projected Needs for Dry Spent Fuel Storage Equipment – The Next Five Years,* Presented at the PCC Annual Workshop for Manufacturing of Spent Fuel Equipment April 7, 1999.

Schwartz, M.H., and E.M. Supko, *The Potential for Change in A Static Market,* Nuclear Engineering International, September 1999.

Supko, E.M., *How Spent Nuclear Fuel, and Low- and High-Level Waste Will Be Disposed and At What Price*, INFOCAST Conference, Nuclear Power Plants, Coming to Grips with Your License Expiration Options – Sell, Decommission, or Renew Your License, January 25-27, 1999.

Supko, E.M., *Industry Spent Fuel Storage Handbook,* Nuclear Energy Institute, NEI 98-01, 1998.

Supko, E.M., *Used Nuclear Fuel Transportation Issues*, presented to the State of Tennessee, Special Committee Meeting of House Conservation and Environment Committee and Senate Environment, Conservation, and Tourism Committee, March 3, 1998.

Supko, E.M., *Minimizing Risks Associated with Post-Shutdown Spent Fuel Storage and LLW Disposal*, Presented at the Infocast "Nuclear Power In the Competitive Era," Post Conference Workshop, "Developing Risk Strategies for a Successful Decommissioning" January 30, 1998.

Supko, E.M., *Used Nuclear Fuel Transportation Issues*, presented to the Joint Transportation Committees of the Colorado State Legislature, January 8, 1998.

Supko, E.M., *Storing Up Problems*, Nuclear Engineering International, July 1997.

Schwartz, M.H. and E.M. Supko, *Fierce Competition in the U.S. Fabrication Market*, Nuclear Engineering International, September 1996.

Supko, E.M., *Technical Considerations Associated with Spent Fuel Acceptance*, Electric Power Research Institute, ERPI TR-106226, June 1996.

Supko, E.M., *United States Experience With Dry Spent Fuel Storage*, Presented at the International Atomic Energy Agency, Advisory Group Meeting on "Survey of Experience with Wet and Dry Storage", October 30-November 3, 1995.

Supko, E.M., *Utility At-Reactor Spent Fuel Storage Requirements and Costs*, Nuclear Waste Issues Forum, Nuclear Waste Program Office, National Association of Regulatory Utility Commissioners, May 25, 1995.

Supko, E.M., *Integrated Waste Management System Costs in a MPC System*, Presented at the Sixth Annual International High Level Radioactive Waste Management Conference, April 30-May 5, 1995.

Supko, E.M., *Utility At-Reactor Spent Fuel Storage Plans*, Nuclear Energy Institute Fuel Cycle '95, Coronado, California, April 5, 1995.

Buchheit, J.M. and E.M. Supko, *Impacts of MPCs on the Utility Spent Fuel Management System*, Institute of Nuclear Materials Management Spent Fuel Management Seminar XI, January 1994.

Supko, E.M., *Proceedings: 1993 EEI/UWASTE-EPRI-USCEA Spent Fuel Storage Workshop II, Regulatory and Communications Strategies*, Electric Power Research Institute, EPRI TR-103253, December 1993.

Schwartz, M.H., P.J. Marsico, E.M. Supko, *EEI Nuclear Fuel Fabrication Handbook*, Edison Electric Institute Nuclear Fuel Committee, NFC-93-001, November 1993.

Supko, E.M., C.J. Henkel, M.H. Schwartz, *EEI/UWASTE Oversight of the DOE Repository Program by the Repository Information Exchange Team,* Fourth International Conference on High-Level Radioactive Waste Management, April 26-30, 1993.

Rasmussen, R., E.M. Supko, J.M. Jordan, M. Smith, *Utility-DOE Interface Considerations of the Universal Container System Concept*, Fourth International Conference on High-Level Radioactive Waste Management, April 26-30, 1993.

Stigers, R., M. Alissi, E.M. Supko, D.K. Zabransky, *Non-Fuel Components: Regulatory Issues*, Fourth International Conference on High-Level Radioactive Waste Management, April 26-30, 1993.

Supko, E.M., *Proceedings: 1991 EEI/UWASTE-EPRI Workshop on At-Reactor Spent Fuel Storage*, Electric Power Research Institute, EPRI TR-100676, May 1992.

Steyn, J.J, M.H. Schwartz, E.M. Supko, *Overview of Fuel Management Analysis - Supply Issues and Procurement Strategy Development for the 1990s*, USCEA Fuel Cycle Conference 91, March 24-27, 1991.

