No. 03-2624C
(Judge Braden)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

SYSTEM FUELS, INC., on its own behalf and as agent
for SYSTEM ENERGY RESOURCES, INC. and
SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

UNITED STATES,

Defendant.

---

DEFENDANT'S MOTION IN OPPOSITION TO
PLAINTIFF'S EXPERT WITNESS, EILEEN M. SUPKO

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 616-0347
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

STEPHEN FINN
SCOTT R. DAMELIN
JOHN C. EKMAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

September 6, 2006

# TABLE OF CONTENTS

PAGE

STATEMENT OF FACTS . . . . . 2

SUMMARY OF ARGUMENT . . . . . 4

ARGUMENT . . . . . 4

I. THE COURT HAS THE POWER AND THE DUTY TO GRANT MOTIONS TO LIMIT THE SCOPE OF TRIAL IN APPROPRIATE CIRCUMSTANCES . 4

II. A MOTION *IN LIMINE* IS APPROPRIATE IF A PROPOSED TESTIFYING EXPERT WITNESS LACKS THE QUALIFICATIONS TO SATISFY FEDERAL RULE OF EVIDENCE 702 OR THE STANDARDS SET BY THE SUPREME COURT IN *DAUBERT* AND *KUMHO TIRE* . . . . . 5

A. Federal Rule of Evidence 702 Requires That, To Be Admissible, Any Expert Witness Opinions Must Be Both Reliable And Relevant . . . . . 5

B. To Establish That Proposed Expert Testimony Is Reliable, The Party Proposing The Testifying Expert Must Establish That She Is Qualified To Render The Opinions At Issue . . . . . 6

C. If The Proponent Establishes That Its Expert Is Qualified, It Must Then Establish That The Methodology Underlying the Expert's Conclusions Is Reliable . . . . . 8

D. If The Expert's Proffered Opinion Is Reliable, The Court Must Still Determine Whether It Is Relevant, Including Whether It Is Helpful To The Trier Of Fact . . . . . 10

III. THE COURT SHOULD EXCLUDE EILEEN SUPKO'S OPINIONS CONCERNING THE "REASONABLENESS" OF A PARTICULAR RATE OF ACCEPTANCE . . . . . 12

A. Ms. Supko's Opinions . . . . . 12

B. The Court Should Reject Ms. Supko's Opinions Because They Are Neither Relevant Nor Reliable . . . . . 15

1. Ms. Supko's Opinions Are Not Relevant To Any Issue In This Case . . . . . 15

2. Ms. Supko's Opinions Should Not Be Afforded Any Weight Because They Are Not Reliable . . . . . . . . . . . . . . . . . . . . . . . . . . 19

C. The Court Should Disregard Ms. Supko's Opinions Because Her Model Lacks Evidentiary Support . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

D. Ms. Supko's Model Inconsistently Mixes Information From The "But For" And Actual Worlds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

E. Even If The Court Were To Accept Counsel's Assertion Concerning The Twin Objectives, A 3,000 MTU Rate Of Acceptance Does Not Satisfy These Twin Objectives Under Ms. Supko's Model . . . . . . . . . . . . . . . . . . 30

IV. THE COURT SHOULD EXCLUDE MS. SUPKO'S TESTIMONY REGARDING THE REQUIREMENTS OF THE NUCLEAR WASTE POLICY ACT AND STANDARD CONTRACT, AND REGARDING GENERAL SPENT FUEL STORAGE PRACTICES AND RELATED TECHNICAL ISSUES, BECAUSE THESE TOPICS HAVE NOT BEEN PROPERLY DISCLOSED AS SUBJECTS ABOUT WHICH MS. SUPKO WOULD TESTIFY . . . . . . . . . . . 34

A. Ms. Supko's Testimony Regarding The NWPA And Standard Contract Are Beyond The Scope Of Her Opinions As Disclosed In Her Expert Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

B. SFI Did Not Disclose Ms. Supko's Information Regarding General Spent Fuel Storage Practices And Related Technical Issues In The Nuclear Industry To The Government During Discovery . . . . . . 36

