**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September 2006, a copy of foregoing "DEFENDANT'S MOTION IN OPPOSITION TO PLAINTIFF'S EXPERT WITNESS, EILEEN M. SUPKO" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s\Stephen Finn