No. 03-2624C
(Judge Braden)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SYSTEM FUELS, INC., on its own behalf and as agent
for SYSTEM ENERGY RESOURCES, INC. and
SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

UNITED STATES,

Defendant.

# DEFENDANT'S MOTION IN OPPOSITION TO TESTIMONY BY PLAINTIFF'S WITNESS, CHARLES B. FRANKLIN

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 616-0347
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

STEPHEN FINN
SCOTT R. DAMELIN
JOHN C. EKMAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

September 6, 2006

TABLE OF CONTENTS

PAGE

STATEMENT OF FACTS . . . . . 1

SUMMARY OF ARGUMENT . . . . . 2

ARGUMENT . . . . . 3

I. THE COURT HAS THE POWER AND THE DUTY TO GRANT MOTIONS TO LIMIT THE SCOPE OF TRIAL IN APPROPRIATE CIRCUMSTANCES . 3

II. MR. FRANKLIN LACKS PERSONAL KNOWLEDGE TO TESTIFY REGARDING DOE'S OBLIGATIONS TO ACCEPT SPENT FUEL FROM GRAND GULF . . . . . 3

III. MR. FRANKLIN'S TESTIMONY REGARDING ENTERGY'S SPENT FUEL MODEL SHOULD BE EXCLUDED BECAUSE IT IS CUMULATIVE AND A WASTE OF THE COURT'S TIME . . . . . 7

CONCLUSION . . . . . 12

## TABLE OF AUTHORITIES

### CASES

C.H. Guernsey v. United States,
65 Fed. Cl. 582 (2005) ........ 9

Cuyahoga Metropolitan Housing Authority v. United States,
60 Fed. Cl. 481 (2004) ........ 7

Daly v. Far Eastern Shipping Co. PLC.,
238 F. Supp. 2d 1231 (W.D. Wis. 2003) ........ 4

Daubert v. Merrell Dow Pharmaceuticals, Inc.,
509 U.S. 579 (1993) ........ 10

Goodwin v. MTD Prods., Inc.,
232 F.3d 600 (7th Cir. 2000) ........ 9

Kemp v. Balboa,
23 F.3d 211 (8th Cir. 1994) ........ 3

Kumho Tire Co. v. Carmichael,
526 U.S. 137 (1999) ........ 10

Palmerin v. City of Riverside,
794 F.2d 1409 (9th Cir. 1986) ........ 3

In re Paoli R.R. Yard PCB Litig.,
113 F.3d 444 (3d Cir. 1997) ........ 9

Stathos v. Bowden,
728 F.2d 15 (1st Cir. 1984) ........ 9

Teen-Ed, Inc. v. Kimball Internationl, Inc.,
620 F.2d 399 (3d Cir. 1980) ........ 7

Tran v. Toyota Motor Corp.,
420 F.3d 1310 (11th Cir. 2005) ........ 9

Tritek Technologies, Inc. v. United States,
67 Fed. Cl. 727 (2005) ........ 9

United States v. Espino,
317 F.3d 788 (8th Cir. 2003) ........ 8

United States v. Rea,
958 F.2d 1206 (2d Cir. 1992) ........................................................................................ 7

White Mountain Apache Tribe of Az. v. United States,
10 Cl. Ct. 115, 116 (1986) ............................................................................................ 3

**STATUTES**

Fed. R. Civ. P. 16 .................................................................................................... 1, 3

Fed. R. Evid. 403 ....................................................................................................... 9

Fed. R. Evid. 602 ....................................................................................................... 7

Fed. R. Evid. 701(a) .................................................................................................. 6, 7

Fed. R. Evid. 701 advisory committee notes (1972) ................................................ 2, 7