# INDEX TO THE APPENDIX


| Document | Page |
|---|---|
| System Fuels, Inc., System Energy Resources, Inc. and South Mississippi Electric Power Association v. United States, 03-2426C, Deposition of Ben Franklin, (April 19, 2006) | 1 |
| System Fuels, Inc., System Energy Resources, Inc. and South Mississippi Electric Power Association v. United States, 03-2426C, Deposition of Ben Franklin, (April 20, 2006) | 39 |
| System Fuels, Inc., System Energy Resources, Inc. and South Mississippi Electric Power Association v. United States, 03-2426C, Deposition of Ben Franklin, (August 2, 2006) | 71 |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SYSTEM FUELS, INC., ON ITS OWN BEHALF A
AND AS AGENT FOR SYSTEM ENTERGY
RESOURCES, INC. AND SOUTH MISSISSIPPI
ELECTRIC POWER ASSOCIATION PLAINTIFF
VERSUS NO. 03-2624C
(JUDGE BRADEN)
UNITED STATES OF AMERICA DEFENDANT

*************************************************

DEPOSITION OF BEN FRANKLIN
VOLUME ONE

*************************************************

APPEARANCES NOTED HEREIN

TAKEN AT INSTANCE OF: DEFENDANT
DATE: APRIL 19, 2006
PLACE: ENTERGY CORPORATION
1340 ECHELON PARKWAY
JACKSON, MISSISSIPPI
TIME: 9:08 a.m.

ORIGINAL

REPORTED BY: TODD J. DAVIS, CSR, RPR

DAVIS COURT REPORTING
POST OFFICE BOX 16147
JACKSON, MISSISSIPPI 39236
601-991-0079

APPEARANCES:

FOR THE PLAINTIFF

L. Jager Smith, Jr., Esquire
Sam Morris, Esquire
Wise, Carter, Child & Caraway
1340 Echelon Parkway
Jackson, Mississippi 39213

FOR THE DEFENDANT

Sharon A. Snyder, Esquire
U. S. Department of Justice
1100 L Street, N.W., Room 12144
Washington, DC 20530

Scott Damelin, Esquire
U.S. Department of Justice
1100 L Street, N.W., Room 12020
Washington, DC 20530

REPORTED BY: TODD J. DAVIS
CSR #1406, RPR

*************************************************

DAVIS COURT REPORTING
POST OFFICE BOX 16147
JACKSON, MISSISSIPPI 39236
601-991-0079

Q. Now, in 2002, did you take a different position within the Entergy organization?
A. Yes.
Q. Okay. And what was that?
A. I took my current position.
Q. And what position is that?
A. That is manager project management.
Q. Is there a particular project that you're the manager of?
A. I am responsible for the nuclear fleet for dry fuel storage. That's not part of my title, but that's what I do.
Q. So your title is really manager project management?
A. Yes.
Q. But that's your specific -- specific project you're responsible for?
A. That's correct.
Q. And I think what I -- what happened was I jumped ahead a little too fast. And in your current position, it's your understanding that you're still part of Entergy Services, Inc.?
A. That's correct.
Q. And however the interface happens, is that -- in that position, that enables you to

reporting to Mr. Titus and Mr. Campbell, who were they reporting to during that '91 to 2002 period?

A. Various chief operating officers.

Q. Let me ask it that way: They report to the position of chief operatings officer of Entergy Operations?

A. That's correct.

Q. And was that reporting chain in place during this '91 to 2002 period?

A. I believe it was.

Q. Now, just so I have a better understanding of the nuclear engineering analysis work that you were doing during that period of time, the '91 to 2002, can you describe for me what your job responsibilities were in that position?

A. I had reactor physics for BWRs and PWRs. And that included doing core design, fuel performance on core -- what we call core follow. I had a safety analysis organization for some period of time in there. And they were responsible for doing -- supporting the sites in terms of safety analysis for core and reloads and other -- other areas as it came up and the expertise we had. I had fuel fabrication under

that group. And I believe that was the main -- the main functions under that group.

