# In The United States Court of Federal Claims

No. 03-2624C
Filed: September 8, 2006

*****************************************
*
SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

*****************************************

**ORDER**

Plaintiff's September 6, 2006, Unopposed Motion for Enlargement of Time is hereby GRANTED. Plaintiff shall have an enlargement of time of five days, through September 11, 2006, within which to file its objections to Defendant's Exhibit List.

Defendant's September 6, 2006, Unopposed Motion for Enlargement of Time is hereby GRANTED. Defendant shall have an enlargement of time of two days, through September 8, 2006, within which to file either an appropriate motion regarding Plaintiff's August 18, 2006 Notice of Deposition & Trial Testimony Designations, or to respond to and object to those designations.

Plaintiff's September 6, 2006, Motion for Leave to File Direct Expert Testimony is hereby GRANTED.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**