IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 03-2624C
(Judge Braden)

**DEFENDANT'S MOTION TO FILE CORRECTED COPY OF "DEFENDANT'S MOTION IN OPPOSITION TO PLAINTIFF'S EXPERT WITNESS, EILEEN M. SUPKO"**

Pursuant to Rule 5.2 (a) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests leave to file a corrected copy of "Defendant's Motion in Opposition to Plaintiff's Expert Witness, Eileen M. Supko." We have discovered that we inadvertently filed our original motion inconsistent with the proper order for motions as required by RCFC 5.2(a). The corrected motion in opposition corrects this deficiency. There are no substantive changes to the motion.

A copy of defendant's proposed corrected motion in opposition is attached.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SCOTT DAMELIN
STEPHEN FINN
JOHN C. EKMAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/Sharon A. Snyder by Stephen Finn
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

September 8, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September, 8, 2006, a copy of the foregoing "DEFENDANT'S MOTION TO FILE CORRECTED COPY OF DEFENDANT'S MOTION IN OPPOSITION TO PLAINTIFF'S EXPERT WITNESS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stephen Finn