IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | ) | |
| Plaintiff, | ) | No. 03-2624C |
| | ) | (Judge Braden) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO THE GOVERNMENT'S MOTION RELATING TO PLAINTIFF'S DEPOSITION AND TRIAL TESTIMONY DESIGNATIONS

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of eight days, to and including October 18, 2006, within which to file its reply to plaintiff's September 25, 2006 response to defendant's motion to strike plaintiff's deposition and prior trial testimony designations. Defendant's reply brief is currently due to be filed by October 10, 2006. Defendant has not previously sought an enlargement of time for this purpose. Counsel for plaintiff, Alex D. Tomaszczuk, has represented that plaintiff, System Fuels, Inc. ("SFI"), does not oppose this motion.[1]

As the Court is aware, the parties in this case participated in five days of trial from September 18 through 22, 2006, and SFI filed its response to defendant's motion to strike on Monday, September 25, 2006. Since that time, attorneys for the Government working upon the

[1] We originally notified counsel for plaintiff of our need to file this enlargement motion on Thursday, October 5, 2006. We deferred filing this motion until counsel for plaintiff was able to determine SFI's position regarding the requested enlargement.

issues raised in SFI's response brief have been involved in several time-consuming activities, including preparing for depositions in this case to be conducted on October 11 and 12, 2006, and preparing for various activities associated with the trial in Northern States Power Co. v. United States, No. 98-484C (Fed. Cl.), which is scheduled to commence on October 23, 2006, and associated with pre-trial discovery in Northern States. Because of these activities, we have been unable to complete our reply brief relating to SFI's deposition and trial testimony designations. With an enlargement of eight days, we believe that, despite our continuing work in preparing for the Northern States trial, we can complete and file our reply brief here. Because trial is not scheduled to resume in this case until January 2007, we do not believe that the requested enlargement will cause any prejudice to SFI or the Court.

For the foregoing reasons, defendant respectfully requests that the Court grant the request for an enlargement of time of eight days, to and including October 18, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

October 10, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 10th day of October 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO THE GOVERNMENT'S MOTION RELATING TO PLAINTIFF'S DEPOSITION AND TRIAL TESTIMONY DESIGNATIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.