# In The United States Court of Federal Claims

No. 03-2624C
Filed: October 16, 2006

******************************************

SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

******************************************

**ORDER**

The Defendant's October 12, 2006 Unopposed Motion for Enlargement of Time is hereby GRANTED. Defendant shall have an enlargement of time of eight days, through October 18, 2006, within which to file Defendant's Reply to Plaintiff's September 25, 2006 Response to Defendant's Motion to Strike Plaintiff's Deposition and Prior Trial Testimony Designations.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**