No. 03-2624C
(Judge Braden)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SYSTEM FUELS, INC., on its own behalf
and as agent for SYSTEM ENERGY RESOURCES, INC.
and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S "NOTICE OF DEPOSITION AND TRIAL TESTIMONY DESIGNATIONS" AND, IN THE ALTERNATIVE, MOTION *IN LIMINE* TO PRECLUDE RELIANCE UPON THOSE DESIGNATIONS AS SUBSTANTIVE EVIDENCE PURSUANT TO RCFC 32(a) AND FEDERAL RULE OF EVIDENCE 801(d)(2)

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-0347
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue S.W.
Washington, D.C. 20585

MARIAN E. SULLIVAN
JOHN C. EKMAN
SCOTT E. DAMELIN
STEPHEN FINN
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

October 18, 2006

Attorneys for Defendant

# TABLE OF CONTENTS

PAGE

DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S "NOTICE OF DEPOSITION AND TRIAL TESTIMONY DESIGNATIONS" AND, IN THE ALTERNATIVE, MOTION *IN LIMINE* TO PRECLUDE RELIANCE UPON THOSE DESIGNATIONS AS SUBSTANTIVE EVIDENCE PURSUANT TO RCFC 32(a) AND FEDERAL RULE OF EVIDENCE 801(d)(2) . . . . . . . . . . . . . . . . . . . . . 1

DISCUSSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

I. SFI CANNOT ESTABLISH AN INDEPENDENT BASIS FOR THE ADMISSION OF THE DESIGNATED TESTIMONY PURSUANT TO FEDERAL RULE OF EVIDENCE 801(d)(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

A. SFI Cannot Establish That Messrs. Morgan And Lawrence Are 'Agents' Of The Government As Is Necessary To Allow The Admission Of Their Deposition Testimony Pursuant To FRE 801(d)(2)©) . . . . . . . . . . . . . . . 2

B. Mr. Cole, As A Contractor, Is Not Employed By DOE For The Purposes Of The Admission Of His Prior Testimony Pursuant To FRE 801(d)(2)(D) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

C. SFI Has Not Met Its Burden To Establish That The Testimony Designated For The DOE Employees Is Within The Scope Of Their Employment . . 9

II. SFI HAS NOT MADE THE PROPER SHOWING AS TO WHY DESIGNATED TESTIMONY SHOULD BE ALLOWED TO BURDEN THE RECORD, PARTICULARLY FOR WITNESSES WHO ARE SCHEDULED TO TESTIFY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

III. CONTRARY TO SFI'S CONCERNS, THE GOVERNMENT HAS PROPERLY LODGED OBJECTIONS TO THE TESTIMONY DESIGNATED AND SOUGHT TO COMPLETE THOSE DEPOSITION DESIGNATIONS WITH ITS COUNTER-DESIGNATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

TABLE OF AUTHORITIES

**CASES**

Aliotta v. National R.R. Passenger Corp.,
315 F.3d 756 (3d Cir. 2003) . . . . . . . . . . 10

Angelo v. Armstrong World Industrial,
11 F.3d 957 (10th Cir. 1993) . . . . . . . . . . 12

Chemtool, Inc. v. Lubrication Techs., Inc.,
148 F.3d 742 (7th Cir. 1998) . . . . . . . . . . 6

Collins v. Wayne Corp.,
621 F.2d 777 (5th Cir. 1980) . . . . . . . . . . 3

Evans v. Port Auth. of N.Y. & N.J.,
192 F. Supp. 2d 247 (S.D.N.Y. 2002) . . . . . . . . . . 10

Harris v. Itzhaki,
183 F.3d 1043 (9th Cir. 1999) . . . . . . . . . . 10

Kirk v. Raymark Indus., Inc.,
61 F.3d 147 (3d Cir. 1995) . . . . . . . . . . 3

Lockheed Martin Corp. v. United States,
50 Fed. Cl. 550 (2001), aff'd, 48 Fed. Appx. 752 (Fed. Cir. 2002) . . . . . . . . . . 6

Pacific Gas & Electric Co. v. United States,
Nos. 04-0074 & -0075, 2006 WL 2925649 . . . . . . . . . . 5, 13

Renda Marine, Inc. v. United States,
66 Fed. Cl. 639 (2005) . . . . . . . . . . 13

Rotec Indus. v. Mitsubishi Corp.,
215 F.3d 1246 (Fed. Cir. 2000) . . . . . . . . . . 6

Sea-Land Serv., Inc. v. Lozen Int'l, Inc.,
285 F.3d 808 (9th Cir. 2001) . . . . . . . . . . 10

Theriot v. J. Ray McDermott & Co., Inc.,
742 F.2d 877 (5th Cir. 1984) . . . . . . . . . . 3

United States v. Int'l Bus. Machs. Corp.,
90 F.R.D. 377 (S.D.N.Y. 1981) . . . . . . . . . . 13

United States v. Marin,
669 F.2d 73 (2d Cir. 1982) . . . . . . . . . . 15

United States v. Sweiss,
814 F.2d 1208 (7th Cir. 1987) . . . . . . . . . . 15

Westinghouse Electric Corp. v. United States,
Nos. 93-445C & 93-446C, 1997 WL 1068204 (Fed. Cl. June 4, 1997) . . . . . . . . . . 9

Yankee Atomic Electric Co. v. United States,
No. 98-126C, 2004 WL 2450874 (Fed. Cl. Sept. 17, 2004) . . . . . . . . . . 9

**MISCELLANEOUS**

Fed. R. Evid. 801(d) . . . . . . . . . . passim

Restatement (Second) of Agency § 1 cmt. a (1958) . . . . . . . . . . 3