# UNITED STATES OF AMERICA

# State of Louisiana

UNION JUSTICE AND CONFIDENCE

## WADE O. MARTIN, JR.

*I, the undersigned Secretary of State, of the State of Louisiana*

DO HEREBY CERTIFY that the annexed and following is a True and Correct copy of the Articles of Incorporation and Initial Report of

SYSTEM FUELS, INC.,

A Louisiana corporation domiciled at New Orleans,

As shown by comparison with documents filed and recorded in this Office on January 4, 1972.

*In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,* September 6, 1972.

Wade O Martin Jr.

*Secretary of State*



FRANKLIN PRINTING CO. INC., N. O.

# ARTICLES OF INCORPORATION

# OF

# SYSTEM FUELS, INC.

I, THE UNDERSIGNED, in order to form a corporation for the purposes hereinafter stated, under and pursuant to the provisions of the Business Corporation Law (Title 12, Chapter 1, Revised Statutes of 1950) of the State of Louisiana, do hereby certify as follows:

FIRST: The name of the corporation is SYSTEM FUELS, INC.

SECOND: The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the Business Corporation Law of the State of Louisiana. Without limiting the scope and generality of the foregoing, the corporation may engage in the following specific businesses:

1. Prospecting for, acquiring and developing reserves of fuels and materials convertible into fuels for electric generating plants;

2. Constructing, acquiring and operating facilities for the production and processing of such fuels and materials which can be converted into such fuels;

3. Constructing, acquiring and operating facilities for receipt, storage and transportation of such fuels and materials which can be converted into such fuels;

4. Purchasing, selling, contracting for the storage, transportation and processing of, and otherwise dealing with such fuels, materials which can be converted into such fuels, and their by-product materials;

5. Conducting and supporting research, pilot plant work and field trial installations relating to fuel processing and utilization; and

6. Studying, planning and programing future fuel requirements of electric utilities and the sources of their supply.

The purposes specified in this Article SECOND shall also be construed as powers, and the foregoing enumeration of specific purposes and powers shall be in furtherance of, and in addition to, the general purposes and

powers conferred by the laws of the State of Louisiana.

THIRD: The aggregate number of shares of stock which the corporation is authorized to issue is ten thousand shares without par value.

FOURTH: The name and address of the single incorporator is Dan E. Stapp, Post Office Box 61000, New Orleans, Louisiana 70161.

FIFTH: Upon the approval by a majority of the voting power present at a meeting of stockholders, the corporation reserves the right to amend, alter, change or repeal any provision contained in this certificate in the manner now or hereafter prescribed by law, and all rights and powers conferred herein on stockholders, directors and officers are subject to this reserved power.

SIXTH: Consents in writing to action by the corporation may be signed by those stockholders having that proportion of the total voting power which would be required to authorize or constitute such action by the corporation at a meeting of stockholders.

SEVENTH: Any director absent from a meeting of the board of directors or any committee thereof may be represented by any other director or stockholder, who may cast the vote of such absent director according to the written instructions, general or special, of the absent director.

EIGHTH: The duration of the corporation shall be in perpetuity.

IN WITNESS WHEREOF, I have hereunto set my hand and seal, the 3rd day of January, 1972.

_______________ (L.S.)

In the presence of:

_______________

ACKNOWLEDGMENT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned Notary Public, in and for the Parish aforesaid, on this 3rd day of January , 1972, personally

came and appeared Dan E. Stapp, who declared and acknowledged to me, Notary, in the presence of the undersigned competent witnesses, that he is the identical person who executed the foregoing instrument in writing, that his signature thereon is his own true and genuine signature and that he executed said instrument of his own free will and accord and for the uses, purposes, and consideration therein expressed.

THUS DONE AND PASSED on the day, month and year hereinabove set forth, in the presence of the undersigned competent witnesses, who have hereunto subscribed their names, together with said appearer, and before me, Notary, after reading of the whole.

WITNESSES:

[signature] [signature]
DAN E. STAPP

[signature]

[signature]
NOTARY PUBLIC