NFC-1978-0001

# NUCLEAR FUEL AND FUEL SERVICES PURCHASE AGREEMENT

This Agreement made and entered into as of this 15th day of June, 1978 by and among SYSTEM FUELS, INC., a Louisiana corporation, hereinafter referred to as "Seller", and ARKANSAS POWER & LIGHT COMPANY, an Arkansas corporation, LOUISIANA POWER & LIGHT COMPANY, a Louisiana corporation, and MIDDLE SOUTH ENERGY, INC., an Arkansas corporation, hereinafter referred to collectively as "Buyers";

WITNESSETH:

WHEREAS, Seller was organized with one of its objectives being to provide adequate supplies of nuclear fuels and fuel services in proper quantities and of proper qualities to meet Buyers' requirements; and,

WHEREAS, Buyers and Seller desire to set forth their agreement concerning Buyers' purchases from Seller and Seller's sales to Buyers of nuclear fuels and fuel services;

NOW, THEREFORE, for and in consideration of the premises and the mutual covenants and agreements herein set forth, Buyers and Seller agree as follows:

## ARTICLE I - TERM

This Agreement shall remain in full force and effect from the date hereof until January 1, 2024 and from

060-46

year to year thereafter unless terminated as to any party hereto as provided below.

In the event any party hereto desires to terminate this Agreement, any of the Buyers may do so upon forty-eight (48) months advance written notice to Seller, and Seller may do so upon forty-eight (48) months advance written notice to Buyers. Such termination shall become effective on the first day of the forty-ninth (49th) calendar month succeeding the month during which such written notice of termination is received. In the event any of the Buyers or the Seller elects to terminate under this provision, Seller agrees to assign to that Buyer any contracts which Seller then has for the supply of enrichment services for that Buyer's nuclear units, provided that Seller's suppliers of enrichment services consent to such assignment to the extent necessary. In the event less than all of the Buyers elect to terminate, this Agreement shall remain in effect as to Seller and the remaining Buyers or Buyer. Termination of this Agreement shall not affect any obligations undertaken or incurred by any party hereto prior to the effective date of such termination.

## ARTICLE II - AGREEMENT TO PURCHASE

Subject to the terms and conditions of this Agreement, Seller agrees to sell to Buyers, and Buyers agree

to buy from Seller, all of Buyers' requirements of the nuclear fuels and fuel services described in Exhibit "A" attached hereto and made a part hereof, which said nuclear fuels and fuel services shall meet the specifications as to quality required by the Buyers; provided, however, that any of the Buyers may purchase from others those nuclear fuels and fuel services which it is obligated to purchase under purchase agreements in force on the date of this Agreement.

ARTICLE III - DESIGNATION OF NUCLEAR FUEL AND FUEL SERVICES

From time to time during the term of this Agreement, each one of the Buyers, or an agent appointed by it or by them, shall designate to Seller the quantities of nuclear fuels and fuel services which are to be purchased hereunder from Seller and, also, the location at which and the time by which delivery is to be made.

ARTICLE IV - TITLE

The Seller shall have title to and assume all risk of loss of nuclear fuel until delivery under an appropriate designation of services is complete. Delivery shall have been completed and title to and all risk of loss of said nuclear fuel shall pass to Buyer when said nuclear fuel is accepted at its destination as designated to Seller in accordance with Article III hereof.

ARTICLE V - PRICE

The price for the nuclear fuels and fuel services sold by Seller to Buyers hereunder shall be at Seller's cost. "Seller's cost" shall mean the actual cost of acquiring or producing the nuclear fuels or fuel services, including consultants' and brokerage fees, transportation, storage and operation costs, inventory shrinkage, fixed charges, interest expense, spent fuel transportation, storage and disposition costs, general administrative expenses and amortization of unsuccessful exploration activities, all of which shall be determined in accordance with Rule 91 promulgated by the Securities and Exchange Commission under the Public Utility Holding Company Act of 1935. The allocation of Seller's costs to the types of nuclear fuels and fuel services sold to Buyers hereunder in order to determine the selling price of each such nuclear fuel or fuel service shall be made in accordance with generally accepted cost accounting practices.

ARTICLE VI - DISPOSITION OF SPENT FUEL RESIDUALS

Title to and risk of loss or damage to any uranium or plutonium residuals recovered by reprocessing shall pass to Seller upon removal of said residuals from the reprocessing facility. Seller shall credit the Buyer or Buyers from whose spent fuel the residuals were recovered with the net book value of said residuals as determined under generally

accepted cost accounting procedures. However, in lieu of such credit from Seller, any Buyer may sell to others said residuals which it is obligated to sell under agreements in force on the date of this Agreement. Buyer or Buyers shall, within 30 days of the date of this Agreement, submit to Seller a schedule setting forth the specific quantities and delivery dates of any residuals which Buyer or Buyers are obligated to sell to others.

