UYSH

Offer of Settlement, Docket Nos. ER89-678-000, EL90-16-000, and EL90-45-000

APPENDIX F

Second Revised Sheet

FILING PUBLIC UTILITY

System Energy Resources, Inc.

Rate Schedule FERC No. 2

PUBLIC UTILITIES RECEIVING SERVICE UNDER RATE SCHEDULE

Arkansas Power & Light Company
Louisiana Power & Light Company
Mississippi Power & Light Company
New Orleans Public Service Inc.

SERVICE TO BE PROVIDED UNDER RATE SCHEDULE

Wholesale Sale of Electric Power

Second Revised Sheet

Unit Power Sales Agreement

THIS AGREEMENT, made, entered into, and effective as of this 10th day of June, 1982, by and among Arkansas Power & Light Company ("AP&L"), Louisiana Power & Light Company ("LP&L"), Mississippi Power & Light Company ("MP&L"), New Orleans Public Service Inc., ("NOPSI") and Middle South Energy, Inc. ("MSE")*,

WITNESSETH THAT:

WHEREAS, MSE* was incorporated on February 11, 1974 under the laws of the State of Arkansas to own certain future generating capacity for the Middle South System, of which AP&L, LP&L, MP&L and NOPSI ("System Companies") are members; and

WHEREAS, System Energy has accordingly undertaken the ownership and financing of an undivided interest in, and construction of, the Grand Gulf Generating Station, a two-unit, nuclear-fueled electric generating station on the east back of the Mississippi River near Port Gibson, Mississippi ("Project"); and

WHEREAS, the System Companies own and operate electric generating, transmission and distribution facilities in Arkansas, Louisiana, Mississippi and Missouri and generate, transmit and sell electric energy both at retail and wholesale in such states; and

WHEREAS, System Energy has agreed to sell to AP&L, LP&L, MP&L and NOPSI ("Purchasers") specified percentages of all of the capacity and energy available to System Energy from the Project, and the System Companies have agreed to join with System Energy, before the date Unit 1 of the Project is placed in service, in executing an agreement which will set forth in detail the terms and conditions for the sale of such capacity and energy by System Energy to the System Companies; and

WHEREAS, Unit 1 is expected to be placed in commercial operation in the first quarter of 1983;

NOW, THEREFORE, System Energy and the System Companies mutually understand and agree as follows:

* Middle South Energy, Inc.'s name was changed to System Energy Resources, Inc. ("System Energy") on July 22, 1986.

1.1 System Energy shall, subject to the terms and conditions of this Agreement, make available, or cause to be made available, to the Purchasers all of the capacity and energy which shall be available to System Energy at the Project, including test energy produced during the course of the construction and testing of Unit 1 and Unit 2 of the Project ("Power").

1.2 The Purchasers shall, subject to the terms and conditions of this Agreement, be entitled to receive all of the Power which shall be available to System Energy at the Project in accordance with their respective Entitlement Percentages. The Entitlement Percentages are as follows:

| | Entitlement Percentages | |
|---|---|---|
| | Unit No. 1 | Unit No. 2 |
| AP&L | 36% | |
| LP&L | 14% | |
| MP&L | 33% | |
| NOPSI | 17% | |
| | 100% | |

1.3 Commencing with the earlier of (a) the date of commercial operation of each Unit or (b) December 31, 1984 (with respect to Unit 1) or December 31, 1988 (with respect to Unit 2) and, respectively continuing monthly thereafter until this Agreement is terminated pursuant to the provisions of Section 9 hereof, in consideration of the right to receive its Entitlement Percentage of such Power from each Unit, each Purchaser will pay System Energy an amount equal to such Purchaser's Entitlement Percentage multiplied by System Energy's Total Cost of Service for such Unit for such month.

The "Total Cost of Service" for each Unit for any month shall be the sum of (a) System Energy's Operating Expenses for such month for such Unit, plus (b) an amount equal to one-twelfth of the Composite Percentage multiplied by the Net Unit Investment for such Unit.

