SYSTEM ENERGY RESOURCES, INC.

CERTIFICATE

The undersigned, Amy A. Blaylock, Assistant Secretary of System Energy Resources, Inc., a corporation organized under the laws of the State of Arkansas, hereby certifies that the attached is a true copy of the minutes of the meeting of the Board of Directors of the said corporation duly convened and held on July 22, 1986; that the minutes set forth have not been amended, rescinded or repealed, and are in full force and effect on the date hereof.

WITNESS my hand hereto and the seal of said Corporation this 21st day of September 21, 2006.

Amy A. Blaylock

Assistant Secretary

SEAL

MIDDLE SOUTH ENERGY, INC.
Minutes of Meeting of Board of Directors
July 22, 1986

A duly called special meeting of the Board of Directors of Middle South Energy, Inc. was held on Tuesday, July 22, 1986 at 225 Baronne Street, New Orleans, Louisiana, at 1:20 p.m.

PRESENT: Mr. James M. Cain
Mr. Edwin Lupberger
Mr. Donald C. Lutken
Mr. Jerry L. Maulden
Mr. Frank G. Smith, Jr.

ABSENT: None

Also present by invitation were Messrs. R. B. McGehee and J. K. Child, Jr., of Wise Carter Child & Caraway, Counsel to the Corporation; W. Cavanaugh, III, President and Chief Operating Officer, T. H. Cloninger, Vice President, of Mississippi Power & Light Company (MP&L); C. W. Gillis, Executive Assistant of Middle South Services, Inc.; R. D. Keith, Senior Vice President-Chief Financial Officer, and D. E. Stapp, Secretary, of the Corporation.

A quorum of the Board of Directors being present, the meeting was called to order by Mr. Lupberger. Mr. Stapp recorded.

Copies of the minutes of the meeting of the Board of Directors held on June 24, 1986, having been mailed to each director, the directors present agreed to dispense with the reading of the minutes and approved them as they appeared in copies received by them.

The Chairman stated that officers of the Corporation had been assessing the desirability of reorganizing its management and operations in order to better attract and retain key operating personnel, to assure the proper operation of the Grand Gulf Nuclear Station and to enable the

Corporation to broaden the scope of its activities. He indicated that a study by Arthur D. Little, Inc. (Little) supported management's conclusions that such a reorganization was feasible. The Chairman called upon Mr. Cavanaugh who reviewed the findings and recommendations of Little. He pointed out that the cost estimates made by Little were, in his judgment, in excess of the actual costs to be incurred because of the reorganization.

The Chairman further stated that various regulatory approvals and creditor consents would have to be obtained to effect certain of the desired changes. These changes, he said, would generally include the following: election of a new president, Mr. Cavanaugh, who would also be designated Chief Executive Officer and become a Director; amendment of the Corporation's By-Laws to have the principal business office of the Corporation in Jackson, Mississippi; termination of the Corporation's Service Agreement, dated June 21, 1974 with MP&L; transfer of various of MP&L's personnel now engaged in nuclear activities and certain other System employees to the Corporation; leasing or purchasing of office space in Jackson, Mississippi; a recommendation to the Corporation's shareholder to effect a change of corporate name; and obtaining all necessary regulatory and creditor consents to accomplish the foregoing. The resignations of Edwin Lupberger as President, D. C. Lutken as Vice President and F. G. Smith, Jr. as a member of the Board of Directors of the Corporation were presented.

After discussion, upon motion duly made, seconded and unanimously adopted, it was

> RESOLVED, That the resignations of Edwin Lupberger as President, Donald C. Lutken as Vice President, and Frank G. Smith, Jr. as a member of the Board of Directors of the Corporation are hereby accepted; and further

RESOLVED, That effective September 1, 1986, the By-Laws of this Corporation be, and they hereby are, amended in the following respect only:

ARTICLE I shall be amended to read as follows:

ARTICLE I

OFFICES

The principal business office of the Corporation shall be in Jackson, Mississippi. The Corporation may also have offices at such other places as the Board of Directors may from time to time designate or the business of the Corporation may require.

