Presented to Board of Directors
at meeting held 6/6/90
D. E. Stapp
Secretary.

SERVICE AGREEMENT

BETWEEN

ENTERGY SERVICES, INC. AND

ENTERGY OPERATIONS, INC.

THIS AGREEMENT, made and entered into as of June 6, 1990 by and between Entergy Services, Inc., a corporation organized under the laws of the State of Delaware (hereinafter sometimes referred to as "Service Company") and Entergy Operations, Inc., a corporation organized under the laws of the State of Delaware.

W I T N E S S E T H:

WHEREAS, Service Company and Entergy Operations, Inc. are both direct subsidiaries of Entergy Corporation, and Entergy Operations, Inc., together with Entergy Corporation and Entergy Corporation's other direct subsidiaries and System Fuels, Inc. ("Client Companies") and Service Company form the Middle South Electric System; and

WHEREAS, Service Company is organized, staffed and equipped and is authorized by the Securities and Exchange Commission (the "Commission") as a subsidiary service company under Section 13 of the Public Utility Holding

Company Act of 1935 (the "Act") to render to Client Companies certain services and to render to Entergy Operations, Inc. services as herein provided; and

WHEREAS, in the performance of past and future services for the Client Companies, Service Company has acquired and will acquire certain properties and other resources; and

WHEREAS, Service Company is authorized under the Act by order of the Commission dated March 23, 1965 (File No. 37-63) to render services to Client Companies; and

WHEREAS, economies and increased efficiencies benefiting the Middle South Electric System will result from the performance by Service Company of services for Entergy Operations, Inc.; and

WHEREAS, subject to the terms and conditions herein described, Service Company is willing, upon request by Entergy Operations, Inc., to render such services and provide such property and resources to Entergy Operations, Inc. at cost, determined in accordance with applicable rules, regulations and orders of the Commission under the Act;

NOW THEREFORE, in consideration of the premises and of the mutual agreements herein, the parties hereto hereby agree as follows:

1. Definitions.

As used hereinafter, the following terms, in addition to those elsewhere defined in this Agreement, shall have the following meanings unless the context otherwise requires:

A. "Services" shall mean the services described in Article 3 hereof.

B. "Non-Affiliate" means any corporation, company, agency, government, business, entity or person other than (i) Entergy Corporation, (ii) a direct or indirect subsidiary of Entergy Corporation, or (iii) a person employed by Entergy Corporation, or any of such subsidiaries.

2. Agreement to Furnish Services.

A. Upon its receipt of Entergy Operations, Inc.'s service request, Service Company agrees to furnish to Entergy Operations, Inc. upon the terms and conditions hereinafter set forth such of the Services requested by Entergy Operations, Inc., at such times, for such periods and in such manner as Entergy Operations, Inc. shall have requested. Service Company will keep itself and its personnel available and competent to render to Entergy Operations, Inc. the Services on the same basis as such Services are provided the other Client Companies.

B. Upon its receipt of Entergy Operations, Inc.'s service request, Service Company will, if it has or can have available the personnel and resources needed to fill the service request, furnish to Entergy Operations, Inc. upon the terms and conditions hereinafter set forth such of the Services, at such times, for such periods and in such manner as Entergy Operations, Inc. may from time to time request; provided, however, that the determination of whether Service Company has the available personnel and resources to perform in accordance with the service request will be entirely within the discretion of Service Company, and Service Company may at its sole option elect not to perform any requested Services, except that, once having agreed to perform pursuant to a service request, Service Company shall not withdraw or depart from such performance without the consent of Entergy Operations, Inc.

C. The providing of Services by Service Company pursuant to this Agreement shall in all cases and notwithstanding anything herein contained to the contrary be subject to any limitations contained in authorizations, rules or regulations of those governmental agencies, if any, having jurisdiction

over Service Company, Entergy Operations, Inc., or such providing of Services.

