# In The United States Court of Federal Claims

No. 03-2624C
Filed: January 5, 2007

| | |
|---|---|
| SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

The court deems the Government's December 20, 2006 Motion to Apply the Proper Burden of Proof to be a Supplemental Brief on the issue of causation as requested by the court. Accordingly, Plaintiff does not need to respond to the Government's December 20, 2006 Motion.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**