# In The United States Court of Federal Claims

No. 03-2624C
Filed: January 8, 2007

*****************************************
*
SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
*****************************************

**ORDER**

The Government's January 5, 2007 Motion to Consolidate and Conduct Joint Trial Proceedings is, hereby, denied.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**