**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | |
| Plaintiff, | |
| v. | No. 03-2624C<br>(Judge Braden) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANT'S MOTION FOR THE ADMISSION OF DEPOSITION TESTIMONY AS SUBSTANTIVE EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 801(d)(2) UNDER SEAL

Pursuant to the Court's General Order 42A, defendant, the United States, respectfully requests leave of the Court to file its Motion for The Admission of Deposition Testimony as Substantive Evidence Pursuant To Federal Rule of Evidence 801(d)(2), with attachments, under seal electronically in this case. Pursuant to paragraph 7 of General Order 42A, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court. Because the attachments to our Motion for the Admission of Deposition Testimony were stamped with the protective designation by plaintiff, and because this case is designated as an electronic filing case, we require the Court's permission to file documents under seal electronically prior to any such filing. As the Court is aware, a protective order has been entered in this case. Immediately upon the Court's granting of this motion, we will file our Motion for The Admission of Deposition Testimony as Substantive Evidence Pursuant To Federal Rule of Evidence 801(d)(2), which necessitates the discussion of protected material. We further request that the Court consider this motion on an expedited basis.

For these reasons, we respectfully request that the Court enter an order allowing defendant to file the Motion for The Admission of Deposition Testimony as Substantive Evidence Pursuant To Federal Rule of Evidence 801(d)(2) electronically under seal in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.S. 20530
Tel: (202) 616-0347
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

MARIAN E. SULLIVAN
JOHN C. EKMAN
SCOTT E. DAMELIN
STEPHEN FINN
ALAN LO RE
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

January 10, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 10th day of January, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANT'S MOTION FOR THE ADMISSION OF DEPOSITION TESTIMONY AS SUBSTANTIVE EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 801(d)(2) UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder