# In The United States Court of Federal Claims

No. 03-2624C

Filed: January 11, 2007

| | |
|---|---|
| SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The Government's January 10, 2007 Motion for Leave to File Defendant's Motion for the Admission of Deposition Testimony as Substantive Evidence Pursuant to Federal Rule of Evidence 801(d)(2) Under Seal is, hereby, granted.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**