# In The United States Court of Federal Claims

No. 03-2624C
Filed: January 11, 2007

*****************************************
*
SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
*****************************************

**ORDER**

Plaintiff's January 9, 2007 Motion for Leave to File Its Second Amended Complaint and Supplemental Complaint is, hereby, granted.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**