# In The United States Court of Federal Claims

No. 03-2624C

Filed: January 12, 2007

| | |
|---|---|
| SYSTEM FUELS, INC., SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

Defendant's January 11, 2007 Motion for the Admission of Deposition Testimony as Substantive Evidence is, hereby, granted.

**IT IS SO ORDERED.**

s/ Susan G. Braden

**SUSAN G. BRADEN**
**Judge**