# In the United States Court of Federal Claims

**No. 03-2624 C**

**Filed: January 16, 2007**

**SYSTEM FUELS, INC.**
**Plaintiff**

**v.**

**THE UNITED STATES**
**Defendant**

**Defendant's motion for the admission into evidence of its counter-designations of deposition and trial testimony**

The above document has been filed in the Clerk's Office in hard copy and is not available electronically. To view this document, please contact the Clerk's Office at (202) 357-6406 between the hours of 8:45 am and 5:15 pm Eastern time.