# In the United States Court of Federal Claims

**03-2624C**

**Filed: January 19, 2007**

**SYSTEM FUELS, INC. on its own behalf and as agent for SYSTEM ENERGY REOURCES, INC., and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (3 Volumes)**
**Held in Washington, D.C.**
**January 16-18, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.