# In The United States Court of Federal Claims

No. 03-2624C

Filed: January 24, 2007

****************************************

SYSTEM FUELS, INC.,
SYSTEM ENERGY RESOURCES, INC. and
SOUTH MISSISSIPPI ELECTRIC
POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

****************************************

**SCHEDULING ORDER**

After consulting with the parties, the following post-trial briefing schedule is ordered:

1. Plaintiff will submit its Principal Post-Trial Brief by March 23, 2007.

2. The Government will submit its Principal Post-Trial Brief by April 27, 2007.

3. The Plaintiff will file a Reply Brief by May 18, 2007.

**IT IS SO ORDERED.**

s/ Susan G. Braden

**SUSAN G. BRADEN**
**Judge**