**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on March 23, 2007)

| | |
|---|---|
| **SYSTEM FUELS, INC.,**<br>**SYSTEM ENERGY RESOURCES, INC.**, and **SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION**,<br><br>Plaintiffs,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 03-2624C<br>(Judge Braden) |

**NOTICE OF SUPPLEMENTAL TRIAL TESTIMONY DESIGNATIONS**

Plaintiffs System Fuels, Inc., System Energy Resources, Inc., and South Mississippi Electric Power Association, respectfully submit this notice of supplemental trial testimony of a witness of the United States ("the Government") – Mr. Thomas Pollog – that they intend to use as substantive evidence and rely on in their post-trial brief filed contemporaneously with this notice. Because this testimony derives from the Government's agents or employees, it is admissible as substantive evidence pursuant to Fed. R. Evid. 801(d)(2) as admissions by a party-opponent. *See Globe Savings Bank, F.S.B. v. United States*, 61 Fed. Cl. 91, 96-97 (2004).

In their August 18, 2006 Notice of Deposition and Trial Testimony Designations, Plaintiffs previously submitted certain prior testimony of Mr. Pollog. The Government identified Mr. Pollog on its witness list, but ultimately did not call him during the trial in this case. Subsequent to the beginning of the trial in this case (but prior to the presentation of the Government's case-in-chief), Mr. Pollog testified on November 16, 2006 during the trial in

*Northern States Power Co. v. United States*, No. 98-484C (Wiese, J.). Plaintiffs designate and attach the following selected trial transcript pages from that testimony:

3602: line 25 to 3603: line 2;
3720: line 23 through 3721: line 1;
3722: line 22 through 3723: line 3;
3739: line 19 through 3741: line 10.

For the foregoing reasons, Plaintiffs respectfully submit this supplement to their trial testimony designations.

Dated: March 23, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiffs
System Fuels, Inc.,
System Energy Resources, Inc.
South Mississippi Electric Power Association

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
601-368-5572
601-368-5816 (fax)