**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

SYSTEM FUELS, INC., SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 03-2624C
(Judge Braden)

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant, the United States, respectfully requests an enlargement of time of four days, to and including May 1, 2007, within which to

file defendant's post-trial brief. Defendant's brief is currently due to be filed on April 27, 2007. This is defendant's first request for an enlargement of time for this purpose. Co-counsel for plaintiff, Alex Tomasczcuk, has represented that plaintiff does not oppose this four-day enlargement of time.

The additional time is necessary because the Government was recently ordered to undertake a massive production in another case, Dairyland v. United States, Fed. Cl. No. 04-106. Specifically, in a very compacted period of time, the Government was required to review for responsiveness and privilege, over 60,000 documents that DOE has gathered in response to that utility's incredibly broad requests for production of documents and to process the massive volume of responsive documents. Moreover, pursuant to an order issued in that case, the Government was required to review the entirety of the Government's past productions – over

one million pages of documents – to categorize them as they relate to each of Dairyland's specific document production requests. This work has absorbed incredible amounts of attorney and contractor time, including the time of undersigned counsel.

An additional four days will provide us with the time needed to complete the post-trial brief. For these reasons, defendant respectfully requests that the Court grant the motion for an enlargement of four days time to file the Government's post-trial brief, to and including May 1, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

OF COUNSEL:

ALAN LO RE
Senior Trial Attorney

SCOTT DAMELIN
STEPHEN FINN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

April 26, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 26, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder