# In The United States Court of Federal Claims

No. 03-2624C
Filed: April 26, 2007

****************************************
SYSTEM FUELS, INC.,
SYSTEM ENERGY RESOURCES, INC. and
SOUTH MISSISSIPPI ELECTRIC
POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
****************************************

**ORDER**

The Government's April 26, 2007 Unopposed Motion for Enlargement of Time is, hereby, granted. The Government shall have an additional four days, through May 1, 2007, to file its post-trial brief.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**