**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SYSTEM FUELS, INC., SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 03-2624C<br>(Judge Braden) |

**DEFENDANT'S MOTION TO FILE CORRECTED COPY OF**
**DEFENDANT'S POST-TRIAL BRIEF**

Pursuant to Rule 5.2 (a)(1)(A) and (B) of the Rules of the United States Court of Federal Claims, defendant respectfully requests leave to file a corrected copy of Defendant's Post-Trial Brief. In the process of providing a courtesy paper copy of the post-trial brief to the Court, we discovered that the pagination of the brief was off by a page, which caused the Table of Contents and Table of Authorities to also be incorrect. Because of the length of the brief, we believe it prudent to correct that pagination and re-file the brief. The corrected post-trial brief corrects this deficiency. There are no substantive changes to the brief.

A copy of defendant's corrected post-trial brief is attached.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN LO RE
Senior Trial Counsel

SCOTT R. DAMELIN
STEPHEN FINN
Trial Attorneys
Department of Justice

May 2, 2007

s/Sharon A. Snyder by Scott R. Damelin
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 616-0347

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of May, 2007, a copy of foregoing "DEFENDANT'S MOTION TO FILE CORRECTED COPY OF DEFENDANT'S POST-TRIAL BRIEF" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott R. Damelin