# In The United States Court of Federal Claims

No. 03-2624C

Filed: May 3, 2007

******************************************
*
SYSTEM FUELS, INC., *
SYSTEM ENERGY RESOURCES, INC. and *
SOUTH MISSISSIPPI ELECTRIC *
POWER ASSOCIATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
******************************************

**ORDER**

Defendant's May 2, 2007 Motion to file a corrected copy of Defendant's Post-Trial Brief is, hereby, granted.

**IT IS SO ORDERED.**

s/ Susan G. Braden

**SUSAN G. BRADEN**
**Judge**