**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on May 14, 2007)

| | |
|---|---|
| **SYSTEM FUELS, INC.**,<br>**SYSTEM ENERGY RESOURCES, INC.**, and<br>**SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION**,<br><br>Plaintiffs,<br><br>v.<br><br>**THE UNITED STATES**,<br><br>Defendant. | No. 03-2624C<br>(Judge Braden) |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiffs System Fuels, Inc., System Energy Resources, Inc., and South Mississippi Electric Power Association respectfully request an enlargement of time of four days – through May 22, 2007 – within which to file their post-trial reply brief in this case. This is the first enlargement sought by Plaintiffs for the filing of their post-trial reply brief, which filing is currently due on May 18, 2007 per the Court's January 24, 2007 Scheduling Order. Counsel for Plaintiffs has spoken with counsel for Defendant (the "Government"), who has represented that the Government does not object to this motion for enlargement.

An enlargement of time is necessary and appropriate for two reasons. First, counsel for Plaintiffs is preparing for a damages trial commencing on June 4, 2007 in Boston Edison Co. v. United States, No. 99-447C (Lettow, J.), which case has been consolidated with Entergy Nuclear Generation Co. v. United States, No. 03-2626C (Lettow, J.), for a limited purpose. Counsel for Plaintiffs is also preparing an initial post-trial brief due on May 25, 2007 in System Fuels, Inc. v. United States, No. 03-2623C (Lettow, J.), a case in which the damages trial was completed on

April 18, 2007. Second, as the Court is aware, the Government moved for and received a four-day enlargement of time to file its post-trial brief in this case, which brief was ultimately filed on May 1, 2007. Thus, a corresponding four-day enlargement of time will provide Plaintiffs with the same amount of time (twenty-one days) within which to prepare their reply brief as originally envisioned in the Court's January 24, 2007 Scheduling Order.

Hence, for the foregoing reasons and for good cause shown, Plaintiffs respectfully request an enlargement of time of four days from May 18, 2007 through May 22, 2007 within which to file their post-trial reply brief in this case.

Dated: May 14, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiffs
System Fuels, Inc., System Energy Resources, Inc.,
and South Mississippi Electric Power Association

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
601-368-5572
601-368-5816 (fax)