# In the United States Court of Federal Claims

No. 03-2624C
Filed May 16, 2007

*********************************** 

SYSTEMS FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC., and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

***********************************

## ORDER

Plaintiffs' May 14, 2007 Unopposed Motion for Enlargement of Time is, hereby, granted. Plaintiffs will file their post-trial reply brief on or before May 22, 2007.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**