# ATTACHMENT 1

# UNITED STATES
# COURT OF FEDERAL CLAIMS

---

TENNESSEE VALLEY AUTHORITY, )
Plaintiff,) Case No.
v. ) 01-249C
THE UNITED STATES, )
Defendant.)

---

Pages: 751 through 1014

Place: Chattanooga, Tennessee

Date: June 24, 2005

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005-4018
(202) 628-4888
hrc@concentric.net

testimony on August 4, 2004, trial testimony in the Yankee Atomic cases in this court.

"Thomas E. Pollog, a witness called for examination, having been duly sworn, was examined and testified as follows:

"QUESTION: Mr. Pollog, are you currently employed at the Department of Energy?

"ANSWER: Yes, I am.

"QUESTION: And to what office within the Department of Energy are you currently assigned?

"ANSWER: I work in the Office of Civilian Radioactive Waste Management, the Office of Systems Analysis and Strategy Development.

"QUESTION: What are your current responsibilities?

"ANSWER: Generally, I'm assigned to implement a standard contract between the Department of Energy and the contract holders.

"QUESTION: How long have you been in your current position?

"ANSWER: Approximately eight years.

"QUESTION: So when did you join the office?

"ANSWER: The office I'm currently in, that office was formed in October of 2002, but my

responsibilities were the same in the prior organization.

"QUESTION: When did you join the prior organization?

"ANSWER: September of 1996.

"QUESTION: Prior to September of 1996, did you serve in the office that had responsibility for the waste acceptance function at DOE?

"ANSWER: Yes, I did. In 1990, '91, and early '92, I was in the office that performs the same functions.

"QUESTION: Mr. Pollog, do you also serve as the contracting officer's technical representative?

"ANSWER: Yes, I do, in an unofficial capacity.

"QUESTION: When did you assume the responsibilities of the contracting officer's technical representation?

"ANSWER: When Mr. Zabransky assumed the responsibilities of the contracting officer, which I believe was in the summer of 2002, I was unofficially assigned the responsibilities of the contracting officer's technical representative.

Page 3919, line 19: