# In the United States Court of Federal Claims

No. 03-2624C
Filed: October 11, 2007

***********************************
SYSTEMS FUELS, INC., SYSTEM ENERGY RESOURCES, INC., and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
***********************************

## ORDER REGARDING FINAL EVIDENTIARY EXHIBITS

The exhibits contained in this order were introduced before, during, or after trial and comprise the record, to date, in this case.

1. Plaintiff's Trial Exhibits:

PX 1-395; PX 396; PX 397; PX 398; PX 399; PX 400; PX 401; PX 402; PX 403; PX 404; PX 405; PX 406; PX 407; PX 408; PX 409; PX 410; PX 411; PX 500; PX 501; PX 502; PX 503; PX 504; PX 505; PX 506; PX 507; PX 508; PX 509B; PX 601.

3. The following Defendant's Trial Exhibits:

DX 1-558; DX 564; DX 600; DX 601; DX 602; DX 604; DX 700; DX 700-A; DX 700-B.

4. The following Defendant's Demonstrative Exhibits, consisting of , including:

DDX-1; DDX-2

Those exhibits not listed above are withdrawn from the record. If the parties have not already done so, they should now provide one set of final exhibits to the Office of the Clerk of the Court for inclusion in the record.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**