# In the United States Court of Federal Claims

No. 03-2624C
Filed: October 11, 2007
**TO BE PUBLISHED**

| | |
|---|---|
| SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER REQUESTING SUPPLEMENTAL EXPERT TESTIMONY

Consistent with the October 11, 2007 Memorandum Opinion and Order, Plaintiff is ordered to submit Supplemental Direct Testimony from Mr. Kenneth P. Metcalfe, President of the Kenrich Group, LLC that explains clearly and succinctly each step taken to arrive at the $1,587,000 amount of the cost of borrowed funds that Plaintiffs have requested as part of their damage award. Mr. Metcalfe is directed to cite only to the documents in the record, such as the exhibits attached to his Direct Testimony or Federal Energy Regulatory Agency, Nuclear Regulatory Agency, and/or Securities and Exchange Commission filings on the public record.

The court will convene a telephone conference on October 17, 2007 at 2:00 p.m. E.D.T. to discuss implementation of this Order, including convening a limited proceeding to allow the Government to cross examine Mr. Metcalfe and afford the court the opportunity to ask questions.

**IT IS SO ORDERED.**

s/**SUSAN G. BRADEN**
**Judge**