**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on November 16, 2007)

| | |
|---|---|
| **SYSTEM FUELS, INC.**,<br>**SYSTEM ENERGY RESOURCES, INC.**, and<br>**SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION**,<br><br>Plaintiffs,<br><br>v.<br><br>**THE UNITED STATES**,<br><br>Defendant. | No. 03-2624C<br>(Judge Braden) |

**PLAINTIFFS' NOTICE OF FILING OF SUPPLEMENTAL EXPERT TESTIMONY**

As directed in the Court's October 11, 2007 Order Requesting Supplemental Expert Testimony and at the October 17, 2007 telephonic status conference with the parties, Plaintiffs System Fuels, Inc., System Energy Resources, Inc., and South Mississippi Electric Power Association respectfully file the supplemental testimony of their expert Kenneth P. Metcalfe.

Mr. Metcalfe's supplemental testimony (attached hereto as Exhibit A) and the Appendix thereto (attached hereto as Exhibits B,C, and D)[1] address "each step taken to arrive at the $1,587,000 amount of the cost of borrowed funds that Plaintiffs have requested as part of their damage award." Order Requesting Supplemental Expert Testimony (Oct. 11, 2007).

Dated: November 16, 2007

Respectfully submitted,

<u>s/ Alex D. Tomaszczuk by s/ Jack Y. Chu</u>
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiffs
System Fuels, Inc., System Energy Resources, Inc., and South Mississippi Electric Power Association

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
601-368-5572
601-368-5816 (fax)

[1] The Appendix to Mr. Metcalfe's supplemental testimony has been divided into several exhibits for this Notice due to the size limitation on Adobe PDF files that Paragraph 4 of this Court's General Order No. 42A places on documents filed electronically. Specifically, Exhibit B contains Appendix Tabs 1 to 6, Exhibit C contains Appendix Tabs 7 to 9, and Exhibit D contains Appendix Tab 10.