# Appendix Tab 1

**System Energy Resources, Inc. v. United States Of America**

Spent Nuclear Fuel Damages Claim For Grand Gulf Nuclear Station

**(Dollars Rounded To Nearest Thousand)**

**Damages Summary**

| Dry Fuel Storage Projects | Work Order | [A] Damages Incurred Through 8/31/05 Nominal Dollars | [B] Damages Incurred Through 8/31/05 Present Value Dollars As Of 9/11/2006 | [C] Damages To Be Incurred 9/1/2005 Through 8/31/2006 Nominal Dollars | [D] Damages To Be Incurred 9/1/2005 Through 8/31/2006 Present Value Dollars As Of 9/11/2006 | [E=A+C] Total Damages Nominal Dollars | [F=B+D] Total Damages Present Value Dollars As Of 9/11/2006 |
|---|---|---|---|---|---|---|---|
| Long Term Spent Fuel Storage Options | N31937 | $ 341,000 | $ 506,000 | $ - | $ - | $ 341,000 | $ 506,000 |
| Dry Fuel Storage - Study / Design / Construction | N32172 | 8,367,000 | 9,458,000 | - | - | 8,367,000 | 9,458,000 |
| Dry Fuel Storage - Cask Construction Pad | N32271 | 465,000 | 527,000 | - | - | 465,000 | 527,000 |
| Turbine-Generator Rotor / Dry Fuel Storage Building | N32302 | 798,000 | 877,000 | - | - | 798,000 | 877,000 |
| Install ISFSI Pad Electrical & Security | N32350 | 31,000 | 34,000 | - | - | 31,000 | 34,000 |
| Dry Fuel Storage - Site Improvement | N32136 | 589,000 | 776,000 | - | - | 589,000 | 776,000 |
| **Cost To Complete Dry Fuel Storage Projects** | (1) | - | - | 20,116,000 | 21,669,000 | 20,116,000 | 21,669,000 |
| **Shared Equipment** | (2) | - | - | 1,447,000 | 1,447,000 | 1,447,000 | 1,447,000 |
| **Total Damages** | | $ 10,591,000 | $ 12,178,000 | $ 21,563,000 | $ 23,116,000 | $ 32,154,000 | $ 35,294,000 |

**Purpose:** To summarize damages incurred through 8/31/05 and to be incurred through 8/31/06.

**Notes:**

(1) The cost to complete through August 31, 2006 generally includes the cost to complete the ISFSI pad and other site modifications (e.g., haul path, expansion of protected area, low profile transporter, etc.), the cost of the first four casks, licensing, and efforts to prepare for loading the first cask. It does not include any costs for loading, which is scheduled to begin October 2006, and closing the four casks or any cask costs for casks to be loaded in 2007.

(2) Grand Gulf and River Bend plants will share certain cask loading and handling equipment (e.g., crawler, helium dehydrator). Half of the costs incurred at River Bend for the shared equipment will be charged to Grand Gulf in 2006.

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order



A2

# Appendix Tab 2

## System Energy Resources, Inc. v. United States Of America

Spent Nuclear Fuel Damages Claim For Grand Gulf Nuclear Station

### Costs Incurred Through August 31, 2005
### Capital Work Order N31937
### Long Term Spent Fuel Storage Options

| Year | Total (Nominal Dollars) | Cost Of Capital Factor | Total (Present Value Dollars As Of 9/11/2006) |
|---|---|---|---|
| 1998 | $ 44,319 | 1.8922 | $ 83,860 |
| 1999 | 8,994 | 1.7564 | 15,797 |
| 2000 | 56,113 | 1.6282 | 91,364 |
| 2001 | 81,561 | 1.5066 | 122,879 |
| 2002 | 53,204 | 1.3922 | 74,072 |
| 2003 | 46,951 | 1.2870 | 60,424 |
| 2004 | 36,943 | 1.1896 | 43,948 |
| 2005 | 12,802 | 1.0995 | 14,076 |
| Total | $ 340,887 | | $ 506,420 |

**Source:**
Past Cost Binder J

A3

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

**System Energy Resources, Inc. v. United States Of America**

Spent Nuclear Fuel Damages Claim For Grand Gulf Nuclear Station

**Costs Incurred Through August 31, 2005**

**Capital Work Order N32172**

**Dry Fuel Storage - Study / Design / Construction**

| Year | Total (Nominal Dollars) | Cost Of Capital Factor | Total (Present Value Dollars As Of 9/11/2006) |
|---|---|---|---|
| 1998 | $ - | 1.8922 | $ - |
| 1999 | - | 1.7564 | - |
| 2000 | - | 1.6282 | - |
| 2001 | - | 1.5066 | - |
| 2002 | - | 1.3922 | - |
| 2003 | 182,813 | 1.2870 | 235,273 |
| 2004 | 2,487,793 | 1.1896 | 2,959,541 |
| 2005 | 5,696,443 | 1.0995 | 6,263,114 |
| Total | $ 8,367,049 | | $ 9,457,928 |

