# Appendix Tab 7

A42



# South Mississippi Electric Power Association

# 1998 Annual Report

SMEPA

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

KRG-GG004223

A43

# SOUTH MISSISSIPPI
## ELECTRIC POWER ASSOCIATION
### 1998 ANNUAL REPORT

PERFORMANCE HIGHLIGHTS

## FINANCIAL

| ($ In Thousands) | 1998 | 1997 | Increase (Decrease) | % Increase -Decrease |
|---|---|---|---|---|
| Total Revenue | $313,425 | $302, 459 | $10,966 | 3.6% |
| Current Net Margins | $2,038 | $2,230 | ($192) | -8.6% |
| Total Assets | $712,925 | $732,762 | ($19,837) | -2.7% |
| Toal Equity | $81,767 | $78,860 | $2,907 | 3.7% |
| Equity as % of Assets | 11.5% | 10.8% | | |
| TIER | 1.05 | 1.06 | | |
| DSC | 1.06 | 1.11 | | |
| Average Cost of Debt | 6.27% A32 | 6.23% | | |

## OPERATIONAL

| | 1998 | 1997 | Increase (Decrease) | % Increase -Decrease |
|---|---|---|---|---|
| Wholesale Rate to Members Mills/KWH | 40.75 | 40.99 | (0.24) | -0.6% |
| Energy Sales (MWH) | | | | |
| Members | 7,503,403 | 6,867,497 | 635,906 | 9.3% |
| Non-Members | 280,252 | 673,562 | (393,310) | -58.4% |
| Total | 7,783,655 | 7,541,059 | 242,596 | 3.2% |
| Net Generation (MWH) | 4,000,428 | 3,703,426 | 297,002 | 8.0% |
| Member Demand (MW) | 1,762 | 1,647 | 115 | 7.0% |

## TABLE OF CONTENTS

Executive Message ....................2
Member Systems ....................3
Board of Directors ....................4
General Information ....................7
Departments ....................8
Operating Report ....................9
Financial Report ....................15

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

KRG-GG004224

c. Allowance for Funds Used During Construction

Allowance for funds used during construction represents an allowance based on the average cost of appropriate borrowings when general funds are used to fund construction. The allowance is capitalized as a component of the cost of electric plants and related facilities while it is under construction.

A43a

d. Investment Securities

Debt service investments, other investments and other invested funds are categorized as held to maturity and are carried on the balance sheet at amortized cost. SMEPA has the intent and ability to hold these securities until their estimated maturities, but may sell them under certain circumstances.

Decommissioning trust investments are categorized as available for sale and are carried on the balance sheet at fair value with changes in the unrealized fair value of such securities being accounted for as changes in other comprehensive income.

Premiums and discounts are amortized and accreted to operations using the level yield method, adjusted for prepayments as applicable.

e. Deferred Charges

SMEPA was a 10% owner in a second unit at the Grand Gulf site when construction was terminated in 1989. With the approval of the RUS, SMEPA is amortizing its remaining investment over a 27-year period ending in 2016.

As a condition of repricing transactions for outstanding debt in recent years so as to significantly reduce annual interest expenses, SMEPA paid penalties of varying amounts which are accounted for as deferred charges to be amortized over the remaining life of the debt.

Bond issue costs are being amortized by the straight-line method, which does not differ materially from the interest method, over the term of the related debt. The amortization during the period of construction is capitalized.

Nuclear outage maintenance costs represent SMEPA's ten percent share of Grand Gulf's incremental maintenance costs associated with refueling outages. These costs are recorded as deferred charges when incurred and are amortized by the straight-line method over the eighteen months between outages.

f. Patronage Capital

The bylaws of SMEPA provide that any excess of revenue over expenses and accumulated prior year deficits shall be treated as advances of capital by the member patrons and credited to them on the basis of their patronage.

g. Income Taxes

SMEPA is exempt from United States income taxes pursuant to Section 501(c)(12) of the Internal Revenue Code, which requires that at least 85% of SMEPA's gross income be derived from its members. A32

h. Cash and Cash Equivalents

For purposes of reporting cash flows, all temporary investments with original maturities of three months or less are deemed to be cash equivalents.

i. Reclassifications

Certain reclassifications have been made to the 1997 financial statements to conform to the 1998 method of presentation.

**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**

A44

# SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION

SMEPA

1999 ANNUAL REPORT



Protected and Confidential Material to be
Disclosed only in Accordance with U.S. Court
of Federal Claims Protective Order

A45



# SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION

## 1999 PERFORMANCE HIGHLIGHTS

### Financial

| ($ In Thousands) | 1999 | 1998 | Increase (Decrease) | % Increase -Decrease |
|---|---|---|---|---|
| Total Revenue | $329,274 | $313,425 | $15,849 | 5.1% |
| Current Net Margins | $2,011 | $2,038 | ($27) | -1.3% |
| Total Assets | $712,239 | $713,108 | ($869) | -0.1% |
| Total Equity | $80,883 | $78,872 | $2,011 | 2.5% |
| Equity as % of Assets | 11.4% | 11.1% | | |
| TIER | 1.06 | 1.05 | | |
| DSC | 1.02 | 1.06 | | |
| Average Cost of Debt | 6.23% A32 | 6.27% | | |

