**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on February 19, 2008)

| | |
|---|---|
| **SYSTEM FUELS, INC.**, **SYSTEM ENERGY RESOURCES, INC.**, and **SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION**, Plaintiffs, | |
| v. | No. 03-2624C (Judge Braden) |
| **THE UNITED STATES**, Defendant. | |

**<u>PLAINTIFFS' NOTICE OF FILING OF SUPPLEMENTAL EXPERT TESTIMONY</u>**

As directed at the January 23, 2008 hearing before the Court, Plaintiffs System Fuels, Inc., System Energy Resources, Inc., and South Mississippi Electric Power Association respectfully file the Second Supplemental Direct Testimony of their expert Kenneth P. Metcalfe. Mr. Metcalfe's second supplemental testimony is attached hereto as Exhibit A, and the Appendix to his testimony is attached hereto as Exhibits B, C, D, E, and F.[1]

Per Appendix E of this Court's Rules, Plaintiffs will provide to chambers and counsel for the Government a courtesy copy of the binder containing Mr. Metcalfe's second supplemental testimony and the Appendix attached thereto. As a matter of clarification, the hard copy version of the Appendix contains several light-blue sheets of paper that are intended to serve as

[1] The Appendix to Mr. Metcalfe's supplemental testimony has been divided into several exhibits for this Notice due to the size limitation on Adobe PDF files that Paragraph 4 of this Court's General Order No. 42A places on documents filed electronically. Specifically, Exhibit B contains Appendix Tabs 1 to 7, Exhibit C contains Appendix Tabs 8 to 10, Exhibit D contains Appendix Tabs 11 to 13, Exhibit E contains Appendix Tab 14, and Exhibit F contains Appendix Tabs 15 to 20.

"dividers" between sections within a particular Tab of the Appendix. These pages are Bates-numbered, but otherwise intentionally left blank.

Dated: February 19, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiffs
System Fuels, Inc., System Energy Resources, Inc., and South Mississippi Electric Power Association

OF COUNSEL:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
601-368-5572
601-368-5816 (fax)