# Second Supplemental Testimony

# Appendix Tab 11

# System Energy Resources, Inc. v. United States of America

Spent Nuclear Fuel Damages Claim For Grand Gulf Nuclear Station

## Cost Of Capital Multiplier - "Cost Of Borrowed Funds"

Cost Of Borrowed Funds Inputs:

| | |
|---|---|
| Days In Year | 365.25 |
| Present Value Date | 8/31/2005 |
| Constant Dollar Date | 6/30/2005 |

| YEAR | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|
| Cost Of Borrowed Funds (1) | 4.53% | 3.92% | 3.47% | 3.05% | 2.70% | 2.55% [A] | 2.59% | 2.57% |
| 1+Cost Of Borrowed Funds | 1.0453 | 1.0392 | 1.0347 | 1.0305 | 1.0270 | 1.0255 [B] | 1.0259 | 1.0257 |
| | 1.0227 | 1.0197 | 1.0174 | 1.0153 | 1.0136 | 1.0128 [C] | 1.0130 | 1.0044 |
| | 1.0628 | 1.0551 | 1.0484 | 1.0427 | 1.0394 | 1.0391 [D] | 1.0303 | |
| | 1.0997 | 1.0873 | 1.0767 | 1.0693 | 1.0664 | 1.0568 [E] | | |
| | 1.1332 | 1.1166 | 1.1042 | 1.0971 | 1.0845 | | | |
| | 1.1638 | 1.1451 | 1.1328 | 1.1157 | | | | |
| | 1.1935 | 1.1748 | 1.1521 | | | | | |
| | 1.2244 | 1.1948 | | | | | | |
| | 1.2453 | | | | | | | |
| NPV Multiplier | 1.2453 | 1.1948 | 1.1521 | 1.1157 | 1.0845 | 1.0568 [F] | 1.0303 | 1.0044 |

**Notes:**

(1) Source: "Cost Of Borrowed Funds" spreadsheet in this tab.

**2003 Calculation**

[A] Cost Of Borrowed Funds
[B] 0.0255 + 1 = 1.0255
[C] 1.0255^ ((1/1/2004 - 6/30/2003) / 365.25) = 1.0128
[D] 1.0128 * (1.0259 ^ ((1/1/2005 - 1/1/2004) / 365.25)) = 1.0391
[E] 1.0391 * (1.0257 ^ ((8/31/2005 - 1/1/2005 + 1) / 365.25)) = 1.0568
[F] = [E]

KRG-GG006547

SS14

5515

# System Energy Resources, Inc. v. United States Of America

## Spent Nuclear Fuel Damages Claim For Grand Gulf Nuclear Station

### "Cost Of Borrowed Funds" 5514

| | Percent Ownership | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 (2) |
|---|---|---|---|---|---|---|---|---|---|
| System Energy Resources Inc. | 90.00% | 4.34% | 3.66% | 3.15% | 2.74% | 2.40% | 2.30% | 2.27% | 2.25% |
| SMEPA (3) | 10.00% | 6.27% | 6.23% | 6.30% | 5.88% | 5.40% | 4.84% | 5.43% | 5.43% |
| **Total Weighted Average** | **100.00%** | **4.53%** | **3.92%** | **3.47%** | **3.05%** | **2.70%** | **2.55%** | **2.59%** | **2.57%** |

**Purpose:**
To calculate a cost of borrowed funds, accounting for ownership, to apply to costs incurred at Grand Gulf Nuclear Station.

**Notes:**
(1) This calculation accounts for the percentage ownership in the Grand Gulf Nuclear Station by System Energy Resources, Inc. and South Mississippi Electric Power Association (SMEPA).
(2) For the purposes of this analysis, SMEPA's 2004 cost of borrowed funds rate is also used for 2005.
(3) Per the South Mississippi Electric Power Association Annual Reports, SMEPA is exempt from United States' income tax.

**Sources:**
5516 System Energy Resources, Inc. (SERI) Average "Cost Of Borrowed Funds" work paper in this tab.
South Mississippi Electric Power Association Annual Reports (1998 - 2004), Bates numbers KRG-GG004223 through KRG-GG004244 (Tab 14).
James David Wright, Director Of Regulatory Accounting, Entergy Operations, Inc.

