# Second Supplemental Testimony

# Appendix Tab 14

A42



# South Mississippi Electric Power Association

# 1998 Annual Report

SMEPA

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

A43

# SOUTH MISSISSIPPI
## ELECTRIC POWER ASSOCIATION
## 1998 ANNUAL REPORT

PERFORMANCE HIGHLIGHTS

### FINANCIAL

| ($ In Thousands) | 1998 | 1997 | Increase (Decrease) | % Increase -Decrease |
|---|---|---|---|---|
| Total Revenue | $313,425 | $302, 459 | $10,966 | 3.6% |
| Current Net Margins | $2,038 | $2,230 | ($192) | -8.6% |
| Total Assets | $712,925 | $732,762 | ($19,837) | -2.7% |
| Toal Equity | $81,767 | $78,860 | $2,907 | 3.7% |
| Equity as % of Assets | 11.5% | 10.8% | | |
| TIER | 1.05 | 1.06 | | |
| DSC | 1.06 | 1.11 | | |
| Average Cost of Debt | 6.27% A32 5512 5515 5518 | 6.23% | | |

### OPERATIONAL

| | 1998 | 1997 | Increase (Decrease) | % Increase -Decrease |
|---|---|---|---|---|
| Wholesale Rate to Members Mills/KWH | 40.75 | 40.99 | (0.24) | -0.6% |
| Energy Sales (MWH) | | | | |
| Members | 7,503,403 | 6,867,497 | 635,906 | 9.3% |
| Non-Members | 280,252 | 673,562 | (393,310) | -58.4% |
| Total | 7,783,655 | 7,541,059 | 242,596 | 3.2% |
| Net Generation (MWH) | 4,000,428 | 3,703,426 | 297,002 | 8.0% |
| Member Demand (MW) | 1,762 | 1,647 | 115 | 7.0% |

### TABLE OF CONTENTS

Executive Message ....................2
Member Systems ....................3
Board of Directors ....................4
General Information ....................7
Departments ....................8
Operating Report ....................9
Financial Report ....................15

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

c. Allowance for Funds Used During Construction

Allowance for funds used during construction represents an allowance based on the average cost of appropriate borrowings when general funds are used to fund construction. The allowance is capitalized as a component of the cost of electric plants and related facilities while it is under construction.

A43a

d. Investment Securities

Debt service investments, other investments and other invested funds are categorized as held to maturity and are carried on the balance sheet at amortized cost. SMEPA has the intent and ability to hold these securities until their estimated maturities, but may sell them under certain circumstances.

Decommissioning trust investments are categorized as available for sale and are carried on the balance sheet at fair value with changes in the unrealized fair value of such securities being accounted for as changes in other comprehensive income.

Premiums and discounts are amortized and accreted to operations using the level yield method, adjusted for prepayments as applicable.

e. Deferred Charges

SMEPA was a 10% owner in a second unit at the Grand Gulf site when construction was terminated in 1989. With the approval of the RUS, SMEPA is amortizing its remaining investment over a 27-year period ending in 2016.

As a condition of repricing transactions for outstanding debt in recent years so as to significantly reduce annual interest expenses, SMEPA paid penalties of varying amounts which are accounted for as deferred charges to be amortized over the remaining life of the debt.

Bond issue costs are being amortized by the straight-line method, which does not differ materially from the interest method, over the term of the related debt. The amortization during the period of construction is capitalized.

Nuclear outage maintenance costs represent SMEPA's ten percent share of Grand Gulf's incremental maintenance costs associated with refueling outages. These costs are recorded as deferred charges when incurred and are amortized by the straight-line method over the eighteen months between outages.

f. Patronage Capital

The bylaws of SMEPA provide that any excess of revenue over expenses and accumulated prior year deficits shall be treated as advances of capital by the member patrons and credited to them on the basis of their patronage.

g. Income Taxes

SMEPA is exempt from United States income taxes pursuant to Section 501(c)(12) of the Internal Revenue Code, which requires that at least 85% of SMEPA's gross income be derived from its members. A32

h. Cash and Cash Equivalents

For purposes of reporting cash flows, all temporary investments with original maturities of three months or less are deemed to be cash equivalents.

i. Reclassifications

Certain reclassifications have been made to the 1997 financial statements to conform to the 1998 method of presentation.

**Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order**

Protected and Confidential Material to be
Disclosed only in Accordance with U.S. Court
of Federal Claims Protective Order

A44

# SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION

SMEPA

1999 ANNUAL REPORT



Protected and Confidential Material to be
Disclosed only in Accordance with U.S. Court
of Federal Claims Protective Order

KRG-GG004227

A45

# SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION

## 1999 PERFORMANCE HIGHLIGHTS

### Financial

| ($ In Thousands) | 1999 | 1998 | Increase (Decrease) | % Increase -Decrease |
|---|---|---|---|---|
| Total Revenue | $329,274 | $313,425 | $15,849 | 5.1% |
| Current Net Margins | $2,011 | $2,038 | ($27) | -1.3% |
| Total Assets | $712,239 | $713,108 | ($869) | -0.1% |
| Total Equity | $80,883 | $78,872 | $2,011 | 2.5% |
| Equity as % of Assets | 11.4% | 11.1% | | |
| TIER | 1.06 | 1.05 | | |
| DSC | 1.02 | 1.06 | | |
| Average Cost of Debt | 6.23% A32 5512 5515 5518 | 6.27% | | |

### Operational

| | 1999 | 1998 | Increase (Decrease) | % Increase -Decrease |
|---|---|---|---|---|
| Wholesale Rate to Members — Mills/KWH | 41.95 | 40.75 | 1.20 | 2.9% |
| Energy Sales (MWH) | | | | |
| Members | 7,836,023 | 7,503,403 | 332,620 | 4.4% |
| Non-Members | 12,716 | 280,252 | (267,536) | -95.5% |
| Total | 7,848,739 | 7,783,655 | 65,084 | 0.8% |
| Net Generation (MWH) | 3,654,436 | 4,000,428 | (345,992) | -8.6% |
| Member Demand (MW) | 1,892 | 1,762 | 130 | 7.4% |



### TABLE OF CONTENTS


Executive Message .......... 2
Member Systems .......... 3
Board of Directors .......... 4
General Information .......... 7
SMEPA Departments .......... 8
Operating Report .......... 10
Financial Report .......... 19




Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

KRG-GG004228

Protected and Confidential Material to be
Disclosed only in Accordance with U.S. Court
of Federal Claims Protective Order

A46

# 2000 ANNUAL REPORT

SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

A47

# SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION

## 2000 PERFORMANCE HIGHLIGHTS

**Financial**

| ($ In Thousands) | 2000 | 1999 | Increase (Decrease) | % Increase -Decrease |
|---|---|---|---|---|
| Total Revenue | $366,444 | $329,274 | $37,170 | 11.3% |
| Current Net Margins | $1,839 | $2,011 | ($172) | -8.6% |
| Total Assets | $687,380 | $712,239 | ($24,859) | -3.5% |
| Total Equity | $82,722 | $80,883 | $1,839 | 2.3% |
| Equity as % of Assets | 12.0% | 11.4% | | |
| TIER | 1.05 | 1.06 | | |
| DSC | 1.06 | 1.02 | | |
| Average Cost of Debt | 6.30% A32 5512 5515 5518 | 6.23% | | |

**Operational**

| | 2000 | 1999 | Increase (Decrease) | % Increase -Decrease |
|---|---|---|---|---|
| Wholesale Rate to Members — Mills/KWH | 44.02 | 41.95 | 2.07 | 4.9% |
| Energy Sales (MWH) | | | | |
| Members | 8,259,185 | 7,836,023 | 423,162 | 5.4% |
| Non-Members | 81,704 | 12,716 | 68,988 | 542.5% |
| Total | 8,340,889 | 7,848,739 | 492,150 | 6.3% |
| Net Generation (MWH) | 4,051,486 | 3,654,436 | 397,050 | 10.9% |
| Member Demand (MW) | 2,030 | 1,892 | 138 | 7.3% |

TABLE OF CONTENTS

Executive Message .......... 2
Member Systems .......... 3
Board of Directors .......... 4
General Information .......... 7
SMEPA Departments .......... 8
Operating Report .......... 9
Financial Report .......... 17



Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

A48

# SMEPA 2001 ANNUAL REPORT

SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION

60th

ANNIVERSARY

1941-2001

Protected and Confidential Material to be
Disclosed only in Accordance with U.S. Court
of Federal Claims Protective Order

A49

# SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION

## 2001 PERFORMANCE HIGHLIGHTS

### Financial

| ($ In Thousands) | 2001 | 2000 | Increase (Decrease) | % Increase Decrease |
|---|---|---|---|---|
| Total Revenue | $354,447 | $366,444 | ($11,997) | -3.3% |
| Current Net Margins | $2,126 | $1,839 | $287 | 15.6% |
| Total Assets | $731,551 | $687,380 | $44,171 | 6.4% |
| Total Equity | $84,848 | $82,722 | $2,126 | 2.6% |
| Equity as % of Assets | 11.6% | 12.0% | | |
| TIER | 1.06 | 1.05 | | |
| DSC | 1.03 | 1.06 | | |
| Average Cost of Debt | 5.88% | 6.30% | | |

