# Second Supplemental Testimony

# Appendix Tab 15

THIS FILING IS (CHECK ONE BOX FOR EACH ITEM)

| | | |
|---|---|---|
| Item 1: [X] An Initial (Original) Submission | OR [ ] | Resubmission No. ____ |
| Item 2: [X] An Original Signed Form | OR [ ] | Conformed Copy |

Form Approved
OMB No. 1902-0021
(Expires 11/30/2001)

FILED
OFFICE OF THE SECRETARY
01 APR 30 AM 8 43
FEDERAL ENERGY
REGULATORY COMMISSION

ORIGINAL

# FERC Form No. 1:
# ANNUAL REPORT OF MAJOR ELECTRIC UTILITIES, LICENSEES AND OTHERS

This report is mandatory under the Federal Power Act, Sections 3, 4(a), 304 and 309, and 18 CFR 141.1. Failure to report may result in criminal fines, civil penalties and other sanctions as provided by law. The Federal Energy Regulatory Commission does not consider this report to be of a confidential nature.

Protected and Confidential Material to be
Disclosed only in Accordance with U.S. Court
of Federal Claims Protective Order

| Exact Legal Name of Respondent (Company) | Year of Report |
|---|---|
| System Energy Resources, Inc. | Dec. 31, 2000 |



N191

KRG-GG003264

| Name of Respondent | This Report Is: | Date of Report (Mo, Da, Yr) | Year of Report |
|---|---|---|---|
| System Energy Resources, Inc. | (1) [X] An Original<br>(2) [ ] A Resubmission | 04/30/2001 | Dec. 31, 2000 |

## GENERAL DESCRIPTION OF CONSTRUCTION OVERHEAD PROCEDURE

1. For each construction overhead explain: (a) the nature and extent of work, etc. the overhead charges are intended to cover, (b) the general procedure for determining the amount capitalized, (c) the method of distribution to construction jobs, (d) whether different rates are applied to different types of construction, (e) basis of differentiation in rates for different types of construction, and (f) whether the overhead is directly or indirectly assigned.
2. Show below the computation of allowance for funds used during construction rates, in accordance with the provisions of Electric Plant instructions 3(17) of the U.S. of A.
3. Where a net-of-tax rate for borrowed funds is used, show the appropriate tax effect adjustment to the computations below in a manner that clearly indicates the amount of reduction in the gross rate for tax effects.

Overhead - Engineering and Supervision
(a) Engineering, design, supervisory, and administration work.
(b) Distribution of actual costs incurred directly to work codes for engineering and supervision expenditures.
(c) Fixed Rate Allocation method used during 2000.
This method applies a fixed rate percentage for engineering and supervision overhead pool to the current month charges of each nuclear work code basis.
(d) Only one rate is used.
(e) N/A.
(f) The overhead is directly assigned.

## COMPUTATION OF ALLOWANCE FOR FUNDS USED DURING CONSTRUCTION RATES

For line 1(5), column (d) below, enter the rate granted in the last rate proceeding. If such is not available, use the average rate earned during the preceding three years.

1. Components of Formula (Derived from actual book balances and actual cost rates):

| Line No. | Title (a) | Amount (b) | Capitalization Ratio(Percent) (c) | Cost Rate Percentage (d) |
|---|---|---|---|---|
| 1 | Average Short-Term Debt & Computation of Allowance text | S | | |
| 2 | Short-term Interest | | | s |
| 3 | Long-Term Debt | D 696,600,000 | 43.86 | d 7.54 |
| 4 | Preferred Stock | P | | p |
| 5 | Common Equity | C 891,480,744 | 56.14 | c 11.00 |
| 6 | Total Capitalization | 1,588,080,744 | 100% | |
| 7 | Average Construction Work in Progress Balance | W 45,755,404 | | |

2. Gross Rate for Borrowed Funds $s\left(\frac{S}{W}\right) + d\left(\frac{D}{D+P+C}\right)\left(1 - \frac{S}{W}\right)$ 3.31

3. Rate for Other Funds $\left[1 - \frac{S}{W}\right]\left[p\left(\frac{P}{D+P+C}\right) + c\left(\frac{C}{D+P+C}\right)\right]$ 6.18

4. Weighted Average Rate Actually Used for the Year:
a. Rate for Borrowed Funds - 3.31
b. Rate for Other Funds - 6.18



Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order

# Second Supplemental Testimony

# Appendix Tab 16

SS20

Sixth Edition

# Accounting

## A Management Approach

GORDON SHILLINGLAW
Professor of Accounting
Graduate School of Business
Columbia University

MYRON J. GORDON
Professor of Finance
Faculty of Management Studies
University of Toronto

JOSHUA RONEN
Professor of Accounting
and Assistant Director
Vincent C. Ross Institute of Accounting Research
New York University

1979 RICHARD D. IRWIN, INC. Homewood, Illinois 60430
IRWIN-DORSEY LIMITED Georgetown, Ontario L7G 4B3

5521

Material from the Uniform CPA Examinations
copyright © 1961, 1976, and 1977 by the American Institute of
Certified Public Accountants, Inc., is reprinted (or adapted)
with permission.

