# In the United States Court of Federal Claims

No. 03-2624C
Filed: March 12, 2008

******************************************
SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
******************************************

**SCHEDULING ORDER**

Pursuant to the parties' March 12, 2008 proposal, the court orders the following briefing schedule regarding the amount of the cost of borrowed funds that Plaintiffs have requested as part of their damage award:

1. The Government will file a brief on or before April 11, 2008.
2. Plaintiffs will file a response on or before April 25, 2008.
3. The Government may seek leave to file a reply pursuant to the Rules of the Court of Federal Claims.

**IT IS SO ORDERED.**

s/**SUSAN G. BRADEN**
**Judge**