# In the United States Court of Federal Claims

No. 03-2624C
Filed: May 8, 2008

| | |
|---|---|
| SYSTEMS FUELS, INC., SYSTEM ENERGY RESOURCES, INC., and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The Government's May 7, 2008 Motion for Leave to File a Reply Brief is granted. The Government will separately file the Reply on or before May 16, 2008.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**