IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYSTEM FUELS, INC.,<br>SYSTEM ENERGY RESOURCES, INC. and<br>SOUTH MISSISSIPPI ELECTRIC<br>POWER ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 03-2624C<br>(Judge Braden) |

DEFENDANT'S MOTION FOR LEAVE TO FILE ITS STATUS REPORT OUT OF TIME

Defendant, the United States, respectfully requests that the Court grant leave to allow the United States to file a status report, as discussed during the June 10, 2008 status conference, six days out of time, on Monday, July 7, 2008. Pursuant to the direction from the Court during the telephonic status conference on June 10, 2008, the parties were to submit guidance to the Court regarding the entry of a final judgment in this case, in light of the spent nuclear fuel ("SNF")[1] cases pending before the United States Court of Appeals for the Federal Circuit that were argued on February 4, 2008. The Government requests leave of Court to submit that pleading out of time. We inadvertently did not calendar the date for filing the report, and accordingly, did not meet the date.

---

[1] As the Court is aware, the Federal Circuit assigned for argument before a single panel Pacific Gas and Electric Co. v. United States, No. 2007-5046 (Fed. Cir.), Yankee Atomic Electric Co. et. al. v. United States, No. 2007-5025, -5026, -5027, -5031, -5032, -5033 (Fed. Cir.), and Sacramento Municipal Utility District v. United States, No. 2007-5052, -5097 (Fed. Cir.) ("SMUD").

For these reasons, the Government requests that the Court grant it leave to file a status report on Monday, July 7, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7583
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

SCOTT R. DAMELIN
STEPHEN FINN
JOSHUA E. GARDNER
Trial Attorneys
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

July 3, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 3d day of July, 2008, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO ITS STATUS REPORT OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sharon A. Snyder