# In the United States Court of Federal Claims

No. 03-2624C
Filed: July 7, 2008

| | |
|---|---|
| *********************************** | |
| | * |
| SYSTEMS FUELS, INC., SYSTEM ENERGY RESOURCES, INC., and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

The Government's July 3, 2008 Motion For Leave To File Its Status Report is granted. The Government will file the Status Report on or before July 11, 2008.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**