# In The United States Court of Federal Claims

No. 03-2624C
Filed: August 25, 2008

| | |
|---|---|
| SYSTEM FUELS, INC., SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION, | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**INTERIM STAY ORDER**

On August 19, 2008, the court held a telephone conference to discuss the status of this case in light of the recent decisions of the United States Court of Appeals for the Federal Circuit in: *Pacific Gas and Electric* Co. v. *United States*, No. 2007-5046, 2008 WL 3089272 (Fed. Cir. Aug. 7, 2008); *Yankee Atomic Electric Co*. v. *United States*, No. 2007-5025, 2008 WL 3089032 (Fed. Cir. Aug. 7, 2008); and *Sacramento Municipal Utility District* v. *United States*, No. 2007-5052, 2008 WL 3539880 (Fed. Cir. Aug. 7, 2008). The court has completed a decision determining whether Plaintiff is entitled to the cost of borrowed funds and the amount thereof, however, at the request of the parties, the court will not issue that decision at this juncture, as it would have the effect of a Final Judgment.

Upon agreement of the parties, the court issues this interim stay order until November 3, 2008, after which the court will schedule another Status Conference.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**