Supko, E.M., M.H. Schwartz, *Spent Fuel Storage Handbook*, Edison Electric Institute, Utility Nuclear Waste and Transportation Program, December 1990.

**APPENDIX D**
**WRITTEN MATERIALS REVIEWED AND CONSIDERED BY EILEEN SUPKO IN PREPARING THIS TESTIMONY**


1. Public Law 97-425, *Nuclear Waste Policy Act of 1983*, January 7, 1983.

2. Public Law 100-203, Title V, *Nuclear Waste Policy Amendments Act of 1987*, December 22, 1987.

3. U.S. DOE, *Standard Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste,* Title 10, U.S. Code of Federal Regulations, Part 961.

4. 10. U.S. Department of Energy, Office of the Secretary, Nuclear Waste Policy Act Project Office, *Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste*, DOE/S-0020/1, July 1983.

5. U.S. DOE, OCRWM, *Civilian Radioactive Waste Management Program Mission Plan, Volume 1, Overview and Current Program Plans*, Draft, December 20, 1983.

6. U.S. DOE, OCRWM, *Mission Plan for the Civilian Radioactive Waste Management Program, Overview and Current Program Plans*, Volume 1, DOE/RW-0005 DRAFT, April 1984.

7. U.S. DOE, OCRWM, *Preliminary Analysis of Total System Life Cycle Cost of the Civilian High-Level Radioactive Waste Disposal Program*, April 27, 1984.

8. Battelle Pacific Northwest Laboratories, J. F. Fletcher to R. J. Hall, Memo, *Revised Waste Acceptance Schedule from Draft Mission Plan*, January 24, 1984.

9. U.S. DOE, OCRWM, *Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program*, DOE/RW-0024, April 1985.

10. U.S. DOE, OCRWM, *Mission Plan for the Civilian Radioactive Waste Management Program*, DOE/RW-0005, June 1985.

11. Public Comments on the Draft Mission Plan for the Civilian Radioactive Waste Management Program, Volume III, DOE/RW-0005, June 1985

12. U.S. DOE, OCRWM, *Analysis of Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program*, April 1986, DOE/RW-0047.

13. U.S. DOE, OCRWM, *Draft Mission Plan Amendment*, DOE/RW-0128 Draft, January 1987.

14. U.S. DOE, OCRWM, *OCRWM Mission Plan Amendment*, DOE/RW-0128, June 1987.

15. Pacific Northwest Laboratory, R. L. Engel, *1987 Annual Review of the Adequacy of the 1.0 mill per kWh Waste Disposal Fee*, Prepared for the U.S. Department of Energy under Contract DE-AC06-76RLO 1830, PNL-6288, July 1987.

16. U.S. DOE, OCRWM, *Analysis of the Total Life Cycle Cost for the Civilian Radioactive Waste Management Program*, DOE/RW-0047, June 1987.

17. U.S. DOE, OCRWM, *Draft 1988 Mission Plan Amendment*, DOE/RW-0187, 1988.

18. U.S. DOE, OCRWM, *Annual Capacity Report*, DOE/RW-0191, 1988.

19. U.S. DOE, OCRWM, *Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program*, DOE/RW-0236, May 1989.

20. U.S. DOE, OCRWM, *Preliminary Estimates of the Total System Cost for the Restructured Program: An Addendum to the May 1989 Analysis of the Total-System Life Cycle Cost for the Civilian Radioactive Waste Management System*, DOE/RW-0295P, December 1990.

21. U.S. DOE, *Annual Capacity Report*, DOE/RW-0294P, December 1990.

22. U.S. DOE, *Annual Capacity Report,* DOE-RW-0331P, December 1991

23. U.S. DOE, Annual Capacity Report, DOE/RW-0412, March 1992

24. U.S. DOE, OCRWM, *Acceptance Priority Ranking and Annual Capacity Report*, DOE/RW-0457, March 1995.

25. U.S. DOE, OCRWM, *Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program*, DOE/RW-0479, September 1995.

26. U.S. DOE, OCRWM, *Acquisition of Waste Acceptance and Transportation Services for the Office of Civilian Radioactive Waste Management,* Draft RFP Number DE-RP01-98RW00320, September 1998

27. U.S. DOE, OCRWM, *Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program*, DOE/RW-0510, December 1998.

28. U.S. DOE, RW-859 Data, December 31, 1998.

29. U.S. DOE, OCRWM, *Viability Assessment of a Repository at Yucca Mountain, Preliminary Design Concept for the Repository and Waste Package*, DOE/RW-0508, Volume 2, December 1998.