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

## TABLE OF AUTHORITIES

### CASES

Ancho v. Pentek Corp.,
157 F.3d 512 (7th Cir. 1998) .......... 11

Apostol v. United States,
838 F.2d 595 (1st Cir. 1988) .......... 7

Atkins v. County of Orange,
372 F.Supp.2d 377 (D.C.N.Y 2005) .......... 37

Berry v. City of Detroit,
25 F.3d 1342 (6th Cir. 1994), cert. denied, 513 U.S. 1111 (1992) .......... 7

Bluebonnet Sav. Bank, F.S.B. v. United States,
266 F.3d 1348 (Fed. Cir. 2001) .......... 25

Bluebonnet Sav. Bank v. United States,
339 F.3d 1341 (Fed. Cir. 2003) .......... 24

Boston Edison Company v. United States,
No. 99-447C (Fed. Cl.) .......... 2

Brown v. Wal-Mart Stores, Inc.,
402 F. Supp. 2d 303 (D. Maine 2005) .......... 21

Carroll v. Otis Elevator Co.,
896 F.2d 210 (7th Cir. 1990) .......... 7

Castle v. United States,
48 Fed. Cl. 187 (2000), aff'd in part, rev'd in part and remanded in part,
301 F.3d 1328 (2002) .......... 25

Commonwealth Edison Co. v. United States,
No. 98-621C (Fed. Cl.) .......... 2, 22

Daubert V. Merrell Dow Pharmaceuticals, Inc.,,
509 U.S. 579 (1993) .......... 8, 10, 15, 19

Dhillon v. Crown Controls, Inc.,
269 F.3d 865 (7th Cir. 2001) .......... 7, 11

Dolphin Tours, Inc. v. Pacifico Creative Serv., Inc.,
773 F.3d 1506 (9th Cir. 1985) .......... 24

Domingo v. T.K., M.D.,
289 F.3d 600 (9th Cir. 2002) .......... 8

Eagleston v. Guido,
41 F.3d 865 (2d Cir. 1994), cert. denied, 516 U.S. 808 (1995) .......... 7

Employers Reinsurance Corp. v. Mid-Continent Cas. Co.,
202 F. Supp. 2d 1212 (D. Kan. 2002) .......... 10

Ericsson, Inc. v. Harris Corp.,
352 F.3d 1369 (Fed. Cir. 2003) .......... 24

Fifth Third Bank v. United States,
55 Fed. Cl. 223 (2003) .......... 25, 26

Fuesting v. Zimmer, Inc.,
421 F.3d 528 (7th Cir. 2005) .......... 19, 21

General Elec. Co. v. Joiner,
522 U.S. 136 (1997) .......... 8

Genty v. Resolution Trust Corp.,
937 F.2d 899 (3d Cir. 1991) .......... 7

Glendale Fed. Bank, FSB v. United States,
43 Fed. Cl. 390 (1999) .......... 26

Guillory v. Domtar Indus. Inc.,
95 F.3d 1320 (5th Cir. 1996) .......... 28

Hamling v. United States,
418 U.S. 87 (1974) .......... 6

Hardin v. Ski Venture, Inc.,
50 F.3d 1291 (4th Cir. 1995) .......... 7

Hoffman v. Caterpillar, Inc.,
368 F.3d 709 (7th Cir. 2004) .......... 37

Home Sav. of Am. v. United States,
57 Fed. Cl. 694 (2003), aff'd in part, rev'd in part, 399 F.3d 1341 .......... 25

Indiana Michigan Power Co. v. United States,
60 Fed. Cl. 639 (2004) aff'd 422 F.3d 1369 (Fed. Cir. 2005) .................................... 2, 14

Jacobsen v. Deseret Book Co.,
287 F.3d 936 (10th Cir. 2002) ........................................................................... 37

Joy v. Bell Helicopter Textron, Inc.,
999 F.2d 549 (D.C. Cir. 1993) ........................................................................... 5, 6

Kidder, Peabody & Co. v. IAG Int'l Acceptance Group N.V.,
28 F. Supp. 2d 126 (S.D.N.Y. 1998) ................................................................... 25

Kumho Tire Co. v. Carmichael,
526 U.S. 137 (1999) ........................................................................... 5, 6, 8, 9. 19

LaSalle Talman Bank, F.S.B. v. United States,
45 Fed. Cl. 64 (1999), aff'd in part, rev'd in part, 317 F.3d 1363 (Fed. Cir. 2003) ........................................................................................ 25