Q. Now -- I'm sorry.

A. Oh, I -- that's -- best I remember, that's the functions.

Q. Now, during that period of time, did you have any job responsibilities specifically related to dry fuel storage of spent nuclear fuel at any of the plants?

A. No.

Q. Now, apart from specifically dry fuel storage, did you have any responsibilities regarding, let's say, analysis of storage options for spent nuclear fuel that maybe were not dry fuel storage?

A. Yes, we did.

Q. And can you describe for me any responsibilities you had in that area?

A. We were responsible -- because it was an analysis organization, we looked at things like Boraflex degradation. We did some shielding work, those kind of analysis.

Q. And is it fair to say that the work -- let's say for the Boraflex type issues, was it engineering analysis work that you were kind of

bringing to the issue, or was it something beyond that?

A. It was engineering analysis.

Q. Now, what I -- what I forgot to mention at the beginning of the deposition is, the deposition in this case is specifically related to Grand Gulf unit. Obviously, your job responsibilities are somewhat broader. But I will try to clarify when I'm asking specifically was this related to Grand Gulf or something broader. I think that's less of an issue in your current position, but some of the older ones.

In that '91 to 2002 period, was there work that you did specifically related to Grand Gulf, in terms of work supporting or related to any type of spent fuel storage matter?

A. Not that I'm aware of. I don't recall us being requested to do anything.

Q. Now, I know -- the reason I ask is I know I've seen some documents that talk about the Boraflex issue, I think, in a number of the facilities.

Do you recall doing any specific type of analysis or work related to that at Grand Gulf that you -- that you would have been

him, would provide him with the information that he needed to then go and purchase or put in place services to purchase --

A. That is correct.

Q. -- the spent -- the fuel for the reactors?

A. That is correct.

Q. Now, did you provide or did you work with him in that '91 to 2002 period regarding what I'll call spent nuclear fuel management issues?

A. No, I did not. We may have discussed it in the hallway, but no responsibilities.

Q. Other than kind of just casual conversations?

A. That is correct.

Q. Now, in the 2002 to present period, have you had any job responsibilities or -- or work with Mr. Rives regarding spent nuclear fuel management issues?

A. Yes, I have.

Q. Okay. And could you describe for me that relationship or work that you've done with Mr. Rives in the current period?

A. I've prepared reports for management on spent fuel and forecasting, just any number of

things, this lawsuit. That's pretty much what I remember as -- that covers a lot of things even though it's -- doesn't say much.

Q. Okay. The -- well, why don't we break that down. In terms of -- now, were you -- were you answering that in reference to work that you've done related to Mr. Rives when you answered that question?

A. Yes.

Q. Okay. The spent fuel forecasting you mentioned, can you describe for me what you mean by that?

A. One of the functions of my job is -- is to assess what our needs will be, future needs will be. And that information I discuss with Frank in terms of how that impacts his -- his material needs and other things like that.

Q. I guess when you answer that, it sounds a little bit that's the type of work you might have done before, or was that different when you were providing --

A. That's different. Yeah. What I provided before, the organization I headed before, we provided was the fuel that goes in. In essence, I basically take that information back

Q. When you say most of that period, preceding when you began doing it?

A. No. I mean from the time -- from '91 to 2002. I guess at least half that time Ken was involved with it. But the reactor engineering superintendent is responsible for the status of the spent fuel pool.

Q. Now, you also indicated that you did some work related to the lawsuit. But apart from kind of that general description, is there other work that you've done in the 2002 to present period with Mr. Rives related to spent fuel management other than this forecasting that you can provide more -- more detail about?

A. Like I said, management reports. We've developed a couple of management reports.

Q. And when you say management reports, what -- what do you mean by that?

A. I guess we'd call them strategic planning type documents.

Q. Prior to 2002, were you -- or did you have any involvement in developing strategic planning documents for -- for spent fuel issues for Entergy?