ARTICLE VII - BILLING AND PAYMENT

Promptly upon delivery of nuclear fuel and performance of fuel services, Seller will invoice Buyer for the total price of the nuclear fuel and fuel services comprising such delivery, as computed on Seller's statement of composition. Buyer shall pay Seller the amount shown on the invoice within 15 days after the date of Buyer's receipt of the invoice. Any adjustments based on final index figures or final weights will be made at the time said final figures or weights become available.

ARTICLE VIII - OTHER AGREEMENT

The parties hereto agree that certain sales by Seller hereunder may only be made subject to conditions set forth in and required by that certain Sales Agreement entered into as of the 15th day of June, 1978 between the Seller and Arkansas Power & Light Company.

ARTICLE IX - FORCE MAJEURE

Seller shall not be liable to Buyers or to any of them for any loss or damage caused to Buyers or to any of them by delay in delivery or failure to perform hereunder resulting from causes beyond the Seller's reasonable control such as Acts of God, acts of or failure to act by any Buyer, acts of civil or military authority, governmental priorities, fires, strikes or other labor problems, floods, epidemics, quarantine restrictions, war, riot, delays in transportation, transportation shortages, and inability of Seller to obtain necessary fuels, enrichment or other services, or transportation. None of the Buyers shall be liable to Seller for any loss or damage caused to Seller by failure to perform hereunder resulting from causes beyond Buyer's reasonable control such as Acts of God, acts or failure to act by Seller, acts of civil or military authority, governmental priorities, fires, strikes, floods, epidemics, quarantine restrictions, war and riot.

ARTICLE X - SEVERABILITY OF PROVISIONS

It is understood and agreed by the parties hereto that if any part, term, or provision of this Agreement is held by any court of competent jurisdiction to be illegal or invalid, the validity of the remaining parts, terms, or provisions shall not be affected, and the rights and

obligations of the parties shall be construed and enforced as if the Agreement did not contain the particular part, term, or provision held to be illegal or invalid.

ARTICLE XI - NOTICE

All notices, designations, or other communications hereunder shall be in writing, addressed to the official address of the party receiving such notice and shall be forwarded by prepaid telegram, telex or deposited in the United States mail, postage prepaid.

The official address of Seller and Buyers shall be (until and unless a different official address shall have been communicated to all parties) as follows:

SELLER: System Fuels, Inc.
225 Baronne Street
P.O. Box 61532
New Orleans, Louisiana 70161
Attention: President

BUYERS: Arkansas Power & Light Company
201 West 6th Avenue
P.O. Box 6869
Pine Bluff, Arkansas 71601
Attention: Senior Vice President - Production, Transmission and Engineering

Louisiana Power & Light Company
142 Delaronde Street
New Orleans, Louisiana 70174
Attention: Vice President - Power Production

Middle South Energy, Inc.
P.O. Box 61000
New Orleans, Louisiana 70161
Attention: Vice President

IN WITNESS WHEREOF, the parties have executed this Agreement as of the day, month and year hereinabove first written.

Seller

SYSTEM FUELS, INC.

BY: [signature]

TITLE: President & Chief Executive Officer

Buyers

ARKANSAS POWER & LIGHT COMPANY

BY: [signature]

TITLE: President & CEO

LOUISIANA POWER & LIGHT COMPANY

BY: [signature]

TITLE: President

MIDDLE SOUTH ENERGY, INC.

BY: [signature]

TITLE: PRESIDENT

IN WITNESS WHEREOF, the parties have executed this Agreement as of the day, month and year hereinabove first written.

Seller

SYSTEM FUELS, INC.

BY: /s/ J. L. Prendergast

TITLE: President & Chief Executive Officer

Buyers

ARKANSAS POWER & LIGHT COMPANY

BY: /s/ Arch P. Pettit

TITLE: President & CEO

LOUISIANA POWER & LIGHT COMPANY

BY: /s/ J. M. Wyatt

TITLE: President

MIDDLE SOUTH ENERGY, INC.

BY: /s/ F. W. Lewis

TITLE: President

# EXHIBIT A

## Nuclear Fuels

Uranium Concentrates ($U_3O_8$)

Natural Uranium Hexafluoride

Enriched Uranium Hexafluoride

Plutonium

Irradiated Uranium Hexafuluoride

## Fuel Services

Enrichment Services

Conversion Services

Reprocessing Services

Shipping Services

Spent Fuel Storage Services (away from reactor)