"FERC" shall mean the Federal Energy Regulatory Commission (or any successor governmental authority).

"Uniform System" shall mean the Uniform System of Accounts prescribed by the FERC for Major Public Utilities and Licensees, as from time to time in effect.

System Energy's "Operating Expenses" shall include, with respect to each Unit, all amounts properly chargeable to System Energy's operating expense accounts, less any applicable credit thereto, in accordance with the Uniform System; it being understood that for purposes of this Agreement "Operating Expenses" shall include (but not be limited to) (a) depreciation accrued at a rate at least sufficient to fully amortize the non-salvageable plant investment, including the cost of removal of interim retirements, over the estimated then remaining useful life of the unit; (b) obligations incurred in connection with the leasing of fuel inventory and/or amortization of fuel burned; (c) accruals to any reserve established by System Energy to provide for decommissioning the unit over the estimated then remaining useful life of the unit; and (d) accruals for disposal of spent nuclear fuel.

"Net Unit Investment" for any month shall be computed as of the last day of the previous month and shall consist with respect to each Unit, of (a) the aggregate amount properly chargeable at the time in accordance with the Uniform System to System Energy's utility plant accounts (including, but not limited to, (i) construction work in progress, to the extent allowed by the FERC, related to each Unit after its respective Commercial Operation date, and (ii) nuclear fuel accounts other than nuclear fuel in process of fabrication), less the balance, at the time of any accumulated provision for depreciation and amortization of utility plant (exclusive of any decommissioning reserve), including amortization of the cost of nuclear fuel (exclusive of any reserve for disposal of nuclear fuel), as determined in accordance with the Uniform System; plus (b) the aggregate amount properly chargeable at the time in accordance with the Uniform System to accounts representing materials and supplies; plus (c) such reasonable allowances for prepaid items and cash working capital as may from time to time be determined by System Energy; plus (d) recoverable income taxes to the extent previously credited to utility plant accounts and not yet realized excluding amounts related to construction work in progress that are not included in net unit investment but that are included in the allowance for funds used during construction computation; and less (e) accumulated provision for deferred income taxes and less (f) other deferred credits.

"Composite Percentage" for any month shall be that computed as of the last day of the previous month ("computation date") Composite Percentage as of a computation date shall be the sum of (a) thirteen percent (13%) multiplied by the ratio which the Equity Investment, as of such date, is to the Total Capital as of such date; plus (b) the "effective interest rate" per annum of each principal amount of debt (other than loans or advances made by the common stockholder of System Energy) outstanding on such date for money borrowed, multiplied by the ratio which such principal amount is to Total Capital as of such date; plus (c) the "effective dividend rate" per annum of each series of preferred stock outstanding as of such date multiplied by the

ratio which the amount at which such preferred stock would be reflected on a balance sheet of System Energy is to Total Capital as of such date. The "effective interest rate" of each principal amount of debt referred to in clause (b) will reflect the annual interest requirements and to the extent applicable, amortization of issue expenses, discounts and premiums, sinking fund call premiums, expenses and discounts, refunding and retirement expenses, discounts and premiums, and all other expenses applicable to the issue of such indebtedness. The "effective dividend rate" of each series of preferred stock referred to in clause (c) will reflect the annual dividend requirements applicable to each such series of preferred stock.

"Equity Investment" as of any date shall consist of the sum of (a) all amounts theretofore paid to System Energy for all common capital stock theretofore issued, plus all capital contributions, advances or pro rata loans pursuant to any capital contribution agreement, less the sum of any amounts paid by System Energy to its common stockholder in the form of stock retirements, repurchases or redemptions, return of capital or repayments of such advances or loans; plus (b) any credit balance (i) in the paid in capital account not included under (a) and (ii) in the retained earnings account on the books of System Energy as of such date.

"Total Capital" as of any date shall be the Equity Investment, plus the total of the amount which would be reflected on a balance sheet of System Energy for all other securities, debt and preferred stock then outstanding.