RESOLVED, That effective forthwith, William Cavanaugh, III is hereby elected President, Chief Executive Officer and a Director of the Corporation; and further

RESOLVED, That the officers of the Corporation be, and they hereby are, authorized to arrange the cancellation of the Service Agreement dated June 21, 1974 with Mississippi Power & Light Company (MP&L) subject to all necessary regulatory and creditor consents and approvals; and further

RESOLVED, That, subject to the effective cancellation of the Service Agreement, the officers of the Corporation are authorized to arrange for the orderly transfer of such personnel now employed by MP&L and other System companies to the Corporation as will be necessary or desirable to enable the Corporation to perform for itself those functions previously performed by MP&L under the Service Agreement, and, in connection therewith, to make such arrangements in areas of compensation, benefits, pensions and the like as will make possible a smooth and efficient transfer of such personnel; and further

RESOLVED, That the officers of the Corporation are hereby authorized to obtain such office space in the Jackson, Mississippi area as will be necessary to enable the Corporation to function properly; and further

RESOLVED, That this Board of Directors recommend to the shareholder of the Corporation that the Articles of Incorporation be amended whereby Article FIRST thereof would read as follows:

The name of the Corporation is: SYSTEM ENERGY RESOURCES, INC.

and further

RESOLVED, That in the event such amendment is approved by the shareholder, the Senior Vice President-Chief Financial Officer and Secretary are authorized and directed at such time as they deem appropriate to file Articles of Amendment in duplicate with the Arkansas Secretary of State, and if required, with the County Clerk of the County where the Corporation's registered office is located, all in accordance with Arkansas law; and further

RESOLVED, That the officers of the Corporation are hereby authorized in connection with such name change to make such filings, effect changes in the forms of stock and bond certificates and agreements, obtain a new corporate seal, notify third parties, and do such other things as will be necessary to give effect to such name change; and further

RESOLVED, That the officers of the Corporation are hereby authorized to seek on behalf of the Corporation all requisite consents and approvals of the Securities and Exchange Commission, the Nuclear Regulatory Commission and such other regulatory bodies and persons, and to take such other actions and do such other things, as will be necessary to accomplish the foregoing; and further

RESOLVED, That the actions heretofore taken by the officers of the Corporation in connection with the foregoing matters are hereby approved, ratified and confirmed.

The Chairman recommended that, pursuant to Section (c) of Article ELEVENTH of the Articles of Incorporation, the Board give consideration 1) to the matter of the payment of fees for attendance at meetings of the Board of Directors and 2) reimbursement of their expenses incurred in attending meetings of the Board of Directors.

After discussion, upon motion duly made, seconded and unanimously adopted, it was

RESOLVED, That, pursuant to the authority vested in this Board of Directors by Section (c) of Article ELEVENTH of the Corporation's Articles of Incorporation, the fee to be paid each director of the Corporation for attendance at the meetings of said Board be fixed at $600; and further

RESOLVED, That the Treasurer of the Corporation be, and he hereby is, authorized and directed to reimburse members of the Board of Directors for expenses incurred by them in attending meetings of the Board of Directors.

The Chairman called upon Mr. Cloninger who presented a series of capital project work authorizations requiring the approval of the Board of Directors.

After discussion, upon motion duly made, seconded and unanimously adopted, it was

RESOLVED, That the capital project work authorizations presented to this meeting, copies of which shall be filed with the records of the meeting, be, and they hereby are, approved.

The Chairman again called upon Mr. Cloninger who presented a quality performance report on the Grand Gulf Nuclear Station for the second quarter of 1986. Discussion followed with respect to the report.

Thereafter, there being no further business, upon motion duly made, seconded and adopted, the meeting was adjourned.

Dan E. Stapp
Secretary