3. Description of Services.

The Services to be provided by Service Company hereunder may, upon request, include the following:

A. General Executive and Advisory Services. Advise and assist the officers and employees of Entergy Operations, Inc. in connection with various phases of its business and operations, including particularly (but not exclusively) those phases which involve coordination of planning or operations between Entergy Operations, Inc. and other entities.

B. General Engineering. Perform general engineering work, including preparation and analyzing of apparatus specifications, civil engineering and hydraulic studies and problems, and fuel supply studies; and advising and assisting in connection with analyses of operations and operating and construction budgets.

C. Design Engineering. Perform detailed design work as requested by Entergy Operations, Inc.

D. Purchasing. Render purchasing and group purchasing services to Entergy Operations, Inc., coordinate group purchasing, and supply expediting services. All requests for bids shall be made by and

purchases confirmed in the name of Entergy Operations, Inc. (or its customer, if requested by Entergy Operations, Inc.).

E. Accounting and Statistical. Perform for Entergy Operations, Inc. all such business, accounting, and auditing services and install such internal accounting and auditing procedures as are requested by Entergy Operations, Inc. to maintain its books and records properly and account for and safeguard its operations and properties; advise and assist Entergy Operations, Inc. in connection with the installation of accounting systems and similar efforts, requirements of regulatory bodies with respect to accounting, studies of accounting entries resulting from financial transactions, internal audits, employment of independent auditors, preparation and analyses of financial and operating reports and other statistical matters relating to Entergy Operations, Inc. or its customers, preparation of reports to regulatory commissions, insurance companies and others, standardization of accounting and statistical forms in the interest of economy, and other accounting and statistical matters.

F. Finance and Treasury. Advise and assist Entergy Operations, Inc. on financing matters, including short and long range financial planning, determination of types and times of sales of securities, the preparation of petitions and applications for the issuance of securities and the preparation of various documents required in connection therewith, negotiation and structuring of financing arrangements, and all treasury matters, including banking and investment of surplus funds.

G. Taxes. Advise and assist Entergy Operations, Inc. in connection with tax matters, including preparation of Federal, State or foreign income and other tax returns and of protests, claims and briefs where necessary, tax accruals, and other matters in connection with any applicable taxes, governmental fees or assessments, and assistance in connection with audit of returns by the Internal Revenue Service and State Tax Agencies.

H. Risk Management. Advise and assist Entergy Operations, Inc. in connection with risk management matters including but not limited to insurance and bonding, including contracts with insurers, trustees and actuaries and the placing of individual or blanket/group policies covering Entergy Operations,

Inc. and/or other Client Companies, and other insurance and bonding problems as required.

I. Employee Benefits. Advise and assist Entergy Operations, Inc. in connection with employee benefit matters including but not limited to welfare and pension matters.

J. Corporate. Advise and assist Entergy Operations, Inc. in connection with corporate affairs, including assistance and suggestions in connection with the preparation of petitions and applications for the issuance of securities, contracts for the sale of underwriting of securities, maintenance of minutes of directors' and stockholders' meetings and other proceedings and of other related corporate records; and also arrangements for stockholders' meetings, including notices, proxies and records thereof, and for other types of meetings.

K. Budgeting. Advise and assist Entergy Operations, Inc. in matters involving the preparation and development of capital and operating budgets, cash and cost forecasts, and budgetary controls and preparation of long-range forecasts.

L. Employee Service. Furnish Entergy Operations, Inc. with advisory and administrative

services and programs in connection with employee and employee relations matters, payroll, recruitment, employee placement, training, compensation, safety, labor relations and health, welfare and employee benefits.

M. Systems and Procedures. Advise and assist Entergy Operations, Inc. in the formation of sound operating practices and methods of procedure, the standardization of forms, the purchase, rental and use of mechanical and electronic data processing computing and communications equipment, in conducting economic research and planning and in the development of special economic studies.

N. Regulatory Matters. Consultation and advice with respect to regulatory matters, particularly those involving the Securities and Exchange Commission, and the provision of liaison and assistance in processing matters with the staff of such commission.