**Source:**
Past Cost Binders F and G

A4

**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**

KRG-GG004173

**System Energy Resources, Inc. v. United States Of America**
Spent Nuclear Fuel Damages Claim For Grand Gulf Nuclear Station

**Costs Incurred Through August 31, 2005**
**Capital Work Order N32271**
**Dry Fuel Storage - Cask Construction Pad**

| Year | Total (Nominal Dollars) | Cost Of Capital Factor | Total (Present Value Dollars As Of 9/11/2006) |
|---|---|---|---|
| 1998 | $ - | 1.8922 | $ - |
| 1999 | - | 1.7564 | - |
| 2000 | - | 1.6282 | - |
| 2001 | - | 1.5066 | - |
| 2002 | - | 1.3922 | - |
| 2003 | - | 1.2870 | - |
| 2004 | 167,380 | 1.1896 | 199,119 |
| 2005 | 298,107 | 1.0995 | 327,762 |
| Total | $ 465,487 | | $ 526,881 |

**Source:**
Past Cost Binder H

KRG-GG004174

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

A5

**System Energy Resources, Inc. v. United States Of America**
Spent Nuclear Fuel Damages Claim For Grand Gulf Nuclear Station

**Costs Incurred Through August 31, 2005**
**Capital Work Order N32302**
**Turbine-Generator Rotor / Dry Fuel Storage Building**

| Year | Total (Nominal Dollars) | Cost Of Capital Factor | Total (Present Value Dollars As Of 9/11/2006) |
|---|---|---|---|
| 1998 | $ - | 1.8922 | $ - |
| 1999 | - | 1.7564 | - |
| 2000 | - | 1.6282 | - |
| 2001 | - | 1.5066 | - |
| 2002 | - | 1.3922 | - |
| 2003 | - | 1.2870 | - |
| 2004 | - | 1.1896 | - |
| 2005 | 797,620 | 1.0995 | 876,966 |
| Total | $ 797,620 | | $ 876,966 |

**Source:**
Past Cost Binder I

A6

**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**

**System Energy Resources, Inc. v. United States Of America**
Spent Nuclear Fuel Damages Claim For Grand Gulf Nuclear Station

**Costs Incurred Through August 31, 2005**
**Capital Work Order N32350**
**Install ISFSI Pad Electrical & Security**

| Year | Total (Nominal Dollars) | Cost Of Capital Factor | Total (Present Value Dollars As Of 9/11/2006) |
|---|---|---|---|
| 1998 | $ - | 1.8922 | $ - |
| 1999 | - | 1.7564 | - |
| 2000 | - | 1.6282 | - |
| 2001 | - | 1.5066 | - |
| 2002 | - | 1.3922 | - |
| 2003 | - | 1.2870 | - |
| 2004 | - | 1.1896 | - |
| 2005 | 30,905 | 1.0995 | 33,979 |
| Total | $ 30,905 | | $ 33,979 |

**Source:**
Past Cost Binder D

A7

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

**System Energy Resources, Inc. v. United States Of America**
Spent Nuclear Fuel Damages Claim For Grand Gulf Nuclear Station

**Costs Incurred Through August 31, 2005**
**Capital Work Order N32136**
**Dry Fuel Storage - Site Improvement**

| Year | Total (Nominal Dollars) | Cost Of Capital Factor | Total (Present Value Dollars As Of 9/11/2006) |
|---|---|---|---|
| 1998 | $ - | 1.8922 | $ - |
| 1999 | - | 1.7564 | - |
| 2000 | - | 1.6282 | - |
| 2001 | - | 1.5066 | - |
| 2002 | 250,181 | 1.3922 | 348,310 |
| 2003 | 250,564 | 1.2870 | 322,466 |
| 2004 | 88,354 | 1.1896 | 105,108 |
| 2005 | - | 1.0995 | - |
| Total | $ 589,099 | | $ 775,884 |

**Source:**
Past Cost Binder E

A8

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

# Appendix Tab 3

# System Energy Resources, Inc. v. United States of America

## Spent Nuclear Fuel Damages Claim For Grand Gulf Nuclear Station

### Cost Of Capital Multiplier

**Cost Of Capital Inputs:**

| | |
|---|---|
| Days In Year | 365.25 |
| Present Value Date | 9/11/2006 |
| Constant Dollar Date | 6/30/2005 |