### Operational

| | 1999 | 1998 | Increase (Decrease) | % Increase -Decrease |
|---|---|---|---|---|
| Wholesale Rate to Members — Mills/KWH | 41.95 | 40.75 | 1.20 | 2.9% |
| Energy Sales (MWH) | | | | |
| Members | 7,836,023 | 7,503,403 | 332,620 | 4.4% |
| Non-Members | 12,716 | 280,252 | (267,536) | -95.5% |
| Total | 7,848,739 | 7,783,655 | 65,084 | 0.8% |
| Net Generation (MWH) | 3,654,436 | 4,000,428 | (345,992) | -8.6% |
| Member Demand (MW) | 1,892 | 1,762 | 130 | 7.4% |

### TABLE OF CONTENTS

Executive Message ..... 2
Member Systems ..... 3
Board of Directors ..... 4
General Information ..... 7
SMEPA Departments ..... 8
Operating Report ..... 10
Financial Report ..... 19



**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**

A46

# 2000 ANNUAL REPORT

SMEPA

SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION

KRG-GG004230

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

A47

# SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION

## 2000 PERFORMANCE HIGHLIGHTS

**Financial**

| ($ In Thousands) | 2000 | 1999 | Increase (Decrease) | % Increase -Decrease |
|---|---|---|---|---|
| Total Revenue | $366,444 | $329,274 | $37,170 | 11.3% |
| Current Net Margins | $1,839 | $2,011 | ($172) | -8.6% |
| Total Assets | $687,380 | $712,239 | ($24,859) | -3.5% |
| Total Equity | $82,722 | $80,883 | $1,839 | 2.3% |
| Equity as % of Assets | 12.0% | 11.4% | | |
| TIER | 1.05 | 1.06 | | |
| DSC | 1.06 | 1.02 | | |
| Average Cost of Debt | 6.30% A32 | 6.23% | | |

**Operational**

| | 2000 | 1999 | Increase (Decrease) | % Increase -Decrease |
|---|---|---|---|---|
| Wholesale Rate to Members — Mills/KWH | 44.02 | 41.95 | 2.07 | 4.9% |
| Energy Sales (MWH) | | | | |
| Members | 8,259,185 | 7,836,023 | 423,162 | 5.4% |
| Non-Members | 81,704 | 12,716 | 68,988 | 542.5% |
| Total | 8,340,889 | 7,848,739 | 492,150 | 6.3% |
| Net Generation (MWH) | 4,051,486 | 3,654,436 | 397,050 | 10.9% |
| Member Demand (MW) | 2,030 | 1,892 | 138 | 7.3% |

TABLE OF CONTENTS

Executive Message .......... 2
Member Systems .......... 3
Board of Directors .......... 4
General Information .......... 7
SMEPA Departments .......... 8
Operating Report .......... 9
Financial Report .......... 17



Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

A48

# SMEPA 2001 ANNUAL REPORT

SMEPA

SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION

60

ANNIVERSARY

1941-2001

Protected and Confidential Material to be
Disclosed only in Accordance with U.S. Court
of Federal Claims Protective Order

# SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION

## 2001 PERFORMANCE HIGHLIGHTS

### Financial

| ($ in Thousands) | 2001 | 2000 | Increase (Decrease) | % Increase (Decrease) |
|---|---|---|---|---|
| Total Revenue | $354,447 | $366,444 | ($11,997) | -3.3% |
| Current Net Margins | $2,126 | $1,839 | $287 | 15.6% |
| Total Assets | $731,551 | $687,380 | $44,171 | 6.4% |
| Total Equity | $84,848 | $82,722 | $2,126 | 2.6% |
| Equity as % of Assets | 11.6% | 12.0% | | |
| TIER | 1.06 | 1.05 | | |
| DSC | 1.03 | 1.06 | | |
| Average Cost of Debt | 5.88% | 6.30% | | |

### Operational

| | 2001 | 2000 | Increase (Decrease) | % Increase (Decrease) |
|---|---|---|---|---|
| Wholesale Rate to Members — Mills/KWH | 44.83 | 44.02 | 0.81 | 1.8% |
| Energy Sales (MWH) | | | | |
| Members | 8,050,419 | 8,259,185 | (208,766) | -2.5% |
| Non-Members | 26,269 | 81,704 | (55,435) | -67.8% |
| Total | 8,076,688 | 8,340,889 | (264,201) | -3.2% |
| Net Generation (MWH) | 3,548,906 | 4,051,486 | (502,580) | -12.4% |
| Member Demand (MW) | 1,977 | 2,030 | (53) | -2.6% |

TABLE OF CONTENTS

Executive Message .......... 2
Member Systems .......... 3
Board of Directors .......... 4
General Information .......... 7
SMEPA Departments .......... 8
Operating Report .......... 9
Financial Report .......... 17



Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

KRG-GG004234

A50



# SMEPA 2002 ANNUAL REPORT

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

KRG-GG004236

A51

# SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION

## 2002 PERFORMANCE HIGHLIGHTS

### Financial

| ($ In Thousands) | 2002 | 2001 | Increase (Decrease) | % Increase (Decrease) |
|---|---|---|---|---|
| Total Revenue | $393,524 | $354,447 | $39,077 | 11.0% |
| Current Net Margins | $2,556 | $2,126 | $430 | 20.2% |
| Total Assets | $839,943 | $731,551 | $108,392 | 14.8% |
| Total Equity | $87,404 | $84,848 | $2,556 | 3.0% |
| Equity as % of Assets | 10.4% | 11.6% | | |
| TIER | 1.07 | 1.06 | | |
| DSC | 1.04 | 1.03 | | |
| Average Cost of Debt | 5.40% | 5.88% | | |

### Operational

| | 2002 | 2001 | Increase (Decrease) | % Increase (Decrease) |
|---|---|---|---|---|
| Wholesale Rate to Members — Mills/KWH | 45.27 | 44.83 | 0.44 | 1.0% |
| Energy Sales (MWH) | | | | |
| Members | 8,651,954 | 8,050,419 | 601,535 | 7.5% |
| Non-Members | 16,361 | 26,269 | (9,908) | (37.7%) |
| Total | 8,668,315 | 8,076,688 | 591,627 | 7.3% |
| Net Generation (MWH) | 3,806,529 | 3,548,906 | 257,623 | 7.3% |
| Member Demand (MW) | 2,011 | 1,977 | 34 | 1.7% |

TABLE OF CONTENTS

Executive Message .......... 2
Member Systems .......... 3
Board of Directors .......... 4
General Information .......... 7
SMEPA Departments .......... 8
Operating Report .......... 9
Financial Report .......... 16



Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

A52

# South Mississippi Electric Power Association



SMEPA

2003 Annual Report

Protected and Confidential Material to be
Disclosed only in Accordance with U.S. Court
of Federal Claims Protective Order

KRG-GG004239

A53



# South Mississippi Electric Power Association

## Financial

| Dollars in Thousands | 2003 | 2002 | Increase (Decrease) | % Increase (Decrease) |
|---|---|---|---|---|
| Total Revenue | $ 411,588 | $ 393,524 | $ 18,064 | 4.6% |
| Current Net Margins | $ 4,177 | $ 2,556 | $ 1,621 | 63.4% |
| Total Assets | $ 873,855 | $ 839,943 | $ 33,912 | 4.0% |
| Total Equity | $ 91,581 | $ 87,404 | $ 4,177 | 4.8% |
| Equity as % of Assets | 10.5% | 10.4% | | |
| TIER | 1.11 | 1.07 | | |
| DSC | 1.03 | 1.04 | | |
| Average Cost of Debt | 4.84% A32 | 5.40% | | |

## Operational

| | | | | |
|---|---|---|---|---|
| Wholesale Rate to Members Mills/KWH | 47.27 | 45.27 | 2.00 | 4.4% |
| Energy Sales (MWH) | | | | |
| Members | 8,780,699 | 8,651,954 | 128,745 | 1.5% |
| Non-Members | 12,775 | 16,361 | (3,586) | (21.9%) |
| Total | 8,793,474 | 8,668,315 | 125,159 | 1.4% |
| Net Generation (MWH) | 4,159,337 | 3,806,529 | 352,808 | 9.3% |
| Member Demand (MW) | 2,176 | 2,011 | 165 | 8.2% |

## Table of Contents

Executive Message 2
Member Systems 3
Board of Directors 4
SMEPA Departments 7
Facilities 8
Operating Report 10
Financial Report 19



Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

A54

# SOUTH MISSISSIPPI ELECTRIC
## POWER ASSOCIATION

2004 Annual Report



Protected and Confidential Material to be
Disclosed only in Accordance with U.S. Court
of Federal Claims Protective Order

KRG-GG004242

[redacted]

A55

# 2004

# Performance Highlights

## Financial

| Dollars in Thousands | 2004 | 2003 | Increase (Decrease) | Increase (Decrease) |
|---|---|---|---|---|
| Total Revenue | $464,712 | $ 411,588 | $53,124 | 12.9% |
| Current Net Margins | $ 5,670 | $ 4,177 | $ 1,493 | 35.7% |
| | | | | |
| Total Assets | $880,034 | $ 873,855 | $ 6,179 | 0.7% |
| Total Equity | $ 97,251 | $ 91,581 | $ 5,670 | 6.2% |
| Equity as % of Assets | 11.1% | 10.5% | | |
| | | | | |
| TIER | 1.15 | 1.11 | | |
| DSC | 1.06 | 1.03 | | |
| | | | | |
| Average Cost of Debt | 5.43% A32 | 4.84% | | |