1998 Example Calculation
$(0.90 \times 0.0434) + (0.10 \times 0.0627) = (0.0391) + (0.0063) = 0.0454 \approx 0.0453$

# System Energy Resources, Inc. v. United States Of America

## Spent Nuclear Fuel Damages Claim For Grand Gulf Nuclear Station

### System Energy Resources, Inc. (SERI) Average "Cost Of Borrowed Funds" 5515

| | | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 (1) |
|---|---|---|---|---|---|---|---|---|---|---|
| End Of Year Average Cost Of Borrowed Funds | [A] | A34 4.67% | $[A_{n-1}]$ A35 4.01% | $[A_n]$ A36 3.31% | A37 2.99% | A38 2.49% | A39 2.30% | A40 2.29% | A41 2.25% | A41 2.25% |
| Mid-Year Cost Of Borrowed Funds | $[B=(A_n+A_{n-1})/2]$ | | 4.34% 5515 | 3.66% 5515 | 3.15% 5515 | 2.74% 5515 | 2.40% 5515 | 2.30% 5515 | 2.27% 5515 | 2.25% 5515 |

**Purpose:**
To calculate a mid-year cost of borrowed funds for each year based on rates provided at the end of each year for use in calculating a cost of borrowed funds multiplier.

**Note:**
(1) For the purposes of this analysis, the cost of borrowed funds rate for 2005 is assumed to be equal to the cost of borrowed funds rate for year end 2004.

**Source:**
"System Energy Resources, Inc.; Monthly Capacity Charge Formula; Development Of Cost Of Capital" spreadsheets for year end 1997 through 2004, Bates numbers KRG-GG004214 through KRG-GG004221 (Tab 13). Kenrich schedules A34-A41 are behind Tab 13.
James David Wright, Director Of Regulatory Accounting, Entergy Operations, Inc.

5516

# Second Supplemental Testimony

# Appendix Tab 12

# System Energy Resources, Inc. v. United States of America

## Spent Nuclear Fuel Damages Claim For Grand Gulf Nuclear Station

### Cost Of Capital Multiplier - "Weighted Average Cost Of Debt"

**Weighted Average Cost Of Debt Inputs:**

| | |
|---|---|
| Days In Year | 365.25 |
| Present Value Date | 8/31/2005 (A) |
| Constant Dollar Date | 6/30/2005 (B) |

| YEAR | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|
| Weighted Average Cost Of Debt (1) | 8.33% | 7.68% | 7.30% | 7.05% | 6.65% | 6.33% [A] | 6.37% | 6.35% |
| 1+Weighted Average Cost Of Debt | 1.0833 | 1.0768 | 1.0730 | 1.0705 | 1.0665 | 1.0633 [B] | 1.0637 | 1.0635 (C) |
| | 1.0414 | 1.0382 | 1.0363 | 1.0351 | 1.0331 | 1.0316 [C] | 1.0318 | (E) 1.0107 |
| | 1.1213 | 1.1141 | 1.1093 | 1.1039 | 1.0985 | 1.0974 [D] | 1.0749 | |
| | 1.2033 | 1.1926 | 1.1831 | 1.1737 | 1.1686 | 1.1433 [E] | | |
| | 1.2881 | 1.2719 | 1.2579 | 1.2486 | 1.2175 | | | |
| | 1.3737 | 1.3523 | 1.3382 | 1.3009 | | | | |
| | 1.4606 | 1.4387 | 1.3941 | | | | | |
| | 1.5538 | 1.4988 | | | | | | |
| | 1.6188 | | | | | | | |
| NPV Multiplier | 1.6188 | 1.4988 | 1.3941 | 1.3009 | 1.2175 | 1.1433 [F] | 1.0749 | 1.0107 |

(A) 8/31/2005
− (B) 6/30/2005
62 days
+ 1 day
63 days
÷ 365.25
0.17248 (D)
(C) 1.0635 ^ (D) 0.17248 = 1.0107 (E)

**Notes:**
(1) Source: Annual "Weighted Average Cost Of Debt" spreadsheet in this tab.

**2003 Calculation**

[A] Weighted Average Cost Of Debt
[B] 0.0633 + 1 = 1.0633
[C] 1.0633^ ((1/1/2004 - 6/30/2003) / 365.25) = 1.0316
[D] 1.0316 * (1.0637^ ((1/1/2005 - 1/1/2004) / 365.25)) = 1.0974
[E] 1.0974 * (1.0635^ ((8/31/2005 - 1/1/2005 + 1) / 365.25)) = 1.1433
[F] = [E]