A32 5512 5515 5518

### Operational

| | 2001 | 2000 | Increase (Decrease) | % Increase Decrease |
|---|---|---|---|---|
| Wholesale Rate to Members — Mills/KWH | 44.83 | 44.02 | 0.81 | 1.8% |
| Energy Sales (MWH) | | | | |
| Members | 8,050,419 | 8,259,185 | (208,766) | -2.5% |
| Non-Members | 26,269 | 81,704 | (55,435) | -67.8% |
| Total | 8,076,688 | 8,340,889 | (264,201) | -3.2% |
| Net Generation (MWH) | 3,548,906 | 4,051,486 | (502,580) | -12.4% |
| Member Demand (MW) | 1,977 | 2,030 | (53) | -2.6% |

TABLE OF CONTENTS

Executive Message .......... 2
Member Systems .......... 3
Board of Directors .......... 4
General Information .......... 7
SMEPA Departments .......... 8
Operating Report .......... 9
Financial Report .......... 17



Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order



# SMEPA 2002 ANNUAL REPORT

Protected and Confidential Material to be
Disclosed only in Accordance with U.S. Court
of Federal Claims Protective Order



A50

A51

# SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION

## 2002 PERFORMANCE HIGHLIGHTS

### Financial

| ($ in Thousands) | 2002 | 2001 | Increase (Decrease) | % Increase (Decrease) |
|---|---|---|---|---|
| Total Revenue | $393,524 | $354,447 | $39,077 | 11.0% |
| Current Net Margins | $2,556 | $2,126 | $430 | 20.2% |
| Total Assets | $839,943 | $731,551 | $108,392 | 14.8% |
| Total Equity | $87,404 | $84,848 | $2,556 | 3.0% |
| Equity as % of Assets | 10.4% | 11.6% | | |
| TIER | 1.07 | 1.06 | | |
| DSC | 1.04 | 1.03 | | |
| Average Cost of Debt | 5.40% | 5.88% | | |

A32 SS12 SS15 SS16

### Operational

| | 2002 | 2001 | Increase (Decrease) | % Increase (Decrease) |
|---|---|---|---|---|
| Wholesale Rate to Members — Mills/KWH | 45.27 | 44.83 | 0.44 | 1.0% |
| Energy Sales (MWH) | | | | |
| Members | 8,651,954 | 8,050,419 | 601,535 | 7.5% |
| Non-Members | 16,361 | 26,269 | (9,908) | (37.7%) |
| Total | 8,668,315 | 8,076,688 | 591,627 | 7.3% |
| Net Generation (MWH) | 3,806,529 | 3,548,906 | 257,623 | 7.3% |
| Member Demand (MW) | 2,011 | 1,977 | 34 | 1.7% |

TABLE OF CONTENTS

Executive Message .......... 2
Member Systems .......... 3
Board of Directors .......... 4
General Information .......... 7
SMEPA Departments .......... 8
Operating Report .......... 9
Financial Report .......... 16



Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

A52

# South Mississippi Electric Power Association



SMEPA

2003 Annual Report

Protected and Confidential Material to be
Disclosed only in Accordance with U.S. Court
of Federal Claims Protective Order

A53



# South Mississippi Electric Power Association

## Financial

| Dollars in Thousands | 2003 | 2002 | Increase (Decrease) | % Increase (Decrease) |
|---|---|---|---|---|
| Total Revenue | $ 411,588 | $ 393,524 | $ 18,064 | 4.6% |
| Current Net Margins | $ 4,177 | $ 2,556 | $ 1,621 | 63.4% |
| Total Assets | $ 873,855 | $ 839,943 | $ 33,912 | 4.0% |
| Total Equity | $ 91,581 | $ 87,404 | $ 4,177 | 4.8% |
| Equity as % of Assets | 10.5% | 10.4% | | |
| TIER | 1.11 | 1.07 | | |
| DSC | 1.03 | 1.04 | | |
| Average Cost of Debt | 4.84% A32 SS12 SS15 SS18 | 5.40% | | |

## Operational

| | 2003 | 2002 | Increase (Decrease) | % Increase (Decrease) |
|---|---|---|---|---|
| Wholesale Rate to Members | | | | |
| Mills/KWH | 47.27 | 45.27 | 2.00 | 4.4% |
| Energy Sales (MWH) | | | | |
| Members | 8,780,699 | 8,651,954 | 128,745 | 1.5% |
| Non-Members | 12,775 | 16,361 | (3,586) | (21.9%) |
| Total | 8,793,474 | 8,668,315 | 125,159 | 1.4% |
| Net Generation (MWH) | 4,159,337 | 3,806,529 | 352,808 | 9.3% |
| Member Demand (MW) | 2,176 | 2,011 | 165 | 8.2% |