Material from the Certificate in Management Accounting Examination,
copyright © 1976 by the Institute of Management Accounting,
is reprinted (or adapted) with permission.

© RICHARD D. IRWIN, INC., 1951, 1959, 1964, 1969, 1974, and 1979

*All rights reserved.* No part of this publication may be
reproduced, stored in a retrieval system, or transmitted,
in any form or by any means, electronic, mechanical,
photocopying, recording, or otherwise, without the prior
written permission of the publisher.

ISBN 0-256-02175-9
Library of Congress Catalog Card No. 78-70942
*Printed in the United States of America*

1 2 3 4 5 6 7 8 9 0 MP 6 5 4 3 2 1 0 9

LEARNING SYSTEMS COMPANY—
a division of Richard D. Irwin, Inc.—has developed a
PROGRAMMED LEARNING AID
to accompany texts in this subject area.
Copies can be purchased through your bookstore
or by writing PLAIDS,
1818 Ridge Road, Homewood, Illinois 60430.

5522

## Cost of Equity Capital

The cost of equity capital can be defined as the rate of discount stockholders apply to the expected future receipts from stock ownership to determine the price they are willing to pay. To determine this rate, we need data on the market price of the stock and the stockholders' future expectations. The latter information being unavailable, the analyst typically falls back on a study of past relationships between market prices, dividends, and capital appreciation.

As a simple illustration of the concept, if a stock is selling for $50 per share and the company's earnings are stable at $5 a share, this is some evidence that the marginal stockholders in the company are willing to pay $10 for each dollar of earnings. To attract additional funds into the firm, therefore, the company must be able to communicate an expectation that these funds will also earn a return of at least 10 percent on investment, and perhaps more.

The cost of equity capital for any company includes a risk premium in addition to the cost of risk-free capital. The size of this premium depends on the perceived risks of investing in that company relative to the risks of investing in the market generally. The so-called capital-asset pricing model links the size of the risk premium to the contribution the stock makes to the variability of a diversified portfolio. Companies whose stock prices are very sensitive to movements in the stock market will have high-risk premiums, and vice versa.[3]

## Weighted Average Cost of Capital

Most companies use both debt and equity capital. Utility companies have a high proportion of debt, mining companies relatively little. A company's average cost of capital will depend not only on the costs of the two kinds of capital but also on the proportions in which they are to be used.

What this means is that the minimum acceptable rate of return should be based on a weighted average of the costs of debt and equity capital. The weights should represent the relative place each has in the company's financing plans:

| | After-Tax Capital Cost | Weight | Weighted Cost |
|---|---|---|---|
| Debt | 4.5% | 40% | 1.8% |
| Equity | 12.0 | 60 | 7.2 |
| Total | | | 9.0% |

[3] James H. Lorie and Mary T. Hamilton, *The Stock Market: Theories and Evidence* (Homewood, Ill.: Richard D. Irwin, 1973).

If the company's investments do not yield a rate of return at least as great as the cost of capital, they will dilute the company's earnings and impair its ability to secure funds on a balanced basis in the future.

## ESTIMATING THE CASH FLOWS

The most difficult part of present-value analysis is the estimation of cash flows. We'll study four components of the cash flow stream:

1. The initial outlay.
2. Secondary investment outlays.
3. Operating cash flows.
4. End-of-life salvage values.

We'll finish this section by putting all the cash flows in a timetable so they can be discounted to their present values.

### The Initial Outlay

The initial outlay includes all cash flows necessary to carry out the proposal. It consists of some or all of the following:

1. Cash outlays for plant and equipment.
2. Opportunity costs of existing facilities to be incorporated in the proposal.
3. Outlays for working capital.
4. Disposal values of facilities to be displaced by the proposal.
5. Immediate income tax effects.

***Plant and equipment.*** For most proposals, the major outlays are for the acquisition and installation of physical facilities. For example, a proposal to modernize a factory is expected to require the following outlays before the investment begins to bring in cash receipts:

| | |
|---|---|
| Equipment | $80,000 |
| Installation | 10,000 |
| Training and test runs | 7,000 |
| Total | $97,000 |

If these outlays are spread over a period longer than six months, they should be divided and dated at the nearest year-end. In most cases, it is accurate enough to assume that all these cash flows take place at one time. In this case we'll assume they all take place within a very short period. This period will be referred to as the *zero date* for present-value calculations.