30. U.S. DOE, OCRWM, *Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program*, DOE/RW-0533, May 2001.

31. U.S. DOE, OCRWM, Civilian Radioactive Waste Management System Requirements Document, Revision 06, DOE/RW-0406, September 2004.

32. U.S. DOE, OCRWM, Acquisition of Waste Acceptance and Transportation Services for the Office of Civilian Radioactive Waste Management, Draft RFP, DE-RP01-98RW00320, September 1998.

33. DOE, OCRWM, Waste Acceptance System Requirements Document, Revision 4, DOE/RW-0351, January 2002.

34. U.S. DOE, RW-859 Data, December 31, 2002

35. U.S. DOE, OCRWM, Acceptance Priority Ranking and Annual Capacity Report, DOE/RW-0567, July 2004.

36. U.S. DOE, OCRWM, Civilian Radioactive Waste Management System Requirements Document, DOE/RW-0406, Revision 7, May 2006

37. U.S. NRC, *Information Digest,* 2002 Edition, NUREG-1350, Volume 14, June 2002.

38. U.S. NRC, *Information Digest,* 2004-2005 Edition, NUREG-1350, Volume 16, February 2005.

39. Barrett, Lake, U.S. DOE, OCRWM, Deposition, April 22, 2002; April 23, 2002, April 26, 2002, May 8, 2002, May 10, 2002, May 14, 2002.

40. Bechtel SAIC Company, LLC*, Calculation Method for the Projection of Future Spent Nuclear Fuel Discharges*, TDR-WAT-NU-000002 Rev 1, February 2002

41. Brownstein, Alan, US DOE, OCRWM, Deposition, April 9, 2002; April 10, 2002; April 11, 2002; May 23, 2002; June 14, 2002.

42. Lawrence, Michael J., Former Director, Nuclear Waste Policy Act Implementation Office, DOE; Deposition, May 20, 2002; May 21, 2002.

43. McLeod, Barrie, JAI Corporation, and Pollog, Thomas, US DOE, *Methodology for the Projection of Spent Nuclear Fuel Discharges*, conference paper, date unknown.

44. Milner, Ronald, US DOE, OCRWM, Deposition, May 1, 2002, May 2, 2002; May 3, 2002; May 7, 2002.

45. Morgan, Robert, Acting Director, OCRWM, “Program Overview”, Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting, December 12-15, 1983, February 1984.

46. Morgan, Robert, Former Acting Director, OCRWM, Deposition, March 21, 2002; March 22, 2002, June 25, 2002.

47. Pollog, Thomas, US DOE, OCRWM, 30(b)(6) Deposition, April 11, 2002; April 12, 2002.

48. Zabransky, David, U.S. DOE, OCRWM, Yankee Atomic, et al, versus United States, Case Nos. 98-126C, 98-154C, and 98-474C, Trial Transcript 2004/08/05, August 5, 2004.

49. Zabransky, David, U.S. DOE, OCRWM, Deposition, January 28-19, 2004.

50. Kouts, Christopher, U.S. DOE, OCRWM, 30(b)(6) Deposition, April 11, 2005.

51. Joint Stipulations Regarding Testimony on Spent Fuel Discharges and Cask Loading Costs, Indiana Michigan Power Company v. United States, No. 98-486C, March 2, 2004.

52. U.S. nuclear power plant capacity factors through 2003.

53. U.S. nuclear power plant power uprates through 2004.

54. V.C. Summer Spent Fuel Information, April 22, 2005.

55. NSP Outage Est 2005-05-20.xls

56. Supko, Eileen, ERI, Email to Steven P. Nesbit, Duke Energy, September 22, 2005; Nesbit, Steven P., Duke Energy, Email to Eileen Supko, September 20, 2005.

57. Supko, Eileen M, ERI, email to Charles Franklin and Jager Smith, Entergy, Entergy Spent Fuel Discharges w attachment, November 11, 2005.

58. 2004 Nuclear Fuel Budget Update Basis; HF2004_1122_2004BudgetBassisiy.xls, 11/11/04; FF2004 1119 2004BudgetBasis.xls, 11/19/04; VF2004 1122_2004OpBudgetBasis.xls, 11/22/04.