Lippe v. Bairnco Corp.,
No. 96-CIV-7600(DC), 2002 WL 15630 (S.D.N.Y. Jan. 7, 2002) ............................... 11

Marx & Co., Inc. v. Diners' Club, Inc.,
550 F.2d 505 (2d Cir. 1977), cert. denied, 434 U.S. 861 (1977) .................................. 11

Masters v. Hesston Corp.,
291 F.3d 985 (7th Cir. 2002) ........................................................................ 5, 6, 8

Microstrategy Inc. v. Business Objects, S.A.,
429 F.3d 1344 (Fed. Cir. 2005) .......................................................................... 19

Needleman v. John Hancock Life Ins. Co.,
No. 03-1955, 2006 WL 842370 (N.D. Tex. Mar. 31, 2006) .......................................... 15

Nieves-Villanueva v. Soto-Rivera,
133 F.3d 92 (1st Cir. 1997) ................................................................................ 11

O'Conner v. Commonwealth Edison Co.,
13 F.3d 1090 (7th Cir. 1994) ............................................................................... 8

Oddi v. Ford Motor Co.,
234 F.3d 136 (3d Cir. 2000) ........................................................................ 21, 22

Owen v. Kerr-McGee Corp.,
698 F.2d 236 (5th Cir. 1983) .............................................................................. 11

Palmerin v. City of Riverside,
794 F.2d 1409 (9th Cir. 1986) .......... 4

Primavera Familienstifung v. Askin,
130 F. Supp. 2d 450 (S.D.N.Y. 2001)) (brackets in original .......... 12

Rink v. Cheminova, Inc.,
400 F.3d 1286 (11th Cir. 2005) .......... 15

Sacramento Municipal Utility District v. United States,
70 Fed. Cl. 332 (2006) .......... 2, 14, 23

Seaboard Lumber Co. v. United States,
308 F.3d 1283 (Fed. Cir. 2002) .......... 15

Sherbert v. Alcan Aluminum Corp.,
66 F.3d 965 (8th Cir. 1995) .......... 10

Southern Pac. Communications Co. v. AT&T,
556 F. Supp. 2d 825 (D.D.C. 1982) .......... 25

Suess v. United States,
52 Fed. Cl. 221 (2002) .......... 26

Summers v. Missouri Pacific R.R. Sys.,
132 F.3d 599 (10th Cir. 1997) .......... 10

Surace v. Caterpillar, Inc.,
111 F.3d 1039 (3rd Cir. 1997) .......... 7

Taylor v. Evans,
No. 94-CIV-8425, 1997 WL 154010 (S.D.N.Y. Apr. 1, 1997) .......... 12

Tolerico v. Home Depot,
205 F.R.D. 169 (D.C.Pa. 2002) .......... 37

White Mountain Apache Tribe of Az. v. United States,
10 Cl. Ct. 115, 116 (1986) .......... 4

Zaremba v. General Motors Corp.,
360 F.3d 355 (2d Cir. 2004) .......... 21, 22

Zenith Electronics Corp. v. WH-TV Broadcasting Corp.,
395 F.3d 416 (7th Cir. 2005) .......... 9, 20, 21

## STATUTES

Fed. R. Civ. P. 16 .......... 1, 4

Fed. R. Civ. P. 26(a) .......... 37

Fed. R. Civ. P. 37 .......... 37

Under Fed. R. Civ. P. 37 .......... 37

Fed. R. Evid. 702 .......... 5, 6

Fed. R. Evid. 704 .......... 11

## MISCELLANEOUS

Wisconsin Electric Power Co. v. United States, 00-697C (Fed. Cl.) .......... 2

Omaha Public Power Co. v. United States, 01-115C (Fed. Cl.) .......... 2

Energy Northwest v. United States, 04-10C (Fed. Cl.) .......... 2

System Fuels Inc. (Arkansas) v. United States, 03-2623C (Fed. Cl.) .......... 2

Duke Power v. United States, 98-485C (Fed. Cl.) .......... 2

Acceptance Rate Report at 19 .......... passim

1 J. Strong, McCormick on Evidence § 12, at 49 n.11 (4th ed. 1992) .......... 10, 11

Restatement (Second) of Contracts § 347(c) .......... 24