A. Not prior to 2002, no.

MR. SMITH: Let me object to the extent that the question calls for any privileged information. But to the extent that it doesn't, you can answer.
BY MR. DAMELIN:
Q. Meaning I'm not asking you about substantive parts of conversations you might have had with Mr. Smith or in-house counsel.
A. I have evaluated our situation as part of that.
Q. And can you be a little more specific? When you say your situation, what do you mean by that?
A. With respect to spent fuel pool inventories, availability, and dry fuel storage needs.
Q. So it's -- it's similar to the type of work you've generally been doing in your project management position in terms of -- of pool inventory, status of dry fuels, dry fuel projects at the various plants, the need and cost of those type of facilities; is that fair?
A. That's fair.
Q. And how long have you been -- been performing this lawsuit related type work in your

current position?

A. Roughly two years, I think.

Q. At least the type -- when I ask you that, the work that you could specify as being related to the lawsuits, it's been about the last couple of years that that work would have been done?

A. That's correct to the best of my recollection.

Q. Now, before the break, I was asking you a few things about people you work with, and I think the answer to your question was, there are no employees within Entergy that you directly supervise or are responsible for in your -- in your current position. Is that a fair characterization?

A. That's correct. I do not do -- in terms of management, I do not do anyone's performance evaluations.

Q. Now, in your role as project manager, though, are there certain people that you would characterize that you work on, say, as part of a team or part of a group related to dry fuel storage issues for the Entergy fleet?

A. Yes.

as a consultant.
Q. Okay. Now, in terms of this litigation, are you aware of -- are you -- are you aware that Ms. Supko has been retained as an expert witness on behalf of Entergy in this litigation?
A. Yes, I am.
Q. And as part of this litigation -- again, separate from activities through NEI, et cetera, have you had contact with Ms. Supko as part of this litigation?
A. Yes, I have.
Q. Okay. And can you describe for me the nature of those contacts?
A. Yes. Yes, I can.
Q. Okay. Can you please do that?
A. My contact with her is in relation to providing her with -- with our discharge schedules and discussions on how that melded with her model for the acceptance rate.
Q. Now, what was had -- prior to, say, involvement with this litigation, were you familiar with Ms. Supko's model regarding spent fuel acceptance rates?
A. No, I wasn't.
Q. And what is your understanding of the

type of modeling that Ms. Supko does regarding spent fuel acceptance rates and how it relates to this litigation?

A. I don't really know the details of her model. I could only speculate.

Q. Okay. Well, when you were -- I think you described it as providing her with discharge schedules. What exactly -- well, how did that come about? How were you actually involved in doing that, the process?

A. As I understand it, she was retained as -- as the expert witness on -- on the acceptance rate. And what I provided her was the schedules for all of our plants from now until their renewed, licensed shut down. And by that, I mean the date that the plant would discharge fuel, the number of fuel assemblies, and the metric tons that would be discharged for each plant into the future.

Q. And for Grand Gulf specifically, until what year would that discharge schedule go to, given the --

A. 2044.

Q. Now, would that -- is that when the current -- and maybe this is what you just said.

A. I don't recall a fuel management model.

Q. Now, I thought one of your answers a few minutes ago indicated to -- that you were -- that you would have -- this would have been among the things that you would have sent to Ms. Kilpatrick or, I guess, to someone at the Kenrich Group.

Apart from the work that you -- or the information you provided to Ms. Supko, separately were you also providing information to the Kenrich group as part of the work that it was performing on behalf of Entergy?

A. Yes, I was.

Q. Okay. And in terms of the type of information that you were providing to the Kenrich Group, can you describe for me the type or the categories of information that you were providing to them?

A. Yes, I can.

Q. Okay.

A. Most of that information, if I recall correctly, is related to historical type information, data that I gathered from the plant site related to spent fuel inventories, cell availabilities, those kind of things, and working with them to verify that we were consistent in

counting spaces correctly and making sure that we arrived at the same dates, those kind of things, on a historical basis mostly.

Q. Okay. But that was my next question. So the information you were generally providing was -- is it fair to say the information you were providing to Ms. Supko, at least in part, were these kind of future discharges that were expected at Grand Gulf?

A. That's correct.

Q. Now, the information that you were providing to the Kenrich Group, it seems, from your description, focused a lot on spent fuel inventories, cell availability, and the wet pool, et cetera.