Prior to the earlier of (a) the date of commercial operation of each Unit or (b) December 31, 1984 (with respect to Unit 1) or December 31, 1988 (with respect to Unit 2), the Purchasers shall pay System Energy monthly in accordance with their respective Entitlement Percentages for any Power delivered to them from each such Unit hereunder at a rate equal to the incremental cost of energy displaced by such Power on the Middle South System.

2. The performance of the obligations of System Energy hereunder shall be subject to the receipt and continued effectiveness of all authorizations of governmental regulatory authorities at the time necessary to permit System Energy to perform its duties and obligations hereunder, including the receipt and continued effectiveness of all authorizations by governmental regulatory authorities at the time necessary to permit the completion by System Energy of the construction of the Project, the operation of the Project, and for System Energy to make available to the Purchasers all of the Power available to System Energy at the Project. System Energy shall use its best efforts to secure and maintain all such authorizations by governmental regulatory authorities.

3. System Energy shall operate and maintain the Project in accordance with good utility practice. Outages for inspection, maintenance, refueling, repairs and replacements shall be scheduled in accordance with good utility practice and, insofar as practicable, shall be mutually agreed to by System Energy and the Purchasers.

4. Delivery of Power sold to the Purchasers pursuant to this Agreement shall occur at the Project's step-up transformer and shall be made in the form of three-phase, sixty hertz alternating current at a nominal voltage of 500 kilovolts. System Energy will supply and maintain all necessary metering equipment for determining the quantity and conditions of delivery under this Agreement. System Energy will furnish to the Purchasers such summaries of meter readings and other metering information as may reasonably be requested.

5. Monthly bills calculated in accordance with the provisions of Section 1.3 shall be issued by System Energy on the fifth working day of each month and shall be payable in immediately available funds on or before the 15th day of such month. After the 15th day, interest shall accrue on any balance due at the rate required for refunds ordered pursuant to FERC Regulations under the Federal Power Act.

6. Nothing contained herein shall be construed as affecting in any way the right of System Energy to unilaterally make application to FERC for a change in the rates contained herein or any other term or condition of this Agreement under Section 205 of the Federal Power Act and pursuant to FERC Rules and Regulations promulgated thereunder.

7. No Purchaser shall be entitled to set off against any payment required to be made by it under this Agreement (a) any amounts owed by System Energy to any Purchaser or (b) the amount of any claim by any Purchaser against System Energy. The foregoing, however, shall not affect in any other way the rights and remedies of any Purchaser with respect to any such amounts owed to any Purchaser by System Energy or any such claim by any Purchaser against System Energy.

8. The invalidity and unenforceability of any provision of this Agreement shall not affect the remaining provisions hereof.

9. This Agreement shall continue until terminated by mutual agreement of all parties hereto.

10. This Agreement shall be binding upon the parties hereto and their successors and assigns, but no assignment hereof, or of any right to any funds due or to become due under this Agreement, shall in any event relieve either any Purchaser or System Energy of any of their respective obligations hereunder, or, in the case of the Purchasers, reduce to any extent their entitlement to receive all of the Power available to System Energy from time to time at the Project.

11. The agreements herein set forth have been made for the benefit of the Purchasers and System Energy and their respective successors and assigns and not other person shall acquire or have any right under or by virtue of this Agreement.

12. The Purchasers and System Energy may, subject to the provisions of this Agreement, enter into a further agreement or agreements between the Purchasers and System Energy, setting forth detailed terms and provisions relating to the performance by the Purchasers and System Energy of their respective obligations under this Agreement. No agreement entered into under this Section 12 shall, however, alter to any substantive degree the obligations of any party to this Agreement in any manner inconsistent with any of the foregoing sections of this Agreement.