O. Data Processing Services. Operation of a data processing Computer Center to serve the Middle South Electric System. This operation may include: applications software development, maintenance and enhancements; data communications network design,

operation and management; Computer Center production operations; and information systems consulting.

P. Access to and Use of Resources. Make available to Entergy Operations, Inc. in the conduct of its business and/or, to the extent necessary or appropriate as required in the performance of its services to its customers, access to, use of, or rights in all Service Company's resources, including facilities, products, processes, techniques, computer hardware and software, technical information, training aids and properties, vehicles, equipment, machines and other property, whether owned, leased or licensed by or otherwise to Service Company.

Q. Training. Assist Entergy Operations, Inc. in providing training to personnel of Entergy Operations, Inc.; develop and make available training procedures, materials and facilities and provide instructors.

R. Legal Services. Provide services and advice relating to litigations, contracts, leases, real estate, property rights and other legal matters.

S. General. Make available services in the areas of construction, planning and supervision, design, management, programs, quality assurance,

licensing matters, research and development, and communications systems and procedures.

T. Other Services. Render advice and assistance in connection with such other matters as Entergy Operations, Inc., may request and Service Company may be able to perform with respect to Entergy Operations, Inc.'s business and operations.

4. Compensation of Service Company.

As compensation for Services actually requested by Entergy Operations, Inc. and rendered to it by Service Company, Entergy Operations, Inc. hereby agrees to pay to Service Company the cost of such Services, computed in accordance with applicable rules and regulations (including, but not limited to, Rules 90 and 91) under the Act and appropriate accounting standards. Bills will be rendered for the amount of such cost on or before the 15th day of the succeeding month and will be payable on or before the 25th day of such month. Cost of Services to be paid by Entergy Operations, Inc. shall include direct charges and Entergy Operations, Inc.'s pro rata share of certain of Service Company's costs and shall be determined as outlined on Exhibits I and II attached hereto and incorporated herein by reference.

5. Service Request.

The Services will be performed in accordance with service requests issued or made by or on behalf of Entergy Operations, Inc. and accepted by Service Company, and all Services will be assigned an applicable service request number to enable specific work to be properly allocated by project or other appropriate basis. Service requests shall be as specific as practicable in defining the Services requested to be performed and shall set forth the scope and duration of the Services to be performed pursuant to the service request. Entergy Operations, Inc. shall have the right from time to time to amend, alter or rescind any service request, provided that (i) any such amendment or alteration which results in a material change in the scope of the work to be performed or equipment to be provided is agreed to by Service Company, (ii) the costs for the Services covered by the service request will include any expense incurred by Service Company as a direct result of such amendment, alteration or rescission of the service request, and (iii) no amendment, alteration or rescission of a service request will release Entergy Operations, Inc. from liability for all such costs already incurred or contracted for by

Service Company pursuant to the service request, regardless of whether the work associated with such costs has been completed.

6. Miscellaneous.

This Agreement shall be binding upon the successors and assigns of the parties hereto, provided that Service Company shall not be entitled to assign or subcontract out any of its obligations under this Agreement or under any purchase order of service issued hereunder without the prior written approval of Entergy Operations, Inc. This Agreement may be executed in counterparts, each one of which when fully executed shall be deemed to have the same dignity, force and effect as an original. No provision of this Agreement shall be deemed waived nor breach of this Agreement consented to unless such waiver or consent is set forth in writing and executed by the party hereto making such waiver or consent.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed in their respective corporate names by their respective Presidents or one of their respective Vice-Presidents and their respective seals to be hereunto affixed and attested by their respective Secretaries or one of their respective Assistant Secretaries as of the day and year first above written.

ENTERGY SERVICES, INC.

ATTEST:

____________________ By:____________________

Secretary President

ENTERGY OPERATIONS, INC.

ATTEST:

____________________ By:____________________

Secretary President

Exhibit I

ENTERGY OPERATIONS, INC.

Billing Procedures by
Entergy Services, Inc.