| YEAR | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 (2) | 2006 (2) |
|---|---|---|---|---|---|---|---|---|---|
| Cost Of Capital (1) | A32 7.73% | A32 7.75% | A32 7.96% | A32 8.20% | A32 8.24% | A32 8.13% [A] | A32 8.20% | A32 8.21% | A32 8.21% |
| 1+Cost Of Capital | 1.0773 | 1.0775 | 1.0796 | 1.0820 | 1.0824 | 1.0813 [B] | 1.0820 | 1.0821 | 1.0821 |
| | 1.0384<br>1.1189<br>1.2081<br>1.3071<br>1.4147<br>1.5297<br>1.6554<br>1.7912<br>1.8922 | 1.0385<br>1.1214<br>1.2133<br>1.3132<br>1.4198<br>1.5365<br>1.6626<br>1.7564 | 1.0396<br>1.1247<br>1.2174<br>1.3163<br>1.4244<br>1.5413<br>1.6282 | 1.0407<br>1.1264<br>1.2179<br>1.3180<br>1.4261<br>1.5066 | 1.0409<br>1.1255<br>1.2180<br>1.3179<br>1.3922 | 1.0404 [C]<br>1.1259 [D]<br>1.2182 [E]<br>1.2870 [F] | 1.0407<br>1.1261<br>1.1896 | 1.0408<br>1.0995 | 1.0161 |
| NPV Multiplier | 1.8922 A3-A8 | 1.7564 A3-A8 | 1.6282 A3-A8 | 1.5066 A3-A8 | 1.3922 A3-A8 | 1.2870 A3-A8 [G] | 1.1896 A3-A8 | 1.0995 A9, A10 | 1.0000 (3) A9, A10 |

**Notes:**
(1) Source: Annual After-Tax Weighted Average Cost Of Capital spreadsheet, in tab C-1.
(2) See note (2) on page A32 and note (1) on A33 for basis of 2005 and 2006 cost of capital.
(3) No interest has been applied from June 30, 2006 to September 11, 2006.

**2003 Calculation**
[A] After-tax weighted rate of return
[B] 0.0813 + 1 = 1.0813
[C] 1.0813 ^ ((1/1/2004 - 6/30/2003) / 365.25) = 1.0404
[D] 1.0404 * (1.0820 ^ ((1/1/2005 - 1/1/2004) / 365.25)) = 1.1259
[E] 1.1259 * (1.0821 ^ ((1/1/2006 - 1/1/2005) / 365.25)) = 1.2182
[F] 1.2182*(1.0821^((09/11/2006 - 1/1/2006 + 1) / 365.25)) = 1.2870
[G] = [F]

A11

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

# Appendix Tab 4

# System Energy Resources, Inc. v. United States of America
## Spent Nuclear Fuel Damages Claim For Grand Gulf Nuclear Station

### Annual Weighted Average Cost Of Capital (1)
(After-Tax) (3)

| | Percent Ownership | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 (2) | 2006 (2) |
|---|---|---|---|---|---|---|---|---|---|---|
| System Energy Resources Inc. | 90.00% (A) | A33 7.90% (B) | A33 7.92% | A33 8.14% | A35 8.46% | A33 8.56% | A33 8.50% | A33 8.51% | A33 8.52% | A53 8.52% |
| SMEPA | 10.00% (C) | A43 6.27% (D) | A45 6.23% | A47 6.30% | A49 5.88% | A51 5.40% | A53 4.84% | A55 5.43% | A55 5.43% | A55 5.43% |
| Total Weighted Average | 100.00% T | 7.73% (E) π All | 7.75% All π | 7.96% All π | 8.20% All π | 8.24% All π | 8.13% All π | 8.20% All π | 8.21% All π | 8.21% All π |

**Purpose:**
To calulate an after-tax weighted average cost of capital, accounting for ownership, to apply to costs incurred at Grand Gulf Nuclear Station.

**Notes:**
(1) This calculation accounts for the percentage ownership in the Grand Gulf Nuclear Station by System Energy Resources, Inc. and South Mississippi Electric Power Association (SMEPA).
(2) For the purposes of this analysis, the cost of capital rate for 2004 is also used for 2005 and 2006 for SMEPA. For detail on the rate used by System Energy Resources Inc. in 2005 and 2006, see note (1) on A33.
(3) Per the South Mississippi Electric Power Association annual reports, SMEPA is exempt from United States' income tax. A43a, A55a

**Sources:**
"SERI Weighted Average Cost Of Capital" work paper. SERI acronym is for System Energy Resources, Inc.
South Mississippi Electric Power Association Annual Reports (1998 - 2004)

1998 example calculation:

(A .90 × B .0790) + (C .10 × D .0627) = .0774 ≈ .0773 E
(.0711) π + (.0063 π) π

**Source:** James David Wright, Director of Regulatory Accounting, Entergy Operations, Inc.

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

KRG-GG004211

A32

# Appendix Tab 5

**System Energy Resources, Inc. v. United States of America**

Spent Nuclear Fuel Damages Claim For Grand Gulf Nuclear Station

System Energy Resources, Inc. (SERI) Weighted Average Cost Of Capital
(After-Tax)

| | | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 (1) | 2006 (1) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| End Of Year Weighted Average Cost Of Capital | [A] | A34 7.94% | [$A_{n-1}$] A35 7.85% | [$A_n$] A36 7.98% | A37 8.30% | A38 8.61% | A39 8.50% | A40 8.49% | A41 8.52% | A41 8.52% | A41 8.52% |
| Mid-Year Weighted Average Cost Of Capital | [B=($A_n$+$A_{n-1}$)/2] | | 7.90% A32 | 7.92% A32 | 8.14% A32 | 8.46% A32 | 8.56% A32 | 8.50% A32 | 8.51% A32 | 8.52% A32 | 8.52% A32 |

**Purpose:**
To calculate on after-tax mid-year weighted average cost of capital for each year based on rates provided at the end of each year.

**Note:**
(1) For the purposes of this analysis, the cost of capital rate for years 2005 and 2006 is assumed to be equal to the cost of capital rate for year end 2004.

**Source:**
"System Energy Resources, Inc.; Monthly Capacity Charge Formula; Development Of Cost Of Capital" spreadsheets for year end 1997 through 2004.

**Source:** James David Wright, Director of Regulatory Accounting, Entergy Operations, Inc.

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

KRG-GG004212

A33

# Appendix Tab 6

PBC

A3J

SYSTEM ENERGY RESOURCES, INC.
MONTHLY CAPACITY CHARGE FORMULA
DEVELOPMENT OF COST OF CAPITAL (1)
AT DECEMBER 31, 1997

| LINE NO | CAPITAL SOURCE | [A] CAPITAL AMOUNT (2) (3) | [B= A/1,776,532,594] CAPITALIZATION RATIO (4) | [C] COST RATE | [D=B*C] WEIGHTED COST RATE (8) | [E=D*(1-0.3825)] (a) After Tax Rate (38.25% Composite) |
|---|---|---|---|---|---|---|
| 1 | DEBT | | | | | |
| 2 | LONG TERM | $926,600,000 | 52.16% | 8.96% (5) | 4.67% | 2.88% |
| 3 | SHORT TERM | | | (6) | | |
| 4 | TOTAL DEBT | 926,600,000 | 52.16% | 8.96% (7) | 4.67% | 2.88% |
| 5 | COMMON EQUITY | 849,932,594 | 47.84% | 10.58% | 5.06% | 5.06% |
| 6 | TOTAL | $1,776,532,594 | 100.00% | NA | 9.73% | 7.94% A33 |

NOTES:

(1) TO BE DETERMINED BASED ON DATA AS OF THE END OF THE MONTH IMMEDIATELY PRECEDING THE CURRENT SERVICE MONTH.

(2) LONG TERM DEBT SHALL INCLUDE ALL ISSUES AND REFLECT THE PRINCIPAL AMOUNT.

(3) SHORT TERM DEBT SHALL INCLUDE ONLY THAT PORTION NOT REFLECTED IN THE CALCULATION OF SERI'S RATE FOR ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION.

(4) APPLICABLE CAPITAL AMOUNT DIVIDED BY THE TOTAL CAPITAL AMOUNT.

(5) AVERAGE COST RATE FOR ALL OUTSTANDING ISSUES INCLUDING APPLICABLE AMORTIZATION OF DEBT DISCOUNT, PREMIUM, AND EXPENSE TOGETHER WITH AMORTIZATION OF LOSS OR GAIN ON REACQUIRED DEBT.

(6) THE AVERAGE COST RATE FOR ELIGIBLE SHORT TERM DEBT.

(7) WEIGHTED AVERAGE COST RATE FOR LONG TERM DEBT AND SHORT TERM DEBT.

(8) CAPITALIZATION RATIO FOR THE APPLICABLE CAPITAL SOURCE MULTIPLIED BY THE CORRESPONDING COST RATE.

**Note:**
(a) The "After Tax Rate" formula only applies to debt. The "Weighted Cost Rate" and "After Tax Rate" for equity are equal.

Source:
James David Wright, Director of Regulatory Accounting, Entergy Operations, Inc.