## Operational

| | 2004 | 2003 | Increase (Decrease) | Increase (Decrease) |
|---|---|---|---|---|
| Wholesale Rate to Members - Mills per KWH | 49.84 | 47.27 | 2.57 | 5.4% |
| Energy Sales (MWH) | | | | |
| Members | 9,170,183 | 8,780,699 | 389,484 | 4.4% |
| Non-Members | 16,019 | 12,775 | 3,244 | 25.4% |
| Total | 9,186,202 | 8,793,474 | 392,728 | 4.5% |
| Net Generation (MWH) | 4,033,649 | 4,159,337 | (125,688) | -3.0% |
| Member Demand (MW) | 2,071 | 2,176 | (105) | -4.8% |

FRONT COVER: SILVER CREEK UNIT 2 COMBUSTION TURBINE

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

[redacted]

# Appendix Tab 8

| Name of Respondent | This Report Is: | Date of Report (Mo, Da, Yr) | Year of Report |
|---|---|---|---|
| System Energy Resources, Inc. | (1) [X] An Original<br>(2) [ ] A Resubmission | 04/30/1999 | Dec. 31, 1998 |

## GENERAL DESCRIPTION OF CONSTRUCTION OVERHEAD PROCEDURE

1. For each construction overhead explain: (a) the nature and extent of work, etc. the overhead charges are intended to cover, (b) the general procedure for determining the amount capitalized, (c) the method of distribution to construction jobs, (d) whether different rates are applied to different types of construction, (e) basis of differentiation in rates for different types of construction, and (f) whether the overhead is directly or indirectly assigned.
2. Show below the computation of allowance for funds used during construction rates, in accordance with the provisions of Electric Plant instructions 3(17) of the U.S. of A.
3. Where a net-of-tax rate for borrowed funds is used, show the appropriate tax effect adjustment to the computations below in a manner that clearly indicates the amount of reduction in the gross rate for tax effects.

Overhead - Engineering and Supervision
(a) Engineering, design, supervisory, and administration work.
(b) Distribution of actual costs incurred directly to work codes for engineering and supervision expenditures.
(c) Zero Based Allocation method used January 1998 to June 1998
This method determines the amount of current month charges to the nuclear pool and determines the total basis for this function. Then, it calculates a percentage of pool to basis and allocates the entire pool amount to the basis work codes.
Fixed Rate Allocation method used July 1998 to December 1998
This method applies a fixed rate percentage for engineering and supervision overhead pool to the current month charges of each nuclear work code basis.
(d) Only one rate is used.
(e) N/A.
(f) The overhead is directly assigned.

## COMPUTATION OF ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION RATES

For line 1(5), column (d) below, enter the rate granted in the last rate proceeding. If such is not available, use the average rate earned during the preceding three years.

1. Components of Formula (Derived from actual book balances and actual cost rates):

| Line No. | Title (a) | Amount (b) | Capitalization Ratio(Percent) (c) | Cost Rate Percentage (d) |
|---|---|---|---|---|
| 1 | Average Short-Term Debt & Computation of Allowance text | S | | |
| 2 | Short-term Interest | | | s |
| 3 | Long-Term Debt | D 926,600,000 | 52.16 | d 8.98 |
| 4 | Preferred Stock | P | | p |
| 5 | Common Equity | C 849,932,594 | 47.84 | c 11.00 |
| 6 | Total Capitalization | 1,776,532,594 | 100% | |
| 7 | Average Construction Work in Progress Balance | W 50,902,000 | | |

2. Gross Rate for Borrowed Funds $s\left(\frac{S}{W}\right) + d\left(\frac{D}{D+P+C}\right)\left(1 - \frac{S}{W}\right)$ 4.68

3. Rate for Other Funds $\left[1 - \frac{S}{W}\right]\left[p\left(\frac{P}{D+P+C}\right) + c\left(\frac{C}{D+P+C}\right)\right]$ 5.26

4. Weighted Average Rate Actually Used for the Year:
a. Rate for Borrowed Funds - 4.72
b. Rate for Other Funds - 5.31

KRG-GG003249

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order



N178

| Name of Respondent | This Report Is: | Date of Report (Mo, Da, Yr) | Year of Report |
|---|---|---|---|
| System Energy Resources, Inc. | (1) [X] An Original<br>(2) [ ] A Resubmission | 04/30/2000 | Dec. 31, 1999 |

## GENERAL DESCRIPTION OF CONSTRUCTION OVERHEAD PROCEDURE

1. For each construction overhead explain: (a) the nature and extent of work, etc. the overhead charges are intended to cover, (b) the general procedure for determining the amount capitalized, (c) the method of distribution to construction jobs, (d) whether different rates are applied to different types of construction, (e) basis of differentiation in rates for different types of construction, and (f) whether the overhead is directly or indirectly assigned.
2. Show below the computation of allowance for funds used during construction rates, in accordance with the provisions of Electric Plant instructions 3(17) of the U.S. of A.
3. Where a net-of-tax rate for borrowed funds is used, show the appropriate tax effect adjustment to the computations below in a manner that clearly indicates the amount of reduction in the gross rate for tax effects.