KRG-GG006553

SS17

# System Energy Resources, Inc. v. United States Of America

## Spent Nuclear Fuel Damages Claim For Grand Gulf Nuclear Station

### Annual "Weighted Average Cost Of Debt" (1) 5517

| | Percent Ownership | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 (2) |
|---|---|---|---|---|---|---|---|---|---|
| **System Energy Resources Inc.** | 90.00% Ⓐ | 5519 8.56% Ⓒ | 5519 7.85% | 5519 7.42% | 5519 7.18% | 5519 6.79% | 5519 6.50% | 5519 6.47% | 5519 6.45% |
| **SMEPA** (3) | 10.00% Ⓑ | A43 6.27% Ⓓ | A45 6.23% | A47 6.30% | A49 5.88% | A51 5.40% | A53 4.84% | A55 5.43% | A55 5.43% |
| **Total Weighted Average** | **100.00%** | Ⓔ **8.33%** 5517 | **7.68%** 5517 | **7.30%** 5517 | **7.05%** 5517 | **6.65%** 5517 | **6.33%** 5517 | **6.37%** 5517 | **6.35%** 5517 |
| | T | π | π | Ⓟ | π | π | π | Ⓟ | π |

**Purpose:**

To calculate the weighted average cost of debt, accounting for ownership, to apply to costs incurred at Grand Gulf Nuclear Station.

**Notes:**

(1) This calculation accounts for the percentage ownership in the Grand Gulf Nuclear Station by System Energy Resources, Inc. and South Mississippi Electric Power Association (SMEPA).
(2) For the purposes of this analysis, SMEPA's 2004 weighted average cost of debt rate is also used for 2005.
(3) Per the South Mississippi Electric Power Association Annual Reports, SMEPA is exempt from United States' income tax.

**Sources:**

5519 System Energy Resources, Inc. (SERI) "Weighted Average Cost Of Debt" work paper in this tab.
South Mississippi Electric Power Association Annual Reports (1998 - 2004), Bates numbers KRG-GG004223 through KRG-GG004244 (Tab 14). Kenrich schedules A43 – A55 are behind Tab 14.
James David Wright, Director Of Regulatory Accounting, Entergy Operations, Inc.

1998 Example Calculation

(Ⓐ 0.90 × Ⓒ 0.0856) + (Ⓑ 0.10 × Ⓓ 0.0627) = (0.0770 π) + (0.0063 π) = 0.0833 Ⓔ T

KRG-GG006555

5518

**System Energy Resources, Inc. v. United States Of America**

Spent Nuclear Fuel Damages Claim For Grand Gulf Nuclear Station

System Energy Resources, Inc. (SERI) "Weighted Average Cost Of Debt" SS18

| | | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 (1) |
|---|---|---|---|---|---|---|---|---|---|---|
| End Of Year Weighted Average Cost Of Debt | [A] | A34 8.96% | $[A_{n-1}]$ A35 8.15% | $[A_n]$ A36 7.54% | A37 7.29% | A38 7.06% | A39 6.51% | A40 6.49% | A41 6.45% | A41 6.45% |
| Mid-Year Weighted Cost Of Debt | $[B=(A_n+A_{n-1})/2]$ | | 8.56% SS18 | 7.85% SS18 | 7.42% SS18 | 7.18% SS18 | 6.79% SS18 | 6.50% SS18 | 6.47% SS18 | 6.45% SS18 |

**Purpose:**
To calculate a mid-year weighted average cost of debt for each year based on rates provided at the end of each year for use in calculating a weighted average cost of debt multiplier.

**Note:**
(1) For the purposes of this analysis, the cost of debt rate for 2005 is assumed to be equal to the cost of debt rate for year end 2004.

**Sources:**
"System Energy Resources, Inc.; Monthly Capacity Charge Formula; Development Of Cost Of Capital" spreadsheets for year end 1997 through 2004, Bates numbers KRG-GG004214 through KRG-GG004221 (Tab 13). Kenrich schedules A34 - A41 are behind Tab 13.
James David Wright, Director Of Regulatory Accounting, Entergy Operations, Inc.