## Table of Contents

Executive Message 2
Member Systems 3
Board of Directors 4
SMEPA Departments 7
Facilities 8
Operating Report 10
Financial Report 19



Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

KRG-GG004240

Protected and Confidential Material to be
Disclosed only in Accordance with U.S. Court
of Federal Claims Protective Order

A54

# SOUTH MISSISSIPPI ELECTRIC
## POWER ASSOCIATION

2004 Annual Report



Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

KRG-GG004242

[redacted]

A55

# 2004

## Performance Highlights

### Financial

| Dollars in Thousands | 2004 | 2003 | Increase (Decrease) | Increase (Decrease) |
|---|---|---|---|---|
| Total Revenue | $464,712 | $ 411,588 | $53,124 | 12.9% |
| Current Net Margins | $ 5,670 | $ 4,177 | $ 1,493 | 35.7% |
| | | | | |
| Total Assets | $880,034 | $ 873,855 | $ 6,179 | 0.7% |
| Total Equity | $ 97,251 | $ 91,581 | $ 5,670 | 6.2% |
| Equity as % of Assets | 11.1% | 10.5% | | |
| | | | | |
| TIER | 1.15 | 1.11 | | |
| DSC | 1.06 | 1.03 | | |
| | | | | |
| Average Cost of Debt | 5.43% A32 SS12 SS15 SS18 | 4.84% | | |

### Operational

| | 2004 | 2003 | Increase (Decrease) | Increase (Decrease) |
|---|---|---|---|---|
| Wholesale Rate to Members - | | | | |
| Mills per KWH | 49.84 | 47.27 | 2.57 | 5.4% |
| | | | | |
| Energy Sales (MWH) | | | | |
| Members | 9,170,183 | 8,780,699 | 389,484 | 4.4% |
| Non-Members | 16,019 | 12,775 | 3,244 | 25.4% |
| Total | 9,186,202 | 8,793,474 | 392,728 | 4.5% |
| | | | | |
| Net Generation (MWH) | 4,033,649 | 4,159,337 | (125,688) | -3.0% |
| | | | | |
| Member Demand (MW) | 2,071 | 2,176 | (105) | -4.8% |

ONT COVER: SILVER CREEK UNIT 2 COMBUSTION TURBINE

[redacted] Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order [redacted]

KRG-GG004243 [redacted]

A55a

### Patronage Capital

The bylaws of SMEPA provide that any excess of revenue over expenses and accumulated prior-year deficits shall be treated as advances of capital by the member patrons and credited to them on the basis of their patronage.

### Income Taxes

SMEPA is exempt from United States income taxes pursuant to Section 501(c)(12) of the Internal Revenue Code, which requires that at least 85% of SMEPA's gross income be derived from its members. A32

## Note 3 - Electric Utility Plant

Electric utility plant consisted of the following:

| *In thousands as of December 31,* | Cost 2003 | Cost 2002 | Accumulated Depreciation 2003 | Accumulated Depreciation 2002 |
|---|---|---|---|---|
| Grand Gulf Nuclear | **$ 414,203** | $ 411,454 | **$ 193,758** | $ 182,014 |
| Morrow Steam | **191,730** | 191,601 | **138,047** | 132,255 |
| Moselle Steam | **23,996** | 23,996 | **22,617** | 21,874 |
| Moselle Gas Turbine | **21,723** | 21,723 | **4,250** | 3,600 |
| Silver Creek/Sylvarena Gas Turbines | **114,739** | | **1,795** | |
| Benndale/Paulding Gas Turbines | **4,420** | 4,420 | **3,644** | 3,513 |
| Total Generating Plant | **770,811** | 653,194 | **364,111** | 343,256 |
| Transmission Plant | **179,429** | 161,330 | **55,340** | 51,595 |
| General Plant and Equipment | **20,854** | 20,065 | **11,906** | 10,876 |
| Electric Plant Leased to Others | **25,147** | 25,147 | **15,856** | 15,268 |
| Electric Plant in Service | **996,241** | 859,736 | **447,213** | 420,995 |
| Construction Work in Process | **111,894** | 188,948 | **(275)** | (57) |
| Total Utility Plant | **$1,108,135** | $ 1,048,684 | **$ 446,938** | $ 420,938 |



Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order