***Existing facilities used.*** One of the company's present machines, now idle, will be put back in service only if the modernization proposal is approved. No cash needs to be paid for this machine—the

# Second Supplemental Testimony

# Appendix Tab 17

5524

# Montgomery's AUDITING

## Eleventh Edition

**VINCENT M. O'REILLY, CPA**
Deputy Chairman, Accounting and Auditing,
Coopers & Lybrand

**MURRAY B. HIRSCH, CPA**
Vice Chairman, Auditing, Coopers & Lybrand

**PHILIP L. DEFLIESE, CPA**
Professor Emeritus, Graduate School of Business,
Columbia University

**HENRY R. JAENICKE, Ph.D., CPA**
C.D. Clarkson Professor of Accounting,
College of Business and Administration,
Drexel University

JOHN WILEY & SONS
New York Chichester Brisbane Toronto Singapore

5525

Copyright © 1990 by Coopers & Lybrand (United States)
Published by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of this work beyond that permitted by Section 107 or 108 of the 1976 United States Copyright Act without the permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Permissions Department, John Wiley & Sons, Inc.

**Library of Congress Cataloging in Publication Data:**

Montgomery, Robert Hiester, 1872–1953.
Montgomery's Auditing.

Includes index.
1. Auditing. I. O'Reilly, Vincent M. II. Title.
III. Title: Auditing.

HF5667.M7 1990 657'.45 84-27103
ISBN 0-471-50522-6

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

5526



# OVERVIEW OF THE INDUSTRY

Electric, gas, and local telephone utilities are granted monopoly status within their designated service areas because those services are considered essential to the public welfare and an exclusive franchise is needed to avoid duplication of the substantial and costly facilities required. With this monopoly status has come governmental regulation of the rates charged for the services.

Public utilities are capital-intensive businesses. It is not unusual for an electric utility to spend several billion dollars constructing a large generating station. The investment by electric and gas utilities in plant facilities necessary to transmit and distribute their services is equally significant, and telephone utilities' costs of providing service are also substantial. As a result of these capital requirements, the plant account is the most significant asset of a utility and usually approximates the long-term debt and equity capital on the balance sheet.

Public utilities may be either investor owned or publicly owned (by either governmental agencies or customers). The majority of utilities offering electric, gas, or telephone services are owned by stockholders. In certain areas, the federal, state, or local government provides utility services. Cooperative systems usually serve rural areas and are owned by the customers of the services.

## Operating Characteristics

**Electric Utilities.** Electricity is produced at large generating plants. Typically, except for hydroelectric plants, a heat source such as coal, oil, gas, or nuclear fuel is needed to produce electric power. The power is delivered in bulk throughout the utility's service area by its transmission system. Power is made available to individual customers via the utility's distribution plant.

Electric power cannot be stored; it must be produced as it is needed.[1] This places unusual capital requirements on the utility, which must have sufficient generating capacity to meet peak load requirements that might exist only for short periods during a day or during certain times of the year. In addition, an electric utility must have sufficient excess or reserve capacity so that it can operate even if one or more of its largest generating units are unavailable. Utilities can reduce the need to build reserve plant capacity, however, by joining power pools, integrating their systems with those of neighboring utilities, and contracting with other utilities, independent power producers, and cogenerators to purchase their excess capacity.

Cogenerators are often major commercial or industrial customers who install generating facilities for their own use. These facilities generate electricity and a by-product, such as steam, which are used by the cogenerator in its operations or production. Current federal regulations provide an incentive to commercial and industrial customers to build their own generating facilities, since any excess electricity generated must be purchased by the local utility at the utility's avoided cost. Avoided cost is determined differently in each juris-

[1]Recent developments in superconductivity may change the way energy is stored and transported in the future.

5527



diction, but the goal is to determine the cost the utility would have incurred to generate the electricity.

Although cogeneration provides an alternative to a utility's investment in costly generating facilities, it poses certain risks to the utility, which is frequently obligated to provide replacement energy in the event of an outage at the cogeneration facility. Since the cogeneration facility is not operated by the utility, the maintenance program may not be under the utility's control and may not be adequate. In addition to the additional risks for the utility in managing its capacity, it loses the customer sales for which it has already constructed facilities.