Were those primarily focused on past or historical information?

A. It would be past and -- past, present, and future, but most of the focus, once the cutoff was decided, was on historical, getting the historical data correct, which was essential to going forward anyway.

Q. And in terms of the -- the timing of when you provided this type of information to Kenrich Group, when did, I guess, you begin or

capacities to Ms. Supko the way you just --
A. No.
Q. -- told me about that?
A. No. I don't -- do not believe I did that. That was outside of her scope if I recall.
Q. And when you said -- I think you said you also reviewed their projection for when we, which I assume you mean Grand Gulf, needed dry storage.
Was that information that you provided to them, or were you reviewing their projection?
A. I was reviewing the information that I had provided them and seeing if it was consistent with what we had determined based on the same information. And it was.
Q. Okay. So the answer is, you provided -- the information that you were looking at in the work papers was the same information. I mean, that was information that you provided to them?
A. I believe that's true, yes.
Q. And is it fair to say in their report they come up with a conclusion or projection as to when Grand Gulf would need -- need dry storage under these inputs?

A. That's correct.

Q. And when you say that -- I thought you said you agreed with their projection. Is -- did I characterize that correctly?

A. We came to the same conclusion.

Q. Okay. Now, is it fair to say that you-all, meaning Entergy, had reached that conclusion well before late 2005?

A. Yes. I think that's true.

Q. Okay. So did you view the Kenrich's projection or conclusion, whatever you would want to call it, on that issue kind of confirming what you -- you already knew?

A. Yes.

Q. Okay. And when, in your view, did Entergy reach that conclusion, that it would need dry storage for its Grand Gulf facility?

A. I think if you look at the 2000 report, '99/2000 report, they actually concluded that they needed it in 2004. But they were also -- because of things that were mentioned in that, were able to recover cells and get themselves up to the 2007 outage.

Q. Correct. And so -- but -- but going back to when -- and I won't say you because I

I assume that's referring to Entergy Nuclear North and Entergy Nuclear South?
A. That's correct.
Q. The -- the next line reads, "Each file contains three sets of discharge data for each plant." And the third one reads, "The recommended historical and planned discharges for each plant."
In terms of what you're providing to Ms. Supko, what did you mean by the recommended and historical and planned discharges?
A. This is where earlier I talked about there were differences between what we had as discharge. In her original request of me, she asked for discharge information, and I provided that information.
What she was actually using is the information that's in -- was taken from the DOE acceptance reports and annual capacity reports, up to that time. And if you look, you can see the differences. And so based on that, this was the reconciliation that I talked about we needed to do.
Q. So what -- when you said that, do you believe that you provided her -- prior to this July 18th, 2005 E-mail here, that you actually

provided her with other information prior to this date?

A. I think I had provided her some information, and she generated this table, the column that's ERI.

Q. Okay. Let me just refer to -- it's the Bates stamp ending in 895. You're referring to the Grand Gulf page?

A. Yes.

Q. Okay. So your reading of this is that column -- I mean, it would have reflected, obviously, some work that she had already done?

A. That's correct. The first -- the first column is the actual operating historical discharges from this perspective of how many reload assemblies went into the core.

Q. Okay. And just so I'm clear -- I want to step back, though. Because you see this -- one of the columns has as its heading ERI, GGNS number discharge. Your assumption is this is at least some of her work product?

A. This is what she had provided back to us based on, I guess, the original transmittal of information.

Q. Okay. So it sounds like that would have

occurred at some point prior to July 18th, 2005?

A. And that's where I said I thought the first -- first discussion was probably in June of that year, May or June.

Q. Now, the -- on this page, this -- ending in 8950, the Bates stamp, the column that's identified at the top as Entergy GGNS number discharge, that's the actual operating historical discharges?

A. If you look at the third column?

Q. Correct. Third over from the left.

A. That would be -- yes. That's what was -- there were two ways to look at it. That's the number of assemblies that were replaced in the core for that cycle.