13. Each of the Purchasers shall, at any time and from time to time, be entitled to assign all of its right, title and interest in and to all of the Power to which any of them shall be entitled under this Agreement, but no Purchaser shall, by such assignment, be relieved of any of its obligations and duties under this Agreement except through the payment to System Energy, by or on behalf of such Purchaser, of the amount or amounts which such Purchaser shall be obligated to pay pursuant to the terms of this Agreement.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed as of the day and year first above written.

MIDDLE SOUTH ENERGY, INC. *

By_______________

ARKANSAS POWER & LIGHT COMPANY

By_______________

LOUISIANA POWER & LIGHT COMPANY

By_______________

MISSISSIPPI POWER & LIGHT COMPANY

By_______________

NEW ORLEANS PUBLIC SERVICE INC.

By_______________

* Middle South Energy, Inc.'s name was changed to System Energy Resources, Inc. ("System Energy") on July 22, 1986.

First Revised Sheet

System Energy Resources, Inc.

Billing Format

Fourth Revised Sheet

SYSTEM ENERGY RESOURCES, INC.

BILLING FORMAT

COST OF SERVICE

MONTH, 199X

GRAND GULF UNIT I

OPERATING EXPENSES

OPERATION EXPENSES:

FUEL EXPENSE (ACCOUNT 518) $

OTHER OPERATION EXPENSES (ACCOUNTS 517, 519-525, 556, 557, 560-567, 901-905, 920-931)

MAINTENANCE EXPENSES (ACCOUNTS 528-532, 568-573, 935)

DEPRECIATION EXPENSE (ACCOUNT 403) - SCHEDULE A

DECOMMISSIONING EXPENSE (ACCOUNT 403) 1/

AMORTIZATION EXPENSES (ACCOUNTS 404-407)

TAXES OTHER THAN INCOME TAXES (ACCOUNT 408.1)

TAXES - INCOME (ACCOUNTS 409.1, 409.3, 410.1, 411.1, 411.4)

GAINS/LOSSES FROM DISPOSITION OF UTILITY PLANT (ACCOUNTS 411.6-411.7)

TOTAL OPERATING EXPENSES $

ADJUSTMENT OF PRIOR BILLINGS - SCHEDULE -

OPERATING EXPENSES AS BILLED $

OPERATING EXPENSES ACTUAL

RETURN ON NET UNIT INVESTMENT - SCHEDULE B

TOTAL COST OF SERVICE $

1/ THE MONTHLY DECOMMISSIONING EXPENSE FOR GRAND GULF UNIT I IS IN ACCORDANCE WITH FERC SETTLEMENT AGREEMENT. THE AMOUNT VARIES EACH YEAR BASED ON THE APPROVED DECOMMISSIONING SCHEDULE.

Sixth Revised Sheet

SYSTEM ENERGY RESOURCES, INC. SCHEDULE A

DEPRECIATION EXPENSE

MONTH, 199X

| PLANT FUNCTION | DEPRECIABLE PLANT BALANCES | EFFECTIVE ACCRUAL RATES 1/ | DEPRECIATION EXPENSE |
|---|---|---|---|
| NUCLEAR PLANT (ACCOUNT 101) | $ | 2.85% | $ |
| TRANSMISSION PLANT (ACCOUNT 101) | $ | 2.85% | $ |
| GENERAL PLANT OFFICE EQUIPMENT (ACCOUNT 101) | $ | 2.85% | $ |
| TRANSPORTATION EQUIPMENT (ACCOUNT 101) | $ | 2.85% | $ |
| TOTAL | $ | | $ |