I. Introduction

This procedure establishes the guidelines for billings by Entergy Services Inc. to Entergy Operations, Inc. Entergy Services, Inc. (Service Company) employs a computer based service request system for the accumulation of costs and the allocation and billing of those costs to its client companies. These client companies are primarily the affiliated (Middle South Electric System) companies. The current Service Company accounting system has been designed to facilitate compliance with the S.E.C. Uniform System of Accounts and generally accepted accounting principles. All bills by the Service Company are at cost.

The accounting procedures to be employed in billing costs of work performed for Entergy Operations, Inc. will follow the procedures now in effect for billing to other System Companies (Exhibit II).

II. Method of Billing Entergy Operations, Inc.

All services performed by Entergy Services, Inc. for Entergy Operations, Inc. will be accounted for using the service request system. Sources of this system are:

Payroll (time reports)
Accounts Payable (expense accounts and vendor invoices)
System Management Facility (computer usage)
General Accounting Journal Entries

Charges for service rendered will be billed at cost on or before the 15th day of the succeeding month. All amounts billed will be payable by Entergy Operations, Inc. on or before the 25th day of such month.

III. Billings.

Billings of service requests orders to Entergy Operations, Inc. will be made on a predetermined basis. It is expected that the billings will be 100 percent to Entergy Operations, Inc. Should there be instances where services are jointly provided to other System Companies, billings will be allocated on an equitable basis.

METHODS OF ALLOCATING COSTS AMONG CLIENT COMPANIES RECEIVING SERVICE UNDER THIS AND SIMILAR SERVICE AGREEMENTS WITH ENTERGY SERVICES, INC. (SERVICES)

1. The costs of rendering service by Services will include all costs of doing business including interest on debt but excluding a return for the use of Services' initial equity capital amounting to $20,000.

2. (a) Services will maintain a separate record of the expenses of each department. The expenses of each department will include:

(i) those expenses that are directly attributable to such department, and

(ii) an appropriate portion of those office and housekeeping expenses that are not directly attributable to a department but which are necessary to the operation of such department.

(b) Expenses of the department will include salaries and wages of employees, including social security taxes, vacations, paid absences, sickness, employee disability expenses, and other employee welfare expenses, rent and utilities, materials and supplies, depreciation, and all other expenses attributable to the department.

(c) Departmental expenses will be categorized into one of two classes:

(i) those expenses which are directly attributable to specific services rendered to a Client Company or group of Client Companies (Departmental Direct Costs), and

(ii) those expenses which are attributable to the overall operation of the department and not to a specific service provided to Client Companies (Departmental Indirect Costs). Departmental Indirect costs will be classified as fixed (Indirect Departmental Fixed Costs) or variable (Indirect Departmental Variable Costs). Departmental Indirect Fixed Costs include all costs incurred by a department which are necessary to operate the department but do not vary with the level of services provided to other System Companies during a fiscal year.

Departmental Indirect Fixed Costs include:

(1) Administrative labor costs associated with office and general service employees described in Section 3(a). This would include not only the salaries and wages of those employees but also other related employment costs described in Section 2(b) above.

(2) Occupancy costs including rent and utilities.

(3) Depreciation.

(4) Other fixed costs attributable to a department.

Departmental Indirect Variable Costs are those costs incurred by a department which are necessary to support services to other System Companies and cannot be practically assigned to individual services provided to other System Companies but vary with the level of these services during a fiscal year. This would include materials and supplies, telephone usage, postage, etc.

(d) The indirect expenses of the department will not include:

(i) those incremental out-of-pocket expenses that are incurred for the direct benefit and convenience of a Client Company or a group of Client Companies and are to be directly charged to such Client Company or group of Client Companies; and

(ii) Services' overhead expenses that are attributable to maintaining the corporate existence of Services, franchise and other general taxes, and all other incidental overhead expenses including those auditing fees and accounting department expenses attributable to Services (Indirect Corporate Costs).

(e) Services will establish annual budgets for controlling the expenses of each service department and those expenses outlined above in Section 2(d) which are not department specific.