**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**

PBC

A35

**SYSTEM ENERGY RESOURCES, INC.**
**MONTHLY CAPACITY CHARGE FORMULA**
**DEVELOPMENT OF COST OF CAPITAL (1)**
**AT DECEMBER 31, 1998**

| | | [A] | [B=A/1,740,708,819] | [C] | [D=B*C] | [E=D*(1-0.3825)] (a) |
|---|---|---|---|---|---|---|
| LINE NO | CAPITAL SOURCE | CAPITAL AMOUNT (2) (3) | CAPITALIZATION RATIO (4) | COST RATE | WEIGHTED COST RATE (8) | After Tax Rate (38.25% Composite) |
| 1 | DEBT | | | | | |
| 2 | LONG TERM | $856,600,000 | 49.21% | 8.15% (5) | 4.01% | 2.48% |
| 3 | SHORT TERM | | | (6) | | |
| 4 | TOTAL DEBT | 856,600,000 | 49.21% | 8.15% (7) | 4.01% | 2.48% |
| 5 | COMMON EQUITY | 884,108,819 | 50.79% | 10.58% | 5.37% | 5.37% |
| 6 | TOTAL | $1,740,708,819 | 100.00% | NA | 9.38% | 7.85% A33 |

NOTES:

(1) TO BE DETERMINED BASED ON DATA AS OF THE END OF THE MONTH IMMEDIATELY PRECEDING THE CURRENT SERVICE MONTH.

(2) LONG TERM DEBT SHALL INCLUDE ALL ISSUES AND REFLECT THE PRINCIPAL AMOUNT.

(3) SHORT TERM DEBT SHALL INCLUDE ONLY THAT PORTION NOT REFLECTED IN THE CALCULATION OF SERI'S RATE FOR ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION.

(4) APPLICABLE CAPITAL AMOUNT DIVIDED BY THE TOTAL CAPITAL AMOUNT.

(5) AVERAGE COST RATE FOR ALL OUTSTANDING ISSUES INCLUDING APPLICABLE AMORTIZATION OF DEBT DISCOUNT, PREMIUM, AND EXPENSE TOGETHER WITH AMORTIZATION OF LOSS OR GAIN ON REACQUIRED DEBT.

(6) THE AVERAGE COST RATE FOR ELIGIBLE SHORT TERM DEBT.

(7) WEIGHTED AVERAGE COST RATE FOR LONG TERM DEBT AND SHORT TERM DEBT.

(8) CAPITALIZATION RATIO FOR THE APPLICABLE CAPITAL SOURCE MULTIPLIED BY THE CORRESPONDING COST RATE.

**Note:**
(a) The "After Tax Rate" formula only applies to debt. The "Weighted Cost Rate" and "After Tax Rate" for equity are equal.

**Source:** James David Wright, Director of Regulatory Accounting, Entergy Operations, Inc.

**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**

PBC

A36

**SYSTEM ENERGY RESOURCES, INC.**
**MONTHLY CAPACITY CHARGE FORMULA**
**DEVELOPMENT OF COST OF CAPITAL (1)**
**AT DECEMBER 31, 1999**

| LINE NO | CAPITAL SOURCE | [A] CAPITAL AMOUNT (2) (3) | [B= A/1,588,080,744] CAPITALIZATION RATIO (4) | [C] COST RATE | [D= B*C] WEIGHTED COST RATE (8) | [E= D*(1-0.03825)] After Tax Rate (38.25% Composite) (a) |
|---|---|---|---|---|---|---|
| 1 | DEBT | | | | | |
| 2 | LONG TERM | $696,600,000 | 43.86% | 7.54% (5) | 3.31% | 2.04% |
| 3 | SHORT TERM | | | (6) | | |
| 4 | TOTAL DEBT | 696,600,000 | 43.86% | 7.54% (7) | 3.31% | 2.04% |
| 5 | COMMON EQUITY | 891,480,744 | 56.14% | 10.58% | 5.94% | 5.94% |
| 6 | TOTAL | $1,588,080,744 | 100.00% | NA | 9.25% | 7.98% A33 |

NOTES:

(1) TO BE DETERMINED BASED ON DATA AS OF THE END OF THE MONTH IMMEDIATELY PRECEDING THE CURRENT SERVICE MONTH.

(2) LONG TERM DEBT SHALL INCLUDE ALL ISSUES AND REFLECT THE PRINCIPAL AMOUNT.

(3) SHORT TERM DEBT SHALL INCLUDE ONLY THAT PORTION NOT REFLECTED IN THE CALCULATION OF SERI'S RATE FOR ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION.

(4) APPLICABLE CAPITAL AMOUNT DIVIDED BY THE TOTAL CAPITAL AMOUNT.

(5) AVERAGE COST RATE FOR ALL OUTSTANDING ISSUES INCLUDING APPLICABLE AMORTIZATION OF DEBT DISCOUNT, PREMIUM, AND EXPENSE TOGETHER WITH AMORTIZATION OF LOSS OR GAIN ON REACQUIRED DEBT.

(6) THE AVERAGE COST RATE FOR ELIGIBLE SHORT TERM DEBT.

(7) WEIGHTED AVERAGE COST RATE FOR LONG TERM DEBT AND SHORT TERM DEBT.

(8) CAPITALIZATION RATIO FOR THE APPLICABLE CAPITAL SOURCE MULTIPLIED BY THE CORRESPONDING COST RATE.