Overhead - Engineering and Supervision
(a) Engineering, design, supervisory, and administration work.
(b) Distribution of actual costs incurred directly to work codes for engineering and supervision expenditures.
(c) Fixed Rate Allocation method used during 1999.
This method applies a fixed rate percentage for engineering and supervision overhead pool to the current month charges of each nuclear work code basis.
(d) Only one rate is used.
(e) N/A.
(f) The overhead is directly assigned.

## COMPUTATION OF ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION RATES

For line 1(5), column (d) below, enter the rate granted in the last rate proceeding. If such is not available, use the average rate earned during the preceding three years.

1. Components of Formula (Derived from actual book balances and actual cost rates):

| Line No. | Title (a) | Amount (b) | Capitalization Ratio(Percent) (c) | Cost Rate Percentage (d) |
|---|---|---|---|---|
| 1 | Average Short-Term Debt & Computation of Allowance text | S | | |
| 2 | Short-term Interest | | | s |
| 3 | Long-Term Debt | D 856,600,000 | 49.21 | d 8.16 |
| 4 | Preferred Stock | P | | p |
| 5 | Common Equity | C 884,108,819 | 50.79 | c 11.00 |
| 6 | Total Capitalization | 1,740,708,819 | 100% | |
| 7 | Average Construction Work in Progress Balance | W 57,456,000 | | |

2. Gross Rate for Borrowed Funds $s(\frac{S}{W}) + d(\frac{D}{D+P+C})(1 - \frac{S}{W})$ 4.02

3. Rate for Other Funds $[1 - \frac{S}{W}][p(\frac{P}{D+P+C}) + c(\frac{C}{D+P+C})]$ 5.59

4. Weighted Average Rate Actually Used for the Year:
a. Rate for Borrowed Funds - 4.02
b. Rate for Other Funds - 5.59

KRG-GG003260



Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

N188

| Name of Respondent | This Report Is: | Date of Report (Mo, Da, Yr) | Year of Report |
|---|---|---|---|
| System Energy Resources, Inc. | (1) [X] An Original<br>(2) [ ] A Resubmission | 04/30/2001 | Dec. 31, 2000 |

## GENERAL DESCRIPTION OF CONSTRUCTION OVERHEAD PROCEDURE

1. For each construction overhead explain: (a) the nature and extent of work, etc. the overhead charges are intended to cover, (b) the general procedure for determining the amount capitalized, (c) the method of distribution to construction jobs, (d) whether different rates are applied to different types of construction, (e) basis of differentiation in rates for different types of construction, and (f) whether the overhead is directly or indirectly assigned.
2. Show below the computation of allowance for funds used during construction rates, in accordance with the provisions of Electric Plant instructions 3(17) of the U.S. of A.
3. Where a net-of-tax rate for borrowed funds is used, show the appropriate tax effect adjustment to the computations below in a manner that clearly indicates the amount of reduction in the gross rate for tax effects.

Overhead - Engineering and Supervision
(a) Engineering, design, supervisory, and administration work.
(b) Distribution of actual costs incurred directly to work codes for engineering and supervision expenditures.
(c) Fixed Rate Allocation method used during 2000.
This method applies a fixed rate percentage for engineering and supervision overhead pool to the current month charges of each nuclear work code basis.
(d) Only one rate is used.
(e) N/A.
(f) The overhead is directly assigned.

## COMPUTATION OF ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION RATES

For line 1(5), column (d) below, enter the rate granted in the last rate proceeding. If such is not available, use the average rate earned during the preceding three years.

1. Components of Formula (Derived from actual book balances and actual cost rates):

| Line No. | Title (a) | Amount (b) | Capitalization Ratio(Percent) (c) | Cost Rate Percentage (d) |
|---|---|---|---|---|
| 1 | Average Short-Term Debt & Computation of Allowance text | S | | |
| 2 | Short-term Interest | | | s |
| 3 | Long-Term Debt | D 696,600,000 | 43.86 | d 7.54 |
| 4 | Preferred Stock | P | | p |
| 5 | Common Equity | C 891,480,744 | 56.14 | c 11.00 |
| 6 | Total Capitalization | 1,588,080,744 | 100% | |
| 7 | Average Construction Work in Progress Balance | W 45,755,404 | | |

2. Gross Rate for Borrowed Funds $s\left(\frac{S}{W}\right) + d\left(\frac{D}{D+P+C}\right)\left(1 - \frac{S}{W}\right)$ 3.31

3. Rate for Other Funds $\left[1 - \frac{S}{W}\right]\left[p\left(\frac{P}{D+P+C}\right) + c\left(\frac{C}{D+P+C}\right)\right]$ 6.18

4. Weighted Average Rate Actually Used for the Year:
a. Rate for Borrowed Funds - 3.31
b. Rate for Other Funds - 6.18



Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

| Name of Respondent | This Report Is: | Date of Report (Mo, Da, Yr) | Year of Report |
|---|---|---|---|
| System Energy Resources, Inc. | (1) [X] An Original<br>(2) [ ] A Resubmission | 04/30/2002 | Dec. 31, 2001 |

## GENERAL DESCRIPTION OF CONSTRUCTION OVERHEAD PROCEDURE

1. For each construction overhead explain: (a) the nature and extent of work, etc. the overhead charges are intended to cover, (b) the general procedure for determining the amount capitalized, (c) the method of distribution to construction jobs, (d) whether different rates are applied to different types of construction, (e) basis of differentiation in rates for different types of construction, and (f) whether the overhead is directly or indirectly assigned.
2. Show below the computation of allowance for funds used during construction rates, in accordance with the provisions of Electric Plant instructions 3(17) of the U.S. of A.
3. Where a net-of-tax rate for borrowed funds is used, show the appropriate tax effect adjustment to the computations below in a manner that clearly indicates the amount of reduction in the gross rate for tax effects.