KRG-GG006557

SS19

# Second Supplemental Testimony

# Appendix Tab 13

PBC

A3J

SYSTEM ENERGY RESOURCES, INC.
MONTHLY CAPACITY CHARGE FORMULA
DEVELOPMENT OF COST OF CAPITAL (1)
AT DECEMBER 31, 1997

| | | [A] | [B= A/1,776,532,594] | [C] | [D=B*C] | [E= D*(1-0.3825)] (a) |
|---|---|---|---|---|---|---|
| LINE NO | CAPITAL SOURCE | CAPITAL AMOUNT (2) (3) | CAPITALIZATION RATIO (4) | COST RATE | WEIGHTED COST RATE (8) | After Tax Rate (38.25% Composite) |
| 1 | DEBT | | | | | |
| 2 | LONG TERM | $926,600,000 | 52.16% | 8.96% (5) | 4.67% | 2.88% |
| 3 | SHORT TERM | | | (6) | | |
| 4 | TOTAL DEBT | 926,600,000 | 52.16% | 8.96% (7) | 4.67% | 2.88% |
| 5 | COMMON EQUITY | 849,932,594 | 47.84% | 10.58% | 5.06% | 5.06% |
| 6 | TOTAL | $1,776,532,594 | 100.00% | NA | 9.73% | 7.94% A33 |

NOTES:

(1) TO BE DETERMINED BASED ON DATA AS OF THE END OF THE MONTH IMMEDIATELY PRECEDING THE CURRENT SERVICE MONTH.

(2) LONG TERM DEBT SHALL INCLUDE ALL ISSUES AND REFLECT THE PRINCIPAL AMOUNT.

(3) SHORT TERM DEBT SHALL INCLUDE ONLY THAT PORTION NOT REFLECTED IN THE CALCULATION OF SERI'S RATE FOR ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION.

(4) APPLICABLE CAPITAL AMOUNT DIVIDED BY THE TOTAL CAPITAL AMOUNT.

(5) AVERAGE COST RATE FOR ALL OUTSTANDING ISSUES INCLUDING APPLICABLE AMORTIZATION OF DEBT DISCOUNT, PREMIUM, AND EXPENSE TOGETHER WITH AMORTIZATION OF LOSS OR GAIN ON REACQUIRED DEBT.

(6) THE AVERAGE COST RATE FOR ELIGIBLE SHORT TERM DEBT.

(7) WEIGHTED AVERAGE COST RATE FOR LONG TERM DEBT AND SHORT TERM DEBT.

(8) CAPITALIZATION RATIO FOR THE APPLICABLE CAPITAL SOURCE MULTIPLIED BY THE CORRESPONDING COST RATE.

**Note:**
(a) The "After Tax Rate" formula only applies to debt. The "Weighted Cost Rate" and "After Tax Rate" for equity are equal.

Source:
James David Wright, Director of Regulatory Accounting, Entergy Operations, Inc.

**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**

PBC

A35

SYSTEM ENERGY RESOURCES, INC.
MONTHLY CAPACITY CHARGE FORMULA
DEVELOPMENT OF COST OF CAPITAL (1)
AT DECEMBER 31, 1998

| LINE NO | CAPITAL SOURCE | [A] CAPITAL AMOUNT (2) (3) | [B= A/1,740,708,819] CAPITALIZATION RATIO (4) | [C] COST RATE | [D=B*C] WEIGHTED COST RATE (8) | [E=D*(1-0.3825)] After Tax Rate (38.25% Composite) (a) |
|---|---|---|---|---|---|---|
| 1 | DEBT | | | | | |
| 2 | LONG TERM | $856,600,000 | 49.21% | 8.15% (5) | 4.01% | 2.48% |
| 3 | SHORT TERM | | | (6) | | |
| 4 | TOTAL DEBT | 856,600,000 | 49.21% | 8.15% (7) | 4.01% | 2.48% |
| 5 | COMMON EQUITY | 884,108,819 | 50.79% | 10.58% | 5.37% | 5.37% |
| 6 | TOTAL | $1,740,708,819 | 100.00% | NA | 9.38% | 7.85% |

A33

NOTES:

(1) TO BE DETERMINED BASED ON DATA AS OF THE END OF THE MONTH IMMEDIATELY PRECEDING THE CURRENT SERVICE MONTH.

(2) LONG TERM DEBT SHALL INCLUDE ALL ISSUES AND REFLECT THE PRINCIPAL AMOUNT.

(3) SHORT TERM DEBT SHALL INCLUDE ONLY THAT PORTION NOT REFLECTED IN THE CALCULATION OF SERI'S RATE FOR ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION.

(4) APPLICABLE CAPITAL AMOUNT DIVIDED BY THE TOTAL CAPITAL AMOUNT.