**Gas Utilities.** While electric utilities are beginning to separate production from transmission and distribution of electricity, these functions traditionally have been performed by separate companies in the gas industry. The extraction of natural gas from the ground is a nonregulated operation. Regulated gas pipelines purchase gas from the wellhead, transport it, and sell it to distributors at wholesale prices. Regulated gas distribution companies sell and deliver the gas to ultimate consumers at retail. Recent rule making by the Federal Energy Regulatory Commission (FERC) is changing the structure of the natural gas industry. The goal is to allow "open access transportation," enabling end users to purchase gas on the spot market directly from producers. As a result, the role of the pipeline companies will expand from wholesale supplier to transporter or "common carrier."

Another distinction between electric and gas utilities is that gas can be stored pending customers' use; therefore, gas utilities do not require significant reserve plant capacity. However, gas distributors are more susceptible to changes in competitive fuel prices. Many large gas customers have dual fuel capabilities that enable them to burn either oil or gas in the same boiler with minimal conversion time or cost. These customers are very sensitive to differences between the prices of gas and oil. Gas companies have responded by obtaining approved rates (tariffs) that allow their price to change with the price of oil. This can move a significant portion of the gas utility's business into the nonregulated arena, complicating the application of Statement of Financial Accounting Standards (SFAS) No. 71. (The criteria for applying SFAS No. 71 are described later in this chapter.)

**Telephone Utilities.** Telephone service is provided by a sophisticated network of wiring, cables, and switching equipment. Telephone utilities transmit both local and long distance calls by routing them through central offices that house the switching equipment used for transmission. For local calls, this is a relatively simple procedure; however, for long distance calls, it can result in an indirect routing process depending on the available capacity of switching equipment. As with electric utilities, this places a significant capital requirement on telephone utilities to maintain transmission equipment that will provide the capacity to meet peak requirements.

The divestiture of the Bell Operating Companies by American Telephone and Telegraph Company (AT&T) in 1983 began a new era in telecommunications. The divestiture created seven regional holding companies, which own

5528



the local telephone companies that provide local exchange services to most areas of the United States. AT&T and other interexchange carriers continue to provide long distance service. At the time of the divestiture, a system of local access and transport areas (LATAs) was implemented, with many states divided into multiple LATAs. Under this system, revenues from intra-LATA calls generally belong to the local telephone company, and revenues from inter-LATA calls, to the interexchange carrier. The local telephone company, however, charges the interexchange carrier an access fee to hook the carrier's long distance network into the local network.

## The Economic Environment

**Electric and Gas Utilities.** Beginning in the 1970s, the gas and electric utility industry, which before then was considered to be financially sound, was dealt a series of economic blows. Environmental regulations began to increase construction time and costs significantly. Energy conservation began to take effect following the OPEC oil embargo in 1973–74, and construction projects were delayed or even canceled. Public utility securities, once considered a secure income investment, became less attractive to investors as inflation devalued dividend income. Earnings coverage of fixed charges declined toward (or even below) the minimum required under existing indentures before new debt securities could be issued. The dependence of many utilities on the capital markets became more and more costly as stocks sold below book value and bonds sold at record interest rates. The nuclear accident at Three Mile Island in 1979 dealt another significant blow to the electric utility industry.

The 1980s brought a focus on deregulation and on the prudence of management's decisions and actions. Regulators began to scrutinize the construction costs of recently completed generating facilities, particularly nuclear power plants, disallowing excess or imprudent costs. With the rising concern over excess capacity, the scrutiny extended to the appropriateness of management's initial decision to build new facilities. Significant increases in both costs and federal regulation, combined with growing consumer concern over nuclear power, caused many utilities to abandon the construction of nuclear power plants. Recently completed facilities could not meet the new federal licensing standards, creating serious financial difficulties for the utilities. Public Service of New Hampshire declared bankruptcy after its Seabrook Nuclear Power Station did not receive an operating license. Long Island Lighting Company fell victim to the same change in regulation during the construction of its Shoreham Nuclear Power Station, which it was forced to close. At the same time, analysts in the mergers and acquisitions arena began to view public utilities with completed construction programs as possible targets for hostile takeovers.

**Telephone Utilities.** In contrast to electric and gas utilities, telephone utilities generally have not suffered from burdensome environmental regulations or increased construction costs, and until the late 1970s the local telephone utilities were considered financially sound. Since then, however, the advent of competition, the rapid introduction of advanced technology into the telecom-

5529



munications industry and the consequent shortening of what had been abnormally long depreciation lives, and the divestiture of the local operating companies by AT&T have caused increases in both local telephone rates and the business risks faced by telephone utilities. The telephone industry now faces such issues as competition, recovery of asset costs, bypass technology, and deregulation. As local phone rates continue to rise, regulators are looking for innovative means of cost containment. Also, many telephone companies are in favor of deregulation as a means to meet increasing competition. Although these issues are not expected to significantly affect telephone utilities in the near future, the long-term structure of the industry is likely to change.