Q. You said there were two ways to look at it. Is that's --

A. That's -- or discharge.

Q. Or discharge? Okay.

A. But from an RW 859 perspective, there may be a difference.

Q. Okay. Now, is this column, from your recollection, the information that you provided to Ms. Supko?

A. I believe it is.

Q. And then if we go over to the 6th column from the left, and it would be the caption "ERI GGNS number discharged."

And what is your understanding of what that column represents?

A. I believe those numbers are what she has taken from a DOE annual capacity report, probably the one that was issued in 2004, which is accurate up to 2002.

Q. Because it includes the RW 859 data through December 31st, 2002?

A. That's correct. My understanding is that's correct.

Q. Okay. And -- okay. And then we go over to -- it would be the second one from the right, and it's captioned "Recommended GGNS number discharge." That's the column caption, correct?

A. That's correct.

Q. And then can you tell me what that means in relation to these two other columns?

A. Yes. And a better way to explain it is if you look under the column -- I should -- these should have been numbered. Two, three, four, five, six, seven, eight -- eighth column from the left.

Q. Okay.

A. You will note in year 1998 this is what I previously mentioned about we discharged or we replaced 272 assemblies in the core, yet for our RW 859, we only recorded 264 as discharged. That column has a minus 8. We are -- in essence, that's the difference between what ERI is showing and Entergy is showing.

MR. SMITH: Did you say 272?

THE WITNESS: Yes.

MR. DAMELIN: Yeah. I think the --

THE WITNESS: 1996. I'm sorry. Did I say '98?

BY MR. DAMELIN:

Q. That's fine. Okay. So we're going to look at the row 1996, and it says "C 8 October"?

A. That's correct.

Q. And that's the -- what does that represent?

A. Okay. The third column from the left is the number of assemblies that we replaced in the core for that --

Q. Okay.

A. -- refuelling outage.

Q. Okay.

A. Under the ERI number, the 264 is the number that we reported on the RW 859 with anticipation of carrying 8 assemblies for reinsertion at a later date.

Q. Okay. So that eighth column, then, represents the negative eight number --

A. Right.

Q. -- that we just discussed?

A. And then in 1998, you see we came back, and we loaded 268. And I'm not sure if we actually loaded 276, but we -- we loaded 268; and we showed on the RW 859 that we discharged 276, which means we evened up on that between the two.

Where the difference comes in is in the 2004.

Q. Okay.

A. And I suspect that the number she has taken of 329 -- I don't know where she got that number. But my suspicion is that there are some forecasts in the -- in some of the ERW 859s that forecast core loadings. And that may be a forecast number that she picked up.

Q. And can you just tell me what you mean by a core -- core loading?

A. That -- that would be the number of

fresh assemblies that were placed in the core for that refuelling outage.

Q. And a couple columns over, there's a number 85?

A. And that is saying that she has -- she has picked up a number that's 85 more assemblies than what we actually loaded. And so the recommended got -- what happened in the recommended is I changed the recommended number to what the RW 859 number for all historical data through 2002. And then starting in 2004 use the actual RR forecast data going forward.

Q. Okay. So the 244 is really a forecast that you're providing. Is that what you just said?

A. No. The 244 would be the actual that we did.

Q. Okay. Oh, because this was --

A. For -- this was in '05, so we'd actually loaded that core. Because that was loaded in February of '04.

Q. Uh-huh. And then what are you -- and then for that recommended GGNS number discharge, again, are those numbers that you are providing?

A. Yes.

is that -- do you think that's what she's referring to?

A. Yes, I do.

Q. And the next line reads, "This will update the five cycles of projected discharges." Then in parens, "(2003 forward)," close parens, in the RW 859 database.

Now, I think -- is that the same as what you were explaining to me earlier, that essentially the RW 859 data could potentially be different than the information that you were providing to her for the projected discharges because of the what -- the way you explained it to me?

A. I can't speculate on what she's talking about in RW 859 database for 2003 forward because I don't know what that is.

Q. That's not something that you provided her, any of the type of RW 859 database? That's nothing that you pulled information from?