1/ EFFECTIVE JANUARY 1, 1987

Third Revised Sheet

SCHEDULE B
Page 1 of 2

# SYSTEM ENERGY RESOURCES, INC.

## RETURN ON NET UNIT INVESTMENT AND COMPOSITE PERCENTAGE

## MONTH, 199X

| | | |
|---|---|---|
| **PLANT IN SERVICE** | | |
| UTILITY PLANT IN SERVICE (ACCOUNTS 101, 106, 120.2-120.4) | $ | 1/ |
| LESS: ACCUMULATED PROVISION FOR DEPRECIATION/ AMORTIZATION (ACCOUNTS 108, 111, 120.5) | ______ | 1/ |
| (EXCLUSIVE OF ANY DECOMMISSIONING RESERVE AND ANY RESERVE FOR DISPOSAL OF NUCLEAR FUEL) | | |
| NET UTILITY PLANT IN SERVICE | $ | 1/ |
| **WORKING CAPITAL** | | |
| MATERIALS & SUPPLIES (ACCOUNTS 154, 163) | $ | 1/ |
| PREPAYMENTS (ACCOUNT 165 - EXCLUDING PREPAID INTEREST) | | 1/ |
| WORKING CAPITAL ALLOWANCE | ______ | 2/ |
| TOTAL WORKING CAPITAL | $ ______ | |
| **RECOVERABLE INCOME TAXES** (ACCOUNT 186) | $ ______ | 3/ |
| **OTHER DEFERRED CREDITS** (ACCOUNT 253 - SALE AND LEASEBACK OF A PORTION OF GRAND GULF UNIT 1) | $ ______ | 4/ |
| **ACCUMULATED PROVISION FOR DEFERRED INCOME TAX** (ACCOUNTS 190, 282, 283) | $ ______ | 1/ |
| **NET UNIT INVESTMENT** | $ ______ | 1/ |
| RETURN & COMPOSITE PERCENTAGE (SCH. B2) x NET UNIT INVESTMENT DIVIDED BY 12 | $ ______ | 1/ |

---

1/ CALCULATED ON PREVIOUS MONTH BALANCES.

2/ EFFECTIVE APRIL, 19[illegible] WORKING CAPITAL ALLOWANCE IS ZERO IN ACCORDANCE WITH THE FERC SETTLEMENT AGREEMENT.

3/ BALANCES ARE EXCLUDED FROM NET UNIT INVESTMENT IN ACCORDANCE WITH SEPTEMBER, 1989 SETTLEMENT AGREEMENT.

4/ REMAINING UNAMORTIZED DEFERRED GAIN WAS AMORTIZED AS A CREDIT TO THE UPSA BILLING RATABLY OVER THE PERIOD JUNE TO DECEMBER 1991.

Fourth Revised Sheet

SCHEDULE B
Page 2 of 2

SYSTEM ENERGY RESOURCES, INC.

RETURN ON NET UNIT INVESTMENT AND COMPOSITE PERCENTAGE
(Continued)
MONTH, 199X

| CAPITALIZATION | AMOUNT | CAP. RATIO | RATE | COMPONENT |
|---|---|---|---|---|
| DEBT (ACCOUNTS 181, 189, 221, 224, 226, 231) | A1 | A1/A4 | D% | (A1/A4)D% |
| PREFERRED STOCK (ACCOUNTS 204, 205, 206) | A2 | A2/A4 | P% | (A2/A4)P% |
| COMMON EQUITY (ACCOUNTS 201, 202, 203, 207-216.1) | A3 | A3/A4 | C% | (A3/A4)C% |
| TOTAL CAPITALIZATION | A4 | 100% | | Composite % |

WHERE: D IS WEIGHTED AVERAGE DEBT RATE INCLUDING SHORT TERM DEBT TO THE EXTENT NOT UTILIZED IN AFUDC CALCULATION.

WHERE: P IS WEIGHTED AVERAGE PREFERRED STOCK DIVIDEND RATE.