3. (a) Employees in each department will be divided into two classes:

A. Those employees rendering service to Client Companies (Class A), and

B. those office and general service employees, such as secretaries, stenographers, telephone operators and file clerks, who generally assist employees in Class A or render other house-keeping services and who are not engaged directly in rendering service to a Client Company or a group of Client Companies. In the event that any such office or general service employees are assigned to functions that are attributable to services being performed for Client Companies, such employees shall be reclassified as Class A employees.

(b) Expenses set forth in Section 2 above will be separated to show:

(i) salaries and wages of Class A employees, and

(ii) Class A employees of the department.

(c) Class A employees in each department will maintain a record of the time they are employed in rendering service to each Client Company or group of Client Companies. The hourly rate for each Class A employee will be determined each month.

4. The charge to Client Company or a group of Client companies for a particular service will be the sum of the figures derived

by multiplying the hours reported by each Class A employee in rendering such service by the hourly rate applicable to such employee and other direct allocated expenses. Indirect Departmental Variable Costs as defined in 2(c)(ii) will be allocated in proportion to the direct salaries and wages charged. When services are rendered to a group of Client Companies the cost of such services will be allocated among companies in the group in accordance with the allocation formulae in Section 7 of this Exhibit.

Indirect Departmental Fixed Costs will be allocated to client companies on the basis set forth in Section 7 of this Exhibit.

5. Those expenses of Services that are not included in the expense of a department under Section 2 above will be charged to Client Companies receiving service as follows:

(a) Incremental out-of pocket costs incurred for the direct benefit and convenience of a Client Company or a group of Client Companies will be charged directly to such company or group of companies. Such costs incurred for a group of Client Companies will be allocated on the basis set forth in Section 7 of this Exhibit.

(b) The Indirect Corporate Costs of Services referred to above in Section 2(d)(ii) will be allocated among the Client Companies on the basis set forth in Section 7 of this Exhibit.

6. On the basis of the foregoing, monthly bills will be rendered to Client Company. Billing procedures and amounts will be open to audit by Client Company and by any regulatory authority having jurisdiction in respect of the Client Company.

7. (a) When services are rendered to a group of Client Companies, the following formulae will be used to allocate the charges therefor among Client Companies in such group:

| Department/Activity | Basis Allocation |
|---|---|
| (1) Executive and Advisory | Composite factor (Note 1) |
| (2) Finance and System Accounting | Composite factor (Note 1) |
| (3) Nuclear | Number of participating nuclear companies |
| (4) Engineering, System Planning and Fuel Supply | Capability responsibility ratio (Note 2) |
| (5) System Operation Center | Capability responsibility ratio (Note 2) |
| (6) Communications | Composite factor (Note 1) |
| (7) Public Relations | Composite factor (Note 1) |

| Department/Activity | Basis of Allocation |
|---|---|
| (8) Tax | The sum of the total income and total deductions as reported for Federal Income Tax purposes on the return filed for the preceding calendar year. |

| | | |
|---|---|---|
| (9) | Insurance | Insurance premiums for the preceding calendar year. |
| (10) | Computer Center | Various bases, depending upon the nature of the services rendered, as agreed upon by the Client Companies. |
| (11) | Internal Auditing | Composite factor (Note 1) |
| (12) | Indirect Corporate Costs | Composite factor (Note 1) |

(b) If the use of a basis of allocation would result in an inequity because of a change in operations or organization of the Client Companies, then Services may adjust the basis to effect an equitable distribution based upon a functional relationship between the services involved and the formula used. Any such change in allocation bases shall be made only after first giving to the Commission written notice of such proposed change not less than 60 days prior to the proposed effectiveness of any such change.

Note 1: The composite factor is composed of four factors with equal weighting to each. Those factors are kilowatt-hour sales, average customers, number of employees and capability responsibility ratio.

Note 2: The capability responsibility of a company is the System capability multiplied by the ratio obtained by dividing a company's peak load by the System peak load.

The company's peak load is the average of the twelve monthly highest clock hour demands in kilowatts of the Company's interconnected system, occurring each month coincident with the System peak load, during the twelve month period ending with the current month.