<u>Note:</u>
(a) The "After Tax Rate" formula only applies to debt. The "Weighted Cost Rate" and "After Tax Rate" for equity are equal.

**<u>Source:</u>** James David Wright, Director of Regulatory Accounting, Entergy Operations, Inc.

**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**

PBC A37

SYSTEM ENERGY RESOURCES, INC.
MONTHLY CAPACITY CHARGE FORMULA
DEVELOPMENT OF COST OF CAPITAL (1)
AT DECEMBER 31, 2000

| LINE NO | CAPITAL SOURCE | [A] CAPITAL AMOUNT (2) (3) | [B=A/1,515,026,020] CAPITALIZATION RATIO (4) | [C] COST RATE | [D=B*C] WEIGHTED COST RATE (8) | [E=D*(1-0.3825)] (a) After Tax Rate (38.25% Composite) |
|---|---|---|---|---|---|---|
| 1 | DEBT | | | | | |
| 2 | LONG TERM | $621,600,000 | 41.03% | 7.29% (5) | 2.99% | 1.85% |
| 3 | SHORT TERM | | | (6) | | |
| 4 | TOTAL DEBT | 621,600,000 | 41.03% | 7.29% (7) | 2.99% | 1.85% |
| 5 | COMMON EQUITY | 893,426,020 | 58.97% | 10.94% | 6.45% | 6.45% |
| 6 | TOTAL | $1,515,026,020 | 100.00% | NA | 9.44% | 8.30% A33 |

NOTES:

(1) TO BE DETERMINED BASED ON DATA AS OF THE END OF THE MONTH IMMEDIATELY PRECEDING THE CURRENT SERVICE MONTH.

(2) LONG TERM DEBT SHALL INCLUDE ALL ISSUES AND REFLECT THE PRINCIPAL AMOUNT.

(3) SHORT TERM DEBT SHALL INCLUDE ONLY THAT PORTION NOT REFLECTED IN THE CALCULATION OF SERI'S RATE FOR ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION.

(4) APPLICABLE CAPITAL AMOUNT DIVIDED BY THE TOTAL CAPITAL AMOUNT.

(5) AVERAGE COST RATE FOR ALL OUTSTANDING ISSUES INCLUDING APPLICABLE AMORTIZATION OF DEBT DISCOUNT, PREMIUM, AND EXPENSE TOGETHER WITH AMORTIZATION OF LOSS OR GAIN ON REACQUIRED DEBT.

(6) THE AVERAGE COST RATE FOR ELIGIBLE SHORT TERM DEBT.

(7) WEIGHTED AVERAGE COST RATE FOR LONG TERM DEBT AND SHORT TERM DEBT.

(8) CAPITALIZATION RATIO FOR THE APPLICABLE CAPITAL SOURCE MULTIPLIED BY THE CORRESPONDING COST RATE.

**Note:**
(a) The "After Tax Rate" formula only applies to debt. The "Weighted Cost Rate" and "After Tax Rate" for equity are equal.

**Source:** James David Wright, Director of Regulatory Accounting, Entergy Operations, Inc.

**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**

PBC A38

SYSTEM ENERGY RESOURCES, INC.
MONTHLY CAPACITY CHARGE FORMULA
DEVELOPMENT OF COST OF CAPITAL (1)
AT DECEMBER 31, 2001

| | | [A] | [B= A/1,377,280,587] | [C] | [D= B*C] | [E= D*(1-0.3825)] (a) |
|---|---|---|---|---|---|---|
| LINE NO | CAPITAL SOURCE | CAPITAL AMOUNT (2) (3) | CAPITALIZATION RATIO (4) | COST RATE | WEIGHTED COST RATE (8) | After Tax Rate (38.25% Composite) |
| 1 | DEBT | | | | | |
| 2 | LONG TERM | $486,600,000 | 35.33% | 7.06% (5) | 2.49% | 1.54% |
| 3 | SHORT TERM | | | (6) | | |
| 4 | TOTAL DEBT | 486,600,000 | 35.33% | 7.06% (7) | 2.49% | 1.54% |
| 5 | COMMON EQUITY | 890,680,587 | 64.67% | 10.94% | 7.07% | 7.07% |
| 6 | TOTAL | $1,377,280,587 | 100.00% | NA | 9.56% | 8.61% A33 |

NOTES:

(1) TO BE DETERMINED BASED ON DATA AS OF THE END OF THE MONTH IMMEDIATELY PRECEDING THE CURRENT SERVICE MONTH.

(2) LONG TERM DEBT SHALL INCLUDE ALL ISSUES AND REFLECT THE PRINCIPAL AMOUNT.

(3) SHORT TERM DEBT SHALL INCLUDE ONLY THAT PORTION NOT REFLECTED IN THE CALCULATION OF SERI'S RATE FOR ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION.