Overhead - Engineering and Supervision
(a) Engineering, design, supervisory, and administration work.
(b) Distribution of actual costs incurred directly to work codes for engineering and supervision expenditures.
(c) Fixed Rate Allocation method used during 2001.
This method applies a fixed rate percentage for each functional engineering and supervision overhead pool to the current month charges of each nuclear work code basis
(d) Different rates are applied based on function of construction projects.
(General & Intangible and Nuclear Production)
(e) The differentiation in rates is due to the amounts charged to the functional overhead pools as compared to the estimated construction expenditures for that function.
(f) The overhead is directly assigned.

## COMPUTATION OF ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION RATES

For line 1(5), column (d) below, enter the rate granted in the last rate proceeding. If such is not available, use the average rate earned during the preceding three years.

1. Components of Formula (Derived from actual book balances and actual cost rates):

| Line No. | Title (a) | Amount (b) | Capitalization Ratio(Percent) (c) | Cost Rate Percentage (d) |
|---|---|---|---|---|
| 1 | Average Short-Term Debt & Computation of Allowance text | S | | |
| 2 | Short-term Interest | | | s |
| 3 | Long-Term Debt | D 621,600,000 | 41.03 | d 7.31 |
| 4 | Preferred Stock | P | | p |
| 5 | Common Equity | C 893,426,020 | 58.97 | c 11.00 |
| 6 | Total Capitalization | 1,515,026,020 | 100% | |
| 7 | Average Construction Work in Progress Balance | W 36,030,285 | | |

2. Gross Rate for Borrowed Funds $s\left(\frac{S}{W}\right) + d\left(\frac{D}{D+P+C}\right)\left(1 - \frac{S}{W}\right)$ 3.00

3. Rate for Other Funds $\left[1 - \frac{S}{W}\right]\left[p\left(\frac{P}{D+P+C}\right) + c\left(\frac{C}{D+P+C}\right)\right]$ 6.49

KRG-GG003283

4. Weighted Average Rate Actually Used for the Year:
a. Rate for Borrowed Funds - 3.00
b. Rate for Other Funds - 6.49

N209



Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

# Appendix Tab 9

been prepared for this action and it is contained in the Rules Docket. A copy of it may be obtained by contacting the Rules Docket at the location provided under the caption **ADDRESSES.**

### List of Subjects in 14 CFR Part 39

Air transportation, Aircraft, Aviation safety, Incorporation by reference, Safety.

### Adoption of the Amendment

Accordingly, pursuant to the authority delegated to me by the Administrator, the Federal Aviation Administration amends part 39 of the Federal Aviation Regulations (14 CFR part 39) as follows:

## PART 39—AIRWORTHINESS DIRECTIVES

1. The authority citation for part 39 continues to read as follows:

**Authority:** 49 U.S.C. 106(g), 40113, 44701.

**§ 39.13 [Amended]**

2. Section 39.13 is amended by adding a new airworthiness directive to read as follows:

**2002–10–07 Pratt & Whitney:** Amendment 39–12753. Docket No. 2001–NE–27–AD.

*Applicability:* This airworthiness directive (AD) is applicable to Pratt & Whitney (PW) JT9D–59A, –70A, –7Q, and –7Q3 turbofan engines. These engines are installed on, but not limited to, Airbus Indusrie A300 series, Boeing 747 series, and McDonnell Douglas DC–10 series airplanes.

**Note 1:** This AD applies to each engine identified in the preceding applicability provision, regardless of whether it has been modified, altered, or repaired in the area subject to the requirements of this AD. For engines that have been modified, altered, or repaired so that the performance of the requirements of this AD is affected, the owner/operator must request approval for an alternative method of compliance in accordance with paragraph (b) of this AD. The request should include an assessment of the effect of the modification, alteration, or repair on the unsafe condition addressed by this AD; and, if the unsafe condition has not been eliminated, the request should include specific proposed actions to address it.

*Compliance:* Compliance with this AD is required as indicated, unless already done.

To prevent failure of high pressure turbine (HPT) second stage airseals due to cracks in the knife edges, which if not detected could result in uncontained engine failure and damage to the airplane, do the following:

### Inspections

(a) Perform a fluorescent penetrant inspection of the HPT second stage airseal knife edges for cracks in accordance with procedures and return to service criteria contained in Accomplishment Instructions, Paragraphs 1 through 3, of PW Service Bulletin (SB) JT9D 6409, dated July 27, 2001, each time the HPT stage 1 and stage 2 rotors are separated. Remove from service those airseals that are determined to be unserviceable.