(5) AVERAGE COST RATE FOR ALL OUTSTANDING ISSUES INCLUDING APPLICABLE AMORTIZATION OF DEBT DISCOUNT, PREMIUM, AND EXPENSE TOGETHER WITH AMORTIZATION OF LOSS OR GAIN ON REACQUIRED DEBT.

(6) THE AVERAGE COST RATE FOR ELIGIBLE SHORT TERM DEBT.

(7) WEIGHTED AVERAGE COST RATE FOR LONG TERM DEBT AND SHORT TERM DEBT.

(8) CAPITALIZATION RATIO FOR THE APPLICABLE CAPITAL SOURCE MULTIPLIED BY THE CORRESPONDING COST RATE.

**Note:**
(a) The "After Tax Rate" formula only applies to debt. The "Weighted Cost Rate" and "After Tax Rate" for equity are equal.

**Source:** James David Wright, Director of Regulatory Accounting, Entergy Operations, Inc.

**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**

PBC

A36

SYSTEM ENERGY RESOURCES, INC.
MONTHLY CAPACITY CHARGE FORMULA
DEVELOPMENT OF COST OF CAPITAL (1)
AT DECEMBER 31, 1999

| LINE NO | CAPITAL SOURCE | [A] CAPITAL AMOUNT (2) (3) | [B= A/1,588,080,744] CAPITALIZATION RATIO (4) | [C] COST RATE | [D= B*C] WEIGHTED COST RATE (8) | [E= D*(1-0.3825)] After Tax Rate (38.25% Composite) (a) |
|---|---|---|---|---|---|---|
| 1 | DEBT | | | | | |
| 2 | LONG TERM | $696,600,000 | 43.86% | 7.54% (5) | 3.31% | 2.04% |
| 3 | SHORT TERM | | | (6) | | |
| 4 | TOTAL DEBT | 696,600,000 | 43.86% | 7.54% (7) | 3.31% | 2.04% |
| 5 | COMMON EQUITY | 891,480,744 | 56.14% | 10.58% | 5.94% | 5.94% |
| 6 | TOTAL | $1,588,080,744 | 100.00% | NA | 9.25% | 7.98% A33 |

NOTES:

(1) TO BE DETERMINED BASED ON DATA AS OF THE END OF THE MONTH IMMEDIATELY PRECEDING THE CURRENT SERVICE MONTH.

(2) LONG TERM DEBT SHALL INCLUDE ALL ISSUES AND REFLECT THE PRINCIPAL AMOUNT.

(3) SHORT TERM DEBT SHALL INCLUDE ONLY THAT PORTION NOT REFLECTED IN THE CALCULATION OF SERI'S RATE FOR ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION.

(4) APPLICABLE CAPITAL AMOUNT DIVIDED BY THE TOTAL CAPITAL AMOUNT.

(5) AVERAGE COST RATE FOR ALL OUTSTANDING ISSUES INCLUDING APPLICABLE AMORTIZATION OF DEBT DISCOUNT, PREMIUM, AND EXPENSE TOGETHER WITH AMORTIZATION OF LOSS OR GAIN ON REACQUIRED DEBT.

(6) THE AVERAGE COST RATE FOR ELIGIBLE SHORT TERM DEBT.

(7) WEIGHTED AVERAGE COST RATE FOR LONG TERM DEBT AND SHORT TERM DEBT.

(8) CAPITALIZATION RATIO FOR THE APPLICABLE CAPITAL SOURCE MULTIPLIED BY THE CORRESPONDING COST RATE.

**Note:**
(a) The "After Tax Rate" formula only applies to debt. The "Weighted Cost Rate" and "After Tax Rate" for equity are equal.

**Source:** James David Wright, Director of Regulatory Accounting, Entergy Operations, Inc.

**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**

PBC A37

SYSTEM ENERGY RESOURCES, INC.
MONTHLY CAPACITY CHARGE FORMULA
DEVELOPMENT OF COST OF CAPITAL (1)
AT DECEMBER 31, 2000

| | | [A] | [B=A/1,515,026,020] | [C] | [D=B*C] | [E=D*(1-0.3825)] (a) |
|---|---|---|---|---|---|---|
| LINE NO | CAPITAL SOURCE | CAPITAL AMOUNT (2) (3) | CAPITALIZATION RATIO (4) | COST RATE | WEIGHTED COST RATE (8) | After Tax Rate (38.25% Composite) |
| 1 | DEBT | | | | | |
| 2 | LONG TERM | $621,600,000 | 41.03% | 7.29% -SS19 (5) | 2.99% | SS16 1.85% |
| 3 | SHORT TERM | | | (6) | | |
| 4 | TOTAL DEBT | 621,600,000 | 41.03% | 7.29% (7) | 2.99% | 1.85% |
| 5 | COMMON EQUITY | 893,426,020 | 58.97% | 10.94% | 6.45% | 6.45% |
| 6 | TOTAL | $1,515,026,020 | 100.00% | NA | 9.44% | 8.30% A33 SS13 |