## THE REGULATORY ENVIRONMENT

The rate-making process determines the selling price of services provided by a utility; it specifies the overall level of revenues, the types and amounts of rates that may be charged, and the various classes of users to which the different rates apply. Rate making also influences the application of accounting principles by a public utility, because the regulatory body often prescribes accounting methods for utilities under its jurisdiction, which may or may not conform with generally accepted accounting principles (GAAP) appropriate for nonregulated businesses.

### The Rate-Making Process

The rates that a public utility charges its customers are a matter of administrative law; its revenues are predetermined and subject to the scrutiny of interested parties and the approval of regulatory bodies. The public utility proposes rates, designed to cover its costs and provide a return on its investment, to the federal or state regulatory commission having jurisdiction. The regulatory authority then reviews the rate proposal and allows interested parties such as consumer groups or major industrial customers to respond to, and often challenge, the proposal. After the commission has considered the arguments of the utility and interested parties, it determines the amount of revenue the utility should be permitted to receive (usually less than the utility's original proposal) and approves the corresponding tariffs to be charged to various classes of customers. The rates of publicly owned power agencies usually are set by their own governing boards, as empowered by statute or contract.

### The Rate-Making Formula

Determining the amount of revenue a utility should be allowed to earn (the revenue requirement) can be summarized in the following equations:

$$\text{revenue requirement} = \text{cost of service}$$

$$\text{cost of service} = \text{operating expenses} + \text{return}$$

$$\text{return} = \text{rate base} \times \text{rate of return}$$

5530



**Cost of Service.** Cost of service is the amount that will permit the utility to meet all expenses properly chargeable to current utility operations and incurred to provide utility services, plus provide a return on amounts invested in assets necessary to provide such services. Operating expenses include salaries, materials, fuel costs, supplies, miscellaneous expenses, taxes, and depreciation of plant.

Developing the operating expenses component of cost of service begins with the utility's historical accounting records of operating costs incurred, recorded in accordance with the uniform system of accounts prescribed by the regulator. The utility selects a test period to be used in the rate application. Ideally, the test period selected should be as close as possible to the period for which the rates to be fixed will be operational; in most instances, the test period will not coincide with the utility's fiscal year. Normally, test-period costs are adjusted for anticipated or known changes in expenses during or after the test period. For example, annualized union wage increases during the test period and any contracted future cost increases would be taken into account in determining cost of service. In some jurisdictions, utilities have been allowed to use a projected future test period. In these instances, the utility applies for rates to go into effect at a future date and projects the cost of service at the effective date.

If a utility develops a cost of service study that is reasonable in relation to costs incurred (or to be incurred) and is able to justify those costs, and if the regulatory commission agrees that the costs are reasonable, the utility should receive adequate revenues to operate successfully. That means that if the utility is operated efficiently, it should provide adequate service and be able to attract additional capital as needed. Unexpected changes in cost or sales volume, however, may preclude the utility from achieving the results anticipated in the rate application.

The terms "above the line" and "below the line" are commonly used in rate making. The "line" is net operating income (i.e., operating revenues net of operating expenses, including income taxes). Costs above the line are operating expenses that are part of the cost of service and are reflected in the revenue requirement. Other revenues and expenses, referred to as nonrate items (e.g., rental income from nonutility property), do not constitute operating income or expense and therefore are not part of the cost of service; they are shown below the line as other income or expenses and are borne, in effect, by the common shareholders.

**Return.** Return is the amount that should induce investors to invest in, or retain their investments in, a public utility. The first step in calculating the amount of a utility's return is determining the utility's rate base.

**Rate Base.** The rate base represents a utility's total investment in facilities used to provide service, generally measured at its original cost. This is the base to which rate of return is applied to arrive at the level of operating earnings

5531



(i.e., return) at which the utility should be able to operate successfully. The principal components of rate base are as follows:

- *Plant-in-Service.* Plant-in-service includes the cost of facilities used and useful in providing service to the public, net of accumulated depreciation. (The inclusion of depreciation in cost of service provides a recovery of the investment; hence accumulated depreciation is deducted from the rate base.)
- *Construction-Work-in-Progress (CWIP).* Although it appears that the "used and useful" principle would automatically eliminate CWIP from inclusion in the rate base since CWIP will not be used or useful until some time in the future, some commissions include all or part of CWIP in the rate base. In some cases, CWIP is included to allow a utility that has significant construction projects to remain financially viable. This is a sensitive issue since the inclusion of CWIP in the rate base requires current customers to pay for a plant that generally is considered to benefit future customers.