A. I provided her projected discharges in the July E-mail, and these are consistent with that.

Q. Uh-huh.

A. Now, what she means by the RW 859

estimate of the discharge. And I prepare this usually in conjunction with Alan Smith and Frank Rives' organization. We provide them an estimate of the number of assemblies that are going to be reloaded, which translates into the number of assemblies discharged, a timing, an estimate of whether DOE shows up or not.

And usually we run two cases. One the DOE shows up, and one they don't, so that they get a range. And that's used to calculate how many casks that we think we will have remaining on the pad so that they can then factor that into their decommissioning costs.

Q. Do you also provide them -- if you calculate how many casks may be needed, is that information that you also provide? That you do that calculation under DOE shows up or DOE does not show up?

A. Yes. That's -- I provide them that number.

Q. So you do all that?

A. Yes.

Q. Do you also provide them cost information for the dry storage, assuming that it's -- you conclude that it's needed under either

A. It's similar; although, I did not provide any projections for casks to Ms. Supko.

Q. Right. I'm stepping back. I'm talking just about the discharges of assemblies for the various plants, that type of information.

A. That's -- that's correct.

Q. The next step, though, where you would then run or, I guess, calculate the discharges and the need for dry storage under two different scenarios is -- who performs that process or calculation?

A. I do.

Q. And that was not information you provided to Ms. Supko?

A. That's correct. I did not.

Q. Now, how do you go about doing that? In terms of what's the actual process that you do to take the discharge information? What's the next step?

A. I have a series of spreadsheets that I use. I've collected reactor data across the industry. Based on that I produce a forecast similar to what Ms. Supko has done for the expert report. And based on that, it provides me an estimate of future shutdown -- future refuelling

dates for all the plants in the country, their estimated discharges. And based on that, I get a -- a discharge schedule, and then from that, I can pick off where we would stand in the queue, the acceptance queue, based on an -- whatever assumption is made there, is requested.

Q. Do you know -- in talking about the ultimate conclusion that you might reach, do you know how that compares to the type of analysis that Ms. Supko has done?

A. I believe it's very similar; although, I think her model is probably more sophisticated than mine.

Q. Have you done a comparison of the two, between the -- either the model or the spreadsheets that you used and what Ms. Supko uses?

A. I did, as an overcheck. And we -- that's one of the things we had the phone call for. We discussed what the differences are, and it was very clear what the differences are, assumptions in the models.

Q. Okay. So apart from -- just kind of separate what I asked you about regarding the decommissioning. Your -- in this particular case,

A. Probably started up shortly after I took over this job.
Q. So later in --
A. It was in my spare time.
Q. Later in 2002?
A. Yes.
Q. And why did you start doing that?
A. It just seemed like something as a part of my job. If I was to do plannings and be able to address questions from management, that was information that I felt was necessary. No one asked me to do it.
Q. From your answer, it sounds like there -- no one was doing this, or at least there was not this type of model in place at Entergy prior to you working on this?
A. Not that I'm aware of, no.
Q. And in terms of the -- the type of, I guess, either software or system that you use, what is it set up as or based on?
A. It's all Excel spreadsheets.
Q. Now, in the -- in the type of model that you use, do you make certain assumptions about the rate of acceptance by DOE of spent fuel from nuclear utilities?

A. The way I set my models up, I can assume basically any acceptance rate I choose.

Q. So it -- it's fair to say on -- just using the Excel spreadsheet, that one of the inputs -- is it a formula that you could put in different rates of acceptance?

A. But the way it works is when you do all the calculation, what the discharges are into the future, then it's very simple to calculate a plan year based on some rate by just doing a simple calculation next to it and see where you stand. So it's a one -- very simple one-line spreadsheet number.

Q. Okay. And in the spreadsheets that you have done or created as part of your job, have you assumed in those analyses a particular rate of acceptance by DOE? And I think -- do you know what I mean by "rate of acceptance" when I -- when I ask you about that?

A. I believe I do, but go ahead and make sure I understand it.

Q. Well, is -- do you understand when I use the word "rate of acceptance" referring to the annual rate of acceptance by DOE, meaning the metric tons uranium that DOE would accept or pick