WHERE: C IS 13% RETURN ON COMMON EQUITY. 1/

1/ EFFECTIVE APRIL 2, 1990

Second Revised Sheet

SCHEDULE C
PAGE 1 OF 2

# SYSTEM ENERGY RESOURCES, INC.

## INCOME TAX EXPENSE

## MONTH, 199X

### CURRENT INCOME TAX EXPENSE

| FORMULA DESCRIPTION | |
|---|---|
| OPERATING EXPENSES (EXCLUDING INCOME TAXES) | $ |
| - INCOME TAX DEDUCTIONS | |
| + DEFERRED TAX PROVISIONS | |
| - RETURN ON NET UNIT INVESTMENT (DEBT COMPONENT) | |
| + TOTAL RETURN ON NET UNIT INVESTMENT | |
| - ITC AMORTIZATION (ACCOUNT 411.4) | |
| = TAXABLE INCOME | $ |
| x TAX RATE / (1 - TAX RATE) | |
| = INCOME TAXES BEFORE ITC PROVISION | $ |
| - ITC PROVISION | |
| = CURRENT FEDERAL AND STATE INCOME TAXES | $ |

### DEFERRED INCOME TAX EXPENSE

| DESCRIPTION | (1) OPERATING EXPENSES | (2) 1/ ADJUSTMENT FOR PERMANENT DIFFERENCES | (3) OPERATING EXPENSES AS ADJUSTED | (4) 1/ TIMING DIFFERENCES | (5) INCOME TAX DEDUCTION |
|---|---|---|---|---|---|
| FUEL EXPENSE (ACCOUNT 518) | $ | $ | $ | $ | $ |
| OTHER OPERATIONS EXPENSE (ACCOUNTS 517, 519-525, 534, 537, 560-567, 901-905, 920-931) | | | | | |
| MAINTENANCE EXPENSE (ACCOUNTS 528-532, 568-573, 935) | | | | | |
| DEPRECIATION EXPENSE (ACCOUNTS 403-407) | | | | | |
| DECOMMISSIONING EXPENSE (ACCOUNT 403) | | | | | |
| TAXES OTHER THAN INCOME TAX (ACCOUNT 408.1) | | | | | |
| TAXES CAPITALIZED PER BOOKS | | | | | |
| | $ | $ | $ | $ | $ |

| | |
|---|---|
| DEFERRED STATE INCOME TAX PROVISION | |
| NET TIMING DIFFERENCES | $ |
| DEFERRED FEDERAL INCOME TAX PROVISION | $ |

SUMMARY:

| | |
|---|---|
| CURRENT FEDERAL TAX EXPENSE (ACCOUNT 409.1) | $ |
| CURRENT STATE TAX EXPENSE (ACCOUNT 409.1) | |
| DEFERRED FEDERAL TAX EXPENSE (ACCOUNTS 410.1, 411.1) | |
| DEFERRED STATE TAX EXPENSE (ACCOUNTS 410.1, 411.1) | |
| ITC PROVISION | |
| ITC AMORTIZATION (ACCOUNT 411.4) | |
| TOTAL INCOME TAXES | $ |

1/ Supporting calculations follow on page 2 of 2. These columns include such amounts as are necessary to comply with the FERC's normalization rules under order no. 144 and 144-A, and with normalization rules under the Internal Revenue Code.

Second Revised Sheet

SCHEDULE C
Page 2 of 2

SYSTEM ENERGY RESOURCES, INC.

INCOME TAX EXPENSE
(Continued)
MONTH, 199X

DEFERRED INCOME TAX EXPENSE SUPPORTING CALCULATIONS

PERMANENT DIFFERENCES:

DEPRECIATION OF AFUDC - $

| | |
|---|---|
| TAX BASIS OF UNIT #1 | $ |
| TAXES CAPITALIZED PER BOOKS NET OF TEST ENERGY (ACCOUNTS 101.33, 101.34) | |
| BASIS FOR DEFERRED TAX CALCULATION | $ |
| BOOK BASIS | $ |
| RATIO OF BASIS FOR DEFERRED TAX CALCULATIONS TO BOOK BASIS: | % |
| BOOK DEPRECIATION OF BASIS FOR DEFERRED TAX CALCULATION | $ |
| BOOK DEPRECIATION (ACCOUNT 403) | ( ) |
| DEPRECIATION OF AFUDC | $ |
| MEAL AND ENTERTAINMENT EXPENSE (ACCOUNTS 517, 519-525, 528-532, 556, 557, 560-573, 901-905, 920-931, 935) | $ |
| PENSION EXPENSE (ACCOUNT 926) | $ |