(4) APPLICABLE CAPITAL AMOUNT DIVIDED BY THE TOTAL CAPITAL AMOUNT.

(5) AVERAGE COST RATE FOR ALL OUTSTANDING ISSUES INCLUDING APPLICABLE AMORTIZATION OF DEBT DISCOUNT, PREMIUM, AND EXPENSE TOGETHER WITH AMORTIZATION OF LOSS OR GAIN ON REACQUIRED DEBT.

(6) THE AVERAGE COST RATE FOR ELIGIBLE SHORT TERM DEBT.

(7) WEIGHTED AVERAGE COST RATE FOR LONG TERM DEBT AND SHORT TERM DEBT.

(8) CAPITALIZATION RATIO FOR THE APPLICABLE CAPITAL SOURCE MULTIPLIED BY THE CORRESPONDING COST RATE.

<u>Note:</u>
(a) The "After Tax Rate" formula only applies to debt. The "Weighted Cost Rate" and "After Tax Rate" for equity are equal.

<u>Source:</u> James David Wright, Director of Regulatory Accounting, Entergy Operations, Inc.

**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**

PBC

A39

SYSTEM ENERGY RESOURCES, INC.
MONTHLY CAPACITY CHARGE FORMULA
DEVELOPMENT OF COST OF CAPITAL (1)
AT DECEMBER 31, 2002

| | | [A] | [B=A/1,378,833,346] | [C] | | [D=B*C] | [E=D*(1-0.3825)] (a) |
|---|---|---|---|---|---|---|---|
| LINE NO | CAPITAL SOURCE | CAPITAL AMOUNT (2) (3) | CAPITALIZATION RATIO (4) | COST RATE | | WEIGHTED COST RATE (8) | After Tax Rate (38.25% Composite) |
| 1 | DEBT | | | | | | |
| 2 | LONG TERM | $486,600,000 | 35.29% | 6.51% | (5) | 2.30% | 1.42% |
| 3 | SHORT TERM | | | | (6) | | |
| 4 | TOTAL DEBT | 486,600,000 | 35.29% | 6.51% | (7) | 2.30% | 1.42% |
| 5 | COMMON EQUITY | 892,233,346 | 64.71% | 10.94% | | 7.08% | 7.08% |
| 6 | TOTAL | $1,378,833,346 | 100.00% | NA | | 9.38% | 8.50% A33 |

NOTES:

(1) TO BE DETERMINED BASED ON DATA AS OF THE END OF THE MONTH IMMEDIATELY PRECEDING THE CURRENT SERVICE MO

(2) LONG TERM DEBT SHALL INCLUDE ALL ISSUES AND REFLECT THE PRINCIPAL AMOUNT.

(3) SHORT TERM DEBT SHALL INCLUDE ONLY THAT PORTION NOT REFLECTED IN THE CALCULATION OF SERI'S RATE FOR ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION.

(4) APPLICABLE CAPITAL AMOUNT DIVIDED BY THE TOTAL CAPITAL AMOUNT.

(5) AVERAGE COST RATE FOR ALL OUTSTANDING ISSUES INCLUDING APPLICABLE AMORTIZATION OF DEBT DISCOUNT, PREMIU AND EXPENSE TOGETHER WITH AMORTIZATION OF LOSS OR GAIN ON REACQUIRED DEBT.

(6) THE AVERAGE COST RATE FOR ELIGIBLE SHORT TERM DEBT.

(7) WEIGHTED AVERAGE COST RATE FOR LONG TERM DEBT AND SHORT TERM DEBT.

(8) CAPITALIZATION RATIO FOR THE APPLICABLE CAPITAL SOURCE MULTIPLIED BY THE CORRESPONDING COST RATE.

**Note:**
(a) The "After Tax Rate" formula only applies to debt. The "Weighted Cost Rate" and "After Tax Rate" for equity are equal.

**Source:** James David Wright, Director of Regulatory Accounting, Entergy Operations, Inc.

KRG-GG004219

**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**

PBC

A40

SYSTEM ENERGY RESOURCES, INC.
MONTHLY CAPACITY CHARGE FORMULA
DEVELOPMENT OF COST OF CAPITAL (1)
AT DECEMBER 31, 2003

| | | [A] | [B=A/1,379,836,283] | [C] | | [D=B*C] | [E=D*(1-0.3825)] (a) |
|---|---|---|---|---|---|---|---|
| LINE NO | CAPITAL SOURCE | CAPITAL AMOUNT (2) (3) | CAPITALIZATION RATIO (4) | COST RATE | | WEIGHTED COST RATE (8) | After Tax Rate (38.25% Composite) |
| 1 | DEBT | | | | | | |
| 2 | LONG TERM | $486,600,000 | 35.27% | 6.49% | (5) | 2.29% | 1.41% |
| 3 | SHORT TERM | | | | (6) | | |
| 4 | TOTAL DEBT | 486,600,000 | 35.27% | 6.49% | (7) | 2.29% | 1.41% |
| 5 | COMMON EQUITY | 893,236,283 | 64.73% | 10.94% | | 7.08% | 7.08% |
| 6 | TOTAL | $1,379,836,283 | 100.00% | NA | | 9.37% | 8.49% A33 |