### Alternative Methods of Compliance

(b) An alternative method of compliance or adjustment of the compliance time that provides an acceptable level of safety may be used if approved by the Manager, Engine Certification Office (ECO). Operators must submit their request through an appropriate FAA Principal Maintenance Inspector, who may add comments and then send it to the Manager, ECO.

**Note 2:** Information concerning the existence of approved alternative methods of compliance with this airworthiness directive, if any, may be obtained from the ECO.

### Special Flight Permits

(c) Special flight permits may be issued in accordance with §§ 21.197 and 21.199 of the Federal Aviation Regulations (14 CFR 21.197 and 21.199) to operate the airplane to a location where the requirements of this AD can be done.

### Documents That Have Been Incorporated By Reference

(d) The inspection must be done in accordance with Pratt & Whitney Service Bulletin JT9D 6409, dated July 27, 2001. This incorporation by reference was approved by the Director of the Federal Register in accordance with 5 U.S.C. 552(a) and 1 CFR part 51. Copies may be obtained from Pratt & Whitney, 400 Main St., East Hartford, CT 06108; telephone (860) 565–8770; fax (860) 565–4503. Copies may be inspected, by appointment, at the FAA, New England Region, Office of the Regional Counsel, 12 New England Executive Park, Burlington, MA; or at the Office of the Federal Register, 800 North Capitol Street, NW, suite 700, Washington, DC.

### Effective Date

(e) This amendment becomes effective on June 27, 2002.

Issued in Burlington, Massachusetts, on May 10, 2002.

**Francis A. Favara,**

*Acting Manager, Engine and Propeller Directorate, Aircraft Certification Service.*

[FR Doc. 02–12630 Filed 5–22–02; 8:45 am]

BILLING CODE 4910–13–U

## DEPARTMENT OF ENERGY

## Federal Energy Regulatory Commission

## 18 CFR Parts 35, 141 and 385

**[Docket No. RM02–9–000; Order No. 626]**

## Electronic Filing of FERC Form 1, and Elimination of Certain Designated Schedules In FERC Form Nos. 1 and 1–F

Issued: May 16, 2002.

**AGENCY:** Federal Energy Regulatory Commission, DOE.

**ACTION:** Final rule.

**SUMMARY:** The Federal Energy Regulatory Commission (Commission) is amending its regulations under the Federal Power Act (FPA) to provide for the electronic filing of its Form 1 (Form 1) and the elimination of certain schedules on the Form 1 and Form 1–F (Form 1–F). Commencing with the report for calendar year 2002, due April 30, 2003, only electronic filings will be accepted; the paper filing requirement will be eliminated for the Form 1. Form 1–F respondents must still submit an original and one conformed paper copy of a completed form by March 31, 2003. Also commencing with the report for calendar year 2002, for both the Forms 1 and 1–F, the schedules identified below will be eliminated. This automation of the Form 1 and the elimination of designated schedules to both the Forms 1 and 1–F yield significant benefits to respondents, the Commission and to the electric industry as a whole. These benefits include more timely analysis and publication of the data, increased data analysis capability, reduced cost of data entry and retrieval, and an overall reduction in filing burden.

**EFFECTIVE DATE:** This final rule is effective June 24, 2002.

**FOR FURTHER INFORMATION CONTACT:**

Patricia W. Morris (Technical Information), Office of Markets, Tariffs and Rates, FERC, 888 First Street, NE., Washington, DC 20426, (202) 208–6990, *patricia.morris@ferc.fed.us.*

Bolton Pierce (Electronic System), Office of Information Technology, FERC, 888 First Street, NE., Washington, DC 20426, (202) 208–1803, *bolton.pierce@ferc.gov.*

Julia Lake (Legal Information), Office of General Counsel, FERC, 888 First Street, NE., Washington, DC 20426, (202) 208–2019, *julia.lake@ferc.gov.*

**SUPPLEMENTARY INFORMATION:**

Before Commissioners: Pat Wood, III, Chairman; William L. Massey, Linda Breathitt, and Nora Mead Brownell.

## I. Introduction

This Final Rule revises parts 141 and 385 of the Commission's regulations to require the electronic filing of FERC Form 1 "Annual Report of Major Electric Utilities, Licensees and Others" (Form 1) and the elimination of designated schedules from both the Form 1 and Form 1–F "Annual Report for Nonmajor Public Utilities, Licensees and Others" (Form 1–F). Beginning with reports for the calendar year 2002, due no later than April 30, 2003, there will be no further requirement for a hard copy Form 1 filing. The Commission has thoroughly tested the software and related elements of the electronic filing mechanism and finds that the methodology and mechanics of the system are ready for industry-wide electronic filing of Form 1. In addition, the Commission finds that the schedules designated below should be eliminated.