NOTES:

(1) TO BE DETERMINED BASED ON DATA AS OF THE END OF THE MONTH IMMEDIATELY PRECEDING THE CURRENT SERVICE MONTH.

(2) LONG TERM DEBT SHALL INCLUDE ALL ISSUES AND REFLECT THE PRINCIPAL AMOUNT.

(3) SHORT TERM DEBT SHALL INCLUDE ONLY THAT PORTION NOT REFLECTED IN THE CALCULATION OF SERI'S RATE FOR ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION.

(4) APPLICABLE CAPITAL AMOUNT DIVIDED BY THE TOTAL CAPITAL AMOUNT.

(5) AVERAGE COST RATE FOR ALL OUTSTANDING ISSUES INCLUDING APPLICABLE AMORTIZATION OF DEBT DISCOUNT, PREMIUM, AND EXPENSE TOGETHER WITH AMORTIZATION OF LOSS OR GAIN ON REACQUIRED DEBT.

(6) THE AVERAGE COST RATE FOR ELIGIBLE SHORT TERM DEBT.

(7) WEIGHTED AVERAGE COST RATE FOR LONG TERM DEBT AND SHORT TERM DEBT.

(8) CAPITALIZATION RATIO FOR THE APPLICABLE CAPITAL SOURCE MULTIPLIED BY THE CORRESPONDING COST RATE.

**Note:**
(a) The "After Tax Rate" formula only applies to debt. The "Weighted Cost Rate" and "After Tax Rate" for equity are equal.

**Source:** James David Wright, Director of Regulatory Accounting, Entergy Operations, Inc.

**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**

PBC A38

SYSTEM ENERGY RESOURCES, INC.
MONTHLY CAPACITY CHARGE FORMULA
DEVELOPMENT OF COST OF CAPITAL (1)
AT DECEMBER 31, 2001

| | | [A] | [B= A/1,377,280,587] | [C] | [D= B*C] | [E= D*(1-0.3825)] (a) |
|---|---|---|---|---|---|---|
| LINE NO | CAPITAL SOURCE | CAPITAL AMOUNT (2) (3) | CAPITALIZATION RATIO (4) | COST RATE | WEIGHTED COST RATE (8) | After Tax Rate (38.25% Composite) |
| 1 | DEBT | | | | | |
| 2 | LONG TERM | $486,600,000 | 35.33% | 7.06% (5) | 2.49% | 1.54% |
| 3 | SHORT TERM | | | (6) | | |
| 4 | TOTAL DEBT | 486,600,000 | 35.33% | 7.06% (7) | 2.49% | 1.54% |
| 5 | COMMON EQUITY | 890,680,587 | 64.67% | 10.94% | 7.07% | 7.07% |
| 6 | TOTAL | $1,377,280,587 | 100.00% | NA | 9.56% | 8.61% |

A33

NOTES:

(1) TO BE DETERMINED BASED ON DATA AS OF THE END OF THE MONTH IMMEDIATELY PRECEDING THE CURRENT SERVICE MONTH.

(2) LONG TERM DEBT SHALL INCLUDE ALL ISSUES AND REFLECT THE PRINCIPAL AMOUNT.

(3) SHORT TERM DEBT SHALL INCLUDE ONLY THAT PORTION NOT REFLECTED IN THE CALCULATION OF SERI'S RATE FOR ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION.

(4) APPLICABLE CAPITAL AMOUNT DIVIDED BY THE TOTAL CAPITAL AMOUNT.

(5) AVERAGE COST RATE FOR ALL OUTSTANDING ISSUES INCLUDING APPLICABLE AMORTIZATION OF DEBT DISCOUNT, PREMIUM, AND EXPENSE TOGETHER WITH AMORTIZATION OF LOSS OR GAIN ON REACQUIRED DEBT.

(6) THE AVERAGE COST RATE FOR ELIGIBLE SHORT TERM DEBT.