  In many jurisdictions, CWIP is excluded from the rate base. From the utility's viewpoint, however, the investment in CWIP is no different from any other investment and therefore merits a return. This is recognized, in those jurisdictions in which CWIP is excluded from the rate base, by capitalizing, as a cost of construction, an estimated return commonly referred to as an allowance for funds used during construction (AFDC). The effect of recording an AFDC is to recognize that the utility has sacrificed the alternative use of the funds invested in CWIP and that the return on amounts invested in construction represents part of the cost of completed construction. While the utility industry tends to view the AFDC from a return perspective, capitalizing the carrying costs of construction projects is a generally accepted accounting principle. Accounting for the AFDC is explained later in this chapter. Telephone utilities follow similar practices but refer to the capitalized return as "interest charged construction."
- *Deferred Income Taxes.* Since a utility recovers the full provision for income taxes from its customers as an operating expense, net deferred tax credits generally are deducted from the rate base. This is done to recognize that the positive cash flow resulting from deferred taxes provides the utility with cost-free capital that is supplied by the ratepayers. Not deducting deferred income tax credits would have the effect of providing the utility's investors with a return on a portion of the rate base for which they did not provide the capital. Utilities that have adopted SFAS No. 96, *Accounting for Income Taxes*, are required to record deferred tax liabilities and assets that previously were not recorded because of the interplay of rate regulation and SFAS No. 71 (discussed later). The utilities and their regulators have to identify the additional deferred taxes that were not provided by ratepayers, so that the amounts are not applied to reduce the rate base. As explained in Chapter 19, in December 1989, the Financial Accounting Standards Board (FASB) voted to defer the effective date of SFAS No. 96 to fiscal years beginning after December 15, 1991; however, some utilities have elected early implementation of the standard.
- *Working Capital.* Regulators recognize that a utility cannot operate without continuously available funds and therefore permit an allowance for working

SS 32

capital to be included in the rate base. This allowance may represent a specified number of days of a utility's cash requirement; however, regulators may require utilities to submit a study to justify the amount of working capital claimed.

The rate base, as determined through the rate-making process, is the total value on which the utility is permitted to earn a return.

**Rate of Return.** The authorized rate of return is the return expressed as a percentage of the utility's rate base, and it is based on the utility's cost of capital.[2] The authorized rate of return is not a guarantee of a certain level of earnings and is rarely attained because of delays in the rate-making process (regulatory lag) and revenues and expenses that vary from expected levels (attrition). A utility's actual (realized) rate of return is the amount it earns expressed as a percentage of the rate base after deducting operating expenses, including depreciation and taxes. In the landmark case *Bluefield Water Works and Improvement Company* v. *Public Service Commission of West Virginia*,[3] the U.S. Supreme Court discussed rate of return as follows:

> A public utility is entitled to such rates as will permit it to earn a return on the value of the property which it employs for the convenience of the public equal to that generally being made at the same time and in the same general part of the country on investments in other business undertakings which are attended by corresponding risks and uncertainty; but it has no constitutional right to profits such as are realized or anticipated in highly profitable enterprises or speculative ventures. The return should be reasonably sufficient to assure confidence in the financial soundness of the utility and should be adequate, under efficient and economical management, to maintain and support its credit and enable it to raise the money necessary for the proper discharge of its public duties.

In determining the authorized rate of return, an appropriate cost for each of the utility's various sources of capital—long-term debt, preferred stock, and common equity, including retained earnings—is identified. For long-term debt and preferred stock, the coupon interest rate, appropriately adjusted for premiums or discounts, or dividend rate is the cost of capital. Determining an appropriate cost of capital for common equity (including retained earnings) is usually more subjective.[4] The overall cost of capital is the weighted average return on all sources of capital. In the telephone industry, other types of rate regulation are being considered, including price caps (allowing the telephone company to earn whatever it can using a maximum price set by the regulator), sharing of cost savings, and deregulation of certain services and products.

[2] Cost of capital is calculated as a weighted average of the cost of the various components of the utility's capital structure—its debt, preferred stock, and common shareholders' equity. Most corporate and managerial finance textbooks discuss at considerable length the concept of the cost of capital, how to calculate it, and the factors that affect it.

[3] 262 U.S. 679, 692 (1923).

[4] Determining an appropriate rate (or rates) of return on common equity is discussed in most finance textbooks.