TIMING DIFFERENCES:

FUEL EXPENSE - $

| | |
|---|---|
| TAX DEPRECIATION OF NUCLEAR FUEL | $ |
| INTEREST AND OTHER DEDUCTIBLE EXPENSES (ACCOUNT 518) | $ |
| NUCLEAR FUEL EXPENSE PER BOOKS (ACCOUNT 518) | ( ) |
| EXCESS | $ |

DEPRECIATION EXPENSE - $

| | |
|---|---|
| TAX DEPRECIATION OF UNIT 1 (ACCOUNT 403) | $ |
| DEPRECIATION OF BASIS FOR DEFERRED TAX CALCULATION | ( ) |
| EXCESS | $ |

DECOMMISSIONING EXPENSE - $

| | |
|---|---|
| TAX DEDUCTION FOR ACCRUED DECOMMISSIONING EXPENSES | $ |
| BOOK ACCRUAL FOR DECOMMISSIONING EXPENSES (ACCOUNT 403) | ( ) |
| EXCESS | $ |

PENSION EXPENSE - $

| | |
|---|---|
| TAX DEDUCTION FOR ACCRUED PENSION EXPENSES | $ |
| BOOK ACCRUAL FOR PENSION EXPENSES (ACCOUNT 926) | ( ) |
| EXCESS | $ |

NFC-1978-0001-01

Supplemental Sales Agreement dated as of
January 31, 1984 to Nuclear Fuel and Fuel
Services Purchase Agreement dated
June 15, 1978

This Supplemental Sales Agreement dated as of January 31, 1984 ("Supplement") is among System Fuels, Inc. ("SFI"), a Louisiana corporation, Arkansas Power & Light Company ("AP&L"), an Arkansas corporation, Louisiana Power & Light Company ("LP&L"), a Louisiana corporation, and Middle South Energy, Inc. ("MSE"), an Arkansas corporation.

RECITALS

SFI, AP&L, LP&L and MSE (collectively the "Companies") are parties to that certain Nuclear Fuel and Fuel Services Purchase Agreement, dated June 15, 1978 (the "Fuel Contract").

The Companies are agreeable to supplementing the Fuel Contract as provided herein.

Accordingly, in consideration of the premises stated herein and other good and valuable consideration, the receipt of which is hereby acknowledged, the Companies agree as follows:

(1) Prior to September 30, 1987, SFI agrees to sell to AP&L not more than 446,545 separative work units of enrichment services related to enriched $UF_6$ held in SFI's inventory for the accounts of LP&L and MSE, and AP&L shall pay to SFI the price per separative work unit of enriched $UF_6$ which is the lesser of (1) the price that SFI would pay under its contracts with the DOE (hereinafter defined) to supply enrichment services for enriched $UF_6$ required for use at AP&L's Arkansas Nuclear One, or (2) "Seller's cost", as defined in Article V of the Fuel Contract; provided however, that SFI's obligation to sell such enrichment services is expressly conditioned upon SFI's ability to make such sales in accordance with the provisions of paragraph (3) hereunder. Upon

060-46

any such payment, SFI shall transfer in its inventory the enriched $UF_6$ described above to AP&L's account and transfer an equal amount of $UF_6$ feed material held in SFI's inventory for the account of AP&L to SFI's inventory held for the accounts of LP&L and MSE.

(2) SFI shall cause the United States Government, acting through the Department of Energy ("DOE"), to reflect the exchange of $UF_6$ feed material for enriched $UF_6$ feed material on the appropriate accounting records of the DOE.

(3) SFI will effect all sales and exchanges described herein using $UF_6$ and enriched $UF_6$ that is not subject to any lien, encumbrance or security interest incurred pursuant to SFI's financing arrangements with Crocker National Bank or The Aetna Casualty and Surety Company.