NOTES:

(1) TO BE DETERMINED BASED ON DATA AS OF THE END OF THE MONTH IMMEDIATELY PRECEDING THE CURRENT SERVICE M(

(2) LONG TERM DEBT SHALL INCLUDE ALL ISSUES AND REFLECT THE PRINCIPAL AMOUNT.

(3) SHORT TERM DEBT SHALL INCLUDE ONLY THAT PORTION NOT REFLECTED IN THE CALCULATION OF SERI'S RATE FOR ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION.

(4) APPLICABLE CAPITAL AMOUNT DIVIDED BY THE TOTAL CAPITAL AMOUNT.

(5) AVERAGE COST RATE FOR ALL OUTSTANDING ISSUES INCLUDING APPLICABLE AMORTIZATION OF DEBT DISCOUNT, PREMII AND EXPENSE TOGETHER WITH AMORTIZATION OF LOSS OR GAIN ON REACQUIRED DEBT.

(6) THE AVERAGE COST RATE FOR ELIGIBLE SHORT TERM DEBT.

(7) WEIGHTED AVERAGE COST RATE FOR LONG TERM DEBT AND SHORT TERM DEBT.

(8) CAPITALIZATION RATIO FOR THE APPLICABLE CAPITAL SOURCE MULTIPLIED BY THE CORRESPONDING COST RATE.

**Note:**
(a) The "After Tax Rate" formula only applies to debt. The "Weighted Cost Rate" and "After Tax Rate" for equity are equal.

**Source:** James David Wright, Director of Regulatory Accounting, Entergy Operations, Inc.

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

PBC

A41

SYSTEM ENERGY RESOURCES, INC.
MONTHLY CAPACITY CHARGE FORMULA
DEVELOPMENT OF COST OF CAPITAL (1)
AT DECEMBER 31, 2004

| LINE NO | CAPITAL SOURCE | CAPITAL AMOUNT (2) (3) [A] | CAPITALIZATION RATIO (4) [B=A/1,373,558,939] | COST RATE [C] | WEIGHTED COST RATE (8) [D=B*C] | After Tax Rate (38.25% Composite) [E=D*(1-0.3825)] (a) |
|---|---|---|---|---|---|---|
| 1 | DEBT | | | | | |
| 2 | LONG TERM | $478,975,000 | 34.87% | 6.45% (5) | 2.25% | 1.39% |
| 3 | SHORT TERM | | | (6) | | |
| 4 | TOTAL DEBT | 478,975,000 | 34.87% | 6.45% (7) | 2.25% | 1.39% |
| 5 | COMMON EQUITY | 894,583,939 | 65.13% | 10.94% | 7.13% | 7.13% |
| 6 | TOTAL | $1,373,558,939 | 100.00% | NA | 9.38% | 8.52% |

A33

NOTES:

(1) TO BE DETERMINED BASED ON DATA AS OF THE END OF THE MONTH IMMEDIATELY PRECEDING THE CURRENT SERVICE MONTH.

(2) LONG TERM DEBT SHALL INCLUDE ALL ISSUES AND REFLECT THE PRINCIPAL AMOUNT.

(3) SHORT TERM DEBT SHALL INCLUDE ONLY THAT PORTION NOT REFLECTED IN THE CALCULATION OF SERI'S RATE FOR ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION.

(4) APPLICABLE CAPITAL AMOUNT DIVIDED BY THE TOTAL CAPITAL AMOUNT.

(5) AVERAGE COST RATE FOR ALL OUTSTANDING ISSUES INCLUDING APPLICABLE AMORTIZATION OF DEBT DISCOUNT, PREMIUM, AND EXPENSE TOGETHER WITH AMORTIZATION OF LOSS OR GAIN ON REACQUIRED DEBT.

(6) THE AVERAGE COST RATE FOR ELIGIBLE SHORT TERM DEBT.

(7) WEIGHTED AVERAGE COST RATE FOR LONG TERM DEBT AND SHORT TERM DEBT.

(8) CAPITALIZATION RATIO FOR THE APPLICABLE CAPITAL SOURCE MULTIPLIED BY THE CORRESPONDING COST RATE.

**Note:**
(a) The "After Tax Rate" formula only applies to debt. The "Weighted Cost Rate" and "After Tax Rate" for equity are equal.

**Source:** James David Wright, Director of Regulatory Accounting, Entergy Operations, Inc.

**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**