## II. Background

Form 1 and 1–F information is collected pursuant to sections 304 and 309 of the Federal Power Act (FPA), 16 U.S.C. 825c and 825h. The Commission collects general corporate information: summary financial information, balance sheet and income statement supporting information, and electric plant, sales, operating expenses, and statistical data. The information is used in the review of the financial condition of regulated companies, in various rate proceedings and in the Commission's audit program. Form 1 is filed by respondents determined to be "Major Electric Utilities" and certain hydroelectric utilities under the Commission's jurisdiction. A utility is defined as a "Major Electric Utility" if it meets one of the following requirements: (1) At least one million megawatt hours of total annual sales; (2) 100 megawatt hours of annual sales for resale; (3) 500 megawatt hours of annual power exchanges delivered; or (4) 500 megawatt hours of annual wheeling for others (deliveries plus losses). For the Form 1–F, a respondent is defined as a "Nonmajor Public Utility" if it meets the following requirement: Total annual sales of 10,000 megawatt hours or more in the three previous calendar years and is not classified as "Major." The Commission's Form 1 and 1–F filing requirements are found at 18 CFR 141.1 and 141.2.

The Forms 1 and 1–F are annual submissions from approximately 216 and 26, respectively, jurisdictional utilities and licensees.

## III. Discussion

Based on a review of the Commission's need for data, and also given requests for reductions in the collections of data, the Commission is eliminating the schedules listed below:

*Form 1*

- Security Holders and Voting Powers (106–107).
- Construction Overheads-electric (217).
- General Description of Construction Overhead Procedure (218).
- Nonutility Property (221).
- Capital Stock Sub, Cap Stock Liability for Con, Prem. Cap Stock, & Inst Received (252).
- Discount on Capital Stock (254).
- Number of Electric Department Employees (323).
- Particulars Concerning Certain Income Deduction and Interest Charges (340).
- Electric Distribution Meters and Line Transformers (429).
- Environmental Protection Facilities (430).
- Environmental Protection Expenses (431).

*Form 1–F*

- Data on Security Holders and Voting Powers (Parts X and XI, P. 18).
- Nonutility Property (121, P. 110).
- Capital Stock Sub, Cap Stock Liability for Con, Prem. Cap Stock, & Inst Received (252, P. 112).
- Discount on Capital Stock (254, P. 112).
- Particulars Concerning Certain Income Deduction and Interest Charges (340, P. 117).
- Electric Distribution Meters and Line Transformers (429, lines 63 & 65, P. 206).
- Number of Electric Department Employees (P. 323).
- Construction Overheads—electric (217, P. 8 Allowance for Funds used During Construction).

On August 7, 2001, the Commission issued a Notice of Proposed Information Collection and Request for Comments on the Form 1 in Docket IC01–1–000 in the **Federal Register** proposing that the Form 1 be continued for an additional three years, and that the Form 1 be filed solely electronically (thus eliminating the paper copy), but that certain designated schedules be eliminated.[1] The Commission then issued a Notice of Proposed Information Collection and Request for Comments on the Form 1–F in Docket No. IC01–1F–000 in the **Federal Register**.[2] As it has indicated in the notice for the Form 1, the Commission announced in the Form 1–F notice its proposal to continue the reporting requirements for an additional three years but to eliminate designated schedules. The comments in response to the Form 1 notice commended the Commission's efforts in reducing the burden by providing for electronic submission of the Form 1. Only one commenter objected to the elimination of the schedules. None of the comments in response to the Form 1–F notice addressed the elimination of the schedules. The Office of Management and Budget (OMB) approved the 3-year extension, the electronic filing of Form 1, and the elimination of the schedules from Form 1 on March 29, 2002, and for Form 1–F on April 2, 2002.

This final rule implements those proposed changes as approved by OMB. The rule is part of the Commission's ongoing efforts to revise and streamline the Commission's existing reporting requirements. Electronic filing and elimination of the paper copy of Form 1 will reduce the burden on reporting utilities. Elimination of the designated schedules will also reduce the reporting burden. The final rule also eliminates a cross reference to one of the eliminated schedules in § 35.25.

Further notice and comment procedures are not necessary in this rulemaking docket because the Commission has already provided interested parties with an opportunity to comment on the revisions and responded to those comments in Docket Nos. IC01–1–000 and IC01–1F–000.

## IV. Environmental Statement

Commission regulations require that an environmental assessment or an environmental impact statement be prepared for any Commission action that may have a significant adverse effect on the human environment.[3] No environmental consideration is necessary for the promulgation of a rule that is clarifying, corrective, or procedural, or that does not substantially change the effect of legislation or regulations being amended,[4] and also for information gathering, analysis, and dissemination.[5] This Final Rule does not substantially change the effect of the regulation being amended. In addition, the Final Rule involves information gathering, analysis

[1] *See* 66 FR 41217 (Aug. 7, 2001); *see also* 67 FR 4243 (Jan. 29, 2002).

[2] *See* 66 FR 49945 (Oct. 1, 2001); *see also* 67 FR 4244 (Jan. 29, 2002).

[3] Regulations Implementing National Environmental Policy Act, 52 FR 47897 (Dec. 17, 1987), FERC Stats. & Regs. ¶ 30,783 (1987).

[4] 18 CFR 380.4(a)(2)(ii).

[5] 18 CFR 380.4(a)(5).