(7) WEIGHTED AVERAGE COST RATE FOR LONG TERM DEBT AND SHORT TERM DEBT.

(8) CAPITALIZATION RATIO FOR THE APPLICABLE CAPITAL SOURCE MULTIPLIED BY THE CORRESPONDING COST RATE.

**Note:**
(a) The "After Tax Rate" formula only applies to debt. The "Weighted Cost Rate" and "After Tax Rate" for equity are equal.

**Source:** James David Wright, Director of Regulatory Accounting, Entergy Operations, Inc.

**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**

PBC

A39

SYSTEM ENERGY RESOURCES, INC.
MONTHLY CAPACITY CHARGE FORMULA
DEVELOPMENT OF COST OF CAPITAL (1)
AT DECEMBER 31, 2002

| LINE NO | CAPITAL SOURCE | [A] CAPITAL AMOUNT (2) (3) | [B=A/1,378,833,346] CAPITALIZATION RATIO (4) | [C] COST RATE | [D=B*C] WEIGHTED COST RATE (8) | [E=D*(1-0.3825)] (a) After Tax Rate (38.25% Composite) |
|---|---|---|---|---|---|---|
| 1 | DEBT | | | | | |
| 2 | LONG TERM | $486,600,000 | 35.29% | 6.51% (5) | 2.30% | 1.42% |
| 3 | SHORT TERM | | | (6) | | |
| 4 | TOTAL DEBT | 486,600,000 | 35.29% | 6.51% (7) | 2.30% | 1.42% |
| 5 | COMMON EQUITY | 892,233,346 | 64.71% | 10.94% | 7.08% | 7.08% |
| 6 | TOTAL | $1,378,833,346 | 100.00% | NA | 9.38% | 8.50% |

A33

NOTES:

(1) TO BE DETERMINED BASED ON DATA AS OF THE END OF THE MONTH IMMEDIATELY PRECEDING THE CURRENT SERVICE MO

(2) LONG TERM DEBT SHALL INCLUDE ALL ISSUES AND REFLECT THE PRINCIPAL AMOUNT.

(3) SHORT TERM DEBT SHALL INCLUDE ONLY THAT PORTION NOT REFLECTED IN THE CALCULATION OF SERI'S RATE FOR ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION.

(4) APPLICABLE CAPITAL AMOUNT DIVIDED BY THE TOTAL CAPITAL AMOUNT.

(5) AVERAGE COST RATE FOR ALL OUTSTANDING ISSUES INCLUDING APPLICABLE AMORTIZATION OF DEBT DISCOUNT, PREMIU AND EXPENSE TOGETHER WITH AMORTIZATION OF LOSS OR GAIN ON REACQUIRED DEBT.

(6) THE AVERAGE COST RATE FOR ELIGIBLE SHORT TERM DEBT.

(7) WEIGHTED AVERAGE COST RATE FOR LONG TERM DEBT AND SHORT TERM DEBT.

(8) CAPITALIZATION RATIO FOR THE APPLICABLE CAPITAL SOURCE MULTIPLIED BY THE CORRESPONDING COST RATE.

**Note:**
(a) The "After Tax Rate" formula only applies to debt. The "Weighted Cost Rate" and "After Tax Rate" for equity are equal.

**Source:** James David Wright, Director of Regulatory Accounting, Entergy Operations, Inc.

KRG-GG004219

**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**

PBC

A40

SYSTEM ENERGY RESOURCES, INC.
MONTHLY CAPACITY CHARGE FORMULA
DEVELOPMENT OF COST OF CAPITAL (1)
AT DECEMBER 31, 2003

| LINE NO | CAPITAL SOURCE | CAPITAL AMOUNT (2) (3) [A] | CAPITALIZATION RATIO (4) [B=A/1,379,836,283] | COST RATE [C] | WEIGHTED COST RATE (8) [D=B*C] | After Tax Rate (38.25% Composite) [E=D*(1-0.3825)] (a) |
|---|---|---|---|---|---|---|
| 1 | DEBT | | | | | |
| 2 | LONG TERM | $486,600,000 | 35.27% | 6.49% (5) | 2.29% | 1.41% |
| 3 | SHORT TERM | | | (6) | | |
| 4 | TOTAL DEBT | 486,600,000 | 35.27% | 6.49% (7) | 2.29% | 1.41% |
| 5 | COMMON EQUITY | 893,236,283 | 64.73% | 10.94% | 7.08% | 7.08% |
| 6 | TOTAL | $1,379,836,283 | 100.00% | NA | 9.37% | 8.49% |

NOTES:

(1) TO BE DETERMINED BASED ON DATA AS OF THE END OF THE MONTH IMMEDIATELY PRECEDING THE CURRENT SERVICE M(

(2) LONG TERM DEBT SHALL INCLUDE ALL ISSUES AND REFLECT THE PRINCIPAL AMOUNT.