# Second Supplemental Testimony

# Appendix Tab 18

5533

# Finance

Ronald W. Melicher
Professor of Finance
University of Colorado at Boulder
and
Edgar A. Norton
Professor of Finance
Illinois State University
with Laura Town

BICENTENNIAL 1807 WILEY 2007 BICENTENNIAL

5534

PUBLISHER Anne Smith
ASSOCIATE EDITOR Beth Tripmacher
MARKETING MANAGER Jennifer Slomack
SENIOR EDITORIAL ASSISTANT Tiara Kelly
PRODUCTION MANAGER Kelly Tavares
PRODUCTION ASSISTANT Courtney Leshko
CREATIVE DIRECTOR Harry Nolan
COVER DESIGNER Hope Miller

This book was set in Times New Roman, printed and bound by R.R. Donnelley. The cover was printed by Phoenix Color.

Copyright © 2007 John Wiley & Sons, Inc. All rights reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc. 222 Rosewood Drive, Danvers, MA 01923, website www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030-5774, (201) 748-6011, fax (201) 748-6008, website http://www.wiley.com/go/permissions

To order books or for customer service please, call 1-800-CALL WILEY (225-5945).

ISBN-13 978-0-470-00720-4
ISBN-10 0-470-00720-6

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

*Library of Congress Cataloging-in-Publication Data*
Melicher, Ronald W.
Finance/Ronald W. Melicher, Edgar A. Norton with Laura Town.
p. cm.
ISBN-13: 978-0-470-00720-4 (pbk.)
ISBN-10: 0-470-00720-6 (pbk.)
1. Finance. I. Norton, Edgar, 1957- II. Town, Laura. III. Title.
HG173.M3978 2007
332—dc22 2006023043

5535



# INTRODUCTION

All areas of finance require good planning and organization. From the smallest individual investor to the largest of corporations, assets must be structured and handled in a way that provides maximum benefits to the owner and investors. We know that short-term and long-term financing is often necessary for growth and stability. Now we focus on how the assets acquired from this financing are controlled so that the cost of the capital does not reduce its effectiveness in the overall financial plan.

## 11.1 Capital Structure

Before financial managers can estimate the cost of capital, two important pieces of information must be gathered. First, the cost of each financing source must be determined. Second, they must determine the appropriate financing mix needed to fund the company. Once this information is obtained, managers can estimate the company's **weighted average cost of capital (WACC)**. WACC is the minimum required rate of return on a capital budget project.

The **capital structure** of a firm is its mix of debt and equity. The capital structure and the costs of each financing source can be combined to provide an estimate of the WACC. The interrelationship between a company's growth rate, dividend policy, and its capital structure decisions has a direct bearing on the projects it chooses that enable it to grow and prosper. Figure 11-1 illustrates capital structure based on its balance sheet.

### 11.1.1 Why Choose a Capital Structure?

A target capital structure is important, as it determines the proportion of debt and equity used to estimate a firm's **cost of capital**, or the minimum acceptable

Figure 11-1




The balance sheet.

5536



## 11.3 Weighted Average Cost of Capital

We have seen how to compute the costs of the firms' basic capital structure components. Now we will combine the components to find the weighted average of the firm's financing costs.

▲ A firm's weighted average cost of capital (WACC) represents the minimum required rate of return on its capital budgeting projects.

The WACC is found by multiplying the marginal cost of each capital structure component: debt, preferred equity, and common equity by its appropriate weight and summing the terms:

$$WACC = w_d k_d + w_p k_p + w_e k_e$$

The weights of debt, preferred equity, and common equity in the firm's capital structure are given by $w_d$, $w_p$, and $w_e$, respectively. As the weighted average cost of capital covers all the firm's capital financing sources, the weights must sum to 1.0. The firm's cost of common equity, $k_e$, can reflect the cost of retained earnings, $k_{re}$, or the cost of new common stock, $k_n$, whichever is appropriate. Most firms rely on retained earnings to raise the common equity portion of their financial needs. If retained earnings are insufficient, they can issue common stock to meet the shortfall. In this case, $k_n$ is substituted for the cost of common equity.

The weights in the last equation represent a specific intended financing mix. These target weights represent a mix of debt and equity that the firm will try to achieve or maintain over the planning process. As much as possible, the target weights should reflect the combination of debt and equity that management believes will minimize the firm's weighted average cost of capital. The firm should make an effort over time to move toward and maintain its target capital structure mix of debt and equity.

### 11.3.1 Measuring the Target Weights

As the firm moves toward a target capital structure, how will it know when it arrives? There are two ways to measure the mix of debt and equity in the firm's capital structure.

One method uses target weights based on the firm's book values, or balance sheet amounts, of debt and equity. The actual weight of debt in the firm's capital structure equals the book value of its debt divided by the book value of its assets. Similarly, the actual equity weight is the book value of its stockholders' equity divided by total assets. Once the target weights are determined, the firm can issue or repurchase appropriate quantities of debt and equity over time to move the balance sheet numbers toward the target weights.