The Companies expressly agree that except in connection with the transaction described herein, the Fuel Contract shall not be modified, waived or amended in any way by this Supplement, and the Fuel Contract shall remain in full force and effect.

In witness whereof, the Companies have caused this Supplement to be duly executed by their duly authorized officers as of the day and year first above written.

System Fuels, Inc.

By ______________________

Arkansas Power & Light Company

By ______________________

Louisiana Power & Light Company

By James M. Cain

Middle South Energy, Inc.

By ______________________

Attachment 1

NFC-1978-0001-02

Second Supplemental Sales Agreement dated as of April 24, 1984 to Nuclear Fuel and Fuel Services Purchase Agreement dated June 15, 1978

This Second Supplemental Sales Agreement dated as of April 24, 1984 ("Second Supplement") is among System Fuels, Inc. ("SFI"), a Louisiana corporation, Arkansas Power & Light Company ("AP&L"), an Arkansas corporation, Louisiana Power & Light Company ("LP&L"), a Louisiana corporation, and Middle South Energy, Inc. ("MSE"), an Arkansas corporation.

RECITALS

SFI, AP&L, LP&L and MSE (collectively the "Companies") are parties to that certain Nuclear Fuel and Fuel Services Purchase Agreement, dated June 15, 1978 (the "Fuel Contract"), as supplemented by the Supplemental Sales Agreement dated as of January 31, 1984 ("Supplemental Agreement").

In light of new enrichment services purchase arrangements recently made available by the DOE (hereinafter defined), the companies desire to supplement the Fuel Contract as provided herein, rather than as provided in the Supplemental Agreement.

Accordingly, in consideration of the premises stated herein and other good and valuable consideration, the receipt of which is hereby acknowledged, the Companies agree as follows:

(1) Prior to December 31, 1988, SFI agrees to sell to AP&L, in one or more transactions, not more than 800,000 separative work units of enrichment services related to enriched $UF_6$ held in SFI's inventory for the accounts of LP&L and MSE, and AP&L shall pay to SFI a price per separative work unit of enriched $UF_6$ which is the lesser of (1) the price that SFI would pay under its contractual arrangement with the DOE (hereinafter defined)

060-46

to supply enrichment services for enriched $UF_6$ required for use at AP&L's Arkansas Nuclear One, or (2) "Seller's cost", as defined in Article V of the Fuel Contract; provided however, that SFI's obligation to sell such enrichment services is expressly conditioned upon SFI's ability to make such sales in accordance with the provisions of paragraph (3) hereunder. Upon any such payment, SFI shall transfer in its inventory the enriched $UF_6$ described above to AP&L's account and transfer an equal amount of $UF_6$ feed material held in SFI's inventory for the account of AP&L to SFI's inventory held for the accounts of LP&L and MSE.

(2) SFI shall cause the United States Government, acting through the Department of Energy ("DOE"), to reflect each exchange of $UF_6$ feed material for enriched $UF_6$ feed material on the appropriate accounting records of the DOE.

(3) SFI will effect all sales and exchanges described herein using $UF_6$ and enriched $UF_6$ that is not subject to any lien, encumbrance or security interest incurred pursuant to SFI's financing arrangements with Crocker National Bank or the The Aetna Casualty and Surety Company.

The Companies expressly agree that this Second Supplement shall supersede in all respects the Supplemental Agreement, and that upon the execution of this Second Supplement the Supplemental Agreement shall be of no force and effect.

The Companies further agree that except in connection with the transaction described herein, the Fuel Contract shall not be modified, waived or amended in any way by this Second Supplement, and the Fuel Contract shall remain in full force and effect.

In witness whereof, the Companies have caused this Second Supplement to be duly executed by their duly authorized officers as of the day and year first above written.

System Fuels, Inc.

By ______________________

Arkansas Power & Light Company

By ______________________

Louisiana Power & Light Company

By ______________________

Middle South Energy, Inc.

By ______________________