(3) SHORT TERM DEBT SHALL INCLUDE ONLY THAT PORTION NOT REFLECTED IN THE CALCULATION OF SERI'S RATE FOR ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION.

(4) APPLICABLE CAPITAL AMOUNT DIVIDED BY THE TOTAL CAPITAL AMOUNT.

(5) AVERAGE COST RATE FOR ALL OUTSTANDING ISSUES INCLUDING APPLICABLE AMORTIZATION OF DEBT DISCOUNT, PREMIU AND EXPENSE TOGETHER WITH AMORTIZATION OF LOSS OR GAIN ON REACQUIRED DEBT.

(6) THE AVERAGE COST RATE FOR ELIGIBLE SHORT TERM DEBT.

(7) WEIGHTED AVERAGE COST RATE FOR LONG TERM DEBT AND SHORT TERM DEBT.

(8) CAPITALIZATION RATIO FOR THE APPLICABLE CAPITAL SOURCE MULTIPLIED BY THE CORRESPONDING COST RATE.

**Note:**
(a) The "After Tax Rate" formula only applies to debt. The "Weighted Cost Rate" and "After Tax Rate" for equity are equal.

**Source:** James David Wright, Director of Regulatory Accounting, Entergy Operations, Inc.

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

PBC

A41

SYSTEM ENERGY RESOURCES, INC.
MONTHLY CAPACITY CHARGE FORMULA
DEVELOPMENT OF COST OF CAPITAL (1)
AT DECEMBER 31, 2004

| LINE NO | CAPITAL SOURCE | [A] CAPITAL AMOUNT (2) (3) | [B=A/1,373,558,939] CAPITALIZATION RATIO (4) | [C] COST RATE | [D=B*C] WEIGHTED COST RATE (8) | [E=D*(1-0.3825)](a) After Tax Rate (38.25% Composite) |
|---|---|---|---|---|---|---|
| 1 | DEBT | | | | | |
| 2 | LONG TERM | $478,975,000 | 34.87% | 6.45% (5) | 2.25% | 1.39% |
| 3 | SHORT TERM | | | (6) | | |
| 4 | TOTAL DEBT | 478,975,000 | 34.87% | 6.45% (7) | 2.25% | 1.39% |
| 5 | COMMON EQUITY | 894,583,939 | 65.13% | 10.94% | 7.13% | 7.13% |
| 6 | TOTAL | $1,373,558,939 | 100.00% | NA | 9.38% | 8.52% |

NOTES:

(1) TO BE DETERMINED BASED ON DATA AS OF THE END OF THE MONTH IMMEDIATELY PRECEDING THE CURRENT SERVICE MONTH.

(2) LONG TERM DEBT SHALL INCLUDE ALL ISSUES AND REFLECT THE PRINCIPAL AMOUNT.

(3) SHORT TERM DEBT SHALL INCLUDE ONLY THAT PORTION NOT REFLECTED IN THE CALCULATION OF SERI'S RATE FOR ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION.

(4) APPLICABLE CAPITAL AMOUNT DIVIDED BY THE TOTAL CAPITAL AMOUNT.

(5) AVERAGE COST RATE FOR ALL OUTSTANDING ISSUES INCLUDING APPLICABLE AMORTIZATION OF DEBT DISCOUNT, PREMIUM, AND EXPENSE TOGETHER WITH AMORTIZATION OF LOSS OR GAIN ON REACQUIRED DEBT.

(6) THE AVERAGE COST RATE FOR ELIGIBLE SHORT TERM DEBT.

(7) WEIGHTED AVERAGE COST RATE FOR LONG TERM DEBT AND SHORT TERM DEBT.

(8) CAPITALIZATION RATIO FOR THE APPLICABLE CAPITAL SOURCE MULTIPLIED BY THE CORRESPONDING COST RATE.

**Note:**
(a) The "After Tax Rate" formula only applies to debt. The "Weighted Cost Rate" and "After Tax Rate" for equity are equal.

**Source:** James David Wright, Director of Regulatory Accounting, Entergy Operations, Inc.

**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**