# Second Supplemental Testimony

# Appendix Tab 19

PX 403

## System Fuels, Inc., System Energy Resources, Inc., And South Mississippi Electric Power Association v. United States of America

## Grand Gulf Nuclear Station

## Spent Nuclear Fuel Damages Claim by Summary Resource Code

| Summary Resource Code | Summary Resource Name | Nominal Dollars |
|---|---|---|
| PRL | Payroll | $ 860,252 |
| PRT | Payroll Taxes | 60,092 |
| EBF | Employee Benefits | 177,545 |
| EBA | Employee Benefits Allocations | 76,561 |
| EEX | Employee Expenses | 40,759 |
| MTS | Materials & Supplies | 1,121,848 |
| MTL | Materials & Supplies Loader | 362,407 |
| CTC | Contract Work | 6,774,310 |
| RNT | Rentals | 494,088 |
| CSC | Capital Overhead Clearing | 497,619 |
| ESI | Entergy Services Billings | 105,800 |
| | Other(1) | 19,763 |
| | **Total** | **$ 10,591,045** |

**Note:**
(1) Includes costs for Entergy Operations Billings (EOI), ESI Labor Loadings (LBD), Office & General (OGL), Other (OTH), and Telecommunications (TCM)

# Second Supplemental Testimony

# Appendix Tab 20

**System Energy Resources, Inc. v. United States Of America**
Spent Nuclear Fuel Damages Claim For Grand Gulf Nuclear Station
**(Dollars Rounded To Nearest Thousand)**
**Damages Summary**

| Dry Fuel Storage Projects | Work Order | [A] Damages Incurred Through 8/31/05: Nominal Dollars | [B] Damages Incurred Through 8/31/05: Present Value Dollars As Of 9/11/2006 | [C] Damages To Be Incurred 9/1/2005 Through 8/31/2006: Nominal Dollars | [D] Damages To Be Incurred 9/1/2005 Through 8/31/2006: Present Value Dollars As Of 9/11/2006 | [E=A+C] Total Damages: Nominal Dollars | [F=B+D] Total Damages: Present Value Dollars As Of 9/11/2006 |
|---|---|---|---|---|---|---|---|
| Long Term Spent Fuel Storage Options | N31937 | $ A3 341,000 | $ A3 506,000 | $ - | $ - | $ 341,000 T | $ 506,000 T |
| Dry Fuel Storage - Study / Design / Construction | N32172 | *A4 8,367,000 | * A4 9,458,000 | - | - | 8,367,000 | 9,458,000 |
| Dry Fuel Storage - Cask Construction Pad | N32271 | A5 465,000 | A5 527,000 | - | - | 465,000 | 527,000 |
| Turbine-Generator Rotor / Dry Fuel Storage Building | N32302 | A6 798,000 | A6 877,000 | - | - | 798,000 | 877,000 |
| Install ISFSI Pad Electrical & Security | N32350 | A7 31,000 | A7 34,000 | - | - | 31,000 | 34,000 |
| Dry Fuel Storage - Site Improvement | N32136 | A8 589,000 | A8 776,000 | - | - | 589,000 | 776,000 |
| **Cost To Complete Dry Fuel Storage Projects** (1) | | - | - | A9 20,116,000 | A9 21,669,000 | 20,116,000 | 21,669,000 |
| **Shared Equipment** (2) | | - | - | A10 1,447,000 | A10 1,447,000 | 1,447,000 | 1,447,000 |
| **Total Damages** | | $ 10,591,000 C2 T | $ 12,178,000 ✓ T | $ 21,563,000 T | $ 23,116,000 T | $ 32,154,000 T | $ 35,294,000 T |

**Purpose:** To summarize damages incurred through 8/31/05 and to be incurred through 8/31/06.

**Notes:**
(1) The cost to complete through August 31, 2006 generally includes the cost to complete the ISFSI pad and other site modifications (e.g., haul path, expansion of protected area, low profile transporter, etc.), the cost of the first four casks, licensing, and efforts to prepare for loading the first cask. It does not include any costs for loading, which is scheduled to begin October 2006, and closing the four casks or any cask costs for casks to be loaded in 2007.
(2) Grand Gulf and River Bend plants will share certain cask loading and handling equipment (e.g., crawler, helium dehydrator). Half of the costs incurred at River Bend for the shared equipment will be charged to Grand Gulf in 2006.

✓= Goes to SS3, SS4, and SS5

A2

Protected and Confidential Material to be Disclosed only in Accordance with U.S. Court